IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of J. Reid Prouty as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

J. Reid Prouty
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit,
8th Floor
1100 L Street NW
Washington D.C. 20530

Dated: March 17, 2006

s/J. Reid Prouty
J. Reid Prouty
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-305-7586