IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 calendar days, to and including May 31, 2006, in which to respond to plaintiff's complaint. Defendant's response is presently due May 1, 2006. This is defendant's first request for an enlargement of time. Plaintiff's counsel has informed us that plaintiff does not oppose this motion.

The additional time is requested so Government counsel can adequately prepare and file the Government's response to the complaint. Government counsel has requested a litigation report from the appropriate agency, which is the United States Maritime Administration. For various administrative reasons, agency counsel did not receive the request for the litigation report until approximately a month had passed after the complaint was filed. This delay has prevented agency counsel from being able to prepare the litigation report in a timely manner. Moreover, the undersigned will be appearing in a trial before this Court scheduled for the entire week of May 8, 2006, in the case of Brero Construction Co. v. United States, (No. 00-775, Judge Wheeler), substantially limiting his available time prior to that trial's conclusion. Accordingly, the additional time requested is necessary for Government counsel to adequately investigate the facts of this case and respond to the allegations in plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586

Attorneys for Defendant

April 25, 2006