# In the United States Court of Federal Claims

**NOTICE**

**VERIDYNE CORPORATION**

**No. 06-150 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., April 26, 2006**

To Attorney of Record, Assistant Attorney General, and Judge Block:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed April 25, 2006, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop
Brian Bishop, Clerk