IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Defendant respectfully requests an enlargement of time of 30 calendar days, to and including June 30, 2006, in which to respond to plaintiff's first amended complaint. Defendant's response is presently due May 31, 2006. This is defendant's second request for an enlargement of time. Plaintiff's counsel has informed us that plaintiff does not oppose this motion.

The additional time is requested so that the Government can further evaluate the appropriateness of special pleadings and counterclaims involving fraud, which are presently being considered in this case. As the Court may be aware, such pleadings require co-ordination with other offices in the Department of Justice and approval by the Assistant Attorney General. We are currently preparing our recommendations for consideration by the appropriate offices, but anticipate that the determination by the Assistant Attorney General will take at least the amount of time requested in this motion.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586

Attorneys for Defendant

May 25, 2006