IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PARTIES' JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests this Court to enlarge by 14 days, to and including October 26, 2006, the deadline for filing the parties' Joint Preliminary Status Report ("JPSR"). The JPSR is currently due on October 12, 2006. This is defendant's first request for an enlargement of time to file the JPSR. Plaintiff's attorney has indicated that he has no objection to defendant's requested 14-day enlargement.

This motion is necessary because this case was recently assigned to the undersigned new attorney in the United States Department of Justice. As a result, defendant's new counsel needs additional time to become familiar with the case and contact counsel for the Government agency involved prior to filing the JPSR.

Granting the requested enlargement should not cause any material inconvenience, and will not affect any other Court-ordered deadlines. Accordingly, defendant respectfully requests this Court to enlarge by 14 days, to and including October 26, 2006, the time to file the JPSR.

Date: October 4, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

STEVEN J. GILLINGHAM
Assistant Director

/s/ Anuj Vohra
ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, DC 20530
202.353.0521
202.307.0972

Attorneys for Defendant