| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 OF 4 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0001 | SEE BLOCK 16C | | |

| 6. ISSUED BY CODE: | 7. ADMINISTERED BY (If other than Item 6) CODE: |
|---|---|
| U.S. DOT / MARITIME ADMINISTRATION<br>MAR-380 ROOM 7310<br>400 SEVENTH STREET S. W.<br>WASHINGTON, DC 20590 | POC: Rita Jackson (202) 366-0284 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code) | | |
|---|---|---|
| SHEPARD-PATTERSON & Associates, Inc.<br>15 East Ridge Pike, Suite 220<br>Conshohocken, PA 19428 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DTMA91-95-C-00024 |
| | | 10B. DATED (SEE ITEM 13)<br>27 MARCH 1995 |
| CODE / FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority)<br>CONTRACT CLAUSE G.6, AWARD FEE EVALUATION PROVISIONS |

E. IMPORTANT: Contractor X is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| | Rita C. Jackson<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>10 August 1995 |

Blumberg No. 5137 C

84

The purpose of this modification is to authorize the award fee of six percent earned under the contract, for the evaluated period 27 March 1995 through 30 June 1995. The summary of tasks and their ratings are provided on page 3. Page 4, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of two percent totaling $6,096.37 has been earned.

2. Funds in the amount of $55,797.49 for the award fee pool for the first quarter are hereby obligated. The accounting data is set forth as below:

69X1710 1 95 65 70EQPO 160000 2596

3. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

DOT MARITIME CONTRACT
SUMMARY OF SIGNIFICANT EVENTS

| CONTRACT NO. DTMA91-95-C-00024 | | | | | | | CONTRACTOR: SHEPARD-PATTERSON |
|---|---|---|---|---|---|---|---|
| EVALUATION PERIOD: 3/27/95 - 6/30/95 | | EVALUATION COORDINATOR: PATRICK CARLTON | | | | | |
| PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR | | | | | | | |
| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
| 001 | PHASE-IN | | | X | | | INVOICE AND REPORTS WERE NOT TIMELY OR CORRECT. |
| 004/2 | LOG. MGMT MANUAL | | | | X | | EVALUATOR EXTREMELY PLEASED WITH CONTRACTORS EFFORT TO DATE. |
| 005/3 | CORRUPTED DISC CAPE FLORIDA | | | X | | | RESPONSE BY CONTRACTOR WAS ON-TIME. |
| 005/4 | PC-SAL ASSIST VISIT | | | X | | | TRAINING WAS PROVIDED AND WELL RECEIVED BY VESSEL. |
| 005/6 | PC-SAL DIAMOND STATE | | | | | X | CONTRACTOR PROVIDED DELIVERABLE, 20 DAYS BEFORE DUE DATE. |
| 005/8 | PC-SAL CAPE F'S | | | X | | | TRAINING PROVIDED AND SHIP'S CREW PLEASED WITH THE CONTRACTORS PC-SAL UPDATE AND IMPROVEMENTS. |
| 005/9 | CAPE K'S REPORT | | | | | X | CONTRACTOR DELIVERED REPORT AHEAD OF SCHEDULE, AND PRODUCT WAS OF EXCELLENT QUALITY. |
| 005/13 | PC-SAL PETERSBURG | | | | X | | CONTRACTOR PERFORMED SATISFACTORY WITH A GREAT RESPONSE TIME ON DELIVERABLE. |
| 005/15 | PC-SAL/ECSMIS TROUBLE MAR-611 | | | | | X | CONTRACTOR IDENTIFIED PROBLEM AND CORRECTED WITHOUT DELAY. CUSTOMER WAS PLEASED WITH PERFORMANCE. |
| 005/16 | RRF-ECSMIS UPDATE | | | | X | | CONTRACTOR PROVIDED THE REQUESTED DBF FILES IN AN EXPEDITIOUS FASHION. |
| 006/2 | EQUIPMENT DATABASE FILES | | | | X | | OVERALL EFFORT BY THE CONTRACTOR WAS EXCELLENT. THIS WAS CONSIDERED A CRITICAL PROJECT. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL SCORE | | | | 12 | 16 | 15 | = 43 ÷ 11 = 3.9% = 6% AWARD FEE |

(REVERSE BLANK)
(REV. 3/95:MAR-686)

## FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

## Ratings

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

U.S. Department of Transportation

**Maritime Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

August 30, 1995

Shepard Patterson & Associates, Inc.
Attention: Samuel Patterson
2001 Jefferson Davis Hwy, Suite 209
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024 (SBA No. 0303-95-1-00055)
Award Fee

Dear Mr. Patterson:

This letter confirms conversations 24 August 1995 with Rita Jackson (MAR-380) and Michael Genna (S/P, CFO), and then with Cathy McGill (S/P) on 30 August 1995, referencing the above subject. We are all in agreement that the above subject contract award fee was in error on page two, number 1 of modification 0001. Cathy McGill and I reworked the invoicing data and the revised award fee amount is $6,096.37.

The attached, page 2, shall replace the current page you have for modification 0001. I have distributed the corrected page to our finance office and the COTR. I also want to take this opportunity to express my thanks to Cathy and Michael for making strides in correcting many of our earlier invoicing problems.

Any additional questions should be addressed to me at (202) 366-0284.

Sincerely,

Rita C. Jackson
Contracting Officer

enclosure

SHEPARD PATTERSON
MANAGING PEOPLE, SYSTEMS & INFORMATION

February 25, 1998

U.S. Department of Transportation
Maritime Administration
400 7th Street, S.W. Room 7314
Washington, DC 20590

Attention: Ms. Rita Jackson, Contracting Officer

Subject: Pricing parameters regarding hypothetical extension of contract DTMA91-95-R-00024

Dear Ms. Jackson:

This memo is a follow up to our February 19th meeting regarding potential extension of the above referenced contract.

A question was asked how Shepard-Patterson would handle pricing and cost proposal issues for an extension, if so granted. Below is a synopsis of salient points in which we believe the government would benefit in reducing its administrative effort, stabilizing cost, and increasing overall value to operations. The key points are as follows:

1. Maintain same contract vehicle and type (IDIQ and CPAF)
2. Proposed estimates NTE $3,000,000 in the aggregate.
3. Our initial proposal extended pricing for a 5 year period. We would propose using year 5 unit pricing from the current vehicle, extend and flat line this pricing from years 6 through 10.
4. Direct labor categories would remain consistent.
5. Overhead and G & A calculations would remain the same.
6. Escalation for labor would be 0% for the proposed extension years.
7. Award Fee methodology would remain as the current established practice.
8. All certs and representations would be consistent with the current vehicle.

Blumberg No. 5127
D



15 E. RIDGE PIKE • SUITE 220 • CONSHOHOCKEN, PA 19428 • (610) 941-9010 • FAX: (610) 941-9022

SHEPARD PATTERSON
MANAGING PEOPLE, SYSTEMS & INFORMATION

I hope this clarifies our position regarding our proposed pricing practices if this extension were to occur. Please do not hesitate to contact me at your convenience if there are any questions.

Very truly yours,

Michael C. Genna
Executive Vice President

cc: Glenn Downer

15 E. RIDGE PIKE • SUITE 220 • CONSHOHOCKEN, PA 19428 • (610) 941-9010 • FAX: (610) 941-9022

SHEPARD PATTERSON™
MANAGING PEOPLE, SYSTEMS & INFORMATION

## FAX TRANSMITTAL SHEET

TO: Rita Jackson

PHONE:

FAX: 202-366-3889

DATE: 2/25/98

FROM: Mike Perra

NO: OF PAGES 3 (INCLUDES COVER PAGE)

VOICE: 610 - 941-9010
FAX: 610 - 941-9022

COMMENTS

The information contained in this facsimile message is privileged and confidential, intended for the use of the addressee listed above. If you are neither the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the telecopied information is strictly prohibited. If you have received this telecopy in error, please notify us immediately and destroy what was sent to you. Thank you.

U.S. Department of Transportation

**Maritime Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

10 March 1998

Mr. Samuel Patterson
President/CEO
Shepard Patterson & Associates, Inc.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

Dear Mr. Patterson:

The Maritime Administration's Office of Acquisition has, as you are aware, a request from our Program Office (MAR-614) to extent the current Logistics Support Contract, DTMA91-95-C-00024. Based upon your presentation provided to this office on February 19, 1998 and legal concurrence we are making plans to accomplish this effort.

The scope of work will remain the same as is established in the current contract. Also, as in the current contract, actual taskings will be assigned using the Work Order and Technical Directive structure. As part of the necessary package for approval of this extension we are requesting Shepard-Patterson submit a formal cost proposal. The cost proposal should identify the cost per year for this five year extension and also include the saving per year to the government by extending the contract at this time.

It is requested that this information be provided to MARAD by March 30, 1998. As you know, it is essential that this be completed in a reasonable time period allowing time also for submission to the Small Business Administration by mid April.

Sincerely,

Rita C. Jackson
Contracting Officer

cc: MAR-614

TOTAL P.01

Blumberg No. 5137 E

SHEPARD PATTERSON™
MANAGING PEOPLE, SYSTEMS & INFORMATION

March 30, 1998

Ms. Rita Jackson
U.S. Department of Transportation
Maritime Administration
Office of Acquisition, Room 7310
400 Seventh Street, SW
Washington, DC. 20590

Re: Extension of Contract DTMA91-95-C-00024
Cost Proposal

Dear Ms. Jackson:

SHEPARD-PATTERSON is pleased to submit this Cost Proposal to extend the referenced Logistics Support Contract in response to your letter of 10 March 1998. This proposal is based on a representative sample of hours spread across the applicable labor categories. We understand that the scope of work will remain the same as is established in the current contract and, as is the case in the current contract, the specific tasking of work will be through issuance of Work Orders and Technical Directives.

This proposal displays the breakdown of costs for each of the five years and displays the savings to the government resulting from the planned reduction of the Overhead and G&A rates to be charged. Additionally, we will cap those rates as indicated to ensure savings to the government.

SHEPARD-PATTERSON agrees to the continuation of all terms and conditions of the current contract. This offer is valid through June 30, 1998.

I appreciate the opportunity to submit this proposal, and reaffirm my highest commitment to continuing the
high level of support to this program. We look forward to continuing our relationship with MARAD.

Sincerely,

Michael C. Genna
Executive Vice President/CFO

Blumberg No. 5137

15 E. RIDGE PIKE • SUITE 220 • CONSHOHOCKEN, PA 19428 • (610) 941-9010 • FAX: (610) 941-9022

# COST PROPOSAL FOR EXTENSION OF CONTRACT DTMA91-95-C-00024

**SUBMITTED TO:**

**U.S. DOT/MARITIME ADMINISTRATION**

**ATTN: MS. RITA JACKSON**
**CONTRACT SPECIALIST**
**30 MARCH 1998**

SHEPARD PATERSON™

*MANAGING PEOPLE, SYSTEMS & INFORMATION*

**MARAD LOGISTIC SUPPORT SERVICES**

This proposal or quotation included data that shall not be disclosed outside the Government and shall not be duplicated, used or disclosed-in whole or in part-for any purpose other than to evaluate this proposal or quotation. If however, a contract is awarded to this offeror or quoter as a result of-or in connection with-the submission of this date, the Government shall have the right to duplicate, use or disclose the data to the extent provide in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data is subject to this restriction are contained in sheet in the Technical Proposal.

**15 EAST RIDGE PIKE**
**SUITE 220**
**CONSHOHOCKEN, PA 19428**
**[610] 941-9010**

# TABLE OF CONTENTS

Section 1 Executive Summary

Section 2 Cost Proposal

- Labor Category Sell Rate By Option Year: Current Contract Perspective
- Labor Category Rates By Person
- Labor Category Sell Rate By Option Year: Extension Perspective
- Option Year Labor Hour Summary
- Price Summary By Option Year: Option Year 5
- Price Summary By Option Year: Option Year 6
- Price Summary By Option Year: Option Year 7
- Price Summary By Option Year: Option Year 8
- Price Summary By Option Year: Option Year 9
- Price Summary By Option Year: Option Year All Years
- Overhead and G&A Summary
- Notional Travel Summary
- Notional Material Summary
- Cost Savings Summary

Section 3 Certification of Current Cost or Pricing Data

Section 4 SF 1411s

Section 5 Representations, Certifications, And Other Statements of Offerors

# Executive Summary

## 1.1 General Assumptions

Terms and conditions for this proposed extension are consistent with the existing contract. This extension is being priced as a Cost Plus Award Fee, IDIQ contract. All contract terms and conditions are the same, and the original scope and technical content remain intact.

## 1.2 Accounting System

Shepard Patterson uses Deltek as the core part of its Government accounting system. The Job Cost Systems of this package can account to the subtask level and integrate costs with other cycles and subsystems of this package. DCAA has reviewed our accounting system for billing and other cost incurred activity and has found it to be compliant for government contracting purposes.

## 1.3. Defense Contract Audit Agency

615 Chestnut Street
Philadelphia, Pennsylvania 19106
Attn: Albert Schackerman
215-597-5422

## 1.4 Direct Labor

All labor categories bid, with the exception of one, use current employees and their actual rates of pay escalated 3% for option year 4 on the current contract as the direct labor rate baseline. Option years 5,6,7,8,and 9 are escalated by 2% at the beginning of each fiscal year to derive a new Direct Labor rate specific for that contract year. The Senior Logistician rate is consistent with the Senior Analyst Direct Labor rate profile, as job complexity is consistent, yet job content different. This is the only category that Shepard Patterson doesn't have an active employee currently. Basis of this DL rate was validated by market search of like positions. In addition, a wage determination labor category for the Data Entry position is being used for pricing purposes

## 1.5 Overhead

The overhead rate through the first three years of the current contract vehicle has been billed at 65.4%. This rate is anticipated to be no greater than this in years 4 & 5 of the current contract vehicle, based on historical actual experience and current budget projections. Overhead is comprised of fringe benefits, facility and related

costs, along with IT equipment and other overhead that specifically support the MARAD mission.

For this current proposal, Shepard-Patterson will bid and cap the overhead rates at 64.4%, 62.5%, 61%, 58%, and 56% for Option Years 5, 6, 7 ,8, and 9 respectively. Anticipated savings in fringe benefit costs due to increased corporate volume discounts, more efficient space utilization in Arlington, and greater and more efficient technology usage make these rates achievable.

### 1.6 General and Administrative Costs

The G&A rates proposed for Option Years 5, 6, 7, 8, and 9 are 14.4%, 13.5%, 12.3%, 12.2%, and 11.4% respectively. The company proposes capping these rates. These rate calculations are based on anticipated business volumes expected over this time frame. Budgets support both annual G&A expenditure and the corresponding business and cost base.

The company's policy is to apply G&A on all ODC(s). This practice is consistent with Far 52.232.7

### 1.7 Other Direct Costs

An estimate for ODC(s) has been provided for travel and material. These estimates are representative samples of anticipated activity, however all such travel and material must be pre-approved by MARAD, and could vary depending on specific volume requirements and activities. All costs associated with travel will be reimbursed limited to appropriate federal regulations, and best pricing for material will be evaluated prior to purchase.

Subcontractor costs, if any, could have similar labor categories as Shepard-Patterson. The pricing for such services will vary depending upon skill set requirements, but in no way exceed Shepard Patterson's like labor category sell price. Therefore, representative pricing for subcontractor work is reflected in the Labor Category Sell Rates spreadsheet within this proposal.

### 1.8 Award Fee

Consistent with the current contract, Shepard-Patterson proposes an award fee from 0%-8% depending upon the company meeting predetermined award fee objectives and criteria. Also, for billing purposes, the Company proposes to provisionally bill 4% of total cost to assist in the cash flow needs and operating capital requirements of the company during each invoice cycle. This would be adjusted once the actual award fee is determined. This is consistent with current contract practices.

**1.9 Terms and Conditions.**

This price quote is good through June 30, 1998

**1.10 Small Disadvantaged Business**

Shepard Patterson is a small business and was granted approval on 23 June 1989 for participation in the Small Business Administration's 8(a) program. The company will exit this program as of June 30, 1998.

Labor Category Sell Rate by Option Year

**Current Contract Perspective**

| | Base Rate | Overhead 65.40% | G & A 14.90% | Provisional Base Fee 4.00% | Option Yr 3 Cost And Provisional Base Fee | Option Yr 4 Cost And Provisional Base Fee |
|---|---|---|---|---|---|---|
| S-P Rates | | | | | | |
| PROGRAM MANAGER | 41.40 | 27.08 | 10.20 | 3.15 | 81.83 | 84.28 |
| SENIOR LOGISTICIAN | 32.61 | 21.33 | 8.04 | 2.48 | 64.45 | 66.39 |
| SENIOR ANALYST | 32.61 | 21.33 | 8.04 | 2.48 | 64.45 | 66.39 |
| SYSTEM ANALYST II | 24.20 | 15.83 | 5.96 | 1.84 | 47.83 | 49.27 |
| SYSTEM ANALYST I | 16.26 | 10.63 | 4.01 | 1.24 | 32.14 | 33.10 |
| DATA ANALYST II | 13.45 | 8.80 | 3.31 | 1.02 | 26.58 | 27.38 |
| DATA ANALYST I | 10.44 | 6.83 | 2.57 | 0.79 | 20.63 | 21.25 |
| DATA ENTRY | 11.23 | 7.34 | 2.77 | 0.85 | 22.20 | 22.20 |
| Base Rate = Labor Category Average 3/31/98 | | | | | | |
| DL Escalation Option Yr 4 | | 1.03 | | | | |

03/25/98

USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

10:12:22 AM

## Labor Category Rates By Person

| | Hourly Rate | Option Yr3 Lab Cat Average |
|---|---|---|
| Program Manager | | 41.40 |
| Downer, Glenn | 41.40 | |
| | | |
| Senior Logistician | | 32.61 |
| | | |
| | | |
| Senior Analyst | | 32.61 |
| Colley, Donald | 29.00 | |
| Coneys, Joseph | 32.24 | |
| Freiberg, Leonard | 32.80 | |
| Smith, Bryan | 36.38 | |
| | | |
| System Analyst II | | 24.20 |
| Boon, John | 27.40 | |
| Hall, Jon | 20.19 | |
| Murphy, Stephen | 25.00 | |
| | | |
| System Analyst I | | 16.26 |
| Haskins, Peter | 14.05 | |
| Hayes, Frances | 15.97 | |
| Metzger, Joseph | 17.00 | |
| Nwoke, Magnus | 18.00 | |

| | Hourly Rate | Option Yr3 Lab Cat Average |
|---|---|---|
| Maintenance Data Analyst II | | 13.45 |
| Bond, Marvin | 12.00 | |
| Carlson, Erik | 12.65 | |
| Duvall, Joseph | 15.60 | |
| Forward, Isiah | 12.50 | |
| Jones, Richard | 13.20 | |
| Lung, Gene | 13.64 | |
| Luppens, Patrick | 13.70 | |
| Thompson, Michael | 13.80 | |
| Whalen, Samuel | 14.92 | |
| Young, Bobby | 12.50 | |
| | | |
| Maintence Data Analyst I | | 10.44 |
| Brown, Florine | 10.87 | |
| Hardy, Willie | 10.60 | |
| Jacinto, Jay | 10.30 | |
| O'Neil, Thea | 10.00 | |
| | | |
| Key Entry Operator II | | 11.23 |
| Calloway, Tina | 11.23 | |
| Payne, Teshia | 11.23 | |
| Victoria Sorrell | 11.23 | |



USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

**Labor Category Sell Rate By Option Year** **Extension Perspective**

| | Option Yr 4 Cost And Provisional Base Fee | | Option yr 5 Cost And Provisional Base Fee | Option yr 6 Cost And Provisional Base Fee | Option yr 7 Cost And Provisional Base Fee | Option yr 8 Cost And Provisional Base Fee | Option yr 9 Cost And Provisional Base Fee |
|---|---|---|---|---|---|---|---|
| **S-P Rates** | | | | | | | |
| PROGRAM MANAGER | 84.28 | | 84.28 | 84.28 | 84.28 | 84.27 | 84.26 |
| SENIOR LOGISTICIAN | 66.39 | | 66.39 | 66.39 | 66.38 | 66.38 | 66.37 |
| SENIOR ANALYST | 66.39 | | 66.39 | 66.39 | 66.38 | 66.38 | 66.37 |
| SYSTEM ANALYST II | 49.27 | | 49.27 | 49.26 | 49.26 | 49.26 | 49.26 |
| SYSTEM ANALYST I | 33.10 | | 33.10 | 33.10 | 33.10 | 33.10 | 33.10 |
| DATA ANALYST II | 27.38 | | 27.38 | 27.38 | 27.38 | 27.38 | 27.38 |
| DATA ANALYST I | 21.25 | | 21.25 | 21.25 | 21.25 | 21.25 | 21.25 |
| DATA ENTRY | 22.20 | | 11.23 | 11.23 | 11.23 | 11.23 | 11.23 |
| Base Rate = Labor Category Average 3/31/98 | | | | | | | |
| DL Escalation Option Yr 4 | | | | | | | |
| | | DL Escalation | 1.02 | 1.02 | 1.02 | 1.02 | 1.02 |
| | | Overhead | 1.644 | 1.625 | 1.61 | 1.58 | 1.56 |
| | | G & A | 1.14445 | 1.1351 | 1.1232 | 1.122 | 1.114 |
| | | Provisional Billed Fee | 1.04 | 1.04 | 1.04 | 1.04 | 1.04 |

03/25/98 USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL 04:21:03 PM

# Option Year Labor Hour Summary

| | Option Year 5 | Option Year 6 | Option Year 7 | Option Year 8 | Option Year 9 |
|---|---|---|---|---|---|
| | Hours | Hours | Hours | Hours | Hours |
| PROGRAM MANAGER | 1872 | 1404 | 468 | 468 | 200 |
| SENIOR LOGISTICIAN | 1872 | 1872 | 0 | 0 | 0 |
| SENIOR ANALYST | 1874 | 1872 | 1872 | 0 | 0 |
| SYSTEM ANALYST II | 5616 | 1872 | 1872 | 1872 | 1872 |
| SYSTEM ANALYST I | 5616 | 5616 | 1872 | 1872 | 1872 |
| DATA ANALYST II | 5616 | 3744 | 1872 | 936 | 0 |
| DATA ANALYST I | 7488 | 1872 | 0 | 0 | 0 |
| DATA ENTRY | 1872 | 1872 | 936 | 936 | 0 |
| Total Labor | 31826 | 20124 | 8892 | 6084 | 3944 |

USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

| | | Option Year 5 | |
|---|---|---|---|
| | Rate | Hours | Total |
| PROGRAM MANAGER | 84.28 | 1872 | $157,775 |
| | | | |
| SENIOR LOGISTICIAN | 66.39 | 1872 | $124,276 |
| | | | |
| SENIOR ANALYST | 66.39 | 1874 | $124,409 |
| | | | |
| SYSTEM ANALYST II | 49.27 | 5616 | $276,678 |
| | | | |
| SYSTEM ANALYST I | 33.10 | 5616 | $185,900 |
| | | | |
| DATA ANALYST II | 27.38 | 5616 | $153,774 |
| | | | |
| DATA ANALYST I | 21.25 | 7488 | $159,147 |
| | | | |
| DATA ENTRY | 11.23 | 1872 | $21,023 |
| | | | |
| Total Labor | | | $1,202,982 |
| | | | |
| ODCs | | | |
| Travel | | | $34,753 |
| Material | | | $39,000 |
| Total | | | $73,753 |
| with G&A | | | $84,407 |
| with Provisional Billed Fee | | | $87,783 |
| | | | |
| Total Proposal | | | $1,290,765 |

| | | Option Year 6 | |
|---|---|---|---|
| | Rate | Hours | Total |
| PROGRAM MANAGER | $84.28 | 1404 | $118,328 |
| | | | |
| SENIOR LOGISTICIAN | $66.39 | 1872 | $124,273 |
| | | | |
| SENIOR ANALYST | $66.39 | 1872 | $124,273 |
| | | | |
| SYSTEM ANALYST II | $49.26 | 1872 | $92,224 |
| | | | |
| SYSTEM ANALYST I | $33.10 | 5616 | $185,896 |
| | | | |
| DATA ANALYST II | $27.38 | 3744 | $102,513 |
| | | | |
| DATA ANALYST I | $21.25 | 1872 | $39,786 |
| | | | |
| DATA ENTRY | $11.23 | 1872 | $21,023 |
| | | | |
| Total Labor | | | $808,316 |
| | | | |
| ODCs | | | |
| Travel | | | $22,893 |
| Material | | | $26,000 |
| Total | | | $48,893 |
| with G&A | | | $55,498 |
| with Provisional Billed Fee | | | $57,718 |
| | | | |
| Total Proposal | | | $866,034 |

USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

| | Option Year 7 | | |
|---|---|---|---|
| | Rate | Hours | Total |
| PROGRAM MANAGER | $84.28 | 468 | $39,442 |
| | | | |
| SENIOR LOGISTICIAN | $66.38 | 0 | $0 |
| | | | |
| SENIOR ANALYST | $66.38 | 1872 | $124,272 |
| | | | |
| SYSTEM ANALYST II | $49.26 | 1872 | $92,223 |
| | | | |
| SYSTEM ANALYST I | $33.10 | 1872 | $61,965 |
| | | | |
| DATA ANALYST II | $27.38 | 1872 | $51,256 |
| | | | |
| DATA ANALYST I | $21.25 | 0 | $0 |
| | | | |
| DATA ENTRY | $11.23 | 936 | $10,511 |
| | | | |
| Total Labor | | | $379,669 |
| | | | |
| ODCs | | | |
| Travel | | | $10,566 |
| Material | | | $13,000 |
| Total | | | $23,566 |
| with G&A | | | $26,469 |
| with Provisional Billed Fee | | | $27,528 |
| | | | |
| Total Proposal | | | $407,197 |



USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

| | | Option Year 8 | |
|---|---|---|---|
| | Rate | Hours | Total |
| PROGRAM MANAGER | $84.27 | 468 | $39,439 |
| | | | |
| SENIOR LOGISTICIAN | $66.38 | 0 | $0 |
| | | | |
| SENIOR ANALYST | $66.38 | 0 | $0 |
| | | | |
| SYSTEM ANALYST II | $49.26 | 1872 | $92,216 |
| | | | |
| SYSTEM ANALYST I | $33.10 | 1872 | $61,960 |
| | | | |
| DATA ANALYST II | $27.38 | 936 | $25,626 |
| | | | |
| DATA ANALYST I | $21.25 | 0 | $0 |
| | | | |
| DATA ENTRY | $11.23 | 936 | $10,511 |
| | | | |
| Total Labor | | | $229,752 |
| | | | |
| ODCs | | | |
| Travel | | | $8,805 |
| Material | | | $8,000 |
| Total | | | $16,805 |
| with G&A | | | $18,855 |
| with Provisional Billed Fee | | | $19,609 |
| | | | |
| Total Proposal | | | $249,362 |

USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

| | | Option Year 9 | |
|---|---|---|---|
| | Rate | Hours | Total |
| PROGRAM MANAGER | $84.26 | 200 | $16,853 |
| | | | |
| SENIOR LOGISTICIAN | $66.37 | 0 | $0 |
| | | | |
| SENIOR ANALYST | $66.37 | 0 | $0 |
| | | | |
| SYSTEM ANALYST II | $49.26 | 1872 | $92,207 |
| | | | |
| SYSTEM ANALYST I | $33.10 | 1872 | $61,954 |
| | | | |
| DATA ANALYST II | $27.38 | 0 | $0 |
| | | | |
| DATA ANALYST I | $21.25 | 0 | $0 |
| | | | |
| DATA ENTRY | $11.23 | 0 | $0 |
| | | | |
| Total Labor | | | $171,014 |
| | | | |
| ODCs | | | |
| Travel | | | $7,044 |
| Material | | | $6,400 |
| Total | | | $13,444 |
| with G&A | | | $14,977 |
| with Provisional Billed Fee | | | $15,576 |
| | | | |
| Total Proposal | | | $186,590 |



USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

| | Option Year 5 | | | Option Year 6 | | | Option Year 7 | | | Option Year 8 | | | Option Year 9 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Total | Rate | Hours | Total | Rate | Hours | Total | Rate | Hours | Total | Rate | Hours | Total | |
| PROGRAM MANAGER | 84.28 | 1872 | $157,775 | $84.28 | 1404 | $118,328 | $84.28 | 468 | $39,442 | $84.27 | 468 | $39,439 | $84.26 | 200 | $16,853 | |
| SENIOR LOGISTICIAN | 66.39 | 1872 | $124,276 | $66.39 | 1872 | $124,273 | $66.38 | 0 | $0 | $66.38 | 0 | $0 | $66.37 | 0 | $0 | |
| SENIOR ANALYST | 66.39 | 1874 | $124,409 | $66.39 | 1872 | $124,273 | $66.38 | 1872 | $124,272 | $66.38 | 0 | $0 | $66.37 | 0 | $0 | |
| SYSTEM ANALYST II | 49.27 | 5616 | $276,678 | $49.26 | 1872 | $92,224 | $49.26 | 1872 | $92,223 | $49.26 | 1872 | $92,216 | $49.26 | 1872 | $92,207 | |
| SYSTEM ANALYST I | 33.10 | 5616 | $185,900 | $33.10 | 5616 | $185,896 | $33.10 | 1872 | $61,965 | $33.10 | 1872 | $61,960 | $33.10 | 1872 | $61,954 | |
| DATA ANALYST II | 27.38 | 5616 | $153,774 | $27.38 | 3744 | $102,513 | $27.38 | 1872 | $51,256 | $27.38 | 936 | $25,626 | $27.38 | 0 | $0 | |
| DATA ANALYST I | 21.25 | 7488 | $159,147 | $21.25 | 1872 | $39,786 | $21.25 | 0 | $0 | $21.25 | 0 | $0 | $21.25 | 0 | $0 | |
| DATA ENTRY | 11.23 | 1872 | $21,023 | $11.23 | 1872 | $21,023 | $11.23 | 936 | $10,511 | $11.23 | 936 | $10,511 | $11.23 | 0 | $0 | |
| Total Labor | | | $1,202,982 | | | $808,316 | | | $379,669 | | | $229,752 | | | $171,014 | $2,791,734 |
| ODCs | | | | | | | | | | | | | | | | |
| Travel | | | $34,753 | | | $22,893 | | | $10,566 | | | $8,805 | | | $7,044 | |
| Material | | | $39,000 | | | $26,000 | | | $13,000 | | | $8,000 | | | $6,400 | |
| Total | | | $73,753 | | | $48,893 | | | $23,566 | | | $16,805 | | | $13,444 | |
| with G&A | | | $84,407 | | | $55,498 | | | $26,469 | | | $18,855 | | | $14,977 | |
| with Provisional Billed Fee | | | $87,783 | | | $57,718 | | | $27,528 | | | $19,608 | | | $15,576 | $208,214 |
| Total Proposal | | | $1,290,765 | | | $866,034 | | | $407,197 | | | $249,362 | | | $186,590 | $2,999,949 |

USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

SHEPARD PATTERSON™
MANAGING PEOPLE, SYSTEMS & INFORMATION

Summary of Major Proposal Initiatives

Phased reduction of overhead costs throughout the 5 year period from 65.4% to56.0%.
Major investments in IT infrastructure
Company growth providing economies of scale, i.e., fringe benefit volume discounts.

Phased reduction of G&A costs throughout the 5 year period from 14.9% to 11.4%.

Constrains subcontractor fees to achieve identical charge per labor category to MARAD for contractor and subcontractor labor.

Propose continuation of provisional base fee (4%) and an award fee (0-8%).

These major initiatives will result in approximately a 10 % savings to MARAD. See attached pages for specific backup and analysis.

## Overhead and G&A Summary

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contract Year | Base | Option 1 | Option 2 | Option 3 | Option 4 | Option 5 | Option 6 | Option 7 | Option 8 | Option 9 |
| | Calendar Year | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2005 |
| Overhead Rate | | 0.654 | 0.654 | 0.654 | 0.654 | 0.654 | 0.644 | 0.625 | 0.61 | 0.58 | 0.56 |
| G&A Rate | | 0.149 | 0.149 | 0.149 | 0.149 | 0.149 | 0.14445 | 0.1351 | 0.1232 | 0.122 | 0.114 |

USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

## Notional Travel Summary

| Routing | | Option Year 5 Trips | Option Year 5 Cost | Option Year 6 Trips | Option Year 6 Cost | Option Year 7 Trips | Option Year 7 Cost | Option Year 8 Trips | Option Year 8 Cost | Option Year 9 Trips | Option Year 9 Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DC- San Francisco | | 6 | $10,566.00 | 3 | $5,283.00 | 1 | $1,761.00 | | $0.00 | | $0.00 |
| DC- Beaumont | | 4 | $5,040.00 | 3 | $5,283.00 | 2 | $3,522.00 | 2 | $3,522.00 | 2 | $3,522.00 |
| Norfolk- San Francisco | | 4 | $7,092.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| Norfolk- Mobile | | 7 | $7,175.00 | 4 | $7,044.00 | 2 | $3,522.00 | 3 | $5,283.00 | 2 | $3,522.00 |
| Beaumont- San Francisco | | 4 | $4,880.00 | 3 | $5,283.00 | 1 | $1,761.00 | | $0.00 | | $0.00 |
| Total Cost | | | $34,753.00 | | $22,893.00 | | $10,566.00 | | $8,805.00 | | $7,044.00 |

| Trip Cost | | 7 Day Advance Air Fare | Perdiem | No. Days | Per Trip Cost |
|---|---|---|---|---|---|
| DC- San Francisco | | $1,151.00 | $122.00 | 5 | $1,761.00 |
| DC- Beaumont | | $860.00 | $80.00 | 5 | $1,260.00 |
| Norfolk- San Francisco | | $1,163.00 | $122.00 | 5 | $1,773.00 |
| Norfolk- Mobile | | $555.00 | $94.00 | 5 | $1,025.00 |
| Beaumont- San Francisco | | $610.00 | $122.00 | 5 | $1,220.00 |



USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

## Notional Material Summary

Materials ODC'S include those items required in support of a specific tasking. The value estimated in the extension proposal is based on the historic usage of approximaely 3 to 3.3% of the annual cost of the contract. The material includes:

Long Distance Calls/Fax
Postage and Federal Express
Production of SALs/PC-SALs and Bulkhead Tags
.......Binders, Tabs, Paper, Diskettes, Mailers
Warehouse Support
.......Forklift, Propane, Packing Materia
Shipping Charges
.......Material Receipts & MRM
Material for Inventory
.......Lables, Plastic Bags, Tape, etc.



USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

## Cost Savings Summary

| | Option Year 5 Current | Option Year 5 Proposed | Option Year 5 Savings | Option Year 6 Current | Option Year 6 Proposed | Option Year 6 Savings |
|---|---|---|---|---|---|---|
| PROGRAM MANAGER | $162,506 | $157,775 | $4,731 | $124,317 | $118,328 | $5,989 |
| SENIOR LOGISTICIAN | $138,890 | $124,276 | $14,613 | $141,667 | $124,273 | $17,394 |
| SENIOR ANALYST | $133,268 | $124,409 | $8,858 | $130,563 | $124,273 | $6,290 |
| SYSTEM ANALYST II | $287,630 | $276,678 | $10,951 | $98,923 | $92,224 | $6,699 |
| SYSTEM ANALYST I | $200,712 | $185,900 | $14,812 | $209,437 | $185,896 | $23,542 |
| DATA ANALYST II | $168,606 | $153,774 | $14,833 | $118,127 | $102,513 | $15,614 |
| DATA ANALYST I | $198,302 | $159,147 | $39,155 | $53,490 | $39,786 | $13,704 |
| DATA ENTRY | $41,558 | $21,023 | $20,536 | $41,558 | $21,023 | $20,536 |
| | $1,331,471 | $1,202,982 | $128,489 | $918,083 | $808,316 | $109,767 |
| | | | 9.65% | | | 11.96% |

The "Current" cost column uses the same concept of labor distribution and pricing between the prime and sub-contractor as in the current contract. The labor rates are escalated for cost of living by 3% in option year 5, and 2% in option year 6.

The "Proposed" cost column represents the application of a single price per labor category for both the prime and sub-contractor and an agressive program to reduce Overhead and G&A rates.

The "Savings" column identifies specific cost benefit to MARAD as a result of the contract extension.

03/25/98

USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL

04:09:35 PM

## CERTIFICATE OF CURRENT COST OR PRICING DATA

This is to certify that, to the best of my knowledge and belief, the cost or pricing data (as defined in section 15.801 the Federal Acquisition Regulation (FAR) and required under FAR subsection 15.804-2) submitted, either actually or by specific identification in writing, to the contracting officer or to the contracting officer's representative in support of Contract DTMA91-95-C-00024, are accurate, complete and current as of 30 March 1998. This certification includes the cost or pricing data supporting any advance agreements and forward pricing rate agreements between the offeror and the Government that are part of the proposal.

FIRM: Shepard Patterson & Associates, Inc.

BY: Michael C. Genna

NAME: **Michael C. Genna**

TITLE: Executive Vice President/Chief Financial Officer

DATE OF EXECUTION: 30 March 1998

FA2550-95-R-0006
VOLUME III - COST PROPOSAL

P8X0-X60069
26 February 1996

# CONTRACT PRICING PROPOSAL COVER SHEET
*(COST OR PRICING DATA REQUIRED)*

1. SOLICITATION/CONTRACT/MODIFICATION: DTMA91-95-C-00024

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405.

| | |
|---|---|
| 2a. NAME OF OFFEROR | Shepard-Patterson and Associates |
| 2b. FIRST LINE ADDRESS | 15. East Ridge Pike |
| 2c. STREET ADDRESS | Suite 220 |
| 2d. CITY | Conshohocken |
| 2e. STATE | Pennsylvania |
| 2f. ZIP CODE | 19428 |
| 3a. NAME OF OFFEROR'S CONTACT | Michael C. Genna EVP/CFO |
| 3b. TITLE OF OFFEROR'S CONTACT | Exec VP & CFO |
| 3c. TELEPHONE (AREA CODE & NUMBER) | 610 941 9010 |

4. TYPE OF CONTRACT ACTION *(Check)*

| | | | |
|---|---|---|---|
| 4a X | NEW CONTRACT | 4d | LETTER CONTRACT |
| 4b | CHANGE ORDER | 4e | UNPRICED ORDER |
| 4c | PRICE REVISION/REDETERMINATION | X 4f | EXTENSION |

5. TYPE OF CONTRACT *(Check)*

FFP CPFF CPAF X
FPI CPIF OTHER *(Specify)*

6. PROPOSED COST (A+B=C)

| A. COST | B. PROFIT/FEE | C. PRICE |
|---|---|---|
| $1,202,898 | $87,783 | $1,290,765 |

7. PERFORMANCE

| | 7. PERFORMANCE PLACE(S) | | PERFORMANCE PERIOD(S) |
|---|---|---|---|
| 7a. | Washington, DC | 7a. | |
| 7b. | | 7b. | |

8. List and reference the identification, quantity and total price for each contract line item. A line item cost breakdown supporting this recap is required unless otherwise specified by the Contracting Officer. *(Continue on reverse and then plain paper, if necessary. Use same headings.)*

| 8a. LINE ITEM NO. | 8b. IDENTIFICATION | 8c. QTY | 8d. PRICE | 8e. REF |
|---|---|---|---|---|
| | Option Year Five<br><br>** Award Fee not included in Total Price To Be Negotiated | | $1,290,765 | |

| 9a. NAME OF CONTRACT ADMINISTRATION OFFICE | 9b. NAME OF AUDIT OFFICE |
|---|---|
| | DEFENSE CONTRACT AUDIT AGENCY<br>615 Chestnut Street<br>Philadelphia, PA |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY: | CITY: |
| STATE: | STATE: |
| ZIP CODE: | ZIP CODE: |
| TELEPHONE: | TELEPHONE: |

10. WILL YOU REQUIRE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THIS WORK? *(If "yes" identify)*
YES X NO

11a. DO YOU REQUIRE GOVERNMENT CONTRACT FINANCING TO PERFORM THIS CONTRACT?
X YES *(If yes complete 11b)*
NO

11b. TYPE OF FINANCING *(check one)*
ADVANCES PAYMENT
GUARANTEED LOANS
PROGRESS PAYMENT

12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? *(If yes, identify items on contract numbers on reverse of form)*
YES NO X

13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTABLISHED ESTIMATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31? *(If no, explain on reverse of form)*
YES X NO

14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA *(Public Law 91.379 as amended and FAR PART 30)*

14a. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULATIONS?
YES X NO *(If no, explain in proposal)*

14b. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT (CASB DS-1 or 2)?
YES *(If yes, in proposal specify to whom & adequacy)* NO X

14c. HAVE YOU BEEN NOTIFIED THAT YOU ARE OR MAY BE IN NON-COMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST ACCOUNTING STANDARDS? *(If yes, explain in proposal)*
YES NO X

14d. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS?
YES *(If yes, explain in proposal)* NO X

This proposal is submitted in response to the solicitation, contract, modification, etc in Item 1 and reflects our estimates and/or actual costs as of this date and conforms with the instructions in FAR 15.804-6(b)(1), and Table 15-2. By submitting this proposal, the offeror, if selected for negotiation, grants the contracting officer and authorized representatives the right to examine, at any time before award,those records, documents, accounting procedures and practices, and other data, regardless of the type and regardless of whether such items are in written form, in the form of computer data, or any other form, or whether such supporting information is specifically referenced or included in the proposal as the basis for pricing, that will permit an adequate evaluation of the proposed price.

| 15a. NAME OF OFFEROR *(Typed)* | TITLE OF OFFEROR *(Typed)* | 16. NAME OF FIRM |
|---|---|---|
| Michael C. Genna | Executive VP and CFO | Shepard-Patterson and Associates |
| 17. SIGNATURE: Michael C Genna EVP / CFO | | 18. DATE OF SUBMISSION: 3/30/98<br>3/30/98 |

Standard Form 1411, (REV 10-95) *[As modified for automated use by ITT Systems & Sciences Corporation]*

FA2550-95-R-0006
VOLUME III - COST PROPOSAL

P8X0-X60069
26 February 1996

# CONTRACT PRICING PROPOSAL COVER SHEET

*(COST OR PRICING DATA REQUIRED)*

1. SOLICITATION/CONTRACT/MODIFICATION: DTMA91-95-C-00024

*Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405.*

| | |
|---|---|
| 2a. NAME OF OFFEROR | Shepard-Patterson and Associates |
| 2b. FIRST LINE ADDRESS | 15. East Ridge Pike |
| 2c. STREET ADDRESS | Suite 220 |
| 2d. CITY | Conshohocken |
| 2e. STATE | Pennsylvania |
| 2f. ZIP CODE | 19428 |
| 3a. NAME OF OFFEROR'S CONTACT | Michael C. Genna EVP/CFO |
| 3b. TITLE OF OFFEROR'S CONTACT | Exec VP & CFO |
| 3c. TELEPHONE (AREA CODE & NUMBER) | 610 941 9010 |

5. TYPE OF CONTRACT (Check)

FFP CPFF CPAF X
FPI CPIF OTHER (Specify)

4. TYPE OF CONTRACT ACTION (Check)

| | | | |
|---|---|---|---|
| 4a X | NEW CONTRACT | 4d | LETTER CONTRACT |
| 4b | CHANGE ORDER | 4e | UNPRICED ORDER |
| 4c | PRICE REVISION/REDETERMINATION | X 4f | EXTENSION |

6. PROPOSED COST (A+B=C)

| A. COST | B. PROFIT/FEE | C. PRICE |
|---|---|---|
| $808,316 | $57,718 | $866,034 |

7. PERFORMANCE

| | 7. PERFORMANCE PLACE(S) | PERFORMANCE PERIOD(S) |
|---|---|---|
| 7a. | Washington, DC | 7a. |
| 7b. | | 7b. |

8. List and reference the identification, quantity and total price for each contract line item. A line item cost breakdown supporting this recap is required unless otherwise specified by the Contracting Officer. (Continue on reverse and then plain paper, if necessary. Use same headings.)

| 8a. LINE ITEM NO. | 8b. IDENTIFICATION | 8c. QTY | 8d. PRICE | 8e. REF |
|---|---|---|---|---|
| | Option Year Six<br><br>** Award Fee not included in Total Price To Be Negotiated | | $866,034 | |

| 9a. NAME OF CONTRACT ADMINISTRATION OFFICE | 9b. NAME OF AUDIT OFFICE |
|---|---|
| | DEFENSE CONTRACT AUDIT AGENCY<br>615 Chestnut Street<br>Philadelphia, PA |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY: | CITY: |
| STATE: | STATE: |
| ZIP CODE: | ZIP CODE: |
| TELEPHONE: | TELEPHONE: |

10. WILL YOU REQUIRE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THIS WORK? (If "yes" identify) YES X NO

11a. DO YOU REQUIRE GOVERNMENT CONTRACT FINANCING TO PERFORM THIS CONTRACT? X YES (If yes complete 11b) NO

11b. TYPE OF FINANCING (check one): ADVANCES PAYMENT / GUARANTEED LOANS / PROGRESS PAYMENT

12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? (If yes, identify items and contract numbers on reverse of form) YES NO X

13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTABLISHED ESTIMATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31? (If no, explain on reverse of form) YES X NO

## 14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA *(Public Law 91.379 as amended and FAR PART 30)*

14a. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULATIONS? YES X NO (If no, explain in proposal)

14b. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT(CASB DS-1 or 2)? YES (If yes, in proposal specify to whom & adequacy) NO X

14c. HAVE YOU BEEN NOTIFIED THAT YOU ARE OR MAY BE IN NON-COMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST ACCOUNTING STANDARDS? (If yes, explain in proposal) YES NO X

14d. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS? YES (If yes, explain in proposal) NO X

This proposal is submitted in response to the solicitation, contract, modification, etc in Item 1 and reflects our estimates and/or actual costs as of this date and conforms with the instructions in FAR 15.804-6(b)(1), and Table 15-2. By submitting this proposal, the offeror, if selected for negotiation, grants the contracting officer and authorized representatives the right to examine, at any time before award, those records, documents, accounting procedures and practices, and other data, regardless of the type and regardless of whether such items are in written form, in the form of computer data, or any other form, or whether such supporting information is specifically referenced or included in the proposal as the basis for pricing, that will permit an adequate evalution of the proposed price.

| 15a. NAME OF OFFEROR (Typed) | TITLE OF OFFEROR (Typed) | 16. NAME OF FIRM |
|---|---|---|
| Michael C. Genna | Executive VP and CFO | Shepard-Patterson and Associates |

17. SIGNATURE: Michael C. Genna EVP/CFO

18. DATE OF SUBMISSION: 3/30/98 3/30/98

Standard Form 1411, (REV 10-95) *[As modified for automated use by ITT Systems & Sciences Corporation]*

FA2550-95-R-0006 P8X0-X60069
VOLUME III - COST PROPOSAL 26 February 1996

# CONTRACT PRICING PROPOSAL COVER SHEET
*(COST OR PRICING DATA REQUIRED)*

1. SOLICITATION/CONTRACT/MODIFICATION: DTMA91-95-C-00024

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405.

| | |
|---|---|
| 2a. NAME OF OFFEROR | Shepard-Patterson and Associates |
| 2b. FIRST LINE ADDRESS | 15. East Ridge Pike |
| 2c. STREET ADDRESS | Suite 220 |
| 2d. CITY | Conshohocken |
| 2e. STATE | Pennsylvania |
| 2f. ZIP CODE | 19428 |
| 3a. NAME OF OFFEROR'S CONTACT | Michael C. Genna EVP/CFO |
| 3b. TITLE OF OFFEROR'S CONTACT | Exec VP & CFO |
| 3c. TELEPHONE (AREA CODE & NUMBER) | 610 941 9010 |

4. TYPE OF CONTRACT ACTION *(Check)*

| | | | |
|---|---|---|---|
| 4a X | NEW CONTRACT | 4d | LETTER CONTRACT |
| 4b | CHANGE ORDER | 4e | UNPRICED ORDER |
| 4c | PRICE REVISION/REDETERMINATION | X 4f | EXTENSION |

5. TYPE OF CONTRACT *(Check)*

FFP CPFF CPAF X
FPI CPIF OTHER *(Specify)*

6. PROPOSED COST (A+B=C)

| A. COST | B. PROFIT/FEE | C. PRICE |
|---|---|---|
| $376,669 | $27,528 | $407,197 |

7. PERFORMANCE

| 7. PERFORMANCE PLACE(S) | PERFORMANCE PERIOD(S) |
|---|---|
| 7a. Washington, DC | 7a. |
| 7b. | 7b. |

8. List and reference the identification, quantity and total price for each contract line item. A line item cost breakdown supporting this recap is required unless otherwise specified by the Contracting Officer. *(Continue on reverse and then plain paper, if necessary. Use same headings.*

| 8a. LINE ITEM NO. | 8b. IDENTIFICATION | 8c. QTY | 8d. PRICE | 8e. REF |
|---|---|---|---|---|
| | Option Year Seven<br><br>** Award Fee not included in Total Price To Be Negotiated | | $407,197 | |

| 9a. NAME OF CONTRACT ADMINISTRATION OFFICE | 9b. NAME OF AUDIT OFFICE |
|---|---|
| | DEFENSE CONTRACT AUDIT AGENCY<br>615 Chestnut Street<br>Philadelphia, PA |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY: | CITY: |
| STATE: | STATE: |
| ZIP CODE: | ZIP CODE: |
| TELEPHONE: | TELEPHONE: |

10. WILL YOU REQUIRE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THIS WORK? *(If "yes" identify)* YES X NO

11a. DO YOU REQUIRE GOVERNMENT CONTRACT FINANCING TO PERFORM THIS CONTRACT? X YES *(If yes complete 11b)* NO

11b. TYPE OF FINANCING *(check one)* ADVANCES PAYMENT / GUARANTEED LOANS / PROGRESS PAYMENT

12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? *(If yes, identify items on contract numbers on reverse of form)* YES NO X

13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTABLISHED ESTIMATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31? *(If no, explain on reverse of form)* YES X NO

14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA *(Public Law 91,379 as amended and FAR PART 30)*

14a. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULATIONS? YES X NO *(If no, explain in proposal)*

14b. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT (CASB DS-1 or 2)? YES *(If yes, in proposal specify to whom & adequacy)* NO X

14c. HAVE YOU BEEN NOTIFIED THAT YOU ARE OR MAY BE IN NON-COMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST ACCOUNTING STANDARDS? *(If yes, explain in proposal)* YES NO X

14d. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS? YES *(If yes, explain in proposal)* NO X

This proposal is submitted in response to the solicitation, contract, modification, etc in Item 1 and reflects our estimates and/or actual costs as of this date and conforms with the instructions in FAR 15.804-6(b)(1), and Table 15-2. By submitting this proposal, the offeror, if selected for negotiation, grants the contracting officer and authorized representatives the right to examine, at any time before award, those records, documents, accounting procedures and practices, and other data, regardless of the type and regardless of whether such items are in written form, in the form of computer data, or any other form, or whether such supporting information is specifically referenced or included in the proposal as the basis for pricing, that will permit an adequate evaluation of the proposed price.

| 15a. NAME OF OFFEROR *(Typed)* | TITLE OF OFFEROR *(Typed)* | 16. NAME OF FIRM |
|---|---|---|
| Michael C. Genna | Executive VP and CFO | Shepard-Patterson and Associates |

17. SIGNATURE: Michael C [signature] EVP/CFO — 18. DATE OF SUBMISSION: 3/30/98 3/30/98

Standard Form 1411, (REV 10-95) *[As modified for automated use by ITT Systems & Sciences Corporation]*

FA2550-95-R-0006
VOLUME III - COST PROPOSAL

P8X0-X60069
26 February 1996

# CONTRACT PRICING PROPOSAL COVER SHEET
*(COST OR PRICING DATA REQUIRED)*

1. SOLICITATION/CONTRACT/MODIFICATION: DTMA91-95-C-00024

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405.

2a. NAME OF OFFEROR: Shepard-Patterson and Associates
2b. FIRST LINE ADDRESS: 15. East Ridge Pike
2c. STREET ADDRESS: Suite 220
2d. CITY: Conshohocken
2e. STATE: Pennsylvania
2f. ZIP CODE: 19428

3a. NAME OF OFFEROR'S CONTACT: Michael C. Genna EVP/CFO
3b. TITLE OF OFFEROR'S CONTACT: Exec VP & CFO
3c. TELEPHONE (AREA CODE & NUMBER): 610 941 9010

4. TYPE OF CONTRACT ACTION (Check)
4a X NEW CONTRACT
4b CHANGE ORDER
4c PRICE REVISION/REDETERMINATION
4d LETTER CONTRACT
4e UNPRICED ORDER
X 4f EXTENSION

5. TYPE OF CONTRACT (Check)
FFP CPFF CPAF X
FPI CPIF OTHER (Specify)

6. PROPOSED COST (A+B=C)

| A. COST | B. PROFIT/FEE | C. PRICE |
|---|---|---|
| $229,753 | $19,609 | $249,362 |

7. PERFORMANCE

| | 7. PERFORMANCE PLACE(S) | PERFORMANCE PERIOD(S) |
|---|---|---|
| 7a. | Washington, DC | 7a. |
| 7b. | | 7b. |

8. List and reference the identification, quantity and total price for each contract line item. A line item cost breakdown supporting this recap is required unless otherwise specified by the Contracting Officer. (Continue on reverse and then plain paper, if necessary. Use same headings.

| 8a. LINE ITEM NO. | 8b. IDENTIFICATION | 8c. QTY | 8d. PRICE | 8e. REF |
|---|---|---|---|---|
| | Option Year Eight<br><br>** Award Fee not included in Total Price To Be Negotiated | | $249,362 | |

| 9a. NAME OF CONTRACT ADMINISTRATION OFFICE | 9b. NAME OF AUDIT OFFICE |
|---|---|
| | DEFENSE CONTRACT AUDIT AGENCY<br>615 Chestnut Street<br>Philadelphia, PA |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY: | CITY: |
| STATE: | STATE: |
| ZIP CODE: | ZIP CODE: |
| TELEPHONE: | TELEPHONE: |

10. WILL YOU REQUIRE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THIS WORK? (If "yes" identify) YES X NO

11a. DO YOU REQUIRE GOVERNMENT CONTRACT FINANCING TO PERFORM THIS CONTRACT? X YES (If yes complete 11b) NO

11b. TYPE OF FINANCING (check one) ADVANCES PAYMENT / GUARANTEED LOANS / PROGRESS PAYMENT

12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? (If yes, identify items on contract numbers on reverse of form) YES NO X

13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTABLISHED ESTIMATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31? (If no, explain on reverse of form) YES X NO

14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA *(Public Law 91,379 as amended and FAR PART 30)*

14a. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULATIONS? YES X NO (If no, explain in proposal)

14b. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT (CASB DS-1 or 2)? YES (If yes, in proposal specify to whom & adequacy) NO X

14c. HAVE YOU BEEN NOTIFIED THAT YOU ARE OR MAY BE IN NON-COMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST ACCOUNTING STANDARDS? (If yes, explain in proposal) YES NO X

14d. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS? YES (If yes, explain in proposal) NO X

This proposal is submitted in response to the solicitation, contract, modification, etc in item 1 and reflects our estimates and/or actual costs as of this date and conforms with the instructions in FAR 15.804-6(b)(1), and Table 15-2. By submitting this proposal, the offeror, if selected for negotiation, grants the contracting officer and authorized representatives the right to examine, at any time before award, those records, documents, accounting procedures and practices, and other data, regardless of the type and regardless of whether such items are in written form, in the form of computer data, or any other form, or whether such supporting information is specifically referenced or included in the proposal as the basis for pricing, that will permit an adequate evaluation of the proposed price.

15a. NAME OF OFFEROR (Typed): Michael C. Genna
TITLE OF OFFEROR (Typed): Executive VP and CFO
16. NAME OF FIRM: Shepard-Patterson and Associates
17. SIGNATURE: Michael C Genna EVP/CFO
18. DATE OF SUBMISSION: 3/30/98 3/30/98

Standard Form 1411, (REV 10-95) *(As modified for automated use by ITT Systems & Sciences Corporation)*

FA2550-95-R-0006
VOLUME III - COST PROPOSAL

P8X0-X60069
26 February 1996

## CONTRACT PRICING PROPOSAL COVER SHEET
*(COST OR PRICING DATA REQUIRED)*

1. SOLICITATION/CONTRACT/MODIFICATION: DTMA91-95-C-00024

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405.

2a. NAME OF OFFEROR: Shepard-Patterson and Associates
2b. FIRST LINE ADDRESS: 15. East Ridge Pike
2c. STREET ADDRESS: Suite 220
2d. CITY: Conshohocken
2e. STATE: Pennsylvania
2f. ZIP CODE: 19428

3a. NAME OF OFFEROR'S CONTACT: Michael C. Genna EVP/CFO
3b. TITLE OF OFFEROR'S CONTACT: Exec VP & CFO
3c. TELEPHONE: 610 941 9010 (AREA CODE & NUMBER)

4. TYPE OF CONTRACT ACTION (Check)
4a X NEW CONTRACT
4b CHANGE ORDER
4c PRICE REVISION/REDETERMINATION
4d LETTER CONTRACT
4e UNPRICED ORDER
X 4f EXTENSION

5. TYPE OF CONTRACT (Check)
FFP CPFF CPAF X
FPI CPIF OTHER (Specify)

6. PROPOSED COST (A+B=C)

| A. COST | B. PROFIT/FEE | C. PRICE |
|---|---|---|
| $171,014 | $15,576 | $186,590 |

7. PERFORMANCE

| | 7. PERFORMANCE PLACE(S) | PERFORMANCE PERIOD(S) |
|---|---|---|
| 7a. | Washington, DC | 7a. |
| 7b. | | 7b. |

8. List and reference the identification, quantity and total price for each contract line item. A line item cost breakdown supporting this recap is required unless otherwise specified by the Contracting Officer. (Continue on reverse and then plain paper, if necessary. Use same headings.

| 8a. LINE ITEM NO. | 8b. IDENTIFICATION | 8c. QTY | 8d. PRICE | 8e. REF |
|---|---|---|---|---|
| | Option Year Nine<br><br>** Award Fee not included in Total Price To Be Negotiated | | $186,590 | |

| 9a. NAME OF CONTRACT ADMINISTRATION OFFICE | 9b. NAME OF AUDIT OFFICE |
|---|---|
| | DEFENSE CONTRACT AUDIT AGENCY<br>615 Chestnut Street<br>Philadelphia, PA |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY: | CITY: |
| STATE: | STATE: |
| ZIP CODE: | ZIP CODE: |
| TELEPHONE: | TELEPHONE: |

10. WILL YOU REQUIRE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THIS WORK? (If "yes" identify) YES X NO

11a. DO YOU REQUIRE GOVERNMENT CONTRACT FINANCING TO PERFORM THIS CONTRACT? X YES (If yes complete 11b) NO

11b. TYPE OF FINANCING (check one) ADVANCES PAYMENT GUARANTEED LOANS PROGRESS PAYMENT

12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? (If yes, identify items on contract numbers on reverse of form) YES NO X

13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTABLISHED ESTIMATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31? (If no, explain on reverse of form) YES X NO

14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA *(Public Law 91.379 as amended and FAR PART 30)*

14a. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULATIONS? YES X NO (If no, explain in proposal)

14b. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT(CASB DS-1 or 2)? YES (If yes, in proposal specify to whom & adequacy) NO X

14c. HAVE YOU BEEN NOTIFIED THAT YOU ARE OR MAY BE IN NON-COMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST ACCOUNTING STANDARDS? (If yes, explain in proposal) YES NO X

14d. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS? YES (If yes, explain in proposal) NO X

This proposal is submitted in response to the solicitation, contract, modification, etc in item 1 and reflects our estimates and/or actual costs as of this date and conforms with the instructions in FAR 15.804-6(b)(1), and Table 15-2. By submitting this proposal, the offeror, if selected for negotiation, grants the contracting officer and authorized representatives the right to examine, at any time before award,those records, documents, accounting procedures and practices, and other data, regardless of the type and regardless of whether such items are in written form, in the form of computer data, or any other form, or whether such supporting information is specifically referenced or included in the proposal as the basis for pricing, that will permit an adequate evalution of the proposed price.

15a. NAME OF OFFEROR (Typed): Michael C. Genna
TITLE OF OFFEROR (Typed): Executive VP and CFO
16. NAME OF FIRM: Shepard-Patterson and Associates
17. SIGNATURE: Michael C. Genna EVP/CFO
18. DATE OF SUBMISSION: 3/30/98 3/30/98

Standard Form 1411, (REV 10-95) *[As modified for automated use by ITT Systems & Sciences Corporation]*

FA2550-95-R-0006 P8X0-X60069
VOLUME III - COST PROPOSAL 26 February 1996

# CONTRACT PRICING PROPOSAL COVER SHEET
*(COST OR PRICING DATA REQUIRED)*

1. SOLICITATION/CONTRACT/MODIFICATION: DTMA91-95-C-00024

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405.

2a. NAME OF OFFEROR: Shepard-Patterson and Associates
2b. FIRST LINE ADDRESS: 15. East Ridge Pike
2c. STREET ADDRESS: Suite 220
2d. CITY: Conshohocken
2e. STATE: Pennsylvania
2f. ZIP CODE: 19428

3a. NAME OF OFFEROR'S CONTACT: Michael C. Genna EVP/CFO
3b. TITLE OF OFFEROR'S CONTACT: Exec VP & CFO
3c. TELEPHONE: 610 941 9010 (AREA CODE & NUMBER)

4. TYPE OF CONTRACT ACTION (Check)
4a X NEW CONTRACT
4b CHANGE ORDER
4c PRICE REVISION/REDETERMINATION
4d LETTER CONTRACT
4e UNPRICED ORDER
X 4f EXTENSION

5. TYPE OF CONTRACT (Check)
FFP CPFF CPAF X
FPI CPIF OTHER (Specify)

6. PROPOSED COST (A+B=C)

| A. COST | B. PROFIT/FEE | C. PRICE |
|---|---|---|
| $2,791,735 | $208,214 | $2,999,949 |

7. PERFORMANCE

| 7. PERFORMANCE PLACE(S) | PERFORMANCE PERIOD(S) |
|---|---|
| 7a. Washington, DC | 7a. |
| 7b. | 7b. |

8. List and reference the identification, quantity and total price for each contract line item. A line item cost breakdown supporting this recap is required unless otherwise specified by the Contracting Officer. (Continue on reverse and then plain paper, if necessary. Use same headings.)

| 8a. LINE ITEM NO. | 8b. IDENTIFICATION | 8c. QTY | 8d. PRICE | 8e. REF |
|---|---|---|---|---|
| | Summary Year Option Year 5-9<br><br>** Award Fee not included in Total Price To Be Negotiated | | $2,999,949 | |

9a. NAME OF CONTRACT ADMINISTRATION OFFICE:
STREET ADDRESS:
CITY:
STATE:
ZIP CODE:
TELEPHONE:

9b. NAME OF AUDIT OFFICE: DEFENSE CONTRACT AUDIT AGENCY, 615 Chestnut Street, Philadelphia, PA
STREET ADDRESS:
CITY:
STATE:
ZIP CODE:
TELEPHONE:

10. WILL YOU REQUIRE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THIS WORK? (If "yes" identify)
YES X NO

11a. DO YOU REQUIRE GOVERNMENT CONTRACT FINANCING TO PERFORM THIS CONTRACT?
X YES (If yes complete 11b)
NO

11b. TYPE OF FINANCING (check one)
ADVANCES PAYMENT
GUARANTEED LOANS
PROGRESS PAYMENT

12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? (If yes, identify items on contract numbers on reverse of form)
YES NO X

13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTABLISHED ESTIMATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31? (If no, explain on reverse of form)
YES X NO

14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA *(Public Law 91.379 as amended and FAR PART 30)*

14a. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULATIONS?
YES X NO (If no, explain in proposal)

14b. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT (CASB DS-1 or 2)?
YES (If yes, in proposal specify to whom & adequacy) NO X

14c. HAVE YOU BEEN NOTIFIED THAT YOU ARE OR MAY BE IN NON-COMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST ACCOUNTING STANDARDS? (If yes, explain in proposal)
YES NO X

14d. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS?
YES (If yes, explain in proposal) NO X

This proposal is submitted in response to the solicitation, contract, modification, etc in Item 1 and reflects our estimates and/or actual costs as of this date and conforms with the instructions in FAR 15.804-6(b)(1), and Table 15-2. By submitting this proposal, the offeror, if selected for negotiation, grants the contracting officer and authorized representatives the right to examine, at any time before award, those records, documents, accounting procedures and practices, and other data, regardless of the type and regardless of whether such items are in written form, in the form of computer data, or any other form, or whether such supporting information is specifically referenced or included in the proposal as the basis for pricing, that will permit an adequate evalution of the proposed price.

15a. NAME OF OFFEROR (Typed): Michael C. Genna
TITLE OF OFFEROR (Typed): Executive VP and CFO
16. NAME OF FIRM: Shepard-Patterson and Associates

17. SIGNATURE: Michael C Genna EVP/CFO
18. DATE OF SUBMISSION: 3/30/98 3/30/98

Standard Form 1411, (REV 10-95) *(As modified for automated use by ITT Systems & Sciences Corporation)*

**PART IV - REPRESENTATIONS AND INSTRUCTIONS**

**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS**

**K.1 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY (FAR 52.203-8) (SEP 1995)**

(a) Definitions. The definitions at FAR 3.104-4 are hereby incorporated in this provision.

(b) Certifications. As required in paragraph (c) of this provision, the officer or employee responsible for this offer shall execute the following certification. The certification in paragraph (b)(2) of this provision is not required for a procurement of commercial items.

CERTIFICATE OF PROCUREMENT INTEGRITY

(1) I, **Michael C. Genna** [Name of certifier], am the officer or employee responsible for the preparation of this offer and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certificate, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement (solicitation number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that, to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of **Michael C. Genna** [Name of Offeror] who has participated personally and substantially in the preparation or submission of this offer has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: (Continue on plain bond paper if necessary and label Certificate of Procurement Integrity (Continuation Sheet), (ENTER NONE IF

NONE EXIST)

None

______________________________________________________________

______________________________________________________________

______________________________________________________________

(4) I agree that, if awarded a contract under this solicitation, the certifications required by subsection 27(e)(1)(B) of the Act shall be maintained in accordance with paragraph (f) of this provision.

Michael C Genna EVP/CFO

Signature of the Officer or Employee Responsible for the Offer and date

**Michael C. Genna**

Typed Name of the Officer or Employee Responsible for the Offer

* Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(End of certification)

(c)(1) For procurements using sealed bidding procedures, the signed certifications shall be submitted by each bidder with the bid submission except for procurements using two-step sealed bidding procedure (see Subpart 14.5). For those procurements, the certifications shall be submitted with submission of the step two sealed bids. A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders

eventually to be placed under the contract is expected to exceed $100,000.

(2) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(3) Failure of a bidder to submit the signed certificate with its bid shall render the bid nonresponsive.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation or possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offeror.

(f) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing contractor responsible for the offer may rely upon a one-time certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for 6 years from the date a certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

**K.2 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO**

**INFLUENCE CERTAIN FEDERAL TRANSACTIONS (FAR 52.203-11) (APR 1991)**

(a) The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The Offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989--

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit OMB standard form LLL, Disclosure of Lobbying Activities to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.