**AMENDMENT OF SOLICITATION/M... ...IFICATION OF CONTRACT**

1. CONTRACT ... ODE

PAGE OF PAGES 1 of 1

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0032 | See block 16C | | |

6. ...SUED BY MAR-380 CODE:
...S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
2002 Sproul Rd, Suite 206
Broomall, PA 19008

CODE | FACILITY CODE

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers___is extended, ___ is not extended.
*Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended*, by one of the following methods:
(a) By completing Items 8 and 15, and returning___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF Y... ...R OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each ...am or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | c. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority)<br>Contract Clause I.4, Option to Extend the Terms of the Contract Services |

E. IMPORTANT: Contractor _X_is not, __ is required to sign this document and return_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the term of the contract for the 12 month period identified in the contract as "Option Year Five." The period of performance is extended from March 27, 2000through March 26, 2001.

Funds are obligated by individual Delivery Orders issued under this contract, therefore, no funds are committed for this option year period extension.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME ANDTITLE OF CONTRACTINGOFFICER (Type or print)<br>Erica L. Williams<br>Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>03/22/2000 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Blumberg No. 5137
I

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

March 22, 2000

SHEPARD-PATTERSON & ASSOC, INC.
Attn: Mr. Glenn I Downer, Vice President
2001 Jefferson Davis Highway, Suite 209
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Downer:

Enclosed is your signed, executed copy of modification 0032 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
*Maritime Administration*, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams

Erica L. Williams
Contracting Officer

Enclosures

Acknowledgement of receipt:

Glenn I Downer

Name

Vice President

Title

3/27/00

Date

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

September 26, 2000

Shepard Patterson & Associates, Inc.
Attn: Samuel Patterson, President
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

Subject: Contract DTMA91-95-C-00024
Invoice #150

Dear Mr. Patterson:

In accordance with Section B - Supplies or Services and Price/Costs Option Year Five Period of the subject contract, $1,862.50 of invoice 150 is hereby disallowed.

CLIN 0006AC of Option Year Five has a Total Award Fee Pool of $87,783.00. With the partial payment of invoice 150's billed provisional fee, this amount has been met. Therefore, the above mentioned amount has been deducted from the subject invoice.

The Maritime Administration intends to meet with you during the month of October to address updating Section B for option periods five through nine to better reflect the anticipated efforts required by MAR-614 for MARAD's Logistics Support program.

If you have any questions or concerns regarding this, please feel free to contact me at 202-366-2803.

Sincerely,

Erica L. Williams
Contracting Officer

J

Blumberg No. 5137

SHEPARD PATTERSON™
MANAGING PEOPLE, SYSTEMS & INFORMATION

October 18, 2000

U.S. Department of Transportation
Maritime Administration
400 7th Street, S.W., Room 7314
Washington, DC 20590

Attention: Mr. Benedict J. Burnowski, Contracting Officer

Subject: Funding, Contract DTMA91-95-C-00024, Option Years 5 - 9

Reference: 1. MARAD Letter Dated September 26, 20000, Invoice #150
2. MARAD Letter Dated September 26, 20000, Invoice #151

Dear Mr. Burnowski:

The reference letters disallow provisional fee amounts that were billed in excess of funding limitations. We did not realize that the May 1999 funding increases for the subject Option Years were only for Estimated Cost, with no commensurate increase for Award Fee. We understand these actions and we apologize for our oversight.

However, we believe that the May 1999 increases should have included increases in the Fee, because the scope of work associated with the increases had also grown substantially. Increased requirements for logistics services have been experienced in the full range of support provided. Examples of this increased scope of work are:

- Major logistics overhauls have been conducted or started on 5 RRF ships.
- Logistics overhauls are nearly completed on two school ships, and started on a third.
- Complete Logistics overhauls have been completed on the MCDS systems on all seven ships equipped with the system, bringing the system up to the support levels established by the US Navy.
- Support has been provided to the OPDS system and ships in both pre and post exercise logistics support activities.
- Logistics Local Area Networks (LANs) have been ordered and installed and supported in two of the Region Logistics Shore Based Spares warehouses.
- Modernization of the logistics information system applications has increased the number of program applications in design and development.

Now that Shepard - Patterson has been performing Option Year 5 for approximately 6 months, it appears that further upward revisions to Estimated Cost for Option Years 5 - 9 will also be required. For example, based upon actual costs (no fee) through September 15, 2000, total Option Year 5 Estimated Cost projects to approximately $7,000,000.

For these reasons, Shepard - Patterson & Associates hereby submits a proposal to re-fund the subject Option Years per the table attached. The fees proposed are based on the contract guidance of 8% of the revised Estimated Cost. The Estimated Costs for Option Years 7 through 9 assume an inflation factor of 4% per year applied to Estimated Cost from Option Year 6.

We request a new funding modification to the IDIQ that is formatted like Modification 23, which shows the breakouts of Estimated Cost and Fee per Option Year at a certain effective date. We will track and report

Blumberg No. 5137 K

(in accordance with 52.232-22) our funding status in accordance with those Option Years funding, as though the current Option Year was fully funded. If we discover that the funding values are not accurate, we will propose and negotiate new Estimated Cost and Fee for a new IDIQ funding modification, as necessary. Each Work Order then may continue to carry a single NTE value, just as now. The latest Provisional Fee will be billed to each existing Work Order as is currently done, and the remaining fee will be billed as authorized during the MARAD quarterly PEB review.

Sincerely,

Glenn I. Downer
Vice President

Cc:
Erica Williams
Richard H. Williams
Patrick Carlton
Sam Patterson
Len Freiberg
Lou Vanderhorst

**Revised Contract Estimate**
Contract DTMA91-95-C-00024
October 18, 2000

| | Estimated Cost (excl fee) | Award Fee @ 8% | Total Funding |
|---|---|---|---|
| Option Year 5 | | | |
| Cost Invoiced thru 9/30 | $3,168,088 | | |
| Est FY01 1Q & 2Q Cost | $2,962,963 | | |
| Sub-Totals | $6,131,050 | $490,484 | |
| Est External Funding | $138,889 | $11,111 | |
| FY 2000 carryover | $740,741 | $59,259 | |
| Totals | $7,010,680 | $560,854 | $7,571,535 |
| | | | |
| Option Year 6 | | | |
| Est FY02 1Q & 2Q Cost | $2,592,593 | | |
| Est FY02 3Q & 4Q Cost | $3,081,481 | | |
| Sub-Totals | $5,674,074 | $453,926 | |
| Est External Funding | $462,963 | $37,037 | |
| Sub-Totals | $6,137,037 | $490,963 | |
| FY 2000 Carryover | $559,817 | $44,785 | |
| Totals | $6,696,854 | $535,748 | $7,232,602 |
| | | | |
| Option Year 7 | $6,382,519 | $510,601 | $6,893,120 |
| Option Year 8 | $6,637,819 | $531,026 | $7,168,845 |
| Option Year 9 | $6,903,332 | $552,267 | $7,455,599 |
| | | | |
| Grand Totals | $33,631,204 | $2,690,496 | $36,321,700 |

SHEPARD PATTERSON™
MANAGING PEOPLE, SYSTEMS & INFORMATION

November 6, 2000

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm. 7310
400 - 7th Street, SW
Washington, DC 20590

Attention: Ms. Erica Williams, Contracting Officer

Subject: Funding Breakdown, Contract DTMA91-95-C-00024, Option Years 5 - 9

Reference: Your email dated November 1, 2000

Dear Ms. Williams:

The attached tables detail our proposed breakdown of funding for the subject option years by CLIN per your request in the reference email. Since our overall proposed funded cost for each option year is based on our actual billings in Option Year Five through 9/30/00 (baseline also shown in the tables), the labor hour and other direct costs estimates in the attached tables have also been calculated proportionately. The estimated labor hour and other direct costs shown in the tables for Option Year 5 are precisely in the same ratio to the overall cost as they are in actual billings to date. The same is true for Option Years 6 - 9, except that labor hours are adjusted to compensate for a 4% per year anticipated increase in labor rates.

If you have any questions or comments, please contact me at 703-412-5072.

Sincerely,

Glenn I. Downer
Vice President

Cc:
Benedict J. Burnowski
Richard H. Williams
Patrick Carlton
Sam Patterson
Len Freiberg
Lou Vanderhorst

Blumberg No. 5137
L

2001 JEFFERSON DAVIS HWY. • SUITE 610 • ARLINGTON, VA 22202 • (703) 412-5072 • (703) 412-5078

## OPTION YEAR FIVE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0006 | **Option Year Five** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **71,142 Hours** | 1 LOT | $ NSP* |
| 0006AA | **Total Estimated Cost For 71,142 Labor Hours** | | 1 LOT | $ 3,006,802.47 |
| 0006AB | **Other Direct Cost** (Incudes G&A) | | | $ 4,003,877.53 |
| | **Total Estimated Cost** | | | $ 7,010,680.00 |
| 0006AC | **Total Award Fee Pool** | | 8% | $ 560,854.00 |
| | **Total Option Year Five Amount** | | | **$ 7,571,534.00** |
| | **Total Guarantee for Option Year Five** | | | $ 757,153.40 |

* Not Separately Priced

## OPTION YEAR SIX PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0007 | **Option Year Six** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **65,343 Hours** | 1 LOT | $ NSP* |
| 0007AA | **Total Estimated Cost** **For 65,343 Labor Hours** | | 1 LOT | $ 2,872,206.00 |
| 0007AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,824,648.00 |
| | **Total Estimated Cost** | | | $ 6,696,854.00 |
| 0007AC | **Total Award Fee Pool** | | 8% | $ 535,748.00 |
| | **Total Option Year Six Amount** | | | **$ 7,232,602.00** |
| | **Total Guarantee for Option Year Six** | | | $ 723,260.20 |

* Not Separately Priced

## OPTION YEAR SEVEN PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0008 | **Option Year Seven** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **59,881 Hours** | 1 LOT | $ NSP* |
| 0008AA | **Total Estimated Cost For 59,881 Labor Hours** | | 1 LOT | $ 2,737,391.23 |
| 0008AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,645,127.77 |
| | **Total Estimated Cost** | | | $ 6,382,519.00 |
| 0008AC | **Total Award Fee Pool** | | | $ 510,601.00 |
| | **Total Option Year Seven Amount** | | | **$ 6,893,120.00** |
| | **Total Guarantee for Option Year Seven** | | | $ 689,312.00 |

* Not Separately Priced

## OPTION YEAR EIGHT PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0009 | **Option Year Eight** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **59,881 Hours** | 1 LOT | $ NSP* |
| 0009AA | **Total Estimated Cost** **For 59,881 Labor Hours** | | 1 LOT | $ 2,846,886.55 |
| 0009AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,790,932.45 |
| | **Total Estimated Cost** | | | $ 6,637,819.00 |
| 0009AC | **Total Award Fee Pool** | | | $ 531,026.00 |
| | **Total Option Year Eight Amount** | | | **$ 7,168,845.00** |
| | **Total Guarantee for Option Year Eight** | | | $ 716,884.50 |

* Not Separately Priced

## OPTION YEAR NINE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0010 | **Option Year Nine** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **59,881 Hours** | 1 LOT | $ NSP* |
| 0010AA | **Total Estimated Cost** **For 59,881 Labor Hours** | | 1 LOT | $ 2,960,762.11 |
| 0010AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,942,569.89 |
| | **Total Estimated Cost** | | | $ 6,903,332.00 |
| 0010AC | **Total Award Fee Pool** | | 8% | $ 552,267.00 |
| | **Total Option Year Nine Amount** | | | **$ 7,455,599.00** |
| | **Total Guarantee for Option Year Nine** | | | $ 745,559.90 |

* Not Separately Priced

## OPTION YEAR FIVE BILLED TO DATE

**Six Month Period Through 9/30/00**

| | | | |
|---|---|---|---|
| **Total Hours** | **32,148.5 Hours** | 1 LOT | $ NSP* |
| **Total Estimated Cost** | | | |
| **For 32,148.5 Labor Hours** | | 1 LOT | $ 1,358,757.51 |
| **Other Direct Cost** (Incudes G&A) | | | $ 1,809,330.24 |
| **Total Estimated Cost** | | | $ 3,168,087.75 |
| **Total Provisional Fee Pool** | | | $ 126,723.51 |
| **Total Option Year Five Amount (6 month baseline)** | | | **$ 3,294,811.27** |

U.S. Department
of Transportation
**MARITIME ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

February 7, 2001

Shepard-Patterson & Associates, Inc.
Attn: Samuel Patterson, President
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

Dear Mr. Patterson:

In accordance with Section B - Supplies or Services and Price/Costs Option Year Five Period - CLIN 0006AC of the subject contract, as of invoice 150, the Total Award Fee Pool for this period has been met. As a result, partial or full provisional fees have been disallowed on invoices 150 through 157.

Specifically:

| INVOICE | DISALLOWED FEE AMOUNT |
|---|---|
| 150 | $1,862.50 |
| 151 | $13,500.20 |
| 152 | $13,363.25 |
| 153 | $12,615.32 |
| 154 | $11,894.05 |
| 155 | $14,380.48 |
| 156 | $13,248.75 |
| 157 | $10,583.81 |
| | $91,448.36 |

MARAD is currently reviewing the proposal submitted by Shepard-Patterson covering option periods five through nine, which better reflect the anticipated efforts required by MAR-614 for MARAD's Logistics Support program.

Blumberg No. 5137

Due to the issues involved, and the unexpected extensive preparation required to complete the necessary reviews for the negotiation and issuance of a contract modification to reflect the changes, the payment of the previously disallowed and future provisional fees are hereby reinstated with the understanding that they may be subject to adjustment pending the final resolution of the modification. Please prepare and submit an invoice in the amount of $91,448.36, clearly marked "Previously Disallowed Provisional Fees" in addition to citing the appropriate invoice numbers, for payment. (Reinstatement of the provisional fee payments began with invoice 158.)

Until a modification is issued for CLIN 0006, MARAD will use Option Year Four Period's CLIN 0005AC, Total Award Fee Pool as a basis for authorizing the provisional fees on the bi-weekly invoices.

If you have any questions, please feel free to contact me at 202-366-2803.

Sincerely,

Erica L. Williams
Contracting Officer

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE OF PAGES 1 of 1 |
| 2. AMENDMENT/MODIFICATION NO. 0033 | 3. Effective Date See block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| JED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
2002 Sproul Rd, Suite 206
Broomall, PA 19008

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.4, Option to Extend the Terms of the Contract Services |

E. IMPORTANT: Contractor _X_ is not, __ is required to sign this document and return __ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the term of the contract for the 12 month period identified in the contract as "Option Year Six." The period of performance is extended from March 27, 2001through March 26, 2002.

Funds are obligated by individual Delivery Orders issued under this contract, therefore, no funds are committed for this option year period extension.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) [signature], President/CEO | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 3/26/01 | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 03/23/2001 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Blumberg No. 5137 N

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

March 23, 2001

SHEPARD PATTERSON & ASSOC INC
Attn: Samuel Patterson, President/CEO
2002 Sproul Road, Suite 206
Broomall, PA 19428

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Patterson:

Enclosed is your signed, executed copy of modification 0033 to the subject contract exercising the period identified in the contract as "Option Year Six."

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 -- 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

Samuel J. Patterson
Name

President/CEO
Title

3/26/01
Date

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

April 25, 2001

Mr. Glenn I. Downer
Vice President
Shepard-Patterson
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subj: Contract DTMA91-95-C-00024

Ref: (a) Shepard-Patterson letter dated October 18, 2000
(b) Shepard-Patterson letter dated November 6, 2000

Dear Mr. Downer:

By Modification 0023 (signed by MARAD May 18, 1998) to the subject contract Shepard-Patterson, MARAD and the SBA agreed to extend the period of performance of this contract from five years to ten years. The total estimated cost plus fee of the modification was slightly less than $3 million. Within six months of the start of the first option year covered by the extension modification ('option year 5') your firm had invoiced over $3 million against the contract. Included in those billings was the entire award fee pool for option year 5. When the award fee limit for the year was reached MARAD withheld further fee payments. This resulted in your letter, reference (a), requesting an adjustment to the award fee in the contract.

I agree that the total <u>estimated cost and fee</u> for Modification 0023 should be adjusted, but, <u>I do not concur with your proposed amounts for either</u>. In regard to the total estimated cost exclusive of fee, you have not provided enough information for me to analyze their reasonableness. I have done a rough comparison between the estimates for the original contract and your present proposal and I find a great discrepancy between them. Please show that your estimate uses overhead and G&A rates no higher than the

Blumberg No. 5137
O

capped rates you proposed for Modification 0023. Also please provide the methodology you used to derive the number of labor hours for each year.

As to your proposed fee adjustment, I believe that your reasoning and methodology are not a valid basis for determining a fair and reasonable adjustment. Your proposal is ultimately based on <u>charging fee as a percentage of costs</u> incurred. This method of contracting is prohibited. I propose that the contract be modified to include the following fee adjustment which I believe is fair and reasonable:

<u>AWARD FEE POOL</u>

| | |
|---|---|
| 1. Option Yr 5 | $ 370,099 |
| 2. Option Yr 6 | $ 339,931 |
| 3. Option Yr 7 | $ 311,517 |
| 4. Option Yr 8 | $ 311,517 |
| 5. Option Yr 9 | $ 311,517 |
| 6. Total Pool | $1,644,581 |

It is apparent from Modification 0023 and the available documentation related to it that the cost estimates included in the modification were directed toward matching a total dollar amount ($3,000,000) imposed by SBA conditions to signing the modification and do not represent a valid estimate of the cost to perform the work the modification required. The key question on developing the fee objective is what would have been the true estimate, not the actual cost which would not have been known but the true projection, of the cost to perform the work required by Modification 0023. Since the cost estimates in Modification 0023 are defective for this purpose, another basis has to be used.

why not the cost estimate in the basic contract

The fee objective I propose is based on the award fee pool used in the first five years of the contract. This was done for several reasons. The scope of work is stated to be the same for both five year periods and in fact the total labor hours projected for the first five contract years and the your projections for next five years in your November 6, 2000 letter are almost the same, 314,640 hours versus 316,128 hours. To find out how escalation would affect the cost estimate a loaded labor rate exclusive of fee was computed in each of the first five contract years and the percentage change from year to year was determined. The average change was 1.01%.

Using these elements, the fee objective was derived as

follows $1,564,762 (total award fee pool for first five years) X 1.0047292 ((projected hrs by contractor for last five yrs (316,128) / estimated hours in contract for first five yrs (314,640)) X 1.0510101 (escalation factor 1.01% compounded for five years) = $1,644,581. The award fee pools for individual years was computed by dividing that year's labor hours by the total labor hours and multiplying that percentage by the total award fee pool invoiced in the evaluation period.

I further propose that it be established that the amounts of available award fee for each performance evaluation period and the amount of provisional fee available for payment be determined in the following manner. The total annual award fee pool shall be divided by four and the resulting amount will be the award fee available for each evaluation period. Provisional fee up to half the available award fee for the evaluation period may billed as it is now in amounts equivalent to 4% of the costs incurred on each invoice submitted in the evaluation period or by billing an amount equal to 1/12 of the award fee pool available for each two week period of performance.

Finally I propose that the terms and conditions applicable to the award fee and provisional fee be updated on any modification resulting from this matter.

I look forward to your response to this matter.

Sincerely,

Benedict J. Burnowski
Contracting Officer

05/14/2001

# Pool Value Verification

## CLIN Value

| Option 5-9 Costs | % Of Total | Total 5-9 Pool | 5-9 Pool Value | Value in Letter |
|---|---|---|---|---|
| $6,962,072.48 | 21.37% | | $556,965.73 | $556,966.00 |
| $6,565,510.32 | 20.15% | | $525,240.76 | $525,241.00 |
| $6,166,919.76 | 18.93% | | $493,353.52 | $493,354.00 |
| $6,357,462.42 | 19.51% | | $508,596.93 | $508,597.00 |
| $6,529,907.55 | 20.04% | | $522,392.54 | $522,393.00 |
| $32,581,872.53 | 100.00% | $2,606,549.49 | $2,606,549.49 | $2,606,551.00 |

**Glenn Compute**

Base Contract Fee
$1,564,762.00
Option 5-9 Est.
$32,581,872.00
Base Contract Est.
$19,559,527.00
166.58% $2,606,549.49

Contract No. DTMA91-95-C-0024

| CLINs | | Nov-00 | May-01 | % Change |
|---|---|---|---|---|
| | **OPTION YEAR FIVE PERIOD** | | | |
| | Total AA Labor Hours | 71,142 Hours | 71,142 Hours | 0.0% |
| 0006AA | Total Estimated S-P Labor Cost | $ 3,006,802.51 | $2,975,618.21 | -1.0% |
| 0006AB | Other Direct Cost (Incudes G&A) | $ 4,003,877.58 | $3,986,454.27 | -0.4% |
| | Total Estimated Cost | $ 7,010,680.09 | $6,962,072.48 | -0.7% |
| 0006AC | Total Award Fee Pool | $ 560,854.41 | $555,965.73 | -0.9% |
| | Total Option Year Five Amount | $ 7,571,534.50 | $7,518,038.21 | -0.7% |
| | **OPTION YEAR SIX PERIOD** | | | |
| | Total AA Labor Hours | 65,343 Hours | 65,343 Hours | 0.0% |
| 0007AA | Total Estimated S-P Labor Cost | $ 2,872,205.87 | $2,787,463.95 | -3.0% |
| 0007AB | Other Direct Cost (Incudes G&A) | $ 3,824,647.83 | $3,778,046.38 | -1.2% |
| | Total Estimated Cost | $ 6,696,853.70 | $6,565,510.32 | -2.0% |
| 0007AC | Total Award Fee Pool | $ 535,748.30 | $525,240.76 | -2.0% |
| | Total Option Year Six Amount | $ 7,232,602.00 | $7,090,751.08 | -2.0% |
| CLIN | **OPTION YEAR SEVEN PERIOD** | | | |
| | Total AA Labor Hours | 59,881 Hours | 59,881 Hours | 0.0% |
| 0008AA | Total Estimated S-P Labor Cost | $ 2,737,391.02 | $2,604,275.57 | -4.9% |
| 0008AB | Other Direct Cost (Incudes G&A) | $ 3,645,127.50 | $3,562,644.20 | -2.3% |
| | Total Estimated Cost | $ 6,382,518.52 | $6,166,919.76 | -3.4% |
| 0008AC | Total Award Fee Pool | $ 510,601.48 | $493,353.52 | -3.4% |
| | Total Option Year Seven Amount | $ 6,893,120.00 | $6,660,273.28 | -3.4% |
| CLIN | **OPTION YEAR EIGHT PERIOD** | | | |
| | Total AA Labor Hours | 59,881 Hours | 59,881 Hours | 0.0% |
| 0009AA | Total Estimated S-P Labor Cost | $ 2,846,886.66 | $2,655,611.79 | -6.7% |
| 0009AB | Other Direct Cost (Incudes G&A) | $ 3,790,932.60 | $3,701,850.63 | -2.3% |
| | Total Estimated Cost | $ 6,637,819.26 | $6,357,462.42 | -4.2% |
| 0009AC | Total Award Fee Pool | $ 531,025.54 | $508,596.93 | -4.2% |
| | Total Option Year Eight Amount | $ 7,168,844.80 | $6,866,059.35 | -4.2% |
| | **OPTION YEAR NINE PERIOD** | | | |
| | Total AA Labor Hours | 59,881 Hours | 59,881 Hours | 0.0% |
| 0010AA | Total Estimated S-P Labor Cost | $ 2,960,762.13 | $2,707,433.34 | -8.6% |
| 0010AB | Other Direct Cost (Incudes G&A) | $ 3,942,569.90 | $3,822,474.21 | -3.0% |
| | Total Estimated Cost | $ 6,903,332.03 | $6,529,907.55 | -5.4% |
| 0010AC | Total Award Fee Pool | $ 552,266.56 | $522,392.54 | -6.4% |
| | Total Option Year Nine Amount | $ 7,455,598.59 | $7,052,300.09 | -5.4% |
| | *TOTALS* | | | |
| | Total AA Labor Hours | 316,128 Hours | 316,128 Hours | 0.0% |
| 0010AA | Total Estimated S-P Labor Cost | $14,424,048.19 | $13,730,402.85 | -4.8% |
| 0010AB | Other Direct Cost (Incudes G&A) | $19,207,155.41 | $18,851,469.69 | -1.9% |
| | Total Estimated Cost | $33,631,203.60 | $32,581,872.53 | -3.1% |
| 0010AC | Total Award Fee Pool | $2,690,496.29 | $2,605,549.48 | -3.2% |
| | Total Option Years | $36,321,699.89 | $35,187,422.01 | -3.1% |

05/14/2001
Compare CLINs-Lsf.xls

## OPTION YEAR SIX PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0007 | **Option Year Six** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **65,343 Hours** | 1 LOT | $ NSP* |
| 0007AA | **Total Estimated Cost** **For 65,343 Labor Hours** | | 1 LOT | $ 2,872,206.00 |
| 0007AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,824,648.00 |
| | **Total Estimated Cost** | | | $ 6,696,854.00 |
| 0007AC | **Total Award Fee Pool** | | 6% | $ 535,748.00 |
| | **Total Option Year Six Amount** | | | $ 7,232,602.00 |
| | **Total Guarantee for Option Year Six** | | | $ 723,260.20 |

* Not Separately Priced

## OPTION YEAR SEVEN PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0008 | **Option Year Seven** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **59,881 Hours** | 1 LOT | $ NSP* |
| 0008AA | **Total Estimated Cost** **For 59,881 Labor Hours** | | 1 LOT | $ 2,737,391.23 |
| 0008AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,645,127.77 |
| | **Total Estimated Cost** | | | $ 6,382,519.00 |
| 0008AC | **Total Award Fee Pool** | | | $ 510,601.00 |
| | **Total Option Year Seven Amount** | | | **$ 6,893,120.00** |
| | **Total Guarantee for Option Year Seven** | | | $ 689,312.00 |

* Not Separately Priced

## OPTION YEAR EIGHT PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0009 | **Option Year Eight** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **59,881 Hours** | 1 LOT | $ NSP* |
| 0009AA | **Total Estimated Cost For 59,881 Labor Hours** | | 1 LOT | $ 2,846,886.55 |
| 0009AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,790,932.45 |
| | **Total Estimated Cost** | | | $ 6,637,819.00 |
| 0009AC | **Total Award Fee Pool** | | 8% | $ 531,026.00 |
| | **Total Option Year Eight Amount** | | | **$ 7,168,845.00** |
| | **Total Guarantee for Option Year Eight** | | | $ 716,884.50 |

* Not Separately Priced

## OPTION YEAR NINE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0010 | **Option Year Nine** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **59,881 Hours** | 1 LOT | $ NSP* |
| 0010AA | **Total Estimated Cost** **For 59,881 Labor Hours** | | 1 LOT | $ 2,960,762.11 |
| 0010AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,942,569.89 |
| | **Total Estimated Cost** | | | $ 6,903,332.00 |
| 0010AC | **Total Award Fee Pool** | | 8% | $ 552,267.00 |
| | **Total Option Year Nine Amount** | | | $ 7,455,599.00 |
| | **Total Guarantee for Option Year Nine** | | | $ 745,559.90 |

* Not Separately Priced

U.S. Department of Transportation
**Maritime Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

Mr. SamuelJ. Patterson
President/CEO
Shepard-Patterson
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subj: Contract DTMM91-95-C-00024

Dear Mr. Patterson:

Enclosed please find a draft of Modification 0035 to the subject contract, which I believe, reflects and implements the agreement reached in our discussions of June 25, 2001. Please review the modification and if you concur please sign three copies of the modification and return them to me at your earliest convenience. I would like to reiterate at this time that execution of this modification is conditioned on the review and approval of MARAD's Contract Review Team.

Sincerely,

Benedict J. Burnowski
Contracting Officer

Blumberg No. 5137 P



Recycled

Contract No. DTMA91-95-C-00024
Modification 0035
Page 1 of 5

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 of 7 |
| 2. AMENDMENT/MODIFICATION NO. 0035 | 3. Effective Date See block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY MAR-380 U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | CODE: | 7. ADMINISTERED BY (if other than Item 6) | CODE: |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[illegible] bove numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. [illegible], must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: [illegible] by completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | c. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) FAR 52.216-19 Order Limitations |

E. IMPORTANT: Contractor __ is not, X is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**SEE ATTACHED PAGES**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME ANDTITLE OF CONTRACTINGOFFICER (Type or print) Benedict J. Burnowski Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED |

[illegible] 7540-01-152-8070 [illegible]VIOUS EDITION UNUSABLE | 30-105 | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53-243

Block 14 (Continued)

1. Where the Government has exceeded the maximum order limitations for option years 5 through 9 of this contract, the Contractor agrees to honor any and all orders, including those that exceed the maximum order limitation, from the Government up to a maximum of 645,407 labor hours (inclusive of labor hours incurred by its first tier subcontractor, INS) for the consideration set forth in paragraph 14.2 below. Please note that while the contract does not include FAR clause 52.216-19, Order Limitations, section B of the contract states that this is an Indefinite Delivery, Indefinite Quantity type contract and this contract type requires the inclusion of the aforementioned clause.

2. It is estimated that the work necessary to accomplish the requirements of this contract for the performance period covered by option years 5 through 9 will require an increase in the total estimated cost by $29,614,729 from $2,794,698 to $32,409,427.39 by reason of this modification. The fee is increased $2,044,750 from $205,250 to $2,250,000 of which $843,750.00 shall be base fee and $1,406,250.00 shall be the maximum award fee available. The year by year changes to total estimated cost and fee are shown in the revised section B for option years 5 and 9 is made part of this modification.

3. Changes as shown as made to the following contract clauses:

B2. <u>Compensation</u>

(1) The estimated cost (exclusive of any fees) for performance of the base period of this contract ...

**(2) The estimated cost (exclusive of any fee) for performance of option years 5 through 9 if all options are exercised is $________________. The base fee for option years 5 through 9 if all options are exercised is $________________. The maximum amount of award fee that may be earned for option years 5 through 9 if all options are exercised is $2,250,000.**

F.1 Period of Performance

The incumbent contractor will work with the awardee of this procurement for phase-in/phase-out period not to exceed 90 days after the date of contract execution. The period of performance for this contract is 12 months, inclusive of the phase-in period and may be extended as many as **eight of the 12 month options contained in the contract. The total period of performance of this contract is all options are exercised shall be one-hundred-twenty (120) months.**

**Delete clause G.6, Payment of Provisional Award Fee**

G.11 Submission of Invoices for Payment of Award Fee

Invoices for the payment of award fee shall be submitted independent of invoices for payment of labor and/or cost. Award fee invoices shall set forth the amount of total fee awarded for the performance period evaluated. **[Remainder of clause deleted].**

**Delete clause G.12 Adjustment of Potential Award Fees**

I.8 Estimated Cost, Base Fee, and Award Fee.

**(a)** The estimated cost of this contract **through option year four** is
**(b) The estimated cost of option years 5 through 9 is $32,409,427.39. A base fee of $843,750.00 and a maximum Award Fee of $1,406,250.00 are payable in accordance with 1252.216-73 "Payment of Base and Award Fee."**

I.12 Distribution of Award Fee

(a) The total amount of award fee available under this contract is assigned to the following evaluation periods in the following amounts:

| Evaluation Period | Base Fee | Award Fee Available |
|---|---|---|
| Option Year 5 April 1 - June 30, | $47,469.75 | $79,116.24 |

| | | |
|---|---|---|
| 2000 July 1 - Sept 30, 2000 | $47,469.75 | $79,116.24 |
| Oct 1 - Dec 31, 2000 | $47,469.75 | $79,116.24 |
| Jan 1 - Mar 31, 2001 | $47,469.75 | $79,116.24 |
| Total Option Year 5 | $189,878.98 | $316,464.97 |
| | | |
| Option Year 6 | | |
| April 1 - June 30, 2001 | $43,600.34 | $72,667.24 |
| July 1 - Sept 30, 2001 | $43,600.34 | $72,667.24 |
| Oct 1 - Dec 31, 2001 | $43,600.34 | $72,667.24 |
| Jan 1 - Mar 31, 2002 | $43,600.34 | $72,667.24 |
| Total Option Year 6 | $174,401.37 | $290,668.95 |
| | | |
| Option Year 7 | | |
| April 1 - June 30, 2002 | $39,955.81 | $66,593.01 |
| July 1 - Sept 30, 2002 | $39,955.81 | $66,593.01 |
| Oct 1 - Dec 31, 2002 | $39,955.81 | $66,593.01 |
| Jan 1 - Mar 31, 2003 | $39,955.81 | $66,593.01 |
| Total Option Year 7 | $159,823.22 | $266,372.02 |

| | | |
|---|---|---|
| Option Year 8 | | |
| April 1 - June 30, 2003 | $39,955.81 | $66,593.01 |
| July 1 - Sept 30, 2003 | $39,955.81 | $66,593.01 |
| Oct 1 - Dec 31, 2003 | $39,955.81 | $66,593.01 |
| Jan 1 - Mar 31, 2004 | $39,955.81 | $66,593.01 |
| Total Option Year 8 | $159,823.22 | $266,372.02 |
| Option Year 9 | | |
| April 1 - June 30, 2004 | $39,955.80 | $66,593.01 |
| July 1 - Sept 30, 2004 | $39,955.80 | $66,593.01 |
| Oct 1 - Dec 31, 2004 | $39,955.80 | $66,593.01 |
| Jan 1 - Mar 31, 2005 | $39,955.80 | $66,593.01 |
| Total Option Year 9 | $159,823.21 | $266,372.03 |

(b) Payment of base fee: **See table above.**

(c) In the event of contract termination, either in whole or in part, the amount of award fee available shall represent a pro-rata distribution associated with evaluation period activities or events as determined by the Fee Determination Official.

I.14 Option to Extend the Term of the Contract

(c) The total duration of this contract, including the exercise of any options under this clause shall not exceed **120 months.**