No. 06-150C
Judge Block

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

VERIDYNE CORPORATION

Plaintiff,

v.

THE UNITED STATES OF AMERICA

Defendant.

# APPENDIX TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

VOLUME II
Pages 194 – 364

Marc Lamer
Attorney for Plaintiff

Kostos and Lamer, P.C.
1608 Walnut Street
Suite 1300
Philadelphia, PA 19103
(215) 545-0570

# TABLE OF CONTENTS
# FOR APPENDIX
# Volume II

**Page**

1. Draft Modification 0035 to the Contract, executed by Veridyne with note from Erica Williams. (Exhibit "Q")....................................194

2. Modification 0036 to the Contract (Exhibit "R")....................................208

3. Modification 0038 to the Contract (Exhibit "S")....................................209

4. Modification 0039 to the Contract (Exhibit "T")....................................211

5. Modification 0040 to the Contract (Exhibit "U")....................................214

6. Modification 0041 to the Contract (Exhibit "V")....................................217

7. Modification 0042 to the Contract (Exhibit "W")....................................221

8. Modification 0044 to the Contract (Exhibit "X")....................................223

9. Modification 0045 to the Contract (Exhibit "Y")....................................226

10. Modification 0046 to the Contract (Exhibit "Z")....................................230

11. Modification 0048 to the Contract (Exhibit "AA")................................231

12. Modification 0049 to the Contract (Exhibit "AB")................................235

13. Modification 0050 to the Contract (Exhibit "AC")................................237

14. Modification 0051 to the Contract (Exhibit "AD")................................240

15. Modification 0052 to the Contract (Exhibit "AE")................................243

16. Work Order No. 812 (Exhibit "AF")..............................................245

17. Work Order No. 813 (Exhibit "AG")..............................................260

18. Work Order No. 814 (Exhibit "AH")..............................................270

19. Work Order No. 815 (Exhibit "AI")..............................................278

# TABLE OF CONTENTS
# FOR APPENDIX
## Volume II (Cont'd)

**Page**

20. Work Order No. 817 (Exhibit "AJ")........................................................294

21. Work Order No. 819 (Exhibit "AK")........................................................307

22. Work Order No. 822 (Exhibit "AL")........................................................318

23. Modification 0001 to Work Order No. 813 (Exhibit "AM")........................326

24. Modification 0001 to Work Order No. 812 (Exhibit "AN")........................329

25. Modification 0053 to the Contract (Exhibit "AO")....................................332

26. Modification 0001 to Work Order No. 822 (Exhibit "AP")........................334

27. Modification 0002 to Work Order No. 812 (Exhibit "AQ")........................337

28. Modification 0002 to Work Order No. 813 (Exhibit "AR")........................340

29. Modification 0001 to Work Order No. 815 (Exhibit "AS")........................343

30. Modification 0002 to Work Order No. 822 (Exhibit "AT")........................346

31. Modification 0002 to Work Order No. 815 (Exhibit "AU")........................349

32. Modification 0003 to Work Order No. 815 (Exhibit "AV")........................352

33. Work Order No. 823 (Exhibit "AW")........................................................355

34. Modification 0055 to the Contract (Exhibit "AX")....................................361

Contract No. DTMA91-95-C-00024
Modification 0035
Page 1 of 5

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES: 1 of 7

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0035 | See block 16C | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

SHEPARD PATTERSON & ASSOC INC
2002 Sproul Road, Suite 206
Broomall, PA 19428

CODE | FACILITY CODE

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

~~ above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers___is extended, ___ is not extended. ;s must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: ;y completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) FAR 52.216-19 Order Limitations |

E. IMPORTANT: Contractor __is not, X is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**SEE ATTACHED PAGES**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| LEONARD S FREIBERG VP FIN & ADMIN | | Benedict J. Burnowski, Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] (Signature of person authorized to sign) | July 18, 2001 | BY ______ (Signature of Contracting Officer) | |

N 7540-01-152-8070
VIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Blumberg No. 5137
Q

Block 14 (Continued)

1. Where the Government has exceeded the maximum order limitations for option years 5 through 9 of this contract, the Contractor agrees to honor any and all orders, including those that exceed the maximum order limitation, from the Government up to a maximum of 645,407 labor hours (inclusive of labor hours incurred by its first tier subcontractor, INS) for the consideration set forth in paragraph 14.2 below.

2. It is estimated that the work necessary to accomplish the requirements of this contract for the performance period covered by option years 5 through 9 will require an increase in the total estimated cost by $29,787,174.50 from $2,794,698.00 to $32,581,872.50 by reason of this modification. The fee is increased $2,044,750.00 from $205,250.00 to $2,250,000.00 of which $843,750.00 shall be base fee and $1,406,250.00 shall be the maximum award fee available. The year by year changes to total estimated cost and fee are shown in the revised section B for option years 5 and 9 is made part of this modification.

3. Changes as shown as made to the following contract clauses:

B2. <u>Compensation</u>

(1) The estimated cost (exclusive of any fees) for performance of the base period of this contract ...

**(2) The estimated cost (exclusive of any fee) for performance of option years 5 through 9 if all options are exercised is $32,581,872.50. The base fee for option years 5 through 9 if all options are exercised is $843,750.00. The maximum amount of award fee that may be earned for option years 5 through 9 if all options are exercised is $1,406,250.00.**

F.1 Period of Performance

The incumbent contractor will work with the awardee of this procurement for phase-in/phase-out period not to exceed 90 days after the date of contract

execution. The period of performance for this contract is 12 months, inclusive of the phase-in period and may be extended as many as **eight of the 12 month options contained in the contract. The total period of performance of this contract is all options are exercised shall be one-hundred-twenty (120) months.**

**Delete clause G.6, Payment of Provisional Award Fee**

G.11 Submission of Invoices for Payment of Award Fee

Invoices for the payment of award fee shall be submitted independent of invoices for payment of labor and/or cost. Award fee invoices shall set forth the amount of total fee awarded for the performance period evaluated. **[Remainder of clause deleted].**

**Delete clause G.12 Adjustment of Potential Award Fees**

I.8 Estimated Cost, Base Fee, and Award Fee.

(a) The estimated cost of this contract **through option year four** is ...
(b) **The estimated cost of option years 5 through 9 is $32,581,872.50. A base fee of $843,750.00 and a maximum Award Fee of $1,406,250.00 are payable in accordance with 1252.216-73 "Payment of Base and Award Fee."**

I.12 Distribution of Award Fee

(a) The total amount of award fee available under this contract is assigned to the following evaluation periods in the following amounts:

| Evaluation Period | Base Fee | Award Fee Available |
|---|---|---|
| Option Year 5 | | |
| April 1 - June 30, 2000 | $47,469.75 | $79,116.24 |
| July 1 - Sept 30, 2000 | $47,469.75 | $79,116.24 |
| Oct 1 - Dec 31, 2000 | $47,469.75 | $79,116.24 |

| | | |
|---|---|---|
| Jan 1 - Mar 31, 2001 | $47,469.75 | $79,116.24 |
| **Total Option Year 5** | **$189,878.98** | **$316,464.97** |
| | | |
| <u>Option Year 6</u> | | |
| April 1 - June 30, 2001 | $43,600.34 | $72,667.24 |
| July 1 - Sept 30, 2001 | $43,600.34 | $72,667.24 |
| Oct 1 - Dec 31, 2001 | $43,600.34 | $72,667.24 |
| Jan 1 - Mar 31, 2002 | $43,600.34 | $72,667.24 |
| **Total Option Year 6** | **$174,401.37** | **$290,668.95** |
| | | |
| <u>Option Year 7</u> | | |
| April 1 - June 30, 2002 | $39,955.81 | $66,593.01 |
| July 1 - Sept 30, 2002 | $39,955.81 | $66,593.01 |
| Oct 1 - Dec 31, 2002 | $39,955.81 | $66,593.01 |
| Jan 1 - Mar 31, 2003 | $39,955.81 | $66,593.01 |
| **Total Option Year 7** | **$159,823.22** | **$266,372.02** |
| | | |
| <u>Option Year 8</u> | | |
| April 1 - June 30, 2003 | $39,955.81 | $66,593.01 |
| July 1 - Sept 30, 2003 | $39,955.81 | $66,593.01 |
| Oct 1 - Dec 31, 2003 | $39,955.81 | $66,593.01 |
| Jan 1 - Mar 31, 2004 | $39,955.81 | $66,593.01 |
| **Total Option Year 8** | **$159,823.22** | **$266,372.02** |
| | | |
| <u>Option Year 9</u> | | |
| April 1 - June 30, 2004 | $39,955.80 | $66,593.01 |
| July 1 - Sept 30, 2004 | $39,955.80 | $66,593.01 |
| Oct 1 - Dec 31, 2004 | $39,955.80 | $66,593.01 |
| Jan 1 - Mar 31, 2005 | $39,955.80 | $66,593.01 |
| **Total Option Year 9** | **$159,823.21** | **$266,372.03** |

(b) Payment of base fee: **See table above.**

(c) In the event of contract termination, either in whole or in part, the amount of award fee available shall represent a pro-rata distribution associated with evaluation period activities or events as determined by the Fee

Determination Official.

I.14 Option to Extend the Term of the Contract

(c) The total duration of this contract, including the exercise of any options under this clause shall not exceed **120 months.**

I.15 Order Limitations (52.216-19) (Oct 1995)
(a) *Minimum order*. When the Government requires supplies or services covered by this contract in an amount of less than $1,000.00 the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.
(b) *Maximum order*. The Contractor is not obligated to honor--
(1) Any order for a single item in excess of $5,000,000
(2) Any order for a combination of items in excess of $5,000,000; or
(3) A series of orders from the same ordering office within 5 days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.
(c) If this is a requirements contract (*i.e.,* includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.
(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 5 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

Please incorporate the attached replacement pages as follows:

| Remove | Replace |
|---|---|
| B7 | B7 – B11 |

CERTIFICATE OF CURRENT COST OR PRICING DATA

This is to certify that, to the best of my knowledge and belief, the cost or pricing data (as defined in section 15.801 of the Federal Acquisition Regulation (FAR) and required under FAR subsection 15.804-2) submitted, either actually or by specific identification in writing, to the contracting officer or to the contracting officer's representative in support of contract DTMA91-95-C-00024, Modification 0035 are accurate, complete, and current as of ________June 25, 2001______.** This certification includes the cost or pricing data supporting any advance agreements and forward pricing rate agreements between the offeror and the Government that are part of the proposal.

Firm: Shepard-Patterson & Associates, INC

Name: Leonard S. Freiberg Jr.

Title: Vice President, Finance & Administration

Date of execution*** July 18, 2001

**Insert the day, month, and year when price negotiations were concluded and price agreement was reached.
***Insert date, month, and year of signing, which should be as close as practicable to the date when the price negotiations were concluded and the contract price was agreed to.

Leonard S Freiberg Jr.
Signature

Contract No. DTMA91-95-C-0024

## OPTION YEAR FIVE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0006 | **Option Year Five** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **148,737 Hours** | 1 LOT | $ NSP* |
| 0006AA | **Total Estimated Cost** **For 148,737 Labor Hours** | | 1 LOT | $ 6,962,072.48 |
| 0006AB | **Total Base Fee** | | | $ 189,878.98 |
| 0006AC | **Total Award Fee Pool** | | | $ 316,464.97 |
| | **Total Option Year Five Amount** | | | **$ 7,468,416.43** |
| | ** **Total Guarantee for Option Year Five** | | | $ 746,841.64 |

* Not Separately Priced

Contract No. DTMA91-95-C-0024

# OPTION YEAR FIVE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0006 | **Option Year Five** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **148,737 Hours** | 1 LOT | $ NSP* |
| 0006AA | **Total Estimated Cost For 148,737 Labor Hours** | | 1 LOT | $ 6,962,072.48 |
| 0006AB | **Total Base Fee** | | | $ 189,878.98 |
| 0006AC | **Total Award Fee Pool** | | | $ 316,464.97 |
| | **Total Option Year Five Amount** | | | **$ 7,468,416.43** |
| | ** **Total Guarantee for Option Year Five** | | | $ 746,841.64 |

* Not Separately Priced

Contract No. DTMA91-95-C-0024

## OPTION YEAR SIX PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0007 | **Option Year Six** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **134,870 Hours** | 1 LOT | $ NSP* |
| 0007AA | **Total Estimated Cost**<br>**For 134,870 Labor Hours** | | 1 LOT | $ 6,565,510.32 |
| 0007AB | **Total Base Fee** | | | $ 174,401.37 |
| 0007AC | **Total Award Fee Pool** | | | $ 290,668.95 |
| | **Total Option Year Six Amount** | | | **$ 7,030,580.64** |
| | ** **Total Guarantee for Option Year Six** | | | $ 703,058.06 |

* Not Separately Priced

Contract No. DTMA91-95-C-0024

## OPTION YEAR SEVEN PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0008 | **Option Year Seven** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **121,809 Hours** | 1 LOT | $ NSP* |
| 0008AA | **Total Estimated Cost For 121,809 Labor Hours** | | 1 LOT | $ 6,166,919.76 |
| 0008AB | **Total Base Fee** | | | $ 159,823.22 |
| 0008AC | **Total Award Fee Pool** | | | $ 266,372.02 |
| | **Total Option Year Seven Amount** | | | **$ 6,593,115.00** |
| | ** ***Total Guarantee for Option Year Seven*** | | | $ 659,311.50 |

* Not Separately Priced

Contract No. DTMA91-95-C-0024

## OPTION YEAR EIGHT PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0009 | **Option Year Eight -** Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **120,743 Hours** | 1 LOT | $ NSP* |
| 0009AA | **Total Estimated Cost** **For 120,743 Labor Hours** | | 1 LOT | $ 6,357,462.42 |
| 0009AB | **Total Base Fee** | | | $ 159,823.22 |
| 0009AC | **Total Award Fee Pool** | | | $ 266,372.03 |
| | **Total Option Year Eight Amount** | | | **$ 6,783,657.67** |
| | ** **Total Guarantee for Option Year Eight** | | | $ 678,365.77 |

* Not Separately Priced

Contract No. DTMA91-95-C-0024

## OPTION YEAR NINE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0010 | **Option Year Nine** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **119,248 Hours** | 1 LOT | $ NSP* |
| 0010AA | **Total Estimated Cost** **For 119,248 Labor Hours** | | 1 LOT | $ 6,529,907.55 |
| 0010AB | **Total Base Fee** | | | $ 159,823.21 |
| 0010AC | **Total Award Fee Pool** | | | $ 266,372.03 |
| | **Total Option Year Nine Amount** | | | **$ 6,956,102.79** |
| | ** **Total Guarantee for Option Year Nine** | | | $ 695,610.28 |

* Not Separately Priced

Contract No. DTMA91-95-C-0024

**TOTALS FOR ALL YEARS**

| CLIN | | | | |
|---|---|---|---|---|
| | **Totals** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **645,407 Hours** | 1 LOT | $ NSP* |
| AA | **Total Estimated Cost** **For 645,407 Labor Hours** | | 1 LOT | $ 32,581,872.53 |
| AB | **Total Base Fee** | | | $ 843,750.00 |
| AC | **Total Award Fee Pool** | | | $ 1,406,250.00 |
| | **Total All Years Amount** | | | **$ 34,831,872.53** |
| | ** **Total Guarantee for All Years** | | | $ 3,483,187.25 |

Lou
This is the
version of Mod 35
we are currently
operating against
Joann

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 1

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0036 | See block 16C | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
4303 01 965 70PRO0 160000 2696 16500T61 INCREASE $263,152.00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: G.12 Adjustment of Potential Award Fees |
| | D. OTHER (Specify type of modification an authority) |

E. IMPORTANT: Contractor __ is not, X is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
*PROP0100070*

The purpose of this modification is to increase the total award fee pool by $263,152.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
*Benedict J. Burnowski*
Contracting Officer

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY [signature] (Signature of Contracting Officer) | 09/28/2001 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Blumberg No. 5137 R

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE OF PAGES 1 of 1 | |
| 2. AMENDMENT/MODIFICATION NO. 0038 | 3. Effective Date See block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Rd, Suite 206
Broomall, PA 19008

CODE | FACILITY CODE

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.4, Option to Extend the Term of the Contract Services |

E. IMPORTANT: Contractor X is not, __ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the term of the contract for the 12 month period identified in the contract as "Option Year Seven." The period of performance is extended from March 27, 2002 through March 26, 2003.

Funds are obligated by individual Delivery Orders issued under this contract, therefore, no funds are committed for this option year period extension.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 03/22/2002 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Blumberg No. 5137 S

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

March 22, 2002

Veridyne, Inc.
Attn: Samuel Patterson, President
2002 Sproul Rd, Suite 206
Broomall, PA 19008

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Patterson:

Enclosed you will find a signed executed copy of modification 0038 to the subject contract exercising Option Year Seven.

Please acknowledge receipt below and return one signed copy to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Room 7310
400 – 7th Street, S.W.
Washington, D.C. 20590

Attn: Erica L. Williams

Sincerely,

Erica L. Williams
Contracting Officer

________________________ ________________
Received by Date

________________________
Title

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 of 1 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0039 | 3. Effective Date 01/25/2002 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code) U.S. SMALL BUSINESS ADMINISTRATION Philadelphia Regional Office 900 market Street, 5th Floor Philadelphia, PA 19107 Veridyne, Inc. 2002 Sproul Road, Suite 206 Broomall, PA 19428 | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024 |
| | | | 10B. DATED (SEE ITEM 13) March 27, 1995 |
| CODE | FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_ is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $72,667.24 earned under the contract for the evaluation period October 2001 through December 2001. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 04/24/2002 |

NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53-243

Blumberg No. 5137

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 3 | Reporting | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 4 | Invoicing | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 5 | 512-01 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 6 | 513-01 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 7 | WO-514 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 8 | 514-02 | 3 | 1 | 0.869565217 | 4 | 0.034782609 |
| 9 | 514-06 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 10 | 514-11 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 11 | 514-12 | 2 | 3 | 2.608695652 | 4 | 0.104347826 |
| 12 | 514-19 | 3 | 1 | 0.869565217 | 4 | 0.034782609 |
| 13 | 514-24 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 14 | 514-34 | 1 | 5 | 4.347826087 | 3 | 0.130434783 |
| 15 | 514-35 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 16 | 514-36 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 17 | 514-37 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 18 | 514-38 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 19 | 514-39 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 20 | 514-40 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 21 | 515-01 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 22 | 515-02 | 2 | 3 | 2.608695652 | 3 | 0.07826087 |
| 23 | 515-03 | 3 | 1 | 0.869565217 | 3 | 0.026086957 |
| 24 | 515-05 | 2 | 3 | 2.608695652 | 4 | 0.104347826 |
| 25 | 515-13 | 2 | 3 | 2.608695652 | 4 | 0.104347826 |
| 26 | 515-14 | 2 | 3 | 2.608695652 | 4 | 0.104347826 |
| 27 | 515-15 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 28 | 517-01 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 29 | 518-01 | 3 | 1 | 0.869565217 | 4 | 0.034782609 |
| 30 | 518-02 | 3 | 1 | 0.869565217 | 4 | 0.034782609 |
| 31 | 518-03 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 32 | 518-04 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 33 | 519-03 | 1 | 5 | 4.347826087 | 4 | 0.173913043 |
| 34 | | | | | | |
| 35 | | | | | | **Overall Rating** |
| 36 | | | 115 | 100 | | **3.92173913** |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | 1 = Most Important | | | 0 = Unsatisfactory | |
| 40 | | 2 = Second Most | | | 1 = Marginal | |
| 41 | | 3 = Least Important | | | 2 = Satisfactory | |
| 42 | | | | | 3 = Highly Satisfactory | |
| 43 | | | 1 = 5 points | | 4 = Superior | |
| 44 | | | 2 = 3 points | | | |
| 45 | | | 3 = 1 points | | | |

ERICA WILLIAMS

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

May 7, 2002

Veridyne, Inc.
Attn: Samuel Patterson, President/CEO
2002 Sproul Road, Suite 206
Broomall, PA 19428

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Patterson:

Enclosed are your signed, executed copies of modifications 0039 and 0040 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

Doris Vandelout
Name

Contracts Manager
Title

5/7/02
Date

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 1

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0040 | 04/24/2002 | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14 The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_ is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $72,667.24 earned under the contract for the evaluation period January 2002 through March 2002. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 04/24/2002 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Blumberg No. 5197 U

# Evaluation Summary

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 3 | Reporting | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 4 | Invoicing | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 5 | 512-01 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 6 | 513-01 | 1 | 5 | 4.032258065 | 1 | 0.040322581 |
| 7 | WO-514 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 8 | 514-02 | 3 | 1 | 0.806451613 | 4 | 0.032258065 |
| 9 | 514-06 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 10 | 514-11 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 11 | 514-12 | 2 | 3 | 2.419354839 | 4 | 0.096774194 |
| 12 | 514-19 | 3 | 1 | 0.806451613 | 4 | 0.032258065 |
| 13 | 514-24 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 14 | 514-25 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 15 | 514-35 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 16 | 514-36 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 17 | 514-37 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 18 | 514-38 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 19 | 514-39 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 20 | 514-40 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 21 | 514-42 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 22 | 514-44 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 23 | 515-01 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 24 | 515-02 | 2 | 3 | 2.419354839 | 4 | 0.096774194 |
| 25 | 515-03 | 3 | 1 | 0.806451613 | 4 | 0.032258065 |
| 26 | 515-05 | 2 | 3 | 2.419354839 | 4 | 0.096774194 |
| 27 | 515-13 | 2 | 3 | 2.419354839 | 4 | 0.096774194 |
| 28 | 515-14 | 2 | 3 | 2.419354839 | 4 | 0.096774194 |
| 29 | 515-15 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 30 | 517-01 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 31 | 518-02 | 3 | 1 | 0.806451613 | 4 | 0.032258065 |
| 32 | 518-03 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 33 | 518-04 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 34 | 519-05 | 1 | 5 | 4.032258065 | 4 | 0.161290323 |
| 35 | | | | | | |
| 36 | | | | | | **Overall Rating** |
| 37 | | | 124 | 100 | | **3.879032258** |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | 1 = Most Important | | | 0 = Unsatisfactory | |
| 41 | | 2 = Second Most | | | 1 = Marginal | |
| 42 | | 3 = Least Important | | | 2 = Satisfactory | |
| 43 | | | | | 3 = Highly Satisfactory | |
| 44 | | | 1 = 5 points | | 4 = Superior | |
| 45 | | | 2 = 3 points | | | |
| 46 | | | 3 = 1 points | | | |

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

April 23, 2002

Veridyne, Inc.
Attn: Samuel Patterson, President
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

Dear Mr. Patterson:

This letter constitutes "Notice of Award" for the performance period January 2002 through March 2002, under contract DTMA91-95-C-00024.

The Performance Evaluation Board (PEB) has completed its evaluation and submitted their findings to the Logistics Support contract, Fee Determining Official (FDO). The FDO, Mr. William F. Trost, Director, Office of Ship Operations has reviewed the report and concurred with the recommendations of the PEB. Under the terms of the contract, the maximum award fee amount of $72,667.24 may be earned during each three-month performance period for the current contract year.

Your company's overall performance as evaluated by Performance Monitors (PM) was determined to be Superior for this evaluation period; therefore, the maximum award fee amount has been awarded. A modification will be issued concurrently with this notification.

With this notification, your are hereby authorized to submit an invoice for the entire award amount.

If you have any questions or comments, feel free to contact me at (202)366-2803.

Sincerely,

Erica L. Williams
Contracting Officer

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 2

2. AMENDMENT/MODIFICATION NO. 0041

3. Effective Date 08/12/2002

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (if applicable)

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_ is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $66,593.01 earned under the contract for the evaluation period April 2002 through June 2002. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Erica L. Williams
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY (Signature of Contracting Officer)

16C. DATE SIGNED 08/12/2002

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
*Prescribed by GSA*
FAR (48 CFR) 53-243

Blumberg No. 5137 V

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 3 | Reporting | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 4 | Invoicing | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 5 | 612-01 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 6 | 613-01 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 7 | WO-614 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 8 | 614-02 | 3 | 1 | 0.840336134 | 4 | 0.033613445 |
| 9 | 614-06 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 10 | 614-11 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 11 | 614-12 | 2 | 3 | 2.521008403 | 4 | 0.100840336 |
| 12 | 614-19 | 3 | 1 | 0.840336134 | 4 | 0.033613445 |
| 13 | 614-24 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 14 | 614-25 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 15 | 614-35 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 16 | 614-36 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 17 | 614-38 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 18 | 614-41 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 19 | 614-42 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 20 | 614-44 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 21 | 614-45 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 22 | 615-01 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 23 | 615-02 | 2 | 3 | 2.521008403 | 4 | 0.100840336 |
| 24 | 615-03 | 3 | 1 | 0.840336134 | 4 | 0.033613445 |
| 25 | 615-05 | 2 | 3 | 2.521008403 | 4 | 0.100840336 |
| 26 | 615-13 | 2 | 3 | 2.521008403 | 4 | 0.100840336 |
| 27 | 615-14 | 2 | 3 | 2.521008403 | 4 | 0.100840336 |
| 28 | 615-15 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 29 | 617-01 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 30 | 618-02 | 3 | 1 | 0.840336134 | 4 | 0.033613445 |
| 31 | 618-03 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 32 | 618-04 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 33 | | | | | | |
| 34 | | | | | | **Overall Rating** |
| 35 | | | **119** | **100** | | **4** |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | 1 = Most Important | | | 0 = Unsatisfactory | |
| 39 | | 2 = Second Most | | | 1 = Marginal | |
| 40 | | 3 = Least Important | | | 2 = Satisfactory | |
| 41 | | | | | 3 = Highly Satisfactory | |
| 42 | | | 1 = 5 points | | 4 = Superior | |
| 43 | | | 2 = 3 points | | | |
| 44 | | | 3 = 1 points | | | |

41

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

August 12, 2002

Received, 9/10/02
Arlington!

Veridyne, Inc.
Attn: Samuel Patterson, President
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

Dear Mr. Patterson:

This letter constitutes "Notice of Award" for the performance period April 2002 through June 2002, under contract DTMA91-95-C-00024.

The Performance Evaluation Board (PEB) has completed its evaluation and submitted their findings to the Logistics Support contract, Fee Determining Official (FDO). The FDO, Mr. William F. Trost, Director, Office of Ship Operations has reviewed the report and concurred with the recommendations of the PEB. Under the terms of the contract, the maximum award fee amount of $66,593.01 may be earned during each three-month performance period for the current contract year.

Your company's overall performance as evaluated by Performance Monitors (PM) was determined to be Superior for this evaluation period; therefore, the maximum award fee amount has been awarded. A modification will be issued concurrently with this notification.

With this notification, your are hereby authorized to submit an invoice for the entire award amount.

If you have any questions or comments, feel free to contact me at (202) 366-2803.

Sincerely,

Erica L. Williams
Contracting Officer

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

September 9, 2002

Veridyne, Inc.
Attn: Samuel Patterson, President/CEO
2002 Sproul Road, Suite 206
Broomall, PA 19428

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Patterson:

Enclosed is your signed, executed copy of modification 0041 to the subject.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

[signature]

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

[signature]

Name LOUIS VANDERHOWER

CONTRACTS MANAGER
Title

9/11/02
Date

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE OF PAGES 1 of 1 |
| 2. AMENDMENT/MODIFICATION NO. 0042 | 3. Effective Date 09/26/2002 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (If other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
Increase $66,593.01

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: H.10 Special Contract Requirements |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to add funds in the amount of $66,593.01 to the award fee pool.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) — 16C. DATE SIGNED 09/26/2002 |

NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE — 30-105 — STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53-243

W

U.S. Department
of Transportation
**MARITIME ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

September 26, 2002

Veridyne, Inc.
Attn: Louis B. Vanderhorst, Contracts Manager
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

42

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Vanderhorst:

Enclosed is your signed, executed copy of modification 0042 to the subject.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

(202) 366-3237 (Fax)

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

____________________________________
Name

____________________________________
Title

____________________________________
Date

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 of 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0044 | 10/25/2002 | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

CODE FACILITY CODE

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $66,593.01 earned under the contract for the evaluation period July 2002 through September 2002. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 10/25/2002 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Blumberg No. 5137
X

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

October 25, 2002

Veridyne, Inc.
Attn: Louis B. Vanderhorst, Contracts Manager
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Vanderhorst:

Enclosed is your signed, executed copy of modifications 0043 and 0044 to the subject.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

(202) 366-3237 (Fax)

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

Name

CONTRACTS MANAGER
Title

10/29/02
Date

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

October 25, 2002

Veridyne, Inc.
Attn: Samuel Patterson, President
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

Dear Mr. Patterson:

This letter constitutes "Notice of Award" for the performance period July 2002 through September 2002, under contract DTMA91-95-C-00024.

The Performance Evaluation Board (PEB) has completed its evaluation and submitted their findings to the Logistics Support contract, Fee Determining Official (FDO). The FDO, Mr. William F. Trost, Director, Office of Ship Operations has reviewed the report and concurred with the recommendations of the PEB. Under the terms of the contract, the maximum award fee amount of $66,593.01 may be earned during each three-month performance period for the current contract year.

Your company's overall performance as evaluated by Performance Monitors (PM) was determined to be Superior for this evaluation period; therefore, the maximum award fee amount has been awarded. A modification will be issued concurrently with this notification.

Contract modification 0044 is issued concurrently, authorizing you to submit an invoice for the entire award amount.

If you have any questions or comments, feel free to contact me at (202) 366-2803.

Sincerely,

Erica L. Williams
Contracting Officer

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 of 1 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0045 | 3. Effective Date 02/06/2003 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $66,593.01 earned under the contract for the evaluation period October 2002 through December 2002. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 02/06/2003 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Y

# Evaluation Summary
# Veridyne, Inc.
# October 1 - December 31, 2002

| TD's | Weighted Scale | Evaluation Points | Relative % | Rating | Rel. % X Rating |
|---|---|---|---|---|---|
| Reporting | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| Invoicing | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 612-01 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 613-01 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| WO-614 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 614-02 | 3 | 1 | 0.884955752 | 4 | 0.03539823 |
| 614-06 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 614-11 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 614-12 | 2 | 3 | 2.654867257 | 4 | 0.10619469 |
| 614-19 | 3 | 1 | 0.884955752 | 4 | 0.03539823 |
| 614-24 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 614-25 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 614-35 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 614-36 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 614-38 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 614-44 | 1 | 5 | 4.424778761 | 3 | 0.132743363 |
| 614-49 | 1 | 5 | 4.424778761 | 3 | 0.132743363 |
| 614-50 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 615-01 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 615-02 | 2 | 3 | 2.654867257 | 2 | 0.053097345 |
| 615-03 | 3 | 1 | 0.884955752 | 4 | 0.03539823 |
| 615-05 | 2 | 3 | 2.654867257 | 4 | 0.10619469 |
| 615-13 | 2 | 3 | 2.654867257 | 4 | 0.10619469 |
| 615-14 | 2 | 3 | 2.654867257 | 3 | 0.079646018 |
| 617-01 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 618-02 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 618-03 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 618-04 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| 619-06 | 1 | 5 | 4.424778761 | 4 | 0.17699115 |
| | | 113 | 100 | | **Overall Rating** **3.831858407** |

**Weighted Scale**
1 = Most Important
2 = Second Most
3 = Least Important

**Ratings**
0 = Unsatisfactory
1 = Marginal
2 = Satisfactory
3 = Highly Satisfactory
4 = Superior

**Eval Points**
1 = 5 points
2 = 3 points
3 = 1 points

45

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

February 6, 2003

Veridyne, Inc.
Attn: Samuel Patterson, President
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

Dear Mr. Patterson:

This letter constitutes "Notice of Award" for the performance period October 2002 through December 2002, under contract DTMA91-95-C-00024.

The Performance Evaluation Board (PEB) has completed its evaluation and submitted their findings to the Logistics Support contract, Fee Determining Official (FDO). The FDO, Mr. William F. Trost, Director, Office of Ship Operations has reviewed the report and concurred with the recommendations of the PEB. Under the terms of the contract, the maximum award fee amount of $66,593.01 may be earned during each three-month performance period for the current contract year.

Your company's overall performance as evaluated by Performance Monitors (PM) was determined to be Superior for this evaluation period; therefore, the maximum award fee amount has been awarded.

Contract modification 0045 is issued concurrently, authorizing you to submit an invoice for the entire award amount.

If you have any questions or comments, feel free to contact me at (202) 366-2803.

Sincerely,

Erica L. Williams
Contracting Officer

cc: Tim
Don
Len
Frankie
Bob McLean
Kathy McGill

U.S. Department
of Transportation
**MARITIME ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

February 6, 2003

Veridyne, Inc.
Attn: Louis B. Vanderhorst, Contracts Manager
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Vanderhorst:

Enclosed is your signed, executed copy of modification 0045 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

(202) 366-3237 (Fax)

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

Name LOUIS VANDERHORST

CONTRACTS MANAGER
Title

2/13/03
Date

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 1

2. AMENDMENT/MODIFICATION NO. 0046

3. Effective Date: See block 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (if applicable)

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Rd, Suite 206
Broomall, PA 19008

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.4, Option to Extend the Term of the Contract Services |

E. IMPORTANT: Contractor _X_is not, __ is required to sign this document and return _ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is as follows:

1. To incorporate the attached, revised, Wage Determination (94-2104, 6/04/02) for the labor category of Key Entry Operator II. New rate was effective 06/04/02.

2. To extend the term of the contract for the 12 month period identified in the contract as "Option Year Eight." The period of performance is extended from March 27, 2003 through March 26, 2004. Wage Determination 94-2104, 6/04/2002 is in effect and attached.

Funds are obligated incrementally under separate cover, therefore, no funds are committed for this option year period extension.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Erica L. Williams
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 03/20/2003

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Z

Blumberg No. 5137

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 1

2. AMENDMENT/MODIFICATION NO. 0048

3. Effective Date 05/13/2003

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (if applicable)

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $66,593.01 earned under the contract for the evaluation period January 2003 through March 2003. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Erica L. Williams
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY ___
(Signature of Contracting Officer)

16C. DATE SIGNED 05/13/2003

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

AA

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | **Veridyne, Inc.** | | | | | |
| 3 | **January 1 - March 31, 2003** | | | | | |
| 4 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 5 | Reporting | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 6 | Invoicing | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 7 | 612-01 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 8 | 613-01 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 9 | WO-614 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 10 | 614-02 | 3 | 1 | 0.970873786 | 4 | 0.038834951 |
| 11 | 614-06 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 12 | 614-11 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 13 | 614-12 | 2 | 3 | 2.912621359 | 4 | 0.116504854 |
| 14 | 614-19 | 3 | 1 | 0.970873786 | 4 | 0.038834951 |
| 15 | 614-25 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 16 | 614-35 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 17 | 614-36 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 18 | 614-38 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 19 | 614-49 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 20 | 614-50 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 21 | 615-01 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 22 | 615-02 | 2 | 3 | 2.912621359 | 4 | 0.116504854 |
| 23 | 615-03 | 3 | 1 | 0.970873786 | 4 | 0.038834951 |
| 24 | 615-05 | 2 | 3 | 2.912621359 | 3 | 0.087378641 |
| 25 | 615-13 | 2 | 3 | 2.912621359 | 4 | 0.116504854 |
| 26 | 615-14 | 2 | 3 | 2.912621359 | 3 | 0.087378641 |
| 27 | 617-01 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 28 | 618-02 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 29 | 618-03 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 30 | 618-04 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 31 | 619-06 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 32 | 622-01 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 33 | 622-02 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 34 | 622-03 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 35 | 622-04 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 36 | 622-05 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 37 | 622-06 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 38 | 622-07 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 39 | | | | | | **Overall Rating** |
| 40 | | | 103 | 100 | | **3.941747573** |
| 41 | | <u>Weighted Scale</u> | | | <u>Ratings</u> | |
| 42 | | 1 = Most Important | | | 0 = Unsatisfactory | |
| 43 | | 2 = Second Most | | | 1 = Marginal | |
| 44 | | 3 = Least Important | | | 2 = Satisfactory | |
| 45 | | | | | 3 = Highly Satisfactory | |
| 46 | | | <u>Eval Points</u> | | 4 = Superior | |
| 47 | | | 1 = 5 points | | | |
| 48 | | | 2 = 3 points | | | |
| 49 | | | 3 = 1 points | | | |

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

48

May 13, 2003

Veridyne, Inc.
Attn: Louis B. Vanderhorst, Contracts Manager
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Vanderhorst:

Enclosed is your signed, executed copy of modification 0048 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

(202) 366-3237 (Fax)

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

cc: Tim
Ron
Frankye
Jen
Kathy
Bob McLean

Acknowledgement of receipt:

B. Vanderhorst
Name

CONTRACTS MANAGER
Title

5/22/03
Date

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

May 13, 2003

Veridyne, Inc.
Attn: Alan Balutis, President/COO
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

Dear Mr. Patterson:

This letter constitutes "Notice of Award" for the performance period January 2003 through March 2003, under contract DTMA91-95-C-00024.

The Performance Evaluation Board (PEB) has completed its evaluation and submitted their findings to the Logistics Support contract, Fee Determining Official (FDO). The FDO, Mr. William F. Trost, Director, Office of Ship Operations has reviewed the report and concurred with the recommendations of the PEB. Under the terms of the contract, the maximum award fee amount of $66,593.01 may be earned during each three-month performance period for the current contract year.

Your company's overall performance as evaluated by Performance Monitors (PM) was determined to be Superior for this evaluation period; therefore, the maximum award fee amount has been awarded.

Contract modification 0048 is issued concurrently, authorizing you to submit an invoice for the entire award amount.

If you have any questions or comments, feel free to contact me at (202) 366-2803.

Sincerely,

Erica L. Williams
Contracting Officer

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE OF PAGES 1 of 1 |
| 2. AMENDMENT/MODIFICATION NO. 0049 | 3. Effective Date 07/25/2003 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (If other than Item 6) CODE: | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | c. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $66,593.01 earned under the contract for the evaluation period April 2003 through June 2003. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTINGOFFICER (Type or print) Erica L. Williams Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 08/15/2003 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Blumberg No. 5137 AB

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | **Veridyne, Inc.** | | | | | |
| 3 | **April 1 - June 30, 2003** | | | | | |
| 4 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 5 | Reporting | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 6 | Invoicing | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 7 | 712-01 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 8 | 713-01 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 9 | WO-714 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 10 | 714-02 | 3 | 1 | 0.689655172 | 4 | 0.027586207 |
| 11 | 714-06 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 12 | 714-11 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 13 | 714-12 | 2 | 3 | 2.068965517 | 4 | 0.082758621 |
| 14 | 714-19 | 3 | 1 | 0.689655172 | 4 | 0.027586207 |
| 15 | 714-25 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 16 | 714-38 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 17 | 714-47 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 18 | 714-50 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 19 | 714-52 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 20 | 715-01 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 21 | 715-02 | 2 | 3 | 2.068965517 | 3 | 0.062068966 |
| 22 | 715-03 | 3 | 1 | 0.689655172 | 4 | 0.027586207 |
| 23 | 715-05 | 2 | 3 | 2.068965517 | 4 | 0.082758621 |
| 24 | 715-14 | 2 | 3 | 2.068965517 | 3 | 0.062068966 |
| 25 | 717-01 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 26 | 718-02 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 27 | 718-03 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 28 | 718-04 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 29 | 719-06 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 30 | 722-01 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 31 | 722-02 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 32 | 722-03 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 33 | 722-04 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 34 | 722-05 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 35 | 722-06 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 36 | 722-07 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 37 | 722-08 | 1 | 5 | 3.448275862 | 4 | 0.137931034 |
| 38 | | | | | | **Overall Rating** |
| 39 | | | 145 | 100 | | **3.95862069** |
| 40 | | **Weighted Scale** | | | **Ratings** | |
| 41 | | **1 = Most Important** | | | **0 = Unsatisfactory** | |
| 42 | | **2 = Second Most** | | | **1 = Marginal** | |
| 43 | | **3 = Least Important** | | | **2 = Satisfactory** | |
| 44 | | | | | ***3 = Highly Satisfactory*** | |
| 45 | | | **Eval Points** | | **4 = Superior** | |
| 46 | | | **1 = 5 points** | | | |
| 47 | | | ***2 = 3 points*** | | | |
| 48 | | | **3 = 1 points** | | | |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 1

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0050 | 11/05/2003 | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_ is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $66,593.01 earned under the contract for the evaluation period July 2003 through September 2003. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Erica L. Williams
Contracting Officer

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | 11/05/2003 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

AC

# Evaluation Summary
## Veridyne, Inc.
## July 1 - September 30, 2003

| *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
|---|---|---|---|---|---|
| Reporting | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| Invoicing | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 712-01 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 713-01 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| WO-714 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-02 | 3 | 1 | 0.675675676 | 4 | 0.027027027 |
| 714-06 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-11 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-12 | 2 | 3 | 2.027027027 | 4 | 0.081081081 |
| 714-19 | 3 | 1 | 0.675675676 | 4 | 0.027027027 |
| 714-25 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-38 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-47 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-48 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-50 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-53 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 714-54 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 715-01 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 715-02 | 2 | 3 | 2.027027027 | 4 | 0.081081081 |
| 715-03 | 3 | 1 | 0.675675676 | 4 | 0.027027027 |
| 715-05 | 2 | 3 | 2.027027027 | 4 | 0.081081081 |
| 715-13 | 2 | 3 | 2.027027027 | 4 | 0.081081081 |
| 715-14 | 2 | 3 | 2.027027027 | 3 | 0.060810811 |
| 717-01 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 718-02 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 718-03 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 718-04 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 722-01 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 722-02 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 722-03 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 722-04 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 722-05 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 722-06 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| 722-08 | 1 | 5 | 3.378378378 | 4 | 0.135135135 |
| | | | | | Overall Rating |
| | | 148 | 100 | | 3.97972973 |

Weighted Scale
1 = Most Important
2 = Second Most
3 = Least Important

Eval Points
1 = 5 points
2 = 3 points
3 = 1 points

Ratings
0 = Unsatisfactory
1 = Marginal
2 = Satisfactory
3 = Highly Satisfactory
4 = Superior

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

November 5, 2003

Veridyne, Inc.
Attn: Louis B. Vanderhorst, *Contracts Manager*
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Vanderhorst:

Enclosed is your signed, executed copy of modification 0050 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

Name

CONTRACTS MGR
Title

11/5/03
Date

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 1

2. AMENDMENT/MODIFICATION NO. 0051

3. Effective Date 1/28/2004

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (if applicable)

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

CODE | FACILITY CODE

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_ is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $66,593.01 earned under the contract for the evaluation period October 2003 through December 2003. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Erica L. Williams
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 1/28/2004

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

AD

# Evaluation Summary
## Veridyne, Inc.
## October 1 - December 31, 2003

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 4 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 5 | Reporting | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 6 | Invoicing | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 7 | 712-01 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 8 | 713-01 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 9 | WO-714 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 10 | 714-02 | 3 | 1 | 0.684931507 | 4 | 0.02739726 |
| 11 | 714-06 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 12 | 714-11 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 13 | 714-12 | 2 | 3 | 2.054794521 | 4 | 0.082191781 |
| 14 | 714-19 | 3 | 1 | 0.684931507 | 4 | 0.02739726 |
| 15 | 714-25 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 16 | 714-35 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 17 | 714-38 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 18 | 714-48 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 19 | 714-52 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 20 | 714-53 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 21 | 715-01 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 22 | 715-02 | 2 | 3 | 2.054794521 | 4 | 0.082191781 |
| 23 | 715-03 | 3 | 1 | 0.684931507 | 4 | 0.02739726 |
| 24 | 715-05 | 2 | 3 | 2.054794521 | 4 | 0.082191781 |
| 25 | 715-13 | 2 | 3 | 2.054794521 | 4 | 0.082191781 |
| 26 | 715-14 | 2 | 3 | 2.054794521 | 3 | 0.061643836 |
| 27 | 717-01 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 28 | 718-01 | 2 | 3 | 2.054794521 | 4 | 0.082191781 |
| 29 | 718-02 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 30 | 718-03 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 31 | 718-04 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 32 | 722-01 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 33 | 722-02 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 34 | 722-03 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 35 | 722-04 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 36 | 722-05 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 37 | 722-06 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 38 | 722-08 | 1 | 5 | 3.424657534 | 4 | 0.136986301 |
| 39 | | | | | | Overall Rating |
| 40 | | | 146 | 100 | | 3.979452055 |

Weighted Scale
1 = Most Important
2 = Second Most
3 = Least Important

Eval Points
1 = 5 points
2 = 3 points
3 = 1 points

Ratings
0 = Unsatisfactory
1 = Marginal
2 = Satisfactory
3 = Highly Satisfactory
4 = Superior

U.S. Department
of Transportation
**MARITIME**
**ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

January 28, 2004

Veridyne, Inc.
Attn: Louis B. Vanderhorst, Contracts Manager
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Vanderhorst:

Enclosed is your signed, executed copy of modification 0051 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

cc:
Tina
Don
Alan
George R.
Kathy M.
Len
Tim

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

Name

CONTRACT MANAGER
Title

1/30/04
Date

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE OF PAGES 1 of 1 |
| 2. AMENDMENT/MODIFICATION NO. 0052 | 3. Effective Date See block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |

6. ( ED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Rd, Suite 206
Broomall, PA 19008

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.4, Option to Extend the Term of the Contract Services |

E. IMPORTANT: Contractor _X_ is not, __ is required to sign this document and return __ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the term of the contract for the 12 month period identified in the contract as "Option Year Nine." The period of performance is extended from March 27, 2004 through March 26, 2005.

Funds are obligated by individual Task Orders issued under this contract, therefore, no funds are committed for this option year period extension.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 03/19/2004 |

NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE 30-105 **STANDARD FORM 30** (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53-243

AE

U.S. Department
of Transportation
**MARITIME ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

March 19, 2004

Veridyne, Inc.
Attn: Louis B. Vanderhorst, Contracts Manager
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Vanderhorst:

Enclosed is your signed, executed copy of modification 0052 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

______________________________
Name

______________________________
Title

______________________________
Date