# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 14 PAGES

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| | |
|---|---|
| 1. DATE OF ORDER | 04/20/2004 |
| 2. CONTRACT NO. *(If any)* | DTMA195c024 |
| 3. ORDER NO. | TO040000812 |
| 4. REQUISITION/REFERENCE NO. | See Lines |
| 5. ISSUING OFFICE *(Address correspondence to)* | DOT/Maritime Administration, MAR-380<br>400 Seventh Street, SW., Room 7310<br>Washington DC 20590 |
| 6. SHIP TO: | Richard H. Williams |
| a. NAME OF CONSIGNEE | DOT/Maritime Administration, MAR-614 |
| b. STREET ADDRESS | 400 Seventh Street, SW., Room 2116 |
| c. CITY | Washington |
| d. STATE | DC |
| e. ZIP CODE | 20590 |
| f. SHIP VIA | |

7. TO:

| | |
|---|---|
| a. NAME OF CONTRACTOR | |
| b. COMPANY NAME | **Veridyne, Incorporated** |
| c. STREET ADDRESS | **2002 Sproul Road Suite 206** |
| d. CITY | **Broomall** |
| e. STATE | **PA** |
| f. ZIP CODE | **19008-3510** |

8. TYPE OF ORDER

☐ a. PURCHASE

REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA

04 - 965 - X4303 - 160000 - - 2696 - - - 70PRO0 - - 46500461 - - - - - - -

10. REQUISITIONING OFFICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*

☑ a. SMALL ☐ b. OTHER THAN SMALL ☑ c. DISADVANTAGED ☐ d. WOMEN-OWNED

12. F.O.B. POINT
Destination

13. PLACE OF
a. INSPECTION
b. ACCEPTANCE

14. GOVERNMENT B/L NO.

15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*
See Line Item Detail for Delivery Dates

16. DISCOUNT TERMS

| | |
|---|---|
| 10 days | % |
| 20 days | % |
| 30 days | % |
| days | % |

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

*SEE BILLING INSTRUCTIONS ON REVERSE*

18. SHIPPING POINT

19. GROSS SHIPPING WEIGHT

20. INVOICE NO.

17(h) TOT. *(Cont. pages)*

21. MAIL INVOICE TO: Ruby P. McPhaul

a. NAME
DOT/Maritime Administration, MAR-330

b. STREET ADDRESS *(or P.O. Box)*
400 Seventh Street, SW., Room 7325

c. CITY
Washington

d. STATE
DC

e. ZIP CODE
20590

$114,000.00 17(i) GRAND TOTAL

22. UNITED STATES OF AMERICA BY *(Signature)*

Blumberg No. 5137

AF

23. NAME *(Typed)*
Erica L. Williams
TITLE: CONTRACTING/ORDERING OFFICER

245

SN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

## SUPPLEMENTAL INVOICING INFORMATION



If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: *"Payment is requested in the amount of $_______. No other invoice will be submitted."* However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received *by me and conforms to contract. Items listed below have been rejected for the reasons indicated.*

| SHIPMENT NUMBER | PARTIAL / FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
|---|---|---|---|---|---|
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | |

## REPORT OF REJECTIONS

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

# ORDER FOR SUPPLIES OR SERVICES
# SCHEDULE - CONTINUATION



**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 04/20/2004 | DTMA195c024 | TO040000812 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine<br>*Delivery Date* 03/26/2005 *Start Date* 03/27/2004 *End Date* 03/26/2005 | 1.00 | LOT | 0.000 | 0.00 | |
| 0002 | FY'04 3rd Qtr Funding<br>Ship Support Procurement<br>*Delivery Date* 03/27/2005<br>Reference Requisition: PROP0400050/0001 | 1.00 | LOT | 114,000.000 | 114,000.00 | |

***TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)*** ⇒ $114,000.00

| Award/Contract | Document No. | Document Title | Page 4 of |
|---|---|---|---|
| | TO040000812 | W.O. 812 Ship Support Material Pr | **Error! Bookmark not defined.** |

TABLE OF CONTENTS


COMMERCIAL CLAUSES 5

1 WO-812.rtf.doc 5

Contract DTMA91-95-C-00024
Work Order: WO-0812
March 28, 2004

# STATEMENT OF WORK
# SHIP SUPPORT MATERIAL PROCUREMENT

## 1.0 GENERAL

This work order requires the contractor to provide purchasing support services for the procurement of deficient Ship Support material. The contractor will prepare documentation for government procurement from commercial sources; prepare requisitions for National Stock Number (NSN) items for procurement from the Federal Supply System (FSS); receive, inspect, stage and stow material; ship material to designated locations; update specified records; and maintain a database to support the procurement of Ship Support material as described herein. "Ship Support material" includes expendable and non-expendable items i.e. consumable material, tools, complete components, end items and equipment.

## 2.0 DESCRIPTION OF WORK

The contractor shall perform the work associated with the procurement of Ship Support material.

### 2.1 Procurement Requirements Development

2.1.1 The contractor shall identify deficiencies based on the most current information available either through MLSS, provisioning efforts, approved Allowance Change Requests, etc.

2.1.2 The contractor shall develop and maintain a procurement database for the deficiencies that have been identified. The database will be used to track all information relating to the procurement of Ship Support material deficiencies.

2.1.3 Upon request, a procurement report containing the deficiency information for the database will be provided to MAR-614.

2.1.4 MAR-614 will authorize procurement of Ship Support material by the contractor.

2.2 Pre-procurement Technical Research

2.2.1 The contractor will conduct technical research on deficient Ship Support material for MARAD vessels using required data sources, such as, but not limited to, CD FICHE cross reference database, Thomas Register of American Manufacturers, FEDLOG, Master Cross Reference List (MCRL), Management List-Navy (ML-N), technical manuals, and vendor catalogs. The contractor will also use the MARAD logistics Support System (MLSS).

2.2.1.1 During technical research, the contractor will make all efforts to fill material deficiencies in the following order:

(1) Shore-based Spares
(2) Federal Supply System
(3) Commercial Sources

2.2.1.2 Research will include cross-referencing part numbers to NSNs, obtaining maximum technical characteristic information on each part, estimated pricing, and source of supply.

2.2.2 The contractor will use MLSS to fill-in data voids when good, believable information exists for the same parts on other vessels.

2.2.3 Each deficient item will be coded with one of the procurement action codes (PAC) listed in attachment A.

2.2.4 The contractor will identify a source for items to be commercially procured.

2.2.5 The contractor will provide MAR-614 with estimates of funds required for procurement of PAC "B" (commercial procurement) items, and PAC F (Federal Supply System) items.

2.3 **Material Procurement**: The contractor will prepare requisitions for NSN and commercial items approved by MAR-614.

2.3.1 Commercial (PAC B) material

2.3.1.1 When directed, the contractor will prepare funding obligation documentation for items approved by MAR-614. A requisition will consist of requirements for one line item by ship or multiple ships requiring the same item. The contractor will process commercial procurement data into an automated MARAD procurement system.

2.3.1.2 The contractor will purchase or arrange for the purchase of the material. The contractor will process status reports and resolve any technical problems encountered.

2.3.2 Federal Supply System (FSS) (PAC F) material

2.3.2.1 The contractor will electronically process approved NSN material into the MARAD procurement system.

2.3.2.2 The contractor will prepare a milstrip requisition file for NSN items for EDI transmission by MAR-614 to the Defense Automatic Addressing System Office (DAASO) using the DAASO Automated Message Exchange System (DAMES). Requisitions will be prepared in accordance with the Federal Supply System Requisitioning Program as specified by MAR-614.

2.3.2.3 The contractor will electronically process status as received from MAR-614 into the MARAD procurement system.

2.4 Material Receipt

2.4.1 Commercially procured (PAC B) material

2.4.1.1 The contractor will receive material purchased from commercial sources and conduct a 100% receipt inspection for quality, quantity, type and condition at the contractor's material receiving and staging facility.

2.4.1.2 The contractor will enter receipt data into the MARAD procurement system, resolve any discrepancies and reconcile invoices to reflect quantities actually received.

2.4.2 FSS (PAC F) material

2.4.2.1 The contractor will receive material requisitioned from the FSS at the contractor's material receiving and staging facility. The contractor will sign the DD Form 1348-1 for each NSN requisition and will retain each original DD 1348-1.

2.4.2.2 The contractor will conduct receipt inspection on each NSN item for type, quality, quantity, and condition and enter receipt data into the MARAD procurement system.

2.4.2.3 The contractor will prepare Reports of Discrepancies (SF 164) as necessary, reporting any discrepancies to MAR-614 for further direction.

2.4.3 SBS material

2.4.3.1 The contractor will conduct receipt inspection on each SBS item received for quality, quantity, and condition and enter receipt data into the MARAD procurement system.

2.5 Material Staging

Staged material includes material received from the shore-based spares, FSS, and commercial sources.

2.5.1 The contractor will maintain management control over the government material in its possession.

2.5.2 After material is received, inspected, and accepted, the contractor will segregate and stage material for individual vessels or for MARAD's shore-based stock.

2.5.3 The contractor will prepare periodic receiving and staging reports for items received and staged in the warehouse as directed.

2.6 *Material Delivery and Stowage*

2.6.1 The contractor will coordinate with MAR-614 and the appropriate Region Logistic Management Officer (LMO) to deliver and stow staged material aboard a particular vessel as follows:

2.6.1.1 Normally all material received into the staging facility will be forwarded to the receiving ship within 60 days;

2.6.1.2 The contractor will notify the MARAD Region LMO in advance of shipments to ships in their region;

2.6.1.3 Stowage responsibility will be determined by MAR-614 guidelines based on the number of line items to be stowed and other operational considerations.

2.6.2 The contractor will prepare spare parts labels and material inventory lists for the material to be stowed. Additionally, the contractor shall perform a final QA to ensure the material is still applicable to the ship.

2.6.3 The contractor will stow shipping containers, prepare container manifest lists, and ship material to vessels, MARAD warehouses, or ship managers

as applicable or as directed by MAR-614.

2.6.4 If tasked contractor will stow the material aboard ship in the proper shipboard locations as directed, update PC-SAL or MLSS as applicable, prepare stowage reports, and maintain completed reports on file.

2.7 The contractor will acquire computer software or hardware, attend meetings and perform travel as required for the performance of this task and as directed by MAR-614.

2.8 The contractor will respond to MAR-614 requirements for efforts involving Ship support material procurement that do not fall under any other single element listed in this work order.

## 3.0 COMPUTER INTERFACE PROGRAMS

The contractor will maintain a database to support the procurement of deficient Ship Support material. This database will be referred to as the MARAD procurement system.

3.1 The system will:

3.1.1 Contain equipment information, piece part identification data, and procurement data required to maintain procurement records.

3.1.2 Track deficient items throughout the entire procurement process: from the purchase, receipt, staging, and the stowage of procured material onboard MARAD vessels, and the material receipt/financial reconciliation process.

3.1.3 Record and retain the results of pre-procurement research to include

assigning deficient items one of the approved procurement action codes.

3.1.4 Automatically assign requisition numbers for NSN items and for items to be purchased by the contractor.

3.2 The MARAD procurement system will provide the automated capability within MAR-614 to receive, pass, record, recall, and report on all data pertaining to FEDSTRIP requisitions.

3.3 The MARAD procurement system will provide the automated capability within MAR-614 to review all procurement records.

3.4 The contractor will maintain a Procurement History File based on procurement system data.

3.5 Spare parts procurement history will be integrated with MLSS to provide the automated capability to view the procurement history of a specific part through MLSS.

3.6 The hardware, software, and material acquired or leased using contract funds will be the property of the government and returned to the government at the conclusion of the contract unless the contractor is directed to do so at an earlier date.

## 4.0 CONTRACTOR DELIVERABLES

4.1 Upon request, the contractor will provide a report of deficiency information to MAR-614 in accordance with paragraph 2.1.3.

4.2 As applicable per paragraph 2.2.5, the contractor will provide MAR-614 with an estimate of funds required for specified deficiencies for commercial and FSS procurement.

4.3 When applicable per paragraph 2.3.1.1, the contractor will deliver computer generated documentation or files incorporating commercial procurement items for specified vessels or equipment previously approved by MAR-614.

4.4 The contractor will deliver a computer file of FEDSTRIP formatted requisitions covering items for a specified vessels or equipment and previously approved by MAR-614 for requisitioning through the Federal Supply System in accordance with paragraph 2.3.2.2.

4.5 On the occasion of stowing previously staged items aboard RRF vessels, the contractor will deliver a stowage report reflecting the number of items stowed.

4.6 On the occasion of shipping previously staged items directly to a ship or Region, the contractor will provide a monthly shipping report to MAR-614 identifying shipments by destination and number of line items.

4.7 The contractor will produce analysis and provide special reports as directed by MAR-614.

**5.0 START DATE March 28, 2004**

**6.0 COMPLETE DATE March 27, 2005**

## 7.0 COTR DESIGNATION

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

MARAD COTR APPROVAL:

Richard H. Williams
Chief, Division of Logistics Support

CONTRACTOR ACCEPTANCE:

Donald V. Colley
Program Manager, Veridyne, Inc.

Contract DTMA91-95-C-00024
Work Order: WO-0812
March 28, 2004

# MARAD SPARE PARTS
## PROCUREMENT ACTION CODES (PACs)
As of 1 September 1999

| PAC | DESCRIPTION |
|---|---|
| B | Purchase from commercial sources |
| D | Not procured see COMMENTS |
| E | Inventory level sufficient |
| F | Available through the Federal Supply System |
| G | Cannot procure source of supply no longer in business |
| H | Not procured vendor price considered excessive |
| I | Do not procure per provisioning review |
| K | Not procured sufficient assets onboard |
| L | Local purchase by Ship Manager |
| M | Cannot procure no mfr and/or part number |
| N | Do procure, MARAD decision |
| O | Cannot procure obsolete part number; no replacement found |
| P | Not procured provisioning review required |
| Q | Further research required (MARAD) |
| R | Further research required (CONTRACTOR) |
| S | Purchase through special MARAD programs |
| T | Not procured material is hazardous |
| U | Fill deficiency from Western WHSE-SBS |
| V | Fill deficiency from Nederland-SBS |
| X | Fill deficiency from Chesapeake WHSE-SBS |
| W | Fill deficiency from New Orleans WHSE-SBS |
| Z | Purchased by Ship Manager |

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 10 PAGES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| | |
|---|---|
| 1. DATE OF ORDER: 04/20/2004 | 2. CONTRACT NO. *(If any)*: DTMA195c024 |
| 3. ORDER NO.: TO040000813 | 4. REQUISITION/REFERENCE NO.: See Lines |

5. ISSUING OFFICE *(Address correspondence to)*

DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington DC 20590

6. SHIP TO: Richard H. Williams

a. NAME OF CONSIGNEE: DOT/Maritime Administration, MAR-614

b. STREET ADDRESS: 400 Seventh Street, SW., Room 2116

c. CITY: Washington | d. STATE: DC | e. ZIP CODE: 20590

f. SHIP VIA

7. TO:

a. NAME OF CONTRACTOR

b. COMPANY NAME: **Veridyne, Incorporated**

c. STREET ADDRESS: **2002 Sproul Road Suite 206**

d. CITY: **Broomall** | e. STATE: **PA** | f. ZIP CODE: **19008-3510**

8. TYPE OF ORDER

☐ a. PURCHASE

REFERENCE YOUR:

*Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.*

☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA

04 - 965 - X4303 - 160000 - - 2696 - - - 70PRO0 - - 46500461 - - - - - -

10. REQUISITIONING OFFICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*

☑ a. SMALL ☐ b. OTHER THAN SMALL ☑ c. DISADVANTAGED ☐ d. WOMEN-OWNED

12. F.O.B. POINT: Destination

13. PLACE OF — a. INSPECTION | b. ACCEPTANCE

14. GOVERNMENT B/L NO.

15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 03/26/2005

16. DISCOUNT TERMS

10 days %
20 days %
30 days %
days %

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

*SEE BILLING INSTRUCTIONS ON REVERSE*

18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO.

17(h) TOT. *(Cont. pages)*

21. MAIL INVOICE TO: Ruby P. McPhaul

a. NAME: DOT/Maritime Administration, MAR-330

b. STREET ADDRESS *(or P.O. Box)*: 400 Seventh Street, SW., Room 7325

c. CITY: Washington | d. STATE: DC | e. ZIP CODE: 20590

$80,000.00 — 17(i) GRAND TOTAL

22. UNITED STATES OF AMERICA BY *(Signature)*

Blumberg No. 5137
AG

23. NAME *(Typed)*: Erica L. Williams
TITLE: CONTRACTING/ORDERING OFFICER

**SUPPLEMENTAL INVOICING INFORMATION** 

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $________. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs *exceed $10 (except for parcel post)*, the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

**RECEIVING REPORT**

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. *Items listed below have been rejected for the reasons indicated.*

| SHIPMENT NUMBER | PARTIAL / FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
|---|---|---|---|---|---|
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | |

**REPORT OF REJECTIONS**

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

OPTIONAL FORM 347 (REV. 6/95) BACK

## ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION



**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 04/20/2004 | DTMA195c024 | TO040000813 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine<br>*Delivery Date* 03/26/2005 *Start Date* 03/27/2004 *End Date* 03/26/2005 | 1.00 | LOT | 0.000 | 0.00 | |
| 0002 | WO-813<br>Provisioning Support<br>*Delivery Date* 03/26/2005<br>Reference Requisition: PROP0400050/0001 | 1.00 | LOT | 80,000.000 | 80,000.00 | |

***TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)*** ⇒ $80,000.00

| Award/Contract | Document No. | Document Title | Page 4 of **Error! Bookmark not defined.** |
|---|---|---|---|
| | TO040000813 | W.O. 813 Spare Part Provisioning | |

TABLE OF CONTENTS


COMMERCIAL CLAUSES 5

1 WO-813.rtf.doc 5

Contract DTMA91-95-C-00024
Work Order: WO-0813
March 28, 2004

# STATEMENT OF WORK
# SPARE PART PROVISIONING SUPPORT

## 1.0 GENERAL

This work order requires the contractor to recommend the range and depth of spare part support allowances for select equipment onboard MARAD Ready Reserve Force (RRF) vessels. Following provisioning efforts for each equipment, MAR-614 will review the recommendations and notify the contractor of all corresponding decisions. Work accomplished shall be in accordance with the following direction and guidance.

## 2.0 TASK DESCRIPION

The contractor shall perform the work associated with this task as described below:

2.1 Develop, implement, and maintain a MARAD-approved provisioning process.

2.2 Develop provisioning candidate lists of critical equipment for MAR-614 review prior to commencing provisioning action. Considerations include:

2.2.1 Ship Readiness Status as reflected in the Supply Readiness Code for the ship

2.2.2 Equipment Criticality as reflected in the Equipment Criticality Code

2.2.3 Level of existing support for the equipment

2.2.4 Other factors as directed by MAR-614

2.3 Obtain all technical data necessary to provision the equipment.

2.3.1 Use the ship's technical documentation, when available

2.3.2 Obtain technical documentation from other ships, manufacturers, or suppliers as necessary

2.3.3 Purchase technical documentation if not otherwise available

2.4 Develop and recommend spare parts support allowance data for equipment approved by MAR-614 with or without established MARAD or commercial (i.e. Builders Allowance List (BAL)) allowances for equipment onboard MARAD vessels. Recommendations will as a minimum take into consideration the following:

2.4.1 The experience of the provisioner, ship's crew, port engineer, Ship Manager, and MARAD Surveyor with the equipment being provisioned or similar equipment

2.4.2 Manufacturer recommendations, technical references (technical manuals, drawings, etc.), and communication with manufacturers or manufacturers representatives

2.4.3 American Bureau of Shipping (ABS) and United States Coast Guard (USCG) requirements and recommendations

2.5 Obtain approval of spare parts provisioning recommendations:

2.5.1 Prepare and submit a listing of recommended spare parts allowances and supporting data to the Chief Engineer, Port Engineer, MARAD Region Surveyor, and MAR-614

2.5.2 Track the status of the recommendations until final approval is received from MAR-614, expediting progress as necessary and providing assistance to reviewing parties as requested

2.6 Update PC-SAL and/or MLSS, as applicable, to reflect all changes.

2.6.1 Change allowance figures in the appropriate PC-SAL and/or MLSS spare parts databases

2.6.2 Match existing on-hand spare parts with the new allowance figures in the databases

2.6.3 Reconcile other problems encountered in the ship's PC-SAL databases, such as parts that are assigned to the wrong equipment, etc.

2.6.4 Track the implementation status of approved provisioning packages

2.6.5 Update ship records with new technical documentation obtained

2.7 Provide management and tracking of approved Allowance Change Requests (ACR):

2.7.1 Review each approved ACR provided by MAR-614 and update PC-SAL and/or with new, approved allowances.

2.7.2 Prepare a response memo, to be returned to the region by MAR-614, providing a report of action taken or reporting any difficulties in implementing the recommendation.

2.7.3 Update each ship's PC-SAL with new allowances when PC-SAL is refreshed.

2.7.4 Maintain tracking system to provide a record of actions taken and pending PC-SAL updates.

2.8 The contractor will acquire computer software or hardware, attend meetings and perform travel as required for the performance of this task and as directed by MAR-614.

2.9 Prepare regular reports in accordance with paragraph 4.0, and other special reports as tasked by the COTR.

2.10 Update the Master Equipment Index (MEI) to reflect provisioning results when necessary.

2.11 Respond to MAR-614 requirements for efforts involving provisioning that do not fall under any other single element listed in this work order.

**3.0 PROVISIONING GUIDANCE**

3.1 Review and utilize the MLSS database for like equipment as a source of spare parts allowance information.

3.2 Locate and research the applicable manufacturer's technical manuals and drawings for recommended spare parts lists. The first source of technical manuals shall be MARAD, followed by requests to the appropriate equipment manufacturer. The contractor is authorized to purchase technical documentation without prior approval up to limit of $300.00 per equipment.

3.3 When no technical manual is found to exist, an attempt should then be made to

obtain the recommended spare parts list direct from the appropriate manufacturer.

3.4 If the above efforts fail to produce sufficient information to make a spare part allowance recommendation, report such findings to MAR-614, per paragraph 4.2 of this SOW.

3.5 If further research is requested, MAR-614 will dictate the type and extent of research that is required (e.g., acquisition and use of technical manuals costing more than $300 and engineering drawings).

3.6 In all cases, spare part allowance quantities will be based upon equipment manufacturer recommendations; best engineering estimates, documented history, and the RRF spare part stowage philosophy (i.e., decentralized stowage of parts and the use of equipment oriented support), based on 180 days of continuous operation.

## 4.0 DELIVERABLES

4.1 Upon MAR-614 approval of provisioned equipment, the PC-SAL database will be updated to reflect any changes resulting from the review. MAR-614 will coordinate ship visits as necessary to enter provisioning data in onboard PC-SAL.

4.2 When necessary, the contractor will submit to MAR-614 a report, by equipment and applicable vessel, which indicates that extensive engineering research, beyond that currently authorized, is required to make spare part allowance recommendations.

4.3 At least monthly, the contractor will submit electronically to MAR-614, a status report by vessel, or group of vessels, for which provisioning has been accomplished reflecting the following:

4.3.1 The number of provisioning packages produced

4.3.2 The number of ship/equipment applications covered by the packages

4.3.3 The number of packages for which PC-SAL updates and QA are complete

4.3.4 The number of packages which turned over for procurement

**5.0 START DATE March 28, 2004**

**6.0 COMPLETE DATE March 27, 2005**

**7.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:**

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:**

Donald V. Colley
Program Manager, Veridyne, Inc.

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 11 PAGES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

1. DATE OF ORDER: 04/20/2004
2. CONTRACT NO. *(If any)*: DTMA195c024
3. ORDER NO.: TO040000814
4. REQUISITION/REFERENCE NO.: See Lines
5. ISSUING OFFICE *(Address correspondence to)*:
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington DC 20590

6. SHIP TO: Richard H. Williams
a. NAME OF CONSIGNEE: DOT/Maritime Administration, MAR-614
b. STREET ADDRESS: 400 Seventh Street, SW., Room 2116
c. CITY: Washington
d. STATE: DC
e. ZIP CODE: 20590
f. SHIP VIA:

7. TO:
a. NAME OF CONTRACTOR:
b. COMPANY NAME: **Veridyne, Incorporated**
c. STREET ADDRESS: **2002 Sproul Road Suite 206**
d. CITY: **Broomall**
e. STATE: **PA**
f. ZIP CODE: **19008-3510**

8. TYPE OF ORDER

☐ a. PURCHASE
REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
04 - 965 - X4303 - 160000 - - 2696 - - - 70EQP0 - - 46500461 - - - - - -

10. REQUISITIONING OFFICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
☑ a. SMALL ☐ b. OTHER THAN SMALL ☑ c. DISADVANTAGED ☐ d. WOMEN-OWNED

12. F.O.B. POINT: *Destination*

13. PLACE OF
a. INSPECTION
b. ACCEPTANCE

14. GOVERNMENT B/L NO.

15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 03/26/2005

16. DISCOUNT TERMS
10 days %
20 days %
30 days %
days %

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

SEE BILLING INSTRUCTIONS ON REVERSE

18. SHIPPING POINT
19. GROSS SHIPPING WEIGHT
20. INVOICE NO.

17(h) TOT. *(Cont. pages)*

21. MAIL INVOICE TO: Ruby P. McPhaul
a. NAME: DOT/Maritime Administration, MAR-330
b. STREET ADDRESS *(or P.O. Box)*: 400 Seventh Street, SW., Room 7325
c. CITY: Washington
d. STATE: DC
e. ZIP CODE: 20590

17(i) GRAND TOTAL: $935,000.00

22. UNITED STATES OF AMERICA BY *(Signature)*

Blumberg No. 5127 AH

23. NAME *(Typed)*: Benedict J. Burnowski
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

## SUPPLEMENTAL INVOICING INFORMATION



If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $_______. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL / FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
|---|---|---|---|---|---|
| TOTAL CONTAINERS | | GROSS WEIGHT | RECEIVED AT | TITLE | |

## REPORT OF REJECTIONS

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

OPTIONAL FORM 347 (REV. 6/95) BACK

**ORDER FOR SUPPLIES OR SERVICES**
**SCHEDULE - CONTINUATION**



**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 04/20/2004 | DTMA195c024 | TO040000814 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine<br>*Delivery Date* 03/26/2005 *Start Date* 03/27/2004 *End Date* 03/26/2005 | 1.00 | LOT | 0.000 | 0.00 | |
| 0002 | FY'04 3rd Qtr Funding<br>Logistics Support Services<br>*Delivery Date* 03/26/2005<br>Reference Requisition: PROP0400051 | 1.00 | LOT | 935,000.000 | 935,000.00 | |

***TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)*** ⇒ $935,000.00

| Award/Contract | Document No. | Document Title | Page 4 of **Error! Bookmark not defined.** |
|---|---|---|---|
| | TO040000814 | W.O. 814 RRF Logistics Support | |

TABLE OF CONTENTS

COMMERCIAL CLAUSES 5
1 WO-814.rtf.doc 5

Contract DTMA91-95-C-00024
Work Order: WO-0814
March 28, 2004

# STATEMENT OF WORK
# READY RESERVE FORCE LOGISTICS SUPPORT

## 1.0 GENERAL

This work order requires the contractor to perform various defined logistic tasks in support of the Ready Reserve Force (RRF). All work shall be carried out as required by MAR-614 Contract Technical Directives (CTD) issued by the Contracting Officer's Technical Representatives (COTR).

## 2.0 TASK DESCRIPTION

The contractor shall perform or assist MARAD in performing a broad range of logistic support services supporting the RRF; which may include, but is not limited to the following:

2.1 Logistic pre-surveys to include ship surveys prior to inventories, validations, or logistics upgrades

2.1.1 Physically inspect the vessel, locate and inspect storeroom(s)

2.1.2 Survey quantities of bulkhead-mounted spares

2.1.3 Identify any special inventory requirements and procedures, including recommendations for VIDMAR cabinets

2.1.4 Plan special inventory and validation aid requirements

2.1.5 Prepare resource estimates

2.9 Provide support for Special Inventories to include inventory and stowage of parts or other material, and inventories for a special purpose, such as to re-establish inventory validity.

2.10 Provide general logistics training and Supply Assist Visits for storeroom organization, software and hardware installations, training, policy and procedure review and other logistic functions. This support may be provided to MAR-614, Ship Manager offices, Region offices, warehouses and facilities, ships, and other contractors as requested by MAR-614.

2.11 Provide management and logistic support, parts, outfitting, and other material requirements for special programs such as the Offshore Petroleum Discharge System (OPDS), Modular Cargo Delivery Station (MCDS), and Chemical, Biological, Radiological Defense (CBRD) programs.

2.12 Prepare and maintain logistics documentation as required. Documents include (but are not limited to) the following:

2.12.1 Revisions to the RRF Logistics Management Manual and Reserve Fleet Operating Manual

2.12.2 A Handbook for management of Shore-based Spares

2.13 Prepare special reports when requested by MAR-614.

2.14 Respond to MAR-614 requirements for efforts involving RRF logistics support that do not fall under any other single element listed in this work order.

2.15 The contractor will acquire computer software or hardware, attend meetings and

perform travel as required for the performance of this task and as directed by MAR-614.

## 3.0 DELIVERABLES

3.1 Upon Completion of work defined in a Contract Technical Directive, the Action Completed section of the form shall be completed and returned to the COTR.

3.2 For turnover inventories (paragraph 2.7), prepare controlled material listing, technical manual listing, drawing listing, and spare parts inventory sampling listings for shipboard critical equipment.

3.3 Prepare weekly reports of actions accomplished during the period and submit to MAR-614.

3.4 Prepare and provide support for periodic Military Sealift Command (MSC) briefings, RRF/TRANSCOM briefings, and other briefings, meetings, and conferences based on information to be provided by MAR-614.

3.5 Prepare a monthly performance review summary for quarterly reviews of the Contractor's performance.

3.6 Other deliverables shall be as specified in the contract Technical Directive.

**4.0 START DATE March 28, 2004**

**5.0 COMPLETE DATE March 27, 2005**

## 6.0 COTR DESIGNATION

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:**

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:**

Donald V. Colley
Program Manager, Veridyne, Inc.

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 15 PAGES

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

1. DATE OF ORDER: 04/20/2004
2. CONTRACT NO. *(If any)*: DTMA195c024
3. ORDER NO.: TO040000815
4. REQUISITION/REFERENCE NO.: See Lines
5. ISSUING OFFICE *(Address correspondence to)*:
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington DC 20590

6. SHIP TO: Richard H. Williams
a. NAME OF CONSIGNEE: DOT/Maritime Administration, MAR-614
b. STREET ADDRESS: 400 Seventh Street, SW., Room 2116
c. CITY: Washington
d. STATE: DC
e. ZIP CODE: 20590
f. SHIP VIA

7. TO:
a. NAME OF CONTRACTOR
b. COMPANY NAME: **Veridyne, Incorporated**
c. STREET ADDRESS: **2002 Sproul Road Suite 206**
d. CITY: **Broomall**
e. STATE: **PA**
f. ZIP CODE: **19008-3510**

8. TYPE OF ORDER
☐ a. PURCHASE
REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.
☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
*04 - 965 - X4303 - 160000 - - 2696 - - - 70EQP0 - - 46500461 - - - - - - -*

10. REQUISITIONING OFFICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
☑ a. SMALL ☐ b. OTHER THAN SMALL ☑ c. DISADVANTAGED ☐ d. WOMEN-OWNED

12. F.O.B. POINT: Destination
13. PLACE OF
a. INSPECTION
b. ACCEPTANCE
14. GOVERNMENT B/L NO.
15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 03/26/2005
16. DISCOUNT TERMS
10 days %
20 days %
30 days %
days %

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

*SEE BILLING INSTRUCTIONS ON REVERSE*

18. SHIPPING POINT
19. GROSS SHIPPING WEIGHT
20. INVOICE NO.
17(h) TOT. *(Cont. pages)*

21. MAIL INVOICE TO: Ruby P. McPhaul
a. NAME: DOT/Maritime Administration, MAR-330
b. STREET ADDRESS *(or P.O. Box)*: 400 Seventh Street, SW., Room 7325
c. CITY: Washington
d. STATE: DC
e. ZIP CODE: 20590

$382,000.00 17(i) GRAND TOTAL

22. UNITED STATES OF AMERICA BY *(Signature)*

Blumberg No. 5137
AI

23. NAME *(Typed)*: Erica L. Williams
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

**SUPPLEMENTAL INVOICING INFORMATION** 

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $_______. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. *Prepaid shipping costs will be indicated as a separate item on the invoice.* Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

**RECEIVING REPORT**

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL / FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
|---|---|---|---|---|---|
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | |

**REPORT OF REJECTIONS**

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

OPTIONAL FORM 347 (REV. 6/95) BACK

# ORDER FOR SUPPLIES OR SERVICES
# SCHEDULE - CONTINUATION



**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 04/20/2004 | DTMA195c024 | TO040000815 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine<br>*Delivery Date* 03/26/2005 *Start Date* 03/27/2004 *End Date* 03/26/2005 | 1.00 | LOT | 0.000 | 0.00 | |
| 0002 | WO-815<br>IT Support<br>*Delivery Date* 03/26/2005<br>*Reference Requisition:* PROP0400051 | 1.00 | LOT | 382,000.000 | 382,000.00 | |

***TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)*** ⇒ $382,000.00

| Award/Contract | Document No. | Document Title | Page 4 of **Error! Bookmark not defined.** |
| --- | --- | --- | --- |
| | TO040000815 | W.O. 815 Data Mgmt & System Su | |

TABLE OF CONTENTS

COMMERCIAL CLAUSES 5
1 WO-815.rtf.doc 5

Contract DTMA91-95-C-00024
Work Order: WO-0815
March 28, 2004

# STATEMENT OF WORK
# DATA MANAGAEMENT AND SYSTEM SUPPORT

## 1.0 GENERAL

This Statement of Work encompasses those tasks associated with developing, enhancing, and maintaining the overall MARAD Logistics Support System (MLSS) database, downloading MLSS data for PC-SAL installations, updating MLSS from PC-SAL transactions, providing special MLSS data reports, and providing general and specific hardware and software support in conjunction with the MLSS system as tasked by receipt of Contract Technical Directives (CTD) issued by MAR-614. Also included are the time, material and travel associated with installation, training and maintenance of the overall MLSS system, All system development and enhancement work will be performed in accordance with the guidelines provided in Attachment A.

## 2.0 TASK DESCRIPTION

The contractor shall perform the work associated with:

2.1 PC-SAL development and software maintenance, including:

2.1.1 Development of new PC-SAL versions incorporating enhancements specified by MAR-614 (i.e., versions 4.0, etc.)

2.1.2 Write and maintain a PC-SAL Manual/User Handbook

2.1.3 Perform PC-SAL programming, enhancements, troubleshooting, and "bug fixes" in response to MAR-614 requests

2.1.4 Provide user support to PC-SAL users

2.1.5 Integrate PALMOS barcode scanning capability to PC-SAL

2.2 RRF-MLSS development and database maintenance

2.2.1 Produce and distribute an MLSS CD-ROM to MARAD Regions and Ship Managers quarterly, or as requested by MAR-614

2.2.2 Write and/or revise and maintain an MLSS user manual

2.2.3 Process and perform necessary system maintenance of MLSS data

2.2.4 Maintain a Remote ECSMIS (RECMIS) access program (This is still a valid requirement as long as we have 3.2 ships)

2.2.5 Produce special reports from MLSS as requested by MAR-614

2.2.6 Conduct MLSS training as required

2.2.7 Process data uploads from PC-SAL

2.2.8 Program MLSS enhancements and troubleshoot problems encountered by users

2.2.9 Perform data maintenance including updates of ship screen information and the user database as directed by MAR-614

2.2.10 Provide help desk and user support to MAR-614, Region offices, and Ship Managers as directed by MAR-614

2.3 Acquire and maintain Off-the-Shelf (OTS) software, hardware, and equipment as necessary or as requested by MAR-614

2.4 Perform bar code system development and implementation

2.4.1 Develop requirements, develop interfaces with existing MARAD systems

2.4.2 Acquire bar-coding hardware, software, fonts, etc. as required

2.4.3 Modify existing systems to accommodate bar coding technology

2.4.4 Develop and implement barcode scanner programs as required

2.4.5 Integrate with modernized PC-SAL

2.5 Automated forms development

2.5.1 Acquire software to develop and use automated (electronic) forms

2.5.2 Develop or modify and maintain automated forms as requested by MAR-614

2.5.3 Provide installation, training, documentation and user support for automated forms software and forms developed by the contractor

2.6 Provide development and maintenance support for the RRF automated parts procurement program, including

2.6.1 Systems to manage the procurement process

2.6.2 Maintain procurement history files

2.7 Master Equipment Index (MEI) Design, develop and implement MEI capability in MLSS

2.8 Maintain networks to support MARAD logistics functions

2.8.1 Perform GFE LAN/WAN administration and maintenance

2.8.2 Maintain E-mail and file transfer systems including gateways to facilitate Electronic Data Interchange (EDI).

2.8.3 Develop and maintain capability for imaging and document maintenance in support of MARAD logistics functions

2.9 Provide miscellaneous automated systems support, including design, development, enhancements, maintenance, documentation, training, troubleshooting, and user support, including (but not limited to):

2.10.2 Data entry programs for ship inventories and validations

2.10.3 Utilities (e.g. for loading, extracting, or scrubbing data)

2.10.4 Support the electronic transfer of information to/from MARAD and other government agencies, the public, and MARAD employees using current Intranet and Xtranet technologies

2.10.5 Provide and manage the infrastructure required to collect, maintain, and distribute logistics data over the Internet

2.10.6 Maintain inventory records of GFE equipment held by the contractor

2.10.7 Provide on-site support to MAR-614, ship manager, regions and ships for automated systems at the request of MAR-614

## 3.0 DELIVERABLES.

3.1 Maintain and distribute PC-SAL User Manual

3.2 Maintain and distribute RRF-MLSS User Manual

3.3 Produce and distribute an MLSS data CD-ROM to all MARAD Regions and Ship Managers as requested by MAR-614.

3.4 Special reports requested by MAR-614 are to be compiled and delivered in the time frames mutually agreed upon in writing.

3.5 Completed tasking to install software and hardware or solve field related system and hardware problems will be reported to MAR-614 within 5 working days of completion.

## 4.0 ADDITIONAL GUIDANCE

Except for cases where a specific delivery date for an action or report is identified, the contractor

will be expected to perform the following actions in the time frames indicated below

4.1 MLSS Update via PC-SAL:

- For data received by the 15th of month: 15th of following month
- For data received by the 30th of month: 30th of following month

4.2 24 to 48 hour initial response time for field related system and hardware problems

**5.0 START DATE March 28, 2004**

**6.0 COMPLETE DATE March 27, 2005**

**7.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:**

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:**

Donald V. Colley
Program Manager, Veridyne, Inc.

Contract DTMA91-95-C-00024
Work Order: WO-0815
March 28, 2004

# ATTACHMENT A

# APPLICATION DEVELOPMENT GUIDELINES

## 1.0 Reference

This work order requires the contractor to provide logistics support as directed below to develop systems in support of the MARAD Logistics System. Work accomplished shall be in conformance with the Logistics Support Contract.

## *2.0 Work Description*

MAR-614, the Division of Logistics Support, will provide direction for development or enhancement of programs by Technical Directive under the guidance of this Work Order.

The contractor shall make available technically qualified personnel, integrated technology resources (computer equipment, software, and software developers), and any other material to support the below stages of development (§2.1 – 2.11) and consequent life-cycle management (§3.0). These stages can run concurrently, if necessary.

### 2.1 *Information Gathering*

The contractor will support MAR-614 by:

a. Developing user surveys, material to conduct customer interviews, and performing other types of research to establish the basic application parameters,

b. Document results of the above, using necessary tools (i.e., data and word processor applications, data flow and other schematic diagrams, business process modeling programs, etc.), and

c. Providing analysis of the results of information gathering as a guide during application development.

2.2 High-Level Requirements

The contractor will aid in the drafting and developing a High-Level requirement document, using material collected during the Information Gathering stage. This document will include, but is not limited to:

a. General statement of application's or system's purpose
b. General statement of capabilities and limitations.

2.3 Procurement of Equipment and Software

The contractor will procure necessary computer equipment and/or software, development tools, and other electronic media required for development of the application or system as directed after MAR-614 approval, via memorandum, letter, or e-mail correspondence.

2.4 Development of Requirement Specifications

The contractor will help develop a detailed requirements document. This document will expand on the High-Level Requirements by giving specific details about the system's operation, which will include:

a. "Proof of concept" tests and related reports of findings, documenting the potential advantages and problems when the system's basic ideas are put into practical application in a limited trial.
b. Business Process Diagrams detailing the activities incorporated by the application.
c. Data dictionaries and diagrams required by the system.
d. Analysis and studies comparing technology solution alternatives, to include computer related hardware, software, and other resources.

e. Specifications of required integrated development environments (consisting of hardware, software, firmware, peripheral equipment, etc.) to support the technology solution chosen by MAR-614.

f. A mock-up of forms (windows) showing the major functions via placement of data, function buttons and menus, and other Graphic User Interface (GUI) objects for the proposed application.

g. Working prototypes of the application or system.

h. Other relevant information pertaining to components necessary for the operation of the application or system.

2.5 Application Coding and Naming Conventions

The contractor will write code in the chosen integrated development platform. The contractor will be responsible for adopting or developing standards of coding. These coding standards will be made available to MAR-614 at the beginning of writing code, and as needed when the standards or amended.

Similarly, the contractor is responsible for keeping updated documents specifying naming conventions for data elements, and components of applications (e.g., events, triggers, variables, and other objects). . These naming conventions will be made available to MAR-614 at the beginning of writing code, and as needed when revised.

2.6 Development of Test Procedures

Upon completion of the prototype phase, before alpha and beta testing (see definitions), the contractor will develop a methodology to test finished modules of the application. A document will be provided establishing guidelines in the identification, documentation, and resolution, and reporting to MAR-614, of coding errors and enhancements from application users in the development environment or in the field. Enhancements that are not absolutely necessary to

support the functional requirements (see §2.4) should be separately addressed after the first fully tested version is deployed (see §3.0).

2.7 Testing and Revision Control

After satisfactorily concluding the first stage of testing, the contractor will establish the testing and revision control system. As established in §2.6, the system will document, track, and ensure resolution of coding errors and enhancements. The contractor will maintain revision control to track the released (beta and full) versions of the application, clearly documenting known problems identified and fixed in each version.

The contractor will supply MAR-614 with monthly reports detailing coding errors reported or found and recommended enhancements as per §2.6, and the required action and status for resolution.

2.8 User and System Administration Manuals

The contractor will, simultaneously with the application development, write both a user and system administrator manual. The User Manual is to contain at least (but not limited to) the following:

- A table of contents,
- Minimum computer requirements,
- Instructions for installation of the applications on Palm Operating System (OS), if necessary, and Microsoft Windows 95, 98, NT, and 2000 OS,
- An overview of the application,
- Appropriate sections containing all required material, fully encompassing the application's or system's *features and functions*. Use any illustrations, tables, icons, screen captures, or other graphics that would elucidate the concepts related to the application as needed.

- An index, (alphabetically) referring users to common subject matter to facilitate the reference.

The User Manual shall be written an audience consistent with basic to intermediate computer knowledge, using common language and accepted PC-based terminology.

The System Administration Manual shall follow the above User Manual's structure, but contain information necessary for required to distribute, configure, maintain the application's executable datastore, and necessary library files.

Both manuals, in their final draft, will be available for printed or electronic publishing in standard formats.

2.9 Training Materials and User Training

The contractor will furnish, upon direction from MAR-614, materials to facilitate user training in either a corporate environment or in the field. This material may consist of classroom syllabi and course books, example exercises, and multimedia designed to provide adequate training.

The contractor will furnish at least one designated trainer for the application, available for on-site visits.

2.10 Implementation

The contractor will support the implementation of the application or system by providing the following services:

- Plan Of Action and Milestones for beta testing, pilot programs, and data migration
- Data migration from legacy data structures

- Standard electronic media (3 ½ 1.44MB Diskettes, CD-ROMs, Zip disks, etc.), as necessary, for installation and computer-based training purposes.
- Technical Support for installation and troubleshooting purposes, to be provided for the application's or system's end-users.
- Monthly reporting of technical support given to end-users.

## 3.0 LIFECYCLE MANAGEMENT

After implementation of the application or system, and using the steps in Section 2, the contractor will support MAR-614 by providing the following:

- Maintenance of application's datastore,
- Maintenance of equipment required for datastore, program development and deployment,
- Disaster recovery to end users,
- Procedures for refresh of the application's datastore, and
- Further support of versions with major improvements to the application or system, using steps established in Section 2.

## 4.0 DEFINITIONS

Alpha testing – the first stage of testing, including unit testing, component testing, and system testing in a controlled programming environment

Beta testing – the second stage of testing, where a sampling of the intended audience tries the product out

Bugs – Coding Errors in a given application, causing the intended function to operate incorrectly

## 5.0 DELIVERABLES

Fully functioning application, with all supporting material as aforementioned, as per the full requirement document, and as approved by the ACOTR.