# ORDER FOR SUPPLIES OR SERVICES



IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| | |
|---|---|
| 1. DATE OF ORDER: 04/20/2004 | 2. CONTRACT NO. *(If any)*: DTMA195c024 |
| 3. ORDER NO.: TO040000817 | 4. REQUISITION/REFERENCE NO.: See Lines |
| 5. ISSUING OFFICE *(Address correspondence to)*: DOT/Maritime Administration, MAR-380, 400 Seventh Street, SW., Room 7310, Washington DC 20590 | 6. SHIP TO: Richard H. Williams<br>a. NAME OF CONSIGNEE: DOT/Maritime Administration, MAR-614<br>b. STREET ADDRESS: 400 Seventh Street, SW., Room 2116<br>c. CITY: Washington d. STATE: DC e. ZIP CODE: 20590<br>f. SHIP VIA |

**7. TO:**

- a. NAME OF CONTRACTOR
- b. COMPANY NAME: **Veridyne, Incorporated**
- c. STREET ADDRESS: **2002 Sproul Road Suite 206**
- d. CITY: **Broomall** e. STATE: **PA** f. ZIP CODE: **19008-3510**

**8. TYPE OF ORDER**

☐ a. PURCHASE
REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
04 - 965 - X4303 - 160000 - - 2696 - - - IFEQP0 - - 46500461 - - - - - -

10. REQUISITIONING OFFICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
☑ a. SMALL ☐ b. OTHER THAN SMALL ☑ c. DISADVANTAGED ☐ d. WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|
| Destination | | 03/26/2005 | 10 days % <br> 20 days % <br> 30 days % <br> days % |
| 13. PLACE OF: a. INSPECTION / b. ACCEPTANCE | | | |

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

SEE BILLING INSTRUCTIONS ON REVERSE

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. |
|---|---|---|
| | | |

17(h) TOT. *(Cont. pages)*

21. MAIL INVOICE TO: Ruby P. McPhaul
- a. NAME: DOT/Maritime Administration, MAR-330
- b. STREET ADDRESS *(or P.O. Box)*: 400 Seventh Street, SW., Room 7325
- c. CITY: Washington d. STATE: DC e. ZIP CODE: 20590

$51,000.00 17(i) GRAND TOTAL

22. UNITED STATES OF AMERICA BY *(Signature)*

Blumberg No. 5137
AJ

23. NAME *(Typed)*: Erica L. Williams
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

## SUPPLEMENTAL INVOICING INFORMATION



If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $_______. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL / FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
|---|---|---|---|---|---|
| TOTAL CONTAINERS | | GROSS WEIGHT | RECEIVED AT | TITLE | |

## REPORT OF REJECTIONS

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OPTIONAL FORM 347 (REV. 6/95) BACK

**ORDER FOR SUPPLIES OR SERVICES**
**SCHEDULE - CONTINUATION**



**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 04/20/2004 | DTMA195c024 | TO040000817 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine<br>*Delivery Date* 03/26/2005 *Start Date* 03/27/2004 *End Date* 03/26/2005 | 1.00 | LOT | 0.000 | 0.00 | |
| 0002 | WO-817<br>MARAD Reutilization Material<br>*Delivery Date* 03/26/2005<br>Reference Requisition: PROP0400050/0001 | 1.00 | LOT | 51,000.000 | 51,000.00 | |

***TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)*** → $51,000.00

TABLE OF CONTENTS


COMMERCIAL CLAUSES 5

1 WO-817.rtf.doc 5

Contract DTMA91-95-C-00024
Work Order: WO-0817
March 28, 2004

# STATEMENT OF WORK
# MARAD REUTILIZATION MATERIAL (MRM) AND SHORE BASED SPARES (SBS) PROGRAM SUPPORT

## 1.0 GENERAL

The Maritime Administration intends to fully reutilize spare parts whenever practical to fill deficiencies on RRF ships. To this end, the contractor is to provide logistics support related to the segregation and identification of parts and equipment removed from RRF and NDRF ships, ARAMS material offered by the Military Sealift Command, and other sources. Work will be accomplished in either contractor or government facilities (work areas). However, it may be occasionally necessary to provide support assistance aboard designated ships or other sites at various locations. Work accomplished on board shall be in conformance with the Logistics Support Work Order (WO-814), where relevant.

## 2.0 TASK DESCRIPTION

The contractor shall perform the work associated with an inventory of spare part box contents, large spares and other loose material, and technical manuals and drawings delivered to designated work areas. The contractor may be required to go aboard vessels to perform related logistical activities. Specific instructions for performance are as follows:

2.1 Inventory and Physical Distribution

2.1.1 When directed by MAR-614, provide support assistance in the identification, collection, and the preparation for shipment of designated material from various MARAD sources to be specified by MAR-614 (primarily NDRF ships). This will be required prior to delivery of material to work areas.

**NOTE:** MARAD will be responsible for the transportation of all designated material from ships or other sources to work areas.

2.1.2 Process the material as follows

2.1.2.1 Separate the designated material by sorting out all material to be "condemned," based on serviceability and utility factors. Material classified as "condemned" will be that which is unusable due to damage, deterioration, or other causes and impractical to repair/recondition. "Condemned" material will be turned over to MARAD.

2.1.2.2 Separate all consumable material. Consumable material shall include general purpose, readily available through commercial sources, and relatively low cost items. Consumable material will be turned over to MARAD.

2.1.2.3 Divide the remaining salvageable material into two groups:

(1) "Inventory Material" for which adequate identifying data is available.

(2) "Research material" for which adequate identifying data is not available or readily determinable. Specify the source of "research material" by recording corresponding ship and parent equipment system and other pertinent information if known. Research material will be identified to MARAD for review and decision regarding the need to conduct deeper research.

2.1.3 The following action will be taken for all "Inventory Material" identified according to paragraph 2.1.2.3:

2.1.3.1 Identify material that can be reasonably matched to existing RRF inventory using RRF-MLSS and other tools as required. A "reasonable match" will generally be considered an identical or substitutable item and shall be determined by an expedient analysis of all pertinent corresponding data such as part number, description, manufacturer, and other specifications. Because ARAMS material is National Stock Numbered, a preliminary screen of those numbers will be made to determine all the part numbers that might be represented by these stock numbers. All of those part numbers will be screened against MLSS for "reasonable matches". For those items that have a reasonable match the shipcode and pkey of the item that is matched to in MLSS will be captured. This information will become part of the data that is recorded in MLSS.

2.1.3.2 All material not satisfying a "reasonable match" of an RRF spare part allowance in the MLSS database will be turned over to MARAD as "dispose" material.

2.1.3.3 Inventory all "matched" material and develop a database for identification as Shore Based Spares (SBS). Standardize item descriptive data by reflecting the corresponding matched MLSS record part descriptive data.

2.1.3.4 Provide an applicable equipment group and number (consisting

of the first nine digits of an applicable equipment number followed by three zeros) for each matched part. This will allow parts to be grouped in MLSS under a generic equipment type designation (e.g., Pumps, Rotary; Blowers, Forced Draft; etc.) and specific manufacturer. Generic groupings can be used when specific groupings are not identifiable or relevant.

2.1.3.5 Label and stow all SBS in the spare part boxes provided and record corresponding box numbers and warehouse location as designated by MARAD. Generally, maintain parent system application integrity when feasible and make most efficient use of box capacity as a rule. Palletize items too large for boxes and record warehouse locations designated by MARAD. Return SBS material to MARAD.

2.1.3.6 Review and QA database to ensure correctness and accuracy; convert data to MLSS Shore-based Spares (SBS) load format and load the data to the SBS module in the respective warehouse.

2.1.4 Research to determine sufficient identification and/or descriptive data on that portion of the "research" material" designated by MARAD as worthy of further research.

2.1.4.1 MARAD shall determine the extent and type of research to be conducted.

2.1.4.2 Material for which adequate identifying data can be obtained as a result of the additional research will be considered "Inventory Material" and processed according to paragraph 2.1.3.

2.1.4.3 Refer to MARAD when further research as directed does not yield sufficient identification.

2.1.4.4 The balance of the research material not identified for further research will be designated "dispose" and turned over to MARAD.

2.1.5 Process technical manuals and drawings as follows:

2.1.5.1 Conduct an inventory of all technical manuals and drawings, sort, and file in accordance with MAR-614 instructions.

2.1.5.2 Number the technical manuals.

2.1.5.3 Build a database of the technical manuals and drawings inventories, and load SBS/MLSS with the data.

2.1.5.4 Store technical manuals and drawings.

2.1.6 Prepare and submit reports as specified in paragraph 5.0 and as specifically requested by MAR-614.

2.2 Material Maintenance. The contractor will repackage and label all SBS MRM when appropriate, to meet acceptable MARAD standards.

2.3 The contractor will acquire computer software or hardware, attend meetings and perform travel as required for the performance of this task and as directed by MAR-614.

## 3.0 MANPOWER

The contractor will:

3.1 Ensure proper level of expertise to identify material and process in accordance with this task to include computer related screening and data entry.

3.2 Identify one individual as team leader/supervisor at each work area.

3.3 Ensure that personnel are trained forklift operators. The contractor must provide proof or certification of qualifications of personnel to operate government forklifts.

## 4.0 GOVERNMENT FURNISHED MATERIAL

4.1 The Region will provide technical aids (manuals, drawings, etc.) when necessary to assist the contractor in item research and identification.

4.2 The Region will provide spare parts boxes to the contractor to be used for the stowage of inventoried items.

4.3 The Region will provide file cabinets or other means to file technical manuals and drawings.

4.4 The Region will provide pallets, crates, and various material handling equipment to facilitate necessary segregation of material.

## 5.0 DELIVERABLES.

The contractor will:

5.1 Load the matched spare part inventories into the SBS/MLSS database under the appropriate warehouse and locations. Equipment group designations shall be loaded into the equipment database to serve as dummy parent equipments to corresponding spare parts.

5.2 Load the technical manual and drawing inventories into the SBS/MLSS database under appropriate warehouses and locations.

5.3 Provide a monthly status report to MAR-614. The report will include, as a minimum, monthly and cumulative figures on:

5.3.1 Number of parts inventoried

5.3.2 Number of parts screened against MLSS

5.3.3 Number of parts returned to SBS Inventory

5.3.4 Number of "research" parts returned

5.3.5 Number of "dispose" parts returned

5.3.6 Number of "consumable" parts returned

5.3.7 Number of "condemned" parts returned

5.3.8 Number of Technical Manuals and Drawings inventoried

**6.0 START DATE March 28, 2004**

**7.0 COMPLETE DATE March 27, 2005**

**8.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:** ______________________

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:** ______________________

Donald V. Colley
Program Manager, Veridyne, Inc.

PAGE 1 OF 11 PAGES

# ORDER FOR SUPPLIES OR SERVICES

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

1. DATE OF ORDER: 04/21/2004
2. CONTRACT NO. *(If any)*: DTMA195c024
3. ORDER NO.: TO040000819
4. REQUISITION/REFERENCE NO.: See Lines
5. ISSUING OFFICE *(Address correspondence to)*:
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington DC 20590

6. SHIP TO: Richard H. Williams
a. NAME OF CONSIGNEE: DOT/Maritime Administration, MAR-614
b. STREET ADDRESS: 400 Seventh Street, SW., Room 2116
c. CITY: Washington
d. STATE: DC
e. ZIP CODE: 20590
f. SHIP VIA:

7. TO:
a. NAME OF CONTRACTOR:
b. COMPANY NAME: **Veridyne, Incorporated**
c. STREET ADDRESS: **2002 Sproul Road Suite 206**
d. CITY: **Broomall**
e. STATE: **PA**
f. ZIP CODE: **19008-3510**

8. TYPE OF ORDER
☐ a. PURCHASE
REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
04 - 965 - X4303 - 160000 - - 2696 - - - IFEQP0 - - 46500461 - - - - - -

10. REQUISITIONING OFFICE: DOT/Maritime Administration, MAR-614

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
☑ a. SMALL ☐ b. OTHER THAN SMALL ☑ c. DISADVANTAGED ☐ d. WOMEN-OWNED

12. F.O.B. POINT: Destination
13. PLACE OF
a. INSPECTION:
b. ACCEPTANCE:
14. GOVERNMENT B/L NO.:
15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 03/26/2005
16. DISCOUNT TERMS
10 days %
20 days %
30 days %
days %

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

18. SHIPPING POINT:
19. GROSS SHIPPING WEIGHT:
20. INVOICE NO.:

17(h) TOT. *(Cont. pages)*

*SEE BILLING INSTRUCTIONS ON REVERSE*

21. MAIL INVOICE TO: Ruby P. McPhaul
a. NAME: DOT/Maritime Administration, MAR-330
b. STREET ADDRESS *(or P.O. Box)*: 400 Seventh Street, SW., Room 7325
c. CITY: Washington
d. STATE: DC
e. ZIP CODE: 20590

17(i) GRAND TOTAL: $10,000.00

22. UNITED STATES OF AMERICA BY *(Signature)*: AK

Blumberg No. 5137

23. NAME *(Typed)*: Erica L. Williams
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $_______. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| | | | | | |
|---|---|---|---|---|---|
| SHIPMENT NUMBER | PARTIAL / FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | |

## REPORT OF REJECTIONS

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

OPTIONAL FORM 347 (REV. 6/95) BACK

# ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION



**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 04/21/2004 | DTMA195c024 | TO040000819 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine<br>*Delivery Date* 03/26/2005 *Start Date* 03/27/2004 *End Date* 03/26/2005 | 1.00 | LOT | 0.000 | 0.00 | |
| 0002 | WO-819<br>School Ships<br>*Delivery Date* 03/26/2005<br>Reference Requisition: PROP0400050/0001 | 1.00 | LOT | 10,000.000 | 10,000.00 | |

***TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)*** ⇒ $10,000.00

| Award/Contract | Document No.<br>TO040000819 | Document Title<br>W.O. 819 Schoolship Logistics Su | Page 4 of **Error! Bookmark not defined.** |
|---|---|---|---|

TABLE OF CONTENTS

COMMERCIAL CLAUSES 5
1 WO-819.rtf.doc 5

Contract DTMA91-95-C-00024
Work Order: WO-0819
March 28, 2004

# STATEMENT OF WORK
# SCHOOL SHIP LOGISTICS SUPPORT

## 1.0 GENERAL

This work order requires the contractor to perform various defined logistic tasks in support of School Ships. All work shall be carried out as required by MAR-614 Contract Technical Directives (CTD) issued by the Contracting Officer's Technical Representatives (COTR).

## 2.0 TASK DESCRIPTION

The contractor shall perform or assist MARAD in performing a broad range of logistic support services supporting the RRF; which may include, but is not limited to the following:

2.1 Logistic pre-surveys, to include ship surveys, prior to inventories, validations, or logistics upgrades

2.1.1 Physically inspect the vessel, locate and inspect storeroom(s)

2.1.2 Survey quantities of bulkhead-mounted spares

2.1.3 Identify any special inventory requirements and procedures, including recommendations for VIDMAR cabinets

2.1.4 Plan special inventory and validation aid requirements

2.1.5 Prepare resource estimates

2.2 Conduct shipboard inventories, validations, and logistics upgrades for specific ships

2.2.1 Preparation

2.2.1.1 Prepare data for inventory and validation, editing nomenclature, location, and other data to conform with standard data practices and requirements

2.2.1.2 Prepare validation and inventory aids for parts and equipment

2.2.2 Conduct the physical inventory and equipment validation. During the inventory, if specifically tasked by MAR-614, bring storage spaces up to standards, including, but not limited to, renumbering and repair of spare parts boxes, repair of broken hinges and hasps, paint spare parts boxes as necessary, and labeling of storage locations e.g. cabinets and boxes.

2.2.3 Perform post-inventory actions

2.2.3.1 Enter equipment additions, assign equipment numbers, QA data entry and equipment data for uniformity and accuracy

2.2.3.2 Affix specified bar-coded labels to parts and equipment

2.2.3.3 Prepare metal tags for bulk-head mounted spares and suitable durable barcode tags for special purpose outfitting material (OPDS, MCDS, etc.) and installed ship equipment.

2.2.3.4 Enter technical manuals, drawings, and controlled material data, QA and review data, assign Equipment Group Codes to technical manuals, and prepare all databases for MLSS load or PC-SAL installation

2.2.3.5 Load MLSS with inventory data

2.3 Maintain and update the Master Equipment Index (MEI) in response to data obtained from equipment additions

2.4 Reproduce and translate or arrange for translation of technical manual and/or drawings titles as required

2.4.1 Identify translation requirements

2.4.2 Solicit translation services vendors as necessary to perform translation

2.4.3 Perform QA of translated materials and integrate with existing data in MLSS and/or PC-SAL databases

2.5 Perform PC-SAL preparation, installation, and maintenance support to include the following:

2.5.1 Download databases from RRF-MLSS to prepare PC-SAL, review data for anomalies, and convert databases to PC-SAL format. Build indexes and index arrays for key word searches.

2.5.2 Refresh existing PC-SALs to purify and purge transactions, update MARAD equipment numbers, review critically codes and system application codes, add provisioning data, and incorporate MLSS data.

2.5.3 Prepare the installation package, including disks, user handbook, mailers, and other materials as required

2.5.4 Install PC-SAL software and associated support materials (disks, user handbook, mailers) aboard ship

2.5.5 Provide PC-SAL and MLSS training to ship crew, Ship Managers, MARAD Region personnel, and others in support of installation, and as requested by MAR-614

2.5.6 Provide additional disks, mailers, user handbooks and other materials to ships as required during PC-SAL operations

2.5.7 Provide PC-SAL technical support to MAR-614, Region personnel, and shipboard personnel by telephone or other means when requested

2.6 Provide support for Logistic Management Reviews (LMRs) to include preparation of aids and reports, and performance of sampling inventories of parts, controlled material, and technical documentation.

2.7 Provide support for turnover inventories to include preparation of aids and reports as specified in paragraph 3.2, and inventory assistance as requested by MAR-614.

2.8 Provide support for ship activations, deactivations, and new acquisitions to include:

2.8.1 For activations:

2.8.1.1 Installation support for PC-SAL when required

2.8.1.2 Controlled material breakout assistance

2.8.1.3 Provide material and support for special programs such as Chemical, Biological, Radiological Defense (CBRD).

2.8.1.4 Assist with locating parts and documentation, maintaining inventory control, and preparing reports

2.8.1.5 Provide a ship rider to assist with supply management functions when requested by MAR-614

2.8.2 For deactivations:

2.8.2.1 Inventory and stow controlled material

2.8.2.2 Upload PC-SAL data for incorporation into RRF-MLSS

2.8.2.3 Secure storage boxes and storerooms

2.8.3 Provide support for new vessel acquisitions as directed by MAR-614.

2.9 Provide support for Special Inventories to include inventory and stowage of parts or other material, and inventories for a special purpose, such as to re-establish inventory validity.

2.10 Provide general logistics training and assist visits for storeroom organization, software and hardware installations, training, policy and procedure review and other logistic functions. This support may be provided to MAR-614, Ship Manager offices, Region offices, warehouses and facilities, ships, and other contractors as requested by MAR-614.

2.11 Prepare and maintain logistics documentation as required. Documents include (but are not limited to) the following:

2.11.1 Revisions to the RRF Logistics Management Manual and Reserve Fleet Operating Manual

2.11.2 A Handbook for management of Shore-based Spares

2.12 Prepare special reports when requested by MAR-614.

2.13 Respond to MAR-614 requirements for efforts involving RRF Logistics Support that do not fall under any other single element listed in this work order.

2.14 The contractor will acquire computer software or hardware, attend meetings and perform travel as required for the performance of this task and as directed by MAR-614.

## 3.0 DELIVERABLES

3.1 Upon Completion of Work defined in a Contract Technical Directive, the Action Completed section of the form shall be completed and returned to the COTR.

3.2 For turnover inventories (paragraph 2.7), prepare controlled material listing, technical manual listing, drawing listing, and spare parts inventory sampling listings for shipboard critical equipment.

3.3 Provide inventory acceptance aids for MCS inspectors during activation

3.4 Prepare weekly reports of actions accomplished during the period and submit to MAR-614.

3.5 Prepare and provide support for periodic Military Sealift Command (MSC) briefings, RRF/TRANSCOM briefings, and other briefings, meetings, and conferences based on information to be provided by MAR-614.

3.6 Prepare a monthly and quarterly performance review summary for quarterly reviews of the Contractor's performance.

3.7 Other deliverables shall be as specified in the contract Technical Directive.

**4.0 START DATE March 28, 2003**

**5.0 COMPLETE DATE March 27, 2004**

**6.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

MARAD COTR APPROVAL:

Richard H. Williams
Chief, Division of Logistics Support

CONTRACTOR ACCEPTANCE:

Donald V. Colley
Program Manager, Veridyne, Inc.

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 8 PAGES

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

1. DATE OF ORDER: 04/21/2004
2. CONTRACT NO. *(If any)*: DTMA195c024
3. ORDER NO.: TO040000822
4. REQUISITION/REFERENCE NO.: See Lines
5. ISSUING OFFICE *(Address correspondence to)*
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington DC 20590

6. SHIP TO: Richard H. Williams
a. NAME OF CONSIGNEE: DOT/Maritime Administration, MAR-614
b. STREET ADDRESS: 400 Seventh Street, SW., Room 2116
c. CITY: Washington
d. STATE: DC
e. ZIP CODE: 20590
f. SHIP VIA

7. TO:
a. NAME OF CONTRACTOR
b. COMPANY NAME: **Veridyne, Incorporated**
c. STREET ADDRESS: **2002 Sproul Road Suite 206**
d. CITY: **Broomall**
e. STATE: **PA**
f. ZIP CODE: **19008-3510**

8. TYPE OF ORDER
☐ a. PURCHASE
REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.
☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
04 - 965 - X4303 - 160000 - - 2696 - - - 70EQP0 - - 46500461 - - - - - -

10. REQUISITIONING OFFICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
☑ a. SMALL ☐ b. OTHER THAN SMALL ☑ c. DISADVANTAGED ☐ d. WOMEN-OWNED

12. F.O.B. POINT: Destination
13. PLACE OF
a. INSPECTION
b. ACCEPTANCE
14. GOVERNMENT B/L NO.
15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 03/26/2005
16. DISCOUNT TERMS
10 days %
20 days %
30 days %
days %

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

*SEE BILLING INSTRUCTIONS ON REVERSE*

18. SHIPPING POINT
19. GROSS SHIPPING WEIGHT
20. INVOICE NO.
17(h) TOT. *(Cont. pages)*

21. MAIL INVOICE TO: Ruby P. McPhaul
a. NAME: DOT/Maritime Administration, MAR-330
b. STREET ADDRESS *(or P.O. Box)*: 400 Seventh Street, SW., Room 7325
c. CITY: Washington
d. STATE: DC
e. ZIP CODE: 20590

$90,000.00 17(i) GRAND TOTAL

22. UNITED STATES OF AMERICA BY *(Signature)*

Blumberg No. 5137

AL

23. NAME *(Typed)*: Erica L. Williams
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

518

**SUPPLEMENTAL INVOICING INFORMATION**



If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $_______. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

**RECEIVING REPORT**

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL / FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
|---|---|---|---|---|---|
| TOTAL CONTAINERS | | GROSS WEIGHT | RECEIVED AT | TITLE | |

**REPORT OF REJECTIONS**

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ORDER FOR SUPPLIES OR SERVICES**
**SCHEDULE - CONTINUATION**



**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 04/21/2004 | DTMA195c024 | TO040000822 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine | 1.00 | LOT | 0.000 | 0.00 | |
| | *Delivery Date* 03/26/2005 *Start Date* 03/27/2004 *End Date* 03/26/2005 | | | | | |
| 0002 | FY'04 3rd Qtr Funding | 1.00 | LOT | 90,000.000 | 90,000.00 | |
| | *Delivery Date* 03/26/2005 | | | | | |
| | Reference Requisition: PROP0400055 | | | | | |

***TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)*** ⇒ $90,000.00

| Award/Contract | Document No.<br>TO040000822 | Document Title<br>W.O. 822 OIF Logistics Support | Page 4 of **Error! Bookmark not defined.** |
|---|---|---|---|

TABLE OF CONTENTS

COMMERCIAL CLAUSES 5
1 WO-822.rtf.doc 5

Contract DTMA91-95-C-00024
Work Order: WO-0822
March 28, 2004

# STATEMENT OF WORK
# ENDURING/IRAQI FREEDOM LOGISTICS SUPPORT

This Statement of Work encompasses all tasks associated with contracted activities in support of RRF vessel activation and deactivations associated with Operation Enduring Freedom.

## 1.0 TASK DESCRIPTION

The contractor shall perform the work associated with, but not limited to the following:

2.1 **Special Procurement Management.** Provide procurement management support for the procurement of activation-related material and services. Specific commodities include lashing gear, document safes and CBRD-related material. Deficiencies shall be determined and procurement accomplished in accordance with Work Order #812, **Ship Support Material Procurement,** except when specifically directed otherwise by the COTR. Provide procurement services for sustainment and DE-ACTIVATION replenishment of parts support.

2.2 **Activation Management and Reports.** Provide management of all ACTIVATION/OPERATION/DEACTIVATION logistics activities, including documentation, reports, and data. When required, maintain a Logistics Operations Support Center to manage logistics support activities on behalf of RRF vessels.

2.3 **CBRD Management.** Provide management support of MARAD CBRD Program requirements, including material inventory, packaging, staging, shipping, and receiving. Determine allocation quantities of CBRD material to RRF vessels, based on prescribed manning levels and available assets. Initiate shipping (via traceable means) of CBRD material in accordance with MARAD direction.

Maintain a tracking system for all CBRD shipments to RRF vessels and advise MARAD regions of pending/actual shipments to RRF vessels under their cognizance. Advise MARAD of current CBRD inventory levels and projected shortages. Provide management and procurement support for operational CBRD requirements. Provide inventory, shipping, re-stocking services as ships DE-ACTIVATE.

2.4 **Shipboard Activation Support.** Provide support for RRF ACTIVATION/OPERATION/DEACTIVATION logistics support initiatives and special programs. Support tasks shall include, but not be limited to the following:

2.4.1 Document preparation and maintenance support
2.4.2 Support for special and turnover inventories
2.4.3 Support for ship activations
2.4.4 Support for supply assist visits

2.5 **IT Activation Support.** The contractor will provide support for automated systems including (but not limited to) the following:

2.5.1 CBRD Module
2.5.2 PC-SAL Support
2.5.3 RRF-MLSS Support
2.5.4 MLSS Support
2.5.5 Acquisition and maintenance of third-party OTS software and hardware as necessary and requested by MAR-614
2.5.6 Bar code system implementation

2.6 **SBS Warehouse Activation Support.** Provide support in the receipt, staging, shipping and documentation of ACTIVATION/OPERATION/DEACTIVATION related material. This may include assessing CBRD material sets for completeness, determining expired shelf-life items, and re-allocation actions.

2.7 **MARAD Reutilization Material (MRM) Support.** Provide support in the identification of parts and equipment to satisfy RRF vessel requirements. This task shall be accomplished in accordance with Work Order #817, **MARAD Reutilization Material (MRM) Support,** except when otherwise directed by the COTR.

2.8 **Miscellaneous:** The contractor shall respond to MAR-614 requirements in support of RRF vessel ACTIVATION/OPERATION/DEACTIVATION logistics support that do not fall under any other single element listed in this Work Order.

**3.0. CONTRACT DELIVERABLES.**

3.1 Provide special reports when requested by MAR-614. Reports are to be compiled and delivered in the time frames mutually agreed upon in writing.

3.2 Other deliverables shall be a part of the applicable work order (#812, #813, #814, #815, or #817).

**2.0 START DATE March 28, 2004**

**3.0 COMPLETE DATE March 27, 2005**

Contract DTMA91-95-C-00024
Work Order: WO-0822
March 28, 2004

4.0 **COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:**

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:**

Donald V. Colley
Program Manager, Veridyne, Inc.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

Page 1 of 3

| AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0001 | 04/21/2004 | See Lines | |

. ISSUED BY CODE 00091

OT/Maritime Administration, MAR-380
00 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Veridyne, Incorporated

2002 Sproul Road Suite 206

Broomall, PA 19008-3510

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA195c024 / TO040000813

(X) 10B. DATED *(SEE ITEM 13)* 04/20/2004

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

See Line Item Detail

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ✓ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to increase the total order amount from $80,000.00 by $20,000.00 to $100,000.00 for Mount Washington Technical Support.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Erica L. Williams | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. United States of America | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | 04/21/2004 |

Blumberg No. 5137

AM

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

326

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | TO040000813/0001 | W.O. 813 Spare Part Provisioning | 2 of 3 |

Total Funding: $100,000.00

FYs Fund Budget Org Sub Object Class Sub Program Cost Org Sub Proj/Job No. Sub Reporting Category

See Line Item(s)

Division Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0003 | WO-813 | 03/26/2005 | 1.00 | LOT | $20,000.00 | $20,000.00 |

This is a New Line
MOUNT WASHINGTON TECHNICAL SUPPORT
Ref Req No: PROP0400051

Funding Information:
04 - 965 - X4303 - 160000 - - 2696 - - - 70EQP0 - -
46500461 - - - - - -
20,000.00

Previous Total: $80,000.00
Modification Total: $20,000.00
*Grand Total:* $100,000.00
(Includes Discounts)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 813 Spare Part Provisioning | TO040000813/0001 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br>Washington DC 20590<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** John G. Hoban, Director, Office of Accounting<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0001 | 05/13/2004 | See Lines | |

6. ISSUED BY CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Veridyne, Incorporated

2002 Sproul Road Suite 206

Broomall, PA 19008-3510

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA195c024 / TO040000812

(X) 10B. DATED *(SEE ITEM 13)* 04/20/2004

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to increase the total order amount from $114,000.00 by $21,000.00 to $135,000.00 for Turn-Out Gear purchase support.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Erica L. Williams | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America ...ure of Contracting Officer) | 16C. DATE SIGNED 05/13/2004 |

Blumberg No. 5137 AN

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | TO040000812/0001 | W.O. 812 Ship Support Material Pr | 2 of 3 |

**Total Funding:** $135,000.00

FYs Fund Budget Org Sub Object Class Sub Program Cost Org Sub Proj/Job No. Sub Reporting Category

See Line Item(s)

Division Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0003 | WO-812 Funds Increase | 03/27/2005 | 1.00 | LOT | $21,000.00 | $21,000.00 |

This is a New Line
Turn-Out Gear - Labor/Research for Safety Equipment
Ref Req No: PROP0400061

Funding Information:
04 - 965 - X4303 - 160000 - - 2696 - - - 70SAF0 - -
46500461 - - - - - -
21,000.00

**Previous Total:** $114,000.00
**Modification Total:** $21,000.00
**Grand Total:** $135,000.00
(Includes Discounts)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 812 Ship Support Material Pr | TO040000812/0001 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br>Washington DC 20590<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** John G. Hoban, Director, Office of Accounting<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |