**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 1

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0053 | 5/18/2004 | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_ is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the full award fee amount of $66,593.01 earned under the contract for the evaluation period January 2004 through March 2004. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 5/18/2004 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

AO

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | **Veridyne, Inc.** | | | | | |
| 3 | **January 1 - March 31, 2004** | | | | | |
| 4 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 5 | Reporting | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 6 | Invoicing | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 7 | 712-01 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 8 | 713-01 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 9 | WO-714 | 1 | 5 | 3.496503497 | 3 | 0.104895105 |
| 10 | 714-02 | 3 | 1 | 0.699300699 | 4 | 0.027972028 |
| 11 | 714-06 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 12 | 714-11 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 13 | 714-12 | 2 | 3 | 2.097902098 | 4 | 0.083916084 |
| 14 | 714-19 | 3 | 1 | 0.699300699 | 4 | 0.027972028 |
| 15 | 714-25 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 16 | 714-38 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 17 | 714-48 | 1 | 5 | 3.496503497 | 3 | 0.104895105 |
| 18 | 714-52 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 19 | 714-53 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 20 | 714-55 | 1 | 5 | 3.496503497 | 3 | 0.104895105 |
| 21 | 715-01 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 22 | 715-02 | 2 | 3 | 2.097902098 | 4 | 0.083916084 |
| 23 | 715-03 | 3 | 1 | 0.699300699 | 4 | 0.027972028 |
| 24 | 715-05 | 2 | 3 | 2.097902098 | 4 | 0.083916084 |
| 25 | 715-13 | 2 | 3 | 2.097902098 | 4 | 0.083916084 |
| 26 | 715-14 | 2 | 3 | 2.097902098 | 4 | 0.083916084 |
| 27 | 717-01 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 28 | 718-02 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 29 | 718-03 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 30 | 718-04 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 31 | 722-01 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 32 | 722-02 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 33 | 722-03 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 34 | 722-04 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 35 | 722-05 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 36 | 722-06 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 37 | 722-08 | 1 | 5 | 3.496503497 | 4 | 0.13986014 |
| 38 | | | | | | **Overall Rating** |
| 39 | | | 143 | 100 | | **3.895104895** |
| 40 | | <u>Weighted Scale</u> | | | <u>Ratings</u> | |
| 41 | | 1 = Most Important | | | 0 = Unsatisfactory | |
| 42 | | 2 = Second Most | | | 1 = Marginal | |
| 43 | | 3 = Least Important | | | 2 = Satisfactory | |
| 44 | | | | | 3 = Highly Satisfactory | |
| 45 | | | <u>Eval Points</u> | | 4 = Superior | |
| 46 | | | 1 = 5 points | | | |
| 47 | | | 2 = 3 points | | | |
| 48 | | | 3 = 1 points | | | |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0001 | 06/23/2004 | See Lines | |

6. ISSUED BY CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Veridyne, Incorporated

2002 Sproul Road Suite 206

Broomall, PA 19008-3510

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA195c024 / TO040000822

(X) 10B. DATED *(SEE ITEM 13)* 04/21/2004

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to increase the total order amount from $90,000.00 by $40,269.00 to $130,269.00 for support in recovery of Force Protection Gear (FPG).

*Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.*

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Erica L. Williams | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America ...ature of Contracting Officer) | 16C. DATE SIGNED 06/23/2004 |

Blumberg No. 5137 A?

NSN 7540-01-152-8070
PREVIOUS EDITION
UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

338

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | TO040000822/0001 | W.O. 822 OIF Logistics Support | 2 of 3 |

**Total Funding:** $130,269.00

**FYs** **Fund** **Budget Org** **Sub** **Object Class** **Sub** **Program** **Cost Org** **Sub** **Proj/Job No.** **Sub** **Reporting Category**

See Line Item(s)

**Division** **Closed FYs** **Cancelled Fund**

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0003 | Logistics Services WO-822 | 03/26/2005 | 1.00 | LOT | $40,269.00 | $40,269.00 |

This is a New Line
Services to recover Force Protection Gear (FPG)
Ref Req No: PROP0400067

Funding Information:
04 - 965 - X4303 - 16000 - - 2654 - - - 70PRO0 - -
46500461 - - - - - -
40,269.00

**Previous Total:** $90,000.00
**Modification Total:** $40,269.00
**Grand Total:** $130,269.00
(Includes Discounts)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 822 OIF Logistics Support | TO040000822/0001 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br>Washington DC 20590<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** John G. Hoban, Director, Office of Accounting<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0002 | 06/30/2004 | See Lines | |

6. ISSUED BY CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Veridyne, Incorporated

2002 Sproul Road Suite 206

Broomall, PA 19008-3510

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA195c024 / TO040000812

(X) 10B. DATED *(SEE ITEM 13)* 04/20/2004

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to increase the total order amount from $135,000.00 by $94,000.00 to $229,000.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Erica L. Williams | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED 07/23/2004 |

Blumberg No. 5137 AQ

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

337

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | TO040000812/0002 | W.O. 812 Ship Support Material Pr | 2 of 3 |

**Total Funding:** $229,000.00

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|

See Line Item(s)

**Division** **Closed FYs** **Cancelled Fund**

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine<br>Change in Delivery Date | 03/27/2005<br>(03/27/2004 to 03/26/2005) | 0.00 | LOT | $0.00 | $0.00 |
| 0004 | Logistics Services WO-812<br>This is a New Line | 03/27/2005 | 1.00 | LOT | $94,000.00 | $94,000.00 |

Ref Req No: PROP0400079

Funding Information:
04 - 965 - X4303 - 16000 - - 2696 - - - 70EQP0 - -
46500461 - - - - - -
94,000.00

**Previous Total:** $135,000.00
**Modification Total:** $94,000.00
**Grand Total:** $229,000.00
(Includes Discounts)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 812 Ship Support Material Pr | TO040000812/0002 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br>Washington DC 20590<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** John G. Hoban, Director, Office of Accounting<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | Page 1 of 3 |
| 2. AMENDMENT/MODIFICATION NO. | 0002 |
| 3. EFFECTIVE DATE | 06/30/2004 |
| 4. REQUISITION/PURCHASE REQ. NO. | See Lines |
| 5. PROJECT NO. *(If applicable)* | |
| 6. ISSUED BY CODE 00091 | DOT/Maritime Administration, MAR-380<br>400 Seventh Street, SW., Room 7310<br>Washington, DC 20590 |
| 7. ADMINISTERED BY *(If other than Item 6)* CODE | |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)* | Veridyne, Incorporated<br>2002 Sproul Road Suite 206<br>Broomall, PA 19008-3510 |
| CODE * | FACILITY CODE |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED *(SEE ITEM 11)* | |
| (X) 10A. MODIFICATION OF CONTRACT/ORDER NO. | DTMA195c024 / TO040000813 |
| (X) 10B. DATED *(SEE ITEM 13)* | 04/20/2004 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

*Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:*

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to increase the total order amount from $100,000.00 by $52,000.00 to $152,000.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Erica L. Williams |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 16B. United States of America<br>*(Signature of Contracting Officer)* |
| 15C. DATE SIGNED | 16C. DATE SIGNED<br>07/23/2004 |

Blumberg No. 5137 AR

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | TO040000813/0002 | W.O. 813 Spare Part Provisioning | 2 of 3 |

**Total Funding:** $152,000.00

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| See Line Item(s) | | | | | | | | | | | |

| Division | Closed FYs | Cancelled Fund |
|---|---|---|
| | | |

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0004 | Logistics Services WO-813<br>This is a New Line<br>'04 4th Qtr | 03/26/2005 | 1.00 | LOT | $52,000.00 | $52,000.00 |

Ref Req No: PROP0400079

Funding Information:
04 - 965 - X4303 - 16000 - - 2696 - - - 70EQP0 - -
46500461 - - - - - -
52,000.00

| | |
|---|---|
| **Previous Total:** | $100,000.00 |
| **Modification Total:** | $52,000.00 |
| **Grand Total:** (Includes Discounts) | $152,000.00 |

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 813 Spare Part Provisioning | TO040000813/0002 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br><br>Washington DC 20590<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br><br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br><br>Washington DC 20590<br>**Attn:** John G. Hoban, Director, Office of Accounting<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0001 | 06/30/2004 | See Lines | |

6. ISSUED BY CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Veridyne, Incorporated

2002 Sproul Road Suite 206

Broomall, PA 19008-3510

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA195c024 / TO040000815

(X) 10B. DATED *(SEE ITEM 13)* 04/20/2004

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

*Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:*

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. *THIS CHANGE ORDER IS ISSUED PURSUANT TO:* (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to increase the total order amount from $382,000.00 by $418,000.00 to $800,000.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Erica L. Williams | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. United States of America | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | 07/23/2004 |

Blumberg No. 5137 AS

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | TO040000815/0001 | W.O. 815 Data Mgmt & System Su | 2 of 3 |

**Total Funding:** $800,000.00

**FYs** **Fund** **Budget Org** **Sub** **Object Class** **Sub** **Program** **Cost Org** **Sub** **Proj/Job No.** **Sub** **Reporting Category**

See Line Item(s)

**Division** **Closed FYs** **Cancelled Fund**

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0003 | Logistics Services WO-815 | 03/26/2004 | 1.00 | LOT | $418,000.00 | $418,000.00 |

This is a New Line
FY'04 4th Qtr
Ref Req No: PROP0400079

Funding Information:
04 - 965 - X4303 - 16000 - - 2696 - - - 70EQP0 - -
46500461 - - - - - -
418,000.00

**Previous Total:** $382,000.00
**Modification Total:** $418,000.00
**Grand Total:** $800,000.00
(Includes Discounts)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 815 Data Mgmt & System Su | TO040000815/0001 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br>Washington DC 20590<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** John G. Hoban, Director, Office of Accounting<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0002 | 06/30/2004 | See Lines | |

6. ISSUED BY CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Veridyne, Incorporated

2002 Sproul Road Suite 206

Broomall, PA 19008-3510

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA195c024 / TO040000822

(X) 10B. DATED *(SEE ITEM 13)* 04/21/2004

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to increase the total order amount from $130,269.00 by $81,000.00 to $211,269.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Erica L. Williams

15B. CONTRACTOR/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. United States of America

*(Signature of Contracting Officer)*

16C. DATE SIGNED
08/03/2004

Blumberg No. 5137
A1

NSN 7540-01-152-8070
PREVIOUS EDITION
UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

316

| Line Item Summary | Document Number | Title | Page |
| --- | --- | --- | --- |
| | TO040000822/0002 | W.O. 822 OIF Logistics Support | 2 of 3 |

**Total Funding:** $211,269.00

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| See Line Item(s) | | | | | | | | | | | |

**Division** **Closed FYs** **Cancelled Fund**

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
| --- | --- | --- | --- | --- | --- | --- |
| 0004 | 4th Qtr FY'04 | 03/26/2005 | 1.00 | LOT | $81,000.00 | $81,000.00 |

This is a New Line
Ref Req No: PROP0400079

Funding Information:
04 - 965 - X4303 - 16000 - - 2696 - - - 70EQP0 - -
46500461 - - - - - -
81,000.00

**Previous Total:** $130,269.00
**Modification Total:** $81,000.00
**Grand Total:** $211,269.00
(Includes Discounts)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 822 OIF Logistics Support | TO040000822/0002 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br>Washington DC 20590<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** John G. Hoban, Director, Office of Accounting<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0002 | 07/01/2004 | See Lines | |

6. ISSUED BY CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Veridyne, Incorporated
2002 Sproul Road Suite 206
Broomall, PA 19008-3510

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA195c024 / TO040000815

(X) 10B. DATED *(SEE ITEM 13)* 04/20/2004

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

*Offers must acknowledge receipt* of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. *THIS CHANGE ORDER IS ISSUED PURSUANT TO:* (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to increase the total order amount from $800,000.00 by $250,000.00 to $1,050,000.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Erica L. Williams | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED 07/01/2004 |

Blumberg No. 5137 AU

NSN 7540-01-152-8070
PREVIOUS EDITION
UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

349

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | TO040000815/0002 | W.O. 815 Data Mgmt & System Su | 2 of 3 |

**Total Funding:** $1,050,000.00

FYs Fund Budget Org Sub Object Class Sub Program Cost Org Sub Proj/Job No. Sub Reporting Category

See Line Item(s)

Division Closed FYs Cancelled Fund

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0001 | Option Year Nine<br>Change in Delivery Date | 03/26/2004<br>*(03/27/2004 to 03/26/2005)* | 0.00 | LOT | $0.00 | $0.00 |
| 0002 | WO-815<br>Change in Delivery Date<br>IT Support<br>Ref Req No: PROP0400051 | 03/26/2004 | 0.00 | LOT | $0.00 | $0.00 |
| 0004 | Logistics Services WO-815<br>This is a New Line<br>Iraqi Freedom CBR-D Logistics Support Services<br>Ref Req No: PROP0400080 | 03/26/2004 | 1.00 | LOT | $250,000.00 | $250,000.00 |

Funding Information:
04 - 965 - X4303 - 16000 - - 2696 - - - IFPRO0 - -
46500461 - - - - - -
89,000.00

04 - 965 - X4303 - 16000 - - 2696 - - - IFEQP0 - -
46500461 - - - - - -
161,000.00

**Previous Total:** $800,000.00
**Modification Total:** $250,000.00
***Grand Total:*** *$1,050,000.00*
(Includes Discounts)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 815 Data Mgmt & System Su | TO040000815/0002 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br><br>*Washington DC 20590*<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br><br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br><br>Washington DC 20590<br>**Attn:** *John G. Hoban, Director, Office of Accounting*<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | Page 1 of 3 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0003 | 08/03/2004 | See Lines | |

**6. ISSUED BY** CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

**7. ADMINISTERED BY** *(If other than Item 6)* CODE

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and Zip Code)*

Veridyne, Incorporated
2002 Sproul Road Suite 206
Broomall, PA 19008-3510

CODE * | FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED *(SEE ITEM 11)* |
| (X) | 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA195c024 / TO040000815 |
| (X) | 10B. DATED *(SEE ITEM 13)* 04/20/2004 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(If required)*
See Line Item Detail

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
*IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.*

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: H.13 Incremental Funding of Task Orders |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to increase the total order amount from $1,050,000.00 by $250,000.00 to $1,300,000.00 for OIF/MLSS-CD ROM support.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Erica L. Williams | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. United States of America<br>(Signature of Contracting Officer) | 16C. DATE SIGNED 08/03/2004 |

Blumberg No. 5137 AV

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

352

| Line Item Summary | Document Number | Title | Page |
|---|---|---|---|
| | TO040000815/0003 | W.O. 815 Data Mgmt & System Su | 2 of 3 |

**Total Funding:** $1,300,000.00

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|

See Line Item(s)

**Division** **Closed FYs** **Cancelled Fund**

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|
| 0005 | WO-815 | 03/27/2005 | 1.00 | EA | $250,000.00 | $250,000.00 |

This is a New Line
*Development of MLSS-CD ROM ICW OIF*
Ref Req No: PROP0400087

Funding Information:
04 - 965 - X4303 - 16000 - - 2696 - - - IFPRO0 - -
46500461 - - - - - -
250,000.00

**Previous Total:** $1,050,000.00
**Modification Total:** $250,000.00
**Grand Total:** $1,300,000.00
(Includes Discounts)

| Address Detail | Title | Document Number | Page |
|---|---|---|---|
| | W.O. 815 Data Mgmt & System Su | TO040000815/0003 | 3 of 3 |

## Shipping Addresses

| Code | Detail |
|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-614<br>**Addr:** 400 Seventh Street, SW., Room 2116<br>Washington DC 20590<br>**Attn:** Richard H. Williams, Chief, Div. of Logistics Suppo<br>**Phone:** (202) 366-5079 ext.<br>**Fax:** ( ) - ext. |

## Invoice Addresses

| Code | Detail | Code | Detail |
|---|---|---|---|
| 0001 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** Ruby P. McPhaul<br>**Phone:** (202) 366-5088 ext.<br>**Fax:** (202) 366-8558 ext. | 0002 | **Org:** DOT/Maritime Administration, MAR-330<br>**Addr:** 400 Seventh Street, SW., Room 7325<br>Washington DC 20590<br>**Attn:** John G. Hoban, Director, Office of Accounting<br>**Phone:** (202) 366-5852 ext.<br>**Fax:** ( ) - ext. |

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 6 PAGES

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| | | |
|---|---|---|
| 1. DATE OF ORDER<br>08/25/2004 | 2. CONTRACT NO. *(If any)*<br>DTMA195c024 | 6. SHIP TO: Richard H. Williams |
| 3. ORDER NO.<br>TO040000823 | 4. REQUISITION/REFERENCE NO.<br>PROP0400095 | a. NAME OF CONSIGNEE<br>DOT/Maritime Administration, MAR-614 |
| 5. ISSUING OFFICE *(Address correspondence to)*<br>DOT/Maritime Administration, MAR-380<br>400 Seventh Street, SW., Room 7310<br>Washington DC 20590 | | b. STREET ADDRESS<br>400 Seventh Street, SW., Room 2116<br>c. CITY Washington — d. STATE DC — e. ZIP CODE 20590 |

7. TO:

a. NAME OF CONTRACTOR

b. COMPANY NAME
**Veridyne, Incorporated**

c. STREET ADDRESS
**2002 Sproul Road Suite 206**

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| **Broomall** | **PA** | **19008-3510** |

f. SHIP VIA

8. TYPE OF ORDER

☐ a. PURCHASE
REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
04 - 965 - X4303 - 16000 - - 2696 - - - 70EQP0 - - 46500461 - - - - - - -

10. REQUISITIONING OFFICE
DOT/Maritime Administration, MAR-614

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
☑ a. SMALL ☐ b. OTHER THAN SMALL ☑ c. DISADVANTAGED ☐ d. WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|
| Destination<br>13. PLACE OF<br>a. INSPECTION / b. ACCEPTANCE | | 06/25/2005 | 10 days %<br>20 days %<br>30 days %<br>days % |

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

*SEE BILLING INSTRUCTIONS ON REVERSE*

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. |
|---|---|---|
| | | |

17(h) TOT. *(Cont. pages)*

21. MAIL INVOICE TO: Ruby P. McPhaul

a. NAME
DOT/Maritime Administration, MAR-330

b. STREET ADDRESS *(or P.O. Box)*
400 Seventh Street, SW., Room 7325

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Washington | DC | 20590 |

$260,000.00 — 17(i) GRAND TOTAL

**22. UNITED STATES OF AMERICA BY** *(Signature)*

Blumberg No. 5137
AW

23. NAME *(Typed)*
Erica L. Williams
TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083
Previous edition not usable

OPTIONAL FORM 347 (Rev. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

556

## SUPPLEMENTAL INVOICING INFORMATION



If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $________. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL / FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
|---|---|---|---|---|---|
| TOTAL CONTAINERS | | GROSS WEIGHT | RECEIVED AT | TITLE | |

## REPORT OF REJECTIONS

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

# ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION



**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 08/25/2004 | DTMA195c024 | TO040000823 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | WO-823 Contract Transition Expenses<br>Fund expenses that will be incurred during the transition of the logistics services contract from Veridyne to contractor awarded the follow on contract.<br>*Delivery Date* 06/25/2005 *Start Date* 03/28/2005<br>Reference Requisition: PROP0400095 | 1.00 | NTE | 260,000.000 | 260,000.00 | |

***TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)*** ⇒ $260,000.00

| Award/Contract | Document No.<br>TO040000823 | Document Title<br>Contract Transition | Page 4 of **Error! Bookmark not defined.** |
|---|---|---|---|

TABLE OF CONTENTS

COMMERCIAL CLAUSES 5
1 WO-823.rtf 5

Contract DTMA91-95-C-00024
Work Order: WO-0823

**STATEMENT OF WORK**
**FOR THE TRANSITION OF LOGISTICS SERVICES FROM VERIDYNE, INC TO THE CONTRACTOR AWARDED THE FOLLOW ON LOGISTICS SERVICES CONTRACT**

## 1.0 GENERAL

This Statement of Work encompasses all tasks described in Work Orders 812, 813, 814, 815, 817, 818, 819, and 822, and related IT, administrative and technical support.

## 2.0 TASK DESCRIPTION

2.1 When directed by the COTR, the contractor must provide labor, material, technical and administrative support necessary to accomplish a smooth transition of Veridyne, Inc.'s responsibilities under the current logistics services contract to the contractor awarded the follow-on MARAD logistics services contract.

2.2 The following Technical Directives are established:

TD 823-01 Contract transition costs associated with ship logistics overhauls
TD 823-02 Contract transition costs associated with MLSS, PC-SAL, and IT development and maintenance
TD 823-03 Contract transition costs associated with provisioning.
TD 823-04 Contract transition costs associated with the inventory and return of GFE.
TD 823-05 Contract transition costs associated with receiving, staging and shipping Government material
TD 823-06 Unallocated photocopying costs and long-distance expenses

## 3.0 CONTRACT DELIVERABLES.

3.1 Provide special reports when requested by MAR-614. Reports are to be compiled and delivered in the time frames mutually agreed upon in writing.

Contract DTMA91-95-C-00024
Work Order: WO-0823

**4.0 START DATE January 1, 2005**

**5.0 COMPLETE DATE September 30, 2005**

**6.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:**

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:**

Donald V. Colley
Program Manager, Veridyne, Inc.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE OF PAGES 1 of 1 |
| AMENDMENT/MODIFICATION NO. 0055 | 3. Effective Date 09/14/2004 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

Veridyne, Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19428

| | |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024 |
| | 10B. DATED (SEE ITEM 13) March 27, 1995 |

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | c. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the award fee amount of $44,418.00 earned under the contract for the evaluation period April 2004 through June 2004. The summary of tasks and their ratings are provided on page 2.

Upon receipt of this modification, an invoice for the award fee earned may be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 09/14/2004 |

NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE — 30-105 — STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53-243

Blumberg No. 5137 AX

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | **Veridyne, Inc.** | | | | | |
| 3 | **April 1 - June 30, 2004** | | | | | |
| 4 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel: % X Rating* |
| 5 | Reporting | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 6 | Invoicing | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 7 | 812-01 | 1 | 5 | 4.06504065 | 2 | 0.081300813 |
| 8 | 813-01 | 1 | 5 | 4.06504065 | 2 | 0.081300813 |
| 9 | WO-814 | 1 | 5 | 4.06504065 | 2 | 0.081300813 |
| 10 | 814-02 | 3 | 1 | 0.81300813 | 4 | 0.032520325 |
| 11 | 814-06 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 12 | 814-11 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 13 | 814-12 | 2 | 3 | 2.43902439 | 4 | 0.097560976 |
| 14 | 814-19 | 3 | 1 | 0.81300813 | 4 | 0.032520325 |
| 15 | 814-38 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 16 | 814-52 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 17 | 814-55 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 18 | 814-56 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 19 | 815-01 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 20 | 815-02 | 2 | 3 | 2.43902439 | 4 | 0.097560976 |
| 21 | 815-03 | 3 | 1 | 0.81300813 | 4 | 0.032520325 |
| 22 | 815-05 | 2 | 3 | 2.43902439 | 4 | 0.097560976 |
| 23 | 815-13 | 2 | 3 | 2.43902439 | 4 | 0.097560976 |
| 24 | 815-16 | 1 | 3 | 2.43902439 | 4 | 0.097560976 |
| 25 | 817-01 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 26 | 818-01 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 27 | 818-03 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 28 | 819-06 | 1 | 5 | 4.06504065 | 3 | 0.12195122 |
| 29 | 822-01 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 30 | 822-02 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 31 | 822-03 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 32 | 822-04 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 33 | 822-05 | 1 | 5 | 4.06504065 | 4 | 0.162601626 |
| 34 | | | | | | **Overall Rating** |
| 35 | | | **123** | **100** | | **3.715447154** |
| 36 | | **Weighted Scale** | | | **Ratings** | |
| 37 | | **1 = Most Important** | | | **0 = Unsatisfactory** | |
| 38 | | **2 = Second Most** | | | **1 = Marginal** | |
| 39 | | **3 = Least Important** | | | **2 = Satisfactory** | |
| 40 | | | | | **3 = Highly Satisfactory** | |
| 41 | | | **Eval Points** | | **4 = Superior** | |
| 42 | | | **1 = 5 points** | | | |
| 43 | | | **2 = 3 points** | | | |
| 44 | | | **3 = 1 points** | | | |

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

September 14, 2004

Veridyne, Inc.
Attn: Samuel J. Patterson, Owner/CEO
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

Dear Mr. Patterson:

This letter constitutes "Notice of Award" for the performance period April 2004 through June 2004, under contract DTMA91-95-C-00024.

The Performance Evaluation Board (PEB) has completed its evaluation and submitted their findings to the Logistics Support contract, Fee Determining Official (FDO). The FDO, Mr. William F. Trost, Director, Office of Ship Operations has reviewed the report and concurred with the recommendations of the PEB. Under the terms of the contract, the maximum award fee amount of $66,593.01 may be earned during each three-month performance period for the current contract year.

During this performance period, Veridyne was evaluated on 29 Technical Directives (TD). Of the 29 TD's, your company's performance on 25 of them, as evaluated by Performance Monitors (PM), were determined to be Superior. However, as a result of the incorrect inventory pricing data reported in DOT-IG Audit Report NFR: 04-01and its considerable affects on the agency's stated/reported financial standings and the anticipated recovery of the corrected data, evaluation for 3 TD's resulted in significantly low evaluations. As a result, the PEB recommended (and the FDO concurred), a reduction in the fee awarded for this period by 1/3 of the total fee available for this evaluation period.

Bad!

Contract modification 0055 is issued concurrently, authorizing you to submit an invoice for the award amount of $44,418.00.

If you have any questions or comments, feel free to contact me at (202) 366-2803.

Sincerely,

Erica L. Williams
Contracting Officer

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

September 14, 2004

Veridyne, Inc.
Attn: Louis B. Vanderhorst, Contracts Manager
2001 Jefferson Davis Highway, Suite 610
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Vanderhorst:

Enclosed is your signed, executed copy of modification 0055 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

______________________________
Name

______________________________
Title

______________________________
Date