BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO-812
SHIP SUPPORT MATERIAL PROCUREMENT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4812-099

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 31.43 | 352.40 |
| SUBCONTRACT/CONSLTNT | | 97.82 | 807.00 |
| GENERAL & ADMIN | 13.60% | 18.61 | 157.68 |
| SUBTOTAL | | 147.86 | 1,317.08 |
| FEE AT | 0.00% | 2.03 | 31.53 |
| TOTAL | | 149.89 | 1,348.61 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 0.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO-813
SPARE PART PROVISIONING SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4813-001

| BILLING PD FROM: 12/01/04<br>TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 4,466.12 | 84,319.16 |
| OTHER DIRECT COSTS | -46.90 | 221.58 |
| TRAVEL | 117.00 | 9,250.71 |
| DIRECT MATERIALS | 120.16 | 1,893.90 |
| INDIRECT COSTS LESS G&A | 14,193.31 | 66,097.79 |
| GENERAL & ADMIN 13.60% | 2,706.49 | 22,002.51 |
| SUBTOTAL | 21,556.18 | 183,785.65 |
| FEE AT 0.00% | 296.27 | 4,540.61 |
| TOTAL | 21,852.45 | 188,326.26 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 268.50 |
| TOTAL CUMULATIVE HRS INCURRED | 4,801.50 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO-813
SPARE PART PROVISIONING SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4813-099

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 77.03 | 960.83 |
| GENERAL & ADMIN | 13.60% | 11.36 | 130.67 |
| SUBTOTAL | | 88.39 | 1,091.50 |
| FEE AT | 0.00% | 1.21 | 26.34 |
| TOTAL | | 89.60 | 1,117.84 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-002

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 406.75 | 9,249.72 |
| SUBCONTRACT/CONSLTNT | 147.30 | 14,450.10 |
| DIRECT MATERIALS | 0.00 | 586.74 |
| INDIRECT COSTS LESS G&A | 1,502.93 | 7,250.86 |
| GENERAL & ADMIN 13.60% | 309.23 | 4,289.09 |
| SUBTOTAL | 2,366.21 | 35,826.51 |
| FEE AT 0.00% | 32.52 | 896.47 |
| TOTAL | 2,398.73 | 36,722.98 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 28.00 |
| TOTAL CUMULATIVE HRS INCURRED | 534.50 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-006

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 545.02 | 26,397.63 |
| OTHER DIRECT COSTS | | 16.64 | 16.64 |
| SUBCONTRACT/CONSLTNT | | 0.00 | 2,985.40 |
| TRAVEL | | 0.00 | 10,204.22 |
| DIRECT MATERIALS | | 211.66 | 7,422.70 |
| INDIRECT COSTS LESS G&A | | 3,888.90 | 20,693.10 |
| GENERAL & ADMIN | 13.60% | 697.12 | 9,209.88 |
| SUBTOTAL | | 5,359.34 | 76,929.57 |
| FEE AT | 0.00% | 73.66 | 1,923.02 |
| TOTAL | | 5,433.00 | 78,852.59 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 22.00 |
| TOTAL CUMULATIVE HRS INCURRED | 766.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-011

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 2,851.24 | 131,965.54 |
| SUBCONTRACT/CONSLTNT | | 883.80 | 59,443.17 |
| TRAVEL | | 0.00 | 3,507.55 |
| DIRECT MATERIALS | | 0.00 | 3,536.25 |
| INDIRECT COSTS LESS G&A | | 19,523.49 | 103,447.79 |
| GENERAL & ADMIN | 13.60% | 3,441.80 | 41,058.44 |
| SUBTOTAL | | 26,700.33 | 342,958.74 |
| FEE AT | 0.00% | 366.97 | 8,421.96 |
| TOTAL | | 27,067.30 | 351,380.70 |

TOTAL CURRENT HOURS INCURRED 108.50
TOTAL CUMULATIVE HRS INCURRED 4,597.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-012

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 280.28 | 9,970.91 |
| DIRECT MATERIALS | 0.00 | 662.03 |
| INDIRECT COSTS LESS G&A | 1,517.29 | 7,816.20 |
| GENERAL & ADMIN 13.60% | 261.12 | 2,509.08 |
| SUBTOTAL | 2,058.69 | 20,958.22 |
| FEE AT 0.00% | 28.29 | 524.39 |
| TOTAL | 2,086.98 | 21,482.61 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 11.00 |
| TOTAL CUMULATIVE HRS INCURRED | 336.50 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-019

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| SUBCONTRACT/CONSLTNT | | 0.00 | 2,632.07 |
| DIRECT MATERIALS | | 0.00 | 915.52 |
| GENERAL & ADMIN | 13.60% | 3.55 | 482.47 |
| SUBTOTAL | | 3.55 | 4,030.06 |
| FEE AT 0.00% | | 0.05 | 98.44 |
| TOTAL | | 3.60 | 4,128.50 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-025

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 2,034.92 |
| TRAVEL | 0.00 | 3,490.65 |
| DIRECT MATERIALS | 0.00 | 68.32 |
| INDIRECT COSTS LESS G&A | 272.47 | 1,595.17 |
| GENERAL & ADMIN 13.60% | 43.97 | 977.71 |
| SUBTOTAL | 316.44 | 8,166.77 |
| FEE AT 0.00% | 4.35 | 200.45 |
| TOTAL | 320.79 | 8,367.22 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 112.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-035

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 25.48 |
| SUBCONTRACT/CONSLTNT | 0.00 | 26,893.36 |
| DIRECT MATERIALS | 0.00 | 876.34 |
| INDIRECT COSTS LESS G&A | 3.41 | 19.97 |
| GENERAL & ADMIN 13.60% | 28.28 | 3,782.86 |
| SUBTOTAL | 31.69 | 31,598.01 |
| FEE AT 0.00% | 0.44 | 797.75 |
| TOTAL | 32.13 | 32,395.76 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 1.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-038

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 137.13 | 2,752.31 |
| SUBCONTRACT/CONSLTNT | 110.80 | 23,081.12 |
| DIRECT MATERIALS | 336.00 | 4,017.88 |
| INDIRECT COSTS LESS G&A | 457.67 | 2,157.54 |
| GENERAL & ADMIN 13.60% | 172.62 | 4,353.20 |
| SUBTOTAL | 1,214.22 | 36,362.05 |
| FEE AT 0.00% | 16.69 | 958.03 |
| TOTAL | 1,230.91 | 37,320.08 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 3.00 |
| TOTAL CUMULATIVE HRS INCURRED | 84.50 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-048

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 382.20 |
| SUBCONTRACT/CONSLTNT | 0.00 | 17,293.81 |
| DIRECT MATERIALS | 0.00 | 1,066.32 |
| INDIRECT COSTS LESS G&A | 51.18 | 299.61 |
| GENERAL & ADMIN 13.60% | 25.95 | 2,589.70 |
| SUBTOTAL | 77.13 | 21,631.64 |
| FEE AT 0.00% | 1.06 | 447.08 |
| TOTAL | 78.19 | 22,078.72 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 15.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-052

| BILLING PD FROM: 12/01/04<br>TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 982.98 |
| SUBCONTRACT/CONSLTNT | 0.00 | 65,924.46 |
| TRAVEL | 0.00 | 260.72 |
| DIRECT MATERIALS | 0.00 | 1,429.98 |
| INDIRECT COSTS LESS G&A | 131.62 | 770.56 |
| GENERAL & ADMIN 13.60% | 87.13 | 9,434.14 |
| SUBTOTAL | 218.75 | 78,802.84 |
| FEE AT 0.00% | 3.01 | 2,078.30 |
| TOTAL | 221.76 | 80,881.14 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 23.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-053

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 72.00 | 4,987.52 |
| SUBCONTRACT/CONSLTNT | | 0.00 | 6,892.61 |
| DIRECT MATERIALS | | 6.30 | 21,010.82 |
| INDIRECT COSTS LESS G&A | | 714.63 | 3,909.72 |
| GENERAL & ADMIN | 13.60% | 143.85 | 5,004.89 |
| SUBTOTAL | | 936.78 | 41,805.56 |
| FEE AT | 0.00% | 12.88 | 1,047.64 |
| TOTAL | | 949.66 | 42,853.20 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 4.50 |
| TOTAL CUMULATIVE HRS INCURRED | 273.80 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-055

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 0.00 | 6,228.05 |
| SUBCONTRACT/CONSLTNT | | 0.00 | 2,494.23 |
| TRAVEL | | 0.00 | 396.70 |
| DIRECT MATERIALS | | 0.00 | 1,338.61 |
| INDIRECT COSTS LESS G&A | | 833.94 | 4,882.17 |
| GENERAL & ADMIN | 13.60% | 127.92 | 2,086.21 |
| SUBTOTAL | | 961.86 | 17,425.97 |
| FEE AT | 0.00% | 13.22 | 457.87 |
| TOTAL | | 975.08 | 17,883.84 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 353.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-056

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 995.74 |
| SUBCONTRACT/CONSLTNT | 0.00 | 388,420.54 |
| TRAVEL | 0.00 | 460.71 |
| DIRECT MATERIALS | 0.00 | 3,423.49 |
| INDIRECT COSTS LESS G&A | 133.33 | 780.56 |
| GENERAL & ADMIN 13.60% | 412.08 | 53,595.02 |
| SUBTOTAL | 545.41 | 447,676.06 |
| FEE AT 0.00% | 7.50 | 11,151.68 |
| TOTAL | 552.91 | 458,827.74 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 28.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-057

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 356.72 | 764.40 |
| OTHER DIRECT COSTS | | 336.80 | 336.80 |
| SUBCONTRACT/CONSLTNT | | 75,228.03 | 591,624.68 |
| DIRECT MATERIALS | | 992.03 | 7,257.38 |
| INDIRECT COSTS LESS G&A | | 334.22 | 599.21 |
| GENERAL & ADMIN | 13.60% | 11,029.04 | 81,679.22 |
| SUBTOTAL | | 88,276.84 | 682,261.69 |
| FEE AT | 0.00% | 1,213.26 | 16,258.14 |
| TOTAL | | 89,490.10 | 698,519.83 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 14.00 |
| TOTAL CUMULATIVE HRS INCURRED | 30.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-058

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 1,332.38 |
| SUBCONTRACT/CONSLTNT | 2,105.88 | 222,225.25 |
| TRAVEL | 0.00 | 584.24 |
| DIRECT MATERIALS | 937.09 | 3,979.23 |
| INDIRECT COSTS LESS G&A | 178.40 | 1,044.45 |
| GENERAL & ADMIN 13.60% | 664.05 | 31,166.51 |
| SUBTOTAL | 3,885.42 | 260,332.06 |
| FEE AT 0.00% | 53.40 | 5,956.13 |
| TOTAL | 3,938.82 | 266,288.19 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 38.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-059

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 0.00 | 917.28 |
| OTHER DIRECT COSTS | | 154.91 | 154.91 |
| SUBCONTRACT/CONSLTNT | | 112,777.72 | 454,548.49 |
| TRAVEL | | 0.00 | 222.20 |
| DIRECT MATERIALS | | 1,404.54 | 11,490.08 |
| INDIRECT COSTS LESS G&A | | 122.83 | 719.06 |
| GENERAL & ADMIN | 13.60% | 15,920.15 | 63,655.07 |
| SUBTOTAL | | 130,380.15 | 531,707.09 |
| FEE AT | 0.00% | 1,791.93 | 12,020.98 |
| TOTAL | | 132,172.08 | 543,728.07 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 36.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-099

| BILLING PD FROM: 12/01/04<br>TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 14.44 | 870.19 |
| GENERAL & ADMIN | 13.60% | 2.82 | 118.35 |
| SUBTOTAL | | 17.26 | 988.54 |
| FEE AT 0.00% | | 0.24 | 25.81 |
| TOTAL | | 17.50 | 1,014.35 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-001

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 13,159.71 | 425,301.10 |
| TRAVEL | 0.00 | 244.88 |
| DIRECT MATERIALS | 0.00 | 7,821.29 |
| INDIRECT COSTS LESS G&A | 65,501.63 | 333,393.53 |
| GENERAL & ADMIN 13.60% | 11,386.04 | 104,279.47 |
| SUBTOTAL | 90,047.38 | 871,040.27 |
| FEE AT 0.00% | 1,237.60 | 21,184.61 |
| TOTAL | 91,284.98 | 892,224.88 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 373.00 |
| TOTAL CUMULATIVE HRS INCURRED | 13,541.50 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-002

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 108.00 | 14,882.59 |
| DIRECT MATERIALS | | 0.00 | 79.85 |
| INDIRECT COSTS LESS G&A | | 2,062.98 | 11,666.46 |
| GENERAL & ADMIN | 13.60% | 319.71 | 3,621.53 |
| SUBTOTAL | | 2,490.69 | 30,250.43 |
| FEE AT | 0.00% | 34.23 | 754.17 |
| TOTAL | | 2,524.92 | 31,004.60 |

TOTAL CURRENT HOURS INCURRED 8.00
TOTAL CUMULATIVE HRS INCURRED 474.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-003

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 409.92 | 63,856.72 |
| TRAVEL | 0.00 | 638.45 |
| DIRECT MATERIALS | 0.00 | 53,807.54 |
| INDIRECT COSTS LESS G&A | 8,816.86 | 50,057.28 |
| GENERAL & ADMIN 13.60% | 1,413.98 | 22,896.96 |
| SUBTOTAL | 10,640.76 | 191,256.95 |
| FEE AT 0.00% | 146.25 | 4,285.95 |
| TOTAL | 10,787.01 | 195,542.90 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 8.00 |
| TOTAL CUMULATIVE HRS INCURRED | 2,163.50 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-005

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 1,843.30 | 53,715.63 |
| TRAVEL | | 0.00 | 900.47 |
| DIRECT MATERIALS | | 0.00 | 2,164.65 |
| INDIRECT COSTS LESS G&A | | 8,390.67 | 42,107.68 |
| GENERAL & ADMIN | 13.60% | 1,480.48 | 13,448.83 |
| SUBTOTAL | | 11,714.45 | 112,337.26 |
| FEE AT | 0.00% | 161.00 | 2,737.52 |
| TOTAL | | 11,875.45 | 115,074.78 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 45.00 |
| TOTAL CUMULATIVE HRS INCURRED | 1,346.50 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-013

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 4,457.71 |
| INDIRECT COSTS LESS G&A | 596.89 | 3,494.40 |
| GENERAL & ADMIN 13.60% | 88.54 | 1,081.49 |
| SUBTOTAL | 685.43 | 9,033.60 |
| FEE AT 0.00% | 9.42 | 235.94 |
| TOTAL | 694.85 | 9,269.54 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 144.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-015

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 102.48 | 1,792.20 |
| INDIRECT COSTS LESS G&A | 306.59 | 1,404.91 |
| GENERAL & ADMIN 13.60% | 58.42 | 434.81 |
| SUBTOTAL | 467.49 | 3,631.92 |
| FEE AT 0.00% | 6.43 | 89.73 |
| TOTAL | 473.92 | 3,721.65 |

TOTAL CURRENT HOURS INCURRED 2.00
TOTAL CUMULATIVE HRS INCURRED 47.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-016

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 12,473.54 |
| DIRECT MATERIALS | 0.00 | 476.61 |
| INDIRECT COSTS LESS G&A | 1,670.21 | 9,778.01 |
| GENERAL & ADMIN 13.60% | 248.21 | 3,091.03 |
| SUBTOTAL | 1,918.42 | 25,819.19 |
| FEE AT 0.00% | 26.37 | 627.77 |
| TOTAL | 1,944.79 | 26,446.96 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 365.50

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-099

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 94.74 | 1,179.02 |
| GENERAL & ADMIN | 13.60% | 13.97 | 160.35 |
| SUBTOTAL | | 108.71 | 1,339.37 |
| FEE AT | 0.00% | 1.49 | 30.75 |
| TOTAL | | 110.20 | 1,370.12 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 817
MARAD REUTILIZATION MATERIAL PROGRAM
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4817-001

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| SUBCONTRACT/CONSLTNT | | 0.00 | 48,338.86 |
| DIRECT MATERIALS | | 0.00 | 844.58 |
| GENERAL & ADMIN | 13.60% | 49.19 | 6,688.95 |
| SUBTOTAL | | 49.19 | 55,872.39 |
| FEE AT 0.00% | | 0.68 | 1,417.09 |
| TOTAL | | 49.87 | 57,289.48 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 817
MARAD REUTILIZATION MATERIAL PROGRAM
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4817-099

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 0.00 | 0.77 |
| GENERAL & ADMIN | 13.60% | 0.00 | 0.10 |
| SUBTOTAL | | 0.00 | 0.87 |
| FEE AT | 0.00% | 0.00 | 0.02 |
| TOTAL | | 0.00 | 0.89 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 819
EMPIRE STATE LOGISTICS OVERHAUL
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4819-006

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 655.69 |
| SUBCONTRACT/CONSLTNT | 0.00 | 29,918.42 |
| TRAVEL | 0.00 | 524.94 |
| INDIRECT COSTS LESS G&A | 87.80 | 514.00 |
| GENERAL & ADMIN 13.60% | 43.46 | 4,299.37 |
| SUBTOTAL | 131.26 | 35,912.42 |
| FEE AT 0.00% | 1.80 | 931.32 |
| TOTAL | 133.06 | 36,843.74 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 17.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-001

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 91.42 | 6,902.21 |
| TRAVEL | 0.00 | 43.50 |
| DIRECT MATERIALS | 0.00 | 197.28 |
| INDIRECT COSTS LESS G&A | 983.63 | 5,410.64 |
| GENERAL & ADMIN 13.60% | 157.68 | 1,707.29 |
| SUBTOTAL | 1,232.73 | 14,260.92 |
| FEE AT 0.00% | 16.94 | 344.73 |
| TOTAL | 1,249.67 | 14,605.65 |

TOTAL CURRENT HOURS INCURRED 2.00
TOTAL CUMULATIVE HRS INCURRED 151.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-002

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 594.23 |
| SUBCONTRACT/CONSLTNT | 699.63 | 10,787.33 |
| DIRECT MATERIALS | 609.26 | 10,628.95 |
| INDIRECT COSTS LESS G&A | 79.57 | 465.82 |
| GENERAL & ADMIN 13.60% | 209.92 | 3,056.78 |
| SUBTOTAL | 1,598.38 | 25,533.11 |
| FEE AT 0.00% | 21.97 | 664.41 |
| TOTAL | 1,620.35 | 26,197.52 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 13.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-003

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 59,548.28 |
| SUBCONTRACT/CONSLTNT | 0.00 | 1,263.30 |
| DIRECT MATERIALS | 0.00 | 593.81 |
| INDIRECT COSTS LESS G&A | 7,973.52 | 46,679.90 |
| GENERAL & ADMIN 13.60% | 1,184.51 | 14,699.60 |
| SUBTOTAL | 9,158.03 | 122,784.89 |
| FEE AT 0.00% | 125.87 | 2,967.00 |
| TOTAL | 9,283.90 | 125,751.89 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 3,583.00 |

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - B22
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-004

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| SUBCONTRACT/CONSLTNT | | 0.00 | 23,413.01 |
| DIRECT MATERIALS | | 0.00 | 539.13 |
| GENERAL & ADMIN | 13.60% | 23.95 | 3,257.49 |
| SUBTOTAL | | 23.95 | 27,209.63 |
| FEE AT 0.00% | | 0.33 | 629.91 |
| TOTAL | | 24.28 | 27,839.54 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-005

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 536.89 |
| DIRECT MATERIALS | 0.00 | 232.78 |
| INDIRECT COSTS LESS G&A | 71.89 | 420.87 |
| GENERAL & ADMIN 13.60% | 10.89 | 161.91 |
| SUBTOTAL | 82.78 | 1,352.45 |
| FEE AT 0.00% | 1.14 | 39.28 |
| TOTAL | 83.92 | 1,391.73 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 17.50

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-006

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| SUBCONTRACT/CONSLTNT | | 0.00 | 1,356.80 |
| DIRECT MATERIALS | | 0.00 | 3,423.07 |
| GENERAL & ADMIN | 13.60% | 4.78 | 650.06 |
| SUBTOTAL | | 4.78 | 5,429.93 |
| FEE AT | 0.00% | 0.07 | 137.91 |
| TOTAL | | 4.85 | 5,567.84 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-099

| BILLING PD FROM: 12/01/04 TO: 12/07/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 2.43 | 47.77 |
| GENERAL & ADMIN | 13.60% | 0.38 | 6.50 |
| SUBTOTAL | | 2.81 | 54.27 |
| FEE AT 0.00% | | 0.04 | 1.19 |
| TOTAL | | 2.85 | 55.46 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000266

PAGE: 01
BILLING DATE: 12/31/04

DESCRIP: WO - 823
TRANSITION
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4823-004

| BILLING PD FROM: 12/08/04 TO: 12/31/04 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 24,285.77 | 24,285.77 |
| OTHER DIRECT COSTS | | 294.35 | 294.35 |
| TRAVEL | | 306.25 | 306.25 |
| DIRECT MATERIALS | | 981.29 | 981.29 |
| INDIRECT COSTS LESS G&A | | 19,037.62 | 19,037.62 |
| GENERAL & ADMIN | 13.60% | 6,107.12 | 6,107.12 |
| SUBTOTAL | | 51,012.40 | 51,012.40 |
| FEE AT | 0.00% | 701.10 | 701.10 |
| TOTAL | | 51,713.50 | 51,713.50 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 815.00 |
| TOTAL CUMULATIVE HRS INCURRED | 815.00 |

Standard Form 1034 (EG)
Revised October 1987
Department of the Treasury
1 TFM 4-2000
1034-121

# PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL

VOUCHER NO. 267

U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION
U.S. DOT, MARITIME ADMINISTRATION
DIV. ACCT. OPS. MAR-333, RM 7325
400 SEVENTH STREET, SW
WASHINGTON, DC 20590

DATE VOUCHER PREPARED: March 31, 2005
CONTRACT NUMBER AND DATE: DTMA91-95-C-00024
REQUISITION NUMBER AND DATE: IR99MP0100, 10/01/98

SCHEDULE NO.
PAID BY

PAYEE'S NAME AND ADDRESS:
VERIDYNE, INC.
Through ACH Vendor Payment System to:
Republic First Bank
East Norriton, PA
Account 108-368-6

DATE INVOICE RECEIVED
DISCOUNT TERMS
PAYEE'S ACCOUNT NUMBER

SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUANTITY | UNIT PRICE COST | UNIT PRICE PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| | Jan. 1 2005 THRU Mar. 31 2005 | SEE ATTACHED DETAIL<br><br>I CERTIFY THAT ALL PAYMENTS REQUESTED ARE FOR APPROPRIATE PURPOSES AND IN ACCORDANCE WITH THE CONTRACT.<br>[signature]<br>Samuel J. Patterson, Founder & CEO | | | | |

(Use continuation sheet(s) if necessary) **(Payee must NOT use the space below)** TOTAL $243,109.77

PAYMENT:
- [ ] PROVISIONAL
- [ ] COMPLETE
- [ ] PARTIAL
- [ ] FINAL
- [ ] PROGRESS
- [ ] ADVANCE

APPROVED FOR =$ | EXCHANGE RATE =$1.00 | DIFFERENCE $

BY 2

TITLE

Amount verified; correct for
(Signature or initials)

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

(Date) (Authorized Certifying Officer) 2 (Title)

ACCOUNTING CLASSIFICATION

PAID BY: CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank)

CASH $ | DATE | PAYEE 3

PER

TITLE

When stated in foreign currency, insert name of currency.
2 If the ability to certify and authority to approve are combined in one person, one s[ignature only is necessary; otherwise the] approving officer will sign in the space provided, over his official title.
3 When a voucher is receipted in the name of a company or corporation, the name [of the person writing the company or] corporate name, as well as the capacity in which he signs, must appear. For exa[mple: "John Doe Company, per John] Smith, Secretary", or "Treasurer", as the case may be.

Blumberg No. 5137 — BF

Previous edition usable.

Designed using Perform Pro, WHS/DIOR

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.