U.S. Department of Transportation
Maritime Administration
Contract: DTMA91-95-C-0024 (SBA No. 0303-95-1-00055)

Veridyne, Inc. Voucher 267
Direct Labor Rates by Labor Category
March 31, 2005

| Last Name | First Name | Hourly Rate | Title |
|---|---|---|---|
| Balan | Leonid | $34.62 | System Analyst II |
| Behmand | Touraj | $24.88 | System Analyst I |
| Bui | Tuan Q. | $43.38 | System Analyst I |
| Dizon | Angelito | $57.52 | Sr. Analyst/Engineer |
| Goodnight | Susan M. | $34.88 | System Analyst II |
| Graham | Timothy L. | $51.24 | Sr. Analyst/Engineer |
| Johnson | Coretz | $13.50 | Key Entry Operator II |
| Kaider | Michael T. | $30.26 | System Analyst II |
| Kulkarni | Narendra | $32.70 | System Analyst II |
| Ledbetter | Tina | $19.06 | System Analyst I |
| McLean | Robert M. | $40.34 | Sr. Analyst/Engineer |
| Metzger | Joseph G. | $24.20 | System Analyst II |
| Washington | Michelle T. | $23.98 | System Analyst I |

## MARAD Claim Costs

Contract DTMA91-95-C-00024

| | | | |
|---|---|---|---|
| **Arlington, VA Office** | | | |
| Sep. 2004 | | $ 16,697.51 | |
| Oct. 2004 | | 16,697.51 | |
| Nov. 2004 | | 16,697.51 | |
| Dec. 2004 | | 16,697.51 | |
| Jan. 2005 | | 16,697.51 | |
| Feb. 2005 | | 16,697.51 | |
| Mar. 2005 | | 16,697.51 | |
| | Subtotal | | $ 116,882.57 |
| **Newport News, VA Suite 1003** | | | |
| Sep. 2004 | | $ 1,739.71 | |
| Oct. 2004 | | 1,739.71 | |
| Nov. 2004 | | 1,739.71 | |
| Dec. 2004 | | 1,739.71 | |
| Jan. 2005 | | 1,739.71 | |
| Feb. 2005 | | 1,739.71 | |
| Mar. 2005 | | 1,739.71 | |
| Apr. 2005 | | 1,739.71 | |
| May 2005 | | 1,739.71 | |
| | Subtotal | | $ 15,657.39 |
| **Computer Leases** | | | |
| Dell | | | |
| Sep. 2004 | | $ 1,656.93 | |
| Oct. 2004 | | 1,656.93 | |
| Nov. 2004 | | 1,656.93 | |
| Dec. 2004 | | 1,656.93 | |
| To Lease End | | 29,824.74 | |
| | Subtotal | | $ 36,452.46 |
| Celtic | | | |
| Sep. 2004 | | $ 1,599.85 | |
| Oct. 2004 | | 1,599.85 | |
| Nov. 2004 | | 1,599.85 | |
| Dec. 2004 | | 1,599.85 | |
| To Lease End | | 4,799.55 | |
| | Subtotal | | $ 11,198.95 |
| **Xerox Copier/Printer** | | | |
| Lease | | | |
| Buyout | | $ 24,027.97 | |
| | Subtotal | | $ 24,027.97 |
| Maintenance | | | |
| Sep. 2004 | | $ 222.98 | |
| Oct. 2004 | | 222.98 | |
| Nov. 2004 | | 222.98 | |
| Dec. 2004 | | 222.98 | |
| To Agreement End | | 8,027.28 | |
| | Subtotal | | $ 8,919.20 |
| **Postage Meter Lease** | | | |
| Sep. 2004 | | $ 50.04 | |
| Oct. 2004 | | 50.04 | |
| Nov. 2004 | | 50.04 | |
| Dec. 2004 | | 50.04 | |
| To Agreement End | | 350.28 | |
| | Subtotal | | $ 550.44 |
| | | **Total** | **$ 213,688.98** |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO-812
SHIP SUPPORT MATERIAL PROCUREMENT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4812

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 59,772.22 |
| OTHER DIRECT COSTS | -1,774.46 | 21,805.90 |
| SUBCONTRACT/CONSLTNT | 0.00 | 110,725.28 |
| TRAVEL | 0.00 | 564.01 |
| DIRECT MATERIALS | 0.00 | 22,690.64 |
| INDIRECT COSTS LESS G&A | 0.00 | 46,855.44 |
| GENERAL & ADMIN 13.60% | -241.33 | 35,688.23 |
| SUBTOTAL | -2,015.79 | 298,101.72 |
| FEE AT 0.00% | 0.00 | 7,596.61 |
| TOTAL | -2,015.79 | 305,698.33 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 2,910.50 |

:EPORT DATE: 04/05/05 12:10 VERIDYNE, INC. PAGE 000
CERTIFICATION OF PERFORMANCE
ODC DETAIL
·812-001 SHIP SUPPORT MAT'L PROCUR FROM 01/01/05 TO 03/31/05 BILL NUMBER: 000267

| UFFIX | TRANS CODE | TRANSACTION DESCRIPTION | VOUCHER NUMBER | VENDOR NAME | P.O. NO. | INVOICE NUMBER | PERIOD | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4. | OTHER DIRECT COSTS | | | | | | | |
| | 00 | NN RENT 12/7/04-12/31/04 | 046871 | HEATH PROPERTIES INC | | DEC04-ADJ | 01/05 | -1,362.1: |
| | 00 | TRASH REMVL 12/7-12/31/04 | 046872 | BFI | | 13082004A | 01/05 | -127.2( |
| | 00 | LIFT TRUCK RNT 12/7-12/22 | 046883 | ALLSTATE EQUIPMENT CO INC | | 1R1508050A | 01/05 | -285.1: |
| | | | | | | | VOUCHER TOTAL: | -1,774.4( |
| | | | | | | | ODC TOTAL: | -1,774.4( |
| | | | | | | | TOTAL ODC AMOUNT: | -1,774.4( |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO-813
SPARE PART PROVISIONING SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4813

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 84,319.16 |
| OTHER DIRECT COSTS | 0.00 | 1,182.41 |
| TRAVEL | 0.00 | 9,250.71 |
| DIRECT MATERIALS | 0.00 | 1,893.90 |
| INDIRECT COSTS LESS G&A | 0.00 | 66,097.79 |
| GENERAL & ADMIN 13.60% | 0.00 | 22,133.18 |
| SUBTOTAL | 0.00 | 184,877.15 |
| FEE AT 0.00% | 0.00 | 4,566.95 |
| TOTAL | 0.00 | 189,444.10 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 4,801.50 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO-813
SPARE PART PROVISIONING SUPPORT
*ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585*

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
*2002 SPROUL ROAD, SUITE 206*
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4813-099

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 0.00 | 960.83 |
| GENERAL & ADMIN | 13.60% | 0.00 | 130.67 |
| SUBTOTAL | | 0.00 | 1,091.50 |
| FEE AT | 0.00% | 0.00 | 26.34 |
| TOTAL | | 0.00 | 1,117.84 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-002

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 9,249.72 |
| SUBCONTRACT/CONSLTNT | 0.00 | 14,450.10 |
| DIRECT MATERIALS | 0.00 | 586.74 |
| INDIRECT COSTS LESS G&A | 0.00 | 7,250.86 |
| GENERAL & ADMIN 13.60% | 0.00 | 4,289.09 |
| SUBTOTAL | 0.00 | 35,826.51 |
| FEE AT 0.00% | 0.00 | 896.47 |
| TOTAL | 0.00 | 36,722.98 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 534.50 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-011

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 131,965.54 |
| SUBCONTRACT/CONSLTNT | 0.00 | 59,443.17 |
| TRAVEL | 0.00 | 3,507.55 |
| DIRECT MATERIALS | 0.00 | 3,536.25 |
| INDIRECT COSTS LESS G&A | 0.00 | 103,447.79 |
| GENERAL & ADMIN 13.60% | 0.00 | 41,058.44 |
| SUBTOTAL | 0.00 | 342,958.74 |
| FEE AT 0.00% | 0.00 | 8,421.96 |
| TOTAL | 0.00 | 351,380.70 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 4,597.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-019

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| SUBCONTRACT/CONSLTNT | | 0.00 | 2,632.07 |
| DIRECT MATERIALS | | 0.00 | 915.52 |
| GENERAL & ADMIN | 13.60% | 0.00 | 482.47 |
| SUBTOTAL | | 0.00 | 4,030.06 |
| FEE AT | 0.00% | 0.00 | 98.44 |
| TOTAL | | 0.00 | 4,128.50 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-035

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 25.48 |
| SUBCONTRACT/CONSLTNT | 0.00 | 26,893.36 |
| DIRECT MATERIALS | 0.00 | 876.34 |
| INDIRECT COSTS LESS G&A | 0.00 | 19.97 |
| GENERAL & ADMIN 13.60% | 0.00 | 3,782.86 |
| SUBTOTAL | 0.00 | 31,598.01 |
| FEE AT 0.00% | 0.00 | 797.75 |
| TOTAL | 0.00 | 32,395.76 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 1.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-048

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 382.20 |
| SUBCONTRACT/CONSLTNT | 0.00 | 17,293.81 |
| DIRECT MATERIALS | 0.00 | 1,066.32 |
| INDIRECT COSTS LESS G&A | 0.00 | 299.61 |
| GENERAL & ADMIN 13.60% | 0.00 | 2,589.70 |
| SUBTOTAL | 0.00 | 21,631.64 |
| FEE AT 0.00% | 0.00 | 447.08 |
| TOTAL | 0.00 | 22,078.72 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 15.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-052

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 982.98 |
| SUBCONTRACT/CONSLTNT | 0.00 | 65,924.46 |
| TRAVEL | 0.00 | 260.72 |
| DIRECT MATERIALS | 0.00 | 1,429.98 |
| INDIRECT COSTS LESS G&A | 0.00 | 770.56 |
| GENERAL & ADMIN 13.60% | 0.00 | 9,434.14 |
| SUBTOTAL | 0.00 | 78,802.84 |
| FEE AT 0.00% | 0.00 | 2,078.30 |
| TOTAL | 0.00 | 80,881.14 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 23.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-055

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 6,228.05 |
| SUBCONTRACT/CONSLTNT | 0.00 | 2,494.23 |
| TRAVEL | 0.00 | 396.70 |
| DIRECT MATERIALS | 0.00 | 1,338.61 |
| INDIRECT COSTS LESS G&A | 0.00 | 4,882.17 |
| GENERAL & ADMIN 13.60% | 0.00 | 2,086.21 |
| SUBTOTAL | 0.00 | 17,425.97 |
| FEE AT 0.00% | 0.00 | 457.87 |
| TOTAL | 0.00 | 17,883.84 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 353.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-057

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 764.40 |
| OTHER DIRECT COSTS | 0.00 | 336.80 |
| SUBCONTRACT/CONSLTNT | 298.22 | 591,922.90 |
| DIRECT MATERIALS | 0.00 | 7,257.38 |
| INDIRECT COSTS LESS G&A | 0.00 | 599.21 |
| GENERAL & ADMIN 13.60% | 40.56 | 81,719.78 |
| SUBTOTAL | 338.78 | 682,600.47 |
| FEE AT 0.00% | 0.00 | 16,258.14 |
| TOTAL | 338.78 | 698,858.61 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 30.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 814
READY RESERVE FORCE LOGISTICS SUPPORT
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4814-058

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 1,332.38 |
| SUBCONTRACT/CONSLTNT | 21.15 | 222,246.40 |
| TRAVEL | 0.00 | 584.24 |
| DIRECT MATERIALS | 0.00 | 3,979.23 |
| INDIRECT COSTS LESS G&A | 0.00 | 1,044.45 |
| GENERAL & ADMIN 13.60% | 2.88 | 31,169.39 |
| SUBTOTAL | 24.03 | 260,356.09 |
| FEE AT 0.00% | 0.00 | 5,956.13 |
| TOTAL | 24.03 | 266,312.22 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 38.00 |

CERTIFICATION OF PERFORMANCE
ODC DETAIL

814-058 CAPE TEXAS LOG OVHL FROM 01/01/05 TO 03/31/05 BILL NUMBER: 000267

| UFF'Y | TRANS CODE | TRANSACTION DESCRIPTION | VOUCHER NUMBER | VENDOR NAME | P.O. NO. | INVOICE NUMBER | PERIOD | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4-, | SUBCONTRACT/CONSLTNT | | | | | | | |
| | 00 | INS, INC. 7/13/04-12/7/04 | 047220 | INS INCORPORATED | | MAR10020 | 03/05 | 21.15 |
| | | | | | | | VOUCHER TOTAL: | 21.15 |
| | | | | | | | ODC TOTAL: | 21.15 |
| | | | | | | | TOTAL ODC AMOUNT: | 21.15 |

CERTIFICATION OF PERFORMANCE
ODC DETAIL

814-059 CAPE GIBSON LOG OVHL FROM 01/01/05 TO 03/31/05 BILL NUMBER: 000267

| UFFIX | TRANS CODE | TRANSACTION DESCRIPTION | VOUCHER NUMBER | VENDOR NAME | P.O. NO. | INVOICE NUMBER | PERIOD | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4-. | | SUBCONTRACT/CONSLTNT | | | | | | |
| | 00 | INS, INC. 7/13/04-12/7/04 | 047220 | INS INCORPORATED | | MAR10020 | 03/05 | 1,917.3 |
| | | | | | | | VOUCHER TOTAL: | 1,917.3 |
| | | | | | | | ODC TOTAL: | 1,917.3 |
| | | | | | | | TOTAL ODC AMOUNT: | 1,917.3 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 576,479.49 |
| OTHER DIRECT COSTS | 0.00 | 1,179.02 |
| SUBCONTRACT/CONSLTNT | 3,569.25 | 3,569.25 |
| TRAVEL | 0.00 | 1,783.80 |
| DIRECT MATERIALS | -3,569.25 | 60,780.69 |
| INDIRECT COSTS LESS G&A | 0.00 | 451,902.27 |
| GENERAL & ADMIN 13.60% | 0.00 | 149,014.47 |
| SUBTOTAL | 0.00 | 1,244,708.99 |
| FEE AT 0.00% | 0.00 | 29,946.44 |
| TOTAL | 0.00 | 1,274,655.43 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 18,082.00 |

REPORT DATE: 04/05/05 12:10 VERIDYNE, INC. PAGE 000

CERTIFICATION OF PERFORMANCE

ODC DETAIL

1815-001 DATA MAIN & SPECIAL RPTS. FROM 01/01/05 TO 03/31/05 BILL NUMBER: 000267

| SUFFIX | TRANS CODE | TRANSACTION DESCRIPTION | VOUCHER NUMBER | VENDOR NAME | P.O. NO. | INVOICE NUMBER | PERIOD | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4- | SUBCONTRACT/CONSLTNT | | | | | | | |
| | 00 | INTERGRATION OF MLSS | 047165 | ELAINA M. MANGIONE | | 2004-001AD | 03/05 | 3,569.2 |
| | | | | | | VOUCHER TOTAL: | | 3,569.2 |
| | | | | | | ODC TOTAL: | | 3,569.2 |
| 46 | DIRECT MATERIALS | | | | | | | |
| | 00 | INTERGRATION OF MLSS | 047165 | ELAINA M. MANGIONE | | 2004-001AD | 03/05 | -3,569.2 |
| | | | | | | VOUCHER TOTAL: | | -3,569.2 |
| | | | | | | ODC TOTAL: | | -3,569.2 |
| | | | | | | TOTAL ODC AMOUNT: | | 0.0 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-003

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| DIRECT LABOR | | 0.00 | 63,856.72 |
| TRAVEL | | 0.00 | 638.45 |
| DIRECT MATERIALS | | 0.00 | 53,807.54 |
| INDIRECT COSTS LESS G&A | | 0.00 | 50,057.28 |
| GENERAL & ADMIN | 13.60% | 0.00 | 22,896.96 |
| SUBTOTAL | | 0.00 | 191,256.95 |
| FEE AT | 0.00% | 0.00 | 4,285.95 |
| TOTAL | | 0.00 | 195,542.90 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 2,163.50 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-013

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 4,457.71 |
| INDIRECT COSTS LESS G&A | 0.00 | 3,494.40 |
| GENERAL & ADMIN 13.60% | 0.00 | 1,081.49 |
| SUBTOTAL | 0.00 | 9,033.60 |
| FEE AT 0.00% | 0.00 | 235.94 |
| TOTAL | 0.00 | 9,269.54 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 144.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-015

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 1,792.20 |
| INDIRECT COSTS LESS G&A | 0.00 | 1,404.91 |
| GENERAL & ADMIN 13.60% | 0.00 | 434.81 |
| SUBTOTAL | 0.00 | 3,631.92 |
| FEE AT 0.00% | 0.00 | 89.73 |
| TOTAL | 0.00 | 3,721.65 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 47.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 815
DATABASE MAINTENANCE AND SPECIAL REPORTS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4815-099

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 0.00 | 1,179.02 |
| GENERAL & ADMIN | 13.60% | 0.00 | 160.35 |
| SUBTOTAL | | 0.00 | 1,339.37 |
| FEE AT | 0.00% | 0.00 | 30.75 |
| TOTAL | | 0.00 | 1,370.12 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 817
MARAD REUTILIZATION MATERIAL PROGRAM
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333, ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4817-001

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| SUBCONTRACT/CONSLTNT | | 0.00 | 48,338.86 |
| DIRECT MATERIALS | | 0.00 | 844.58 |
| GENERAL & ADMIN | 13.60% | 0.00 | 6,688.95 |
| SUBTOTAL | | 0.00 | 55,872.39 |
| FEE AT 0.00% | | 0.00 | 1,417.09 |
| TOTAL | | 0.00 | 57,289.48 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 0.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 818
OPDS & APF-ECSMIS PC-SAL UPDATE
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4818

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| SUBTOTAL | 0.00 | 0.00 |
| FEE AT 0.00% | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 818
OPDS & APF-ECSMIS PC-SAL UPDATE
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4818-002

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| SUBTOTAL | 0.00 | 0.00 |
| FEE AT 0.00% | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 818
OPDS & APF-ECSMIS PC-SAL UPDATE
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4818-004

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| SUBTOTAL | 0.00 | 0.00 |
| FEE AT 0.00% | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 0.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 819
EMPIRE STATE LOGISTICS OVERHAUL
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4819

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 655.69 |
| SUBCONTRACT/CONSLTNT | 0.00 | 29,918.42 |
| TRAVEL | 0.00 | 524.94 |
| INDIRECT COSTS LESS G&A | 0.00 | 514.00 |
| GENERAL & ADMIN 13.60% | 0.00 | 4,299.37 |
| SUBTOTAL | 0.00 | 35,912.42 |
| FEE AT 0.00% | 0.00 | 931.32 |
| TOTAL | 0.00 | 36,843.74 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 17.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 819
EMPIRE STATE LOGISTICS OVERHAUL
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4819-099

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| SUBTOTAL | 0.00 | 0.00 |
| FEE AT 0.00% | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 0.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-001

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 6,902.21 |
| TRAVEL | 0.00 | 43.50 |
| DIRECT MATERIALS | 0.00 | 197.28 |
| INDIRECT COSTS LESS G&A | 0.00 | 5,410.64 |
| GENERAL & ADMIN 13.60% | 0.00 | 1,707.29 |
| SUBTOTAL | 0.00 | 14,260.92 |
| FEE AT 0.00% | 0.00 | 344.73 |
| TOTAL | 0.00 | 14,605.65 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 151.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-003

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 59,548.28 |
| SUBCONTRACT/CONSLTNT | 0.00 | 1,263.30 |
| DIRECT MATERIALS | 0.00 | 593.81 |
| INDIRECT COSTS LESS G&A | 0.00 | 46,679.90 |
| GENERAL & ADMIN 13.60% | 0.00 | 14,699.60 |
| SUBTOTAL | 0.00 | 122,784.89 |
| FEE AT 0.00% | 0.00 | 2,967.00 |
| TOTAL | 0.00 | 125,751.89 |

TOTAL CURRENT HOURS INCURRED 0.00
TOTAL CUMULATIVE HRS INCURRED 3,583.00

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-005

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 0.00 | 536.89 |
| DIRECT MATERIALS | 0.00 | 232.78 |
| INDIRECT COSTS LESS G&A | 0.00 | 420.87 |
| GENERAL & ADMIN 13.60% | 0.00 | 161.91 |
| SUBTOTAL | 0.00 | 1,352.45 |
| FEE AT 0.00% | 0.00 | 39.28 |
| TOTAL | 0.00 | 1,391.73 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 17.50 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 822
ENDURING FREEDOM ACTIVATIONS
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4822-099

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|---|
| OTHER DIRECT COSTS | | 0.00 | 47.77 |
| GENERAL & ADMIN | 13.60% | 0.00 | 6.50 |
| SUBTOTAL | | 0.00 | 54.27 |
| FEE AT | 0.00% | 0.00 | 1.19 |
| TOTAL | | 0.00 | 55.46 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 0.00 |
| TOTAL CUMULATIVE HRS INCURRED | 0.00 |

BILLING #: 000267

PAGE: 01
BILLING DATE: 03/31/05

DESCRIP: WO - 823
TRANSITION
ANY QUESTIONS PLEASE CONTACT ACCOUNTING AT 610-325-1585

TO: DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION
DIV ACCT OPS MAR-333,ROOM 7322
400 SEVENTH ST., S.W.
WASHINGTON, DC 20590

FROM: VERIDYNE, INC.
2002 SPROUL ROAD, SUITE 206
BROOMALL, PA 19008-3510

ACCOUNT NUMBER: 4823-004

| BILLING PD FROM: 01/01/05 TO: 03/31/05 | CURRENT BILLING | CUMULATIVE BILLED |
|---|---|---|
| DIRECT LABOR | 14,063.89 | 38,349.66 |
| OTHER DIRECT COSTS | 494.40 | 788.75 |
| TRAVEL | 400.98 | 707.23 |
| DIRECT MATERIALS | -547.61 | 433.68 |
| INDIRECT COSTS LESS G&A | 11,024.68 | 30,062.30 |
| GENERAL & ADMIN 13.60% | 3,459.34 | 9,566.46 |
| SUBTOTAL | 28,895.68 | 79,908.08 |
| FEE AT 0.00% | 0.00 | 701.10 |
| TOTAL | 28,895.68 | 80,609.18 |

| | |
|---|---|
| TOTAL CURRENT HOURS INCURRED | 669.00 |
| TOTAL CUMULATIVE HRS INCURRED | 1,484.00 |

REPORT DATE: 04/05/05 VERIDYNE, INC. PAGE 002
REPORT TIME 12:24 CERTIFICATION OF PERFORMANCE
CONTRACT #: 4823-004 FROM 01/01/05 TO 03/31/05

PRIME CONTRACT ID: DTMA91-95-C-00024
OTHER CONTRACT ID: TD 823-04

| JOB CATEGORY | CURRENT HOURS | CURRENT COSTS | CUMULATIVE HOURS | CUMULATIVE COSTS |
|---|---|---|---|---|
| Continued from page 01 | | | | |
| BALAN, LEONID | 2.0 | 69.24 | 14.0 | 407.76 |
| KULKARNI, NARENDRA | 2.0 | 65.40 | 26.0 | 815.40 |
| BENOIT, Y. WENDY | 0.0 | 0.00 | 8.0 | 203.84 |
| BARSTON, THIERRY | 0.0 | 0.00 | 16.0 | 920.00 |
| LABOR CATEGORY TOTAL | 93.0 | 2,465.38 | 359.5 | 10,187.81 |
| SR ANALYST/ENGINEER | | | | |
| DIZON, ANGELITO N. | 1.5 | 86.28 | 12.5 | 697.55 |
| GRAHAM, TIMOTHY L. | 8.0 | 409.92 | 54.0 | 2,766.96 |
| MCLEAN, ROBERT M. | 6.5 | 262.21 | 32.0 | 1,255.69 |
| LABOR CATEGORY TOTAL | 16.0 | 758.41 | 98.5 | 4,720.20 |
| MAINT DATA ANALYST I | | | | |
| CARLSON, ERIK | 0.0 | 0.00 | 2.0 | 30.54 |
| JONES, RICHARD | 0.0 | 0.00 | 13.0 | 215.93 |
| FORWARD, ISIAH | 0.0 | 0.00 | 6.0 | 90.78 |
| YORKOVICH, MARK C. | 0.0 | 0.00 | 6.0 | 84.18 |
| ADLER, DONALD D. | 0.0 | 0.00 | 7.0 | 100.38 |
| LABOR CATEGORY TOTAL | 0.0 | 0.00 | 34.0 | 521.81 |
| TASK TOTAL | 669.0 | 14,063.89 | 1,484.0 | 38,349.66 |
| CONTRACT TOTALS | 669.0 | 14,063.89 | 1,484.0 | 38,349.66 |

MAR 04 2005

U5-013 Y

926

**Veridyne, Inc. - BUSINESS TRAVEL & EXPENSE REPORT**

Expense Report Number

| Name: Susan Goodnight | Home Office Location: Newport News | | | Purpose of trip: First half / Marad Transition: Second half / Contract Management | | Was any part of this trip personal? N — Y or N (5) |
|---|---|---|---|---|---|---|
| | Wed | Thu | | Wed | Thu | Grand Total |
| Indicate dates (month/day) | 2/9/2005 | 2/10/2005 | | 2/16/2005 | 2/17/2005 | |
| City, State | NN | Arlington | | NN | Arlington | |
| City, State #2 if necessary | | | | | | |
| No. of miles (personal auto) | 180.00 | 180.00 | | 180.00 | 180.00 | 720.00 |
| Mileage Expense @$.405/mi.(1) | 72.90 | 72.90 | | 72.90 | 72.90 | 291.60 |
| Travel Tickets | | | | | | |
| Taxi/Subway | | | | | | |
| Parking/Tolls | 10.00 | | | | | 10.00 |
| Car rental | | | | | | |
| Gas & Oil | | | | | | |
| Lodging | 168.68 | | | 168.68 | | 337.36 |
| Meals & Incidentals | 38.25 | 38.25 | | 38.25 | 38.25 | 153.00 |
| Telephone | | | | | | |
| Conferences & Seminars (2) | | | | | | |
| Technical Discussions (3) | | | | | | |
| Empl. acquisition interview (3) | | | | | | |
| Office Supplies | | | | | | |
| Miscellaneous (2) | | | | | | |
| Daily Totals | 289.83 | 111.15 | | 279.83 | 111.15 | 791.96 |

(1) For mileage reimbursement, location and purpose must be outlined on back of form
(2) All conferences & seminars and any misc. expenses must be explained in full on back of form
(3) All technical discussions and interviews must be explained in full on back of form
(4) Employee should attach a check or money order for full amount to settle account.
(5) Explain any personal part of the trip on back of form

| Type of advance | Amount |
|---|---|
| Cash | |
| Paid by company | |
| Other | |
| Total Advance | |

| Charge Number | Date(s) | Amount |
|---|---|---|
| 4823-004-00 | 2/9, 2/10 | 400.98 |
| 300-300-00 | 2/16, 2/17 | 390.98 |
| | | |
| | | |
| | | |
| Total (Must equal total expenses) | | 791.96 |

Balance Due = Total Expense -Total Advance

| | |
|---|---|
| Balance Due Employee | 791.96 |
| Balance Due Company (4) | |

Please attach a copy of your time sheet if travel charges are included in this report.

Employee Signature — Date 2/23/05 — Manager's signature — Date — Additional approval (as required) — Date

**Veridyne Form 26**

2/23/2005

Veridyne
VERIDYNE, INC.

June 13, 2005

Erica L. Williams
Contracting Officer
U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Room 7310
400 7th Street, S.W.
Washington, D.C. 20590

Re: Contract No. DTMA91-95-C-00024

Dear Ms. Williams:

Attached are copies of invoices numbered 260 through 267, totaling $2,267,163.96, submitted by Veridyne, Inc. for services under the above-referenced contract. All of these invoices are over 60 days old, none had been paid, and your counsel, Messrs. Ostrom and Wiese, have informed Veridyne that the Maritime Administration ("MARAD") refuses to pay them. Therefore, Veridyne is left with no alternative but to resubmit these invoices as formal claims pursuant to the Contract Disputes Act.

Since Veridyne has submitted these demands for payment through the SADBUS Office at the Department of Transportation, MARAD is well aware of Veridyne's position. Therefore, MARAD should be able to respond with a final decision in less than the 60 days provided by statute. As President and Chief Executive Office of Veridyne, and pursuant to FAR 33.207(c) and 52.233-1(d)(2)(iii), I certify that the claim made herein is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of contractor.

Sincerely,

Samuel J. Patterson
Founder and Chief Executive Officer
Veridyne, Inc.

Blumberg No. 5127
36

08/30/2005 16:07 16103251599 VERIDYNE PAGE 02/02
Aug 30 05 04:44p p.2

U.S. Department
of Transportation
**MARITIME**
**ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

August 29, 2005

Veridyne, Inc.
Attn: Sam Patterson
Chief Executive Officer
2002 Sproul Road, Suite 206
Broomall, PA 19008-3515

Re: Veridyne letter dated June 13, 2005
<u>Contract No. DTMA91-95-C-00024</u>

Mr. Patterson,

We have received your request for a Contracting Officer's final decision regarding several unpaid invoices on the referenced contract. As you are aware, your counsel is currently in discussions with MARAD counsel regarding the legality of the contract under which your invoices were submitted. I have been informed by my counsel that the matter involves allegations of fraud. Since under the Contract Disputes Act, 41 U.S.C.A. § 605(a), and the Federal Acquisition Regulation 33.210, a contracting officer does not have authority to settle, compromise, pay or adjust any claim involving fraud, please direct all inquiries and communications related to this matter to MARAD's counsel, through your counsel.

Sincerely,

Iris B. Cooper

Iris B. Cooper
Director, Office of Acquisition

cc: Julie Nelson, Esq., Chief Counsel, Maritime Administration
Brian A. Bannon, Esq., Blank Rome, L.L.P., Counsel for Veridyne

Blumberg No. 5137
8H