# United States Court of Federal Claims

**No. 06-150 C**
**November 14, 2006**

**VERIDYNE CORP.,**

***Plaintiff*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant*.**

## STATUS REPORT ORDER

On October 25, 2006, parties filed a Joint Preliminary Status Report with the Court. The Court conducted a preliminary scheduling telephone conference with the parties on Tuesday, November 14, 2006. During the telephone conference counsel for defendant informed the Court that new counsel would soon be assigned for defendant. Accordingly, after new counsel for defendant has been assigned, the parties shall meet to discuss a proposed schedule for further proceedings. Further, parties shall file a Joint Status Report with the Court by **Friday, December 8, 2006**, which includes:

(1) a proposed briefing schedule for a response and reply to plaintiff's Motion for Summary Judgment; and

(2) a proposed schedule for proceeding with discovery and resolution of the matter.

**IT IS SO ORDERED.**

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**