IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-150C<br>(Judge Block) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED ANSWER AND COUNTERCLAIM

Pursuant to Rule 15 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests this Court grant it leave to file an Amended Answer and Counterclaim to make minor, non-substantive corrections to its previously-filed answer and counterclaim. A copy of defendant's redlined Amended Answer and Counterclaim is attached hereto as Exhibit A. Plaintiff's counsel has indicated that he has no objection to this motion for leave to amend.

Defendant requests leave to make the following changes to its previously filed Answer and Counterclaim:

Paragraph 46: Add reference to a December 13, 2004 letter from MARAD to Veridyne's counsel; remove "is the means by which MARAD 'informed' Veridyne of its views and which is" and replace with "are the best evidence of their content."

Paragraph 71: Replace "May 2000" with "March 2000."

Paragraph 72: Replace "May 2000" with "March 2000."

Paragraph 76: Replace "May 20, 1998" with "May 18, 1998"; add "SBA executed it May 20th" after first sentence.

Those changes defendant wishes to make will not change the substance of any of the responses in defendant's original answer, or allegations raised in defendant's original counterclaim. Nor will they in any way prejudice plaintiff or affect any other court-ordered deadlines. Accordingly, defendant respectfully requests this Court grant it leave to file its Amended Answer and Counterclaim.

Date: November 15, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Anuj Vohra
ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, DC 20530
202.353.0521
202.307.0972

Attorneys for Defendant