IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-150C<br>(Judge Block) |

JOINT STATUS REPORT

In response to the Court's order of November 14, 2006, the parties propose the following briefing schedule in response to the plaintiff's Motion for Summary Judgment:

| | |
|---|---|
| Defendant's Response and Cross-Motion for Summary Judgment | January 31, 2007 |
| Plaintiff's Reply and Response to Defendant's Cross-motion for Summary Judgment | March 15, 2007 |
| Defendant's Reply | April 30, 2007 |

In addition, the parties believe that it would serve the interest of judicial economy and the interests of the respective parties to postpone discovery until the issues raised in the above-described motions have been resolved. The parties therefore propose to stay discovery in the case pending resolution of the above motions.

Respectfully submitted,

s/ Marc Lamer
MARC LAMER
Kostos & Lamer, P.C.
1608 Walnut Street
Suite 1300
Philadelphia, PA 19103

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

December 8, 2006

CERTIFICATE OF FILING

I hereby certify that on this 8th day of December, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler