IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 21 days, to and including March 23, 2007, within which to respond to plaintiff's motion for summary judgment. Our response is presently due on March 2, 2007. This is our second request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant's counsel's first child was born on February 14, 2007, more than two and a half weeks prior to the child's due date. Counsel has scheduled two weeks paternity leave, and expects to return to the office on February 28, 2007. Defendant's counsel anticipates that an enlargement of three weeks will be necessary to prepare a response to plaintiff's motion for summary judgment and to obtain agency and internal review and approval.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

February 20, 2007

CERTIFICATE OF FILING

I hereby certify that on this 20th day of February 2007, a copy of the foregoing "Unopposed Motion for Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler