# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE A1 OF PAGES A1

2. CONTRACT (Proc. Inst. Ident.) NO. DTMA91-95-C-00024

3. EFFECTIVE DATE See Blk 20C

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.

5. ISSUED BY CODE
Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Room 7314
400 Seventh St., S.W.
Washington, DC 20590

6. ADMINISTERED BY (If other than Item 5) CODE

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)
U. S. Small Business Administration
Philadelphia Regional Office
475 Allendale Road, Suite 201
King of Prussia, Pennsylvania 19406

CODE | FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☐ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR CODE
See Section F

12. PAYMENT WILL BE MADE BY CODE
See Section G

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
Subject to FAR 52.232-18 AVAILABILITY OF FUNDS (APR 1984) Cited on Delivery Orders

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | This is an indefinite delivery, indefinite quantity, Cost Plus Award Fee Contract. Contractual contents are as shown in number 16 below. Funds are obligated by delivery orders and work will be authorized by work orders issued against the delivery orders. Govt. Guarantee is 10% | | | | |

15G. TOTAL AMOUNT OF CONTRACT ▶ $ 21,124,289.17

## 16. TABLE OF CONTENTS

| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I — THE SCHEDULE | | | | PART II — CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | A1 | X | I | CONTRACT CLAUSES | I1-I19 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | B1-B6 | | | PART III — LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | C1-C11 | X | J | LIST OF ATTACHMENTS | J1 |
| X | D | PACKAGING AND MARKING | D1 | | | PART IV — REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | E1 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | F1-F5 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | G1-G6 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | H1-H7 | | | | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
DELORES ELLIS
CONTRACTING OFFICER

20A. NAME OF CONTRACTING OFFICER

19B. NAME OF CONTRACTOR
BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED 3/27/95

20B. UNITED STATES OF AMERICA
BY [signature] (Signature of Contracting Officer)

20C. DATE SIGNED 3-14-95



Exh I

52.219-11 Special 8(a) Contract Conditions.

As prescribed in 19.811-3(a), insert the following clause:

SPECIAL 8(a) CONTRACT CONDITIONS
(FEB 1990)

The Small Business Administration (SBA) agrees to the following:

(a) To furnish the supplies or services set forth in this contract according to the specifications and the terms and conditions hereof by subcontracting with an eligible concern pursuant to the provisions of section 8(a) of the Small Business Act, as amended (15 U.S.C. 637(a)).

(b) That in the event SBA does not award a subcontract for all or a part of the work hereunder, this contract may be terminated either in whole or in part without cost to either party.

(c) Except for novation agreements and advance payments delegates to the MARAD the responsibility for administering the subcontract to be awarded hereunder with complete authority to take any action on behalf of the Government under the terms and conditions of the subcontract; provided, however, that the MARAD shall give advance notice to the SBA before it issues a final notice terminating the right of a subcontractor to proceed with further performance, either in whole or in part, under the subcontract for default or for the convenience of the Government.

(d) That payments to be made under any subcontract awarded under this contract will be made directly to the subcontractor by the MARAD.

(e) That the subcontractor awarded a subcontract hereunder shall have the right of appeal from decisions of the Contracting Officer cognizable under the "Disputes" clause of said subcontract.

(f) To notify the MARAD Contracting Officer immediately upon notification by the subcontractor that the owner or owners upon whom 8(a) eligibility was based plan to relinquish ownership or control of the concern.

(End of clause)

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350)
RATING
PAGE A2 OF PAGES A2

2. CONTRACT (Proc. Inst. Ident.) NO. 0303-95-1-00055
3. EFFECTIVE DATE: See Blk 20C
4. REQUISITION/PURCHASE REQUEST/PROJECT NO.

5. ISSUED BY CODE
U.S. Small Business Administration
Philadelphia Regional Office
475 Allendale Road, Suite 201
King of Prussia, Pennsylvania 19406

6. ADMINISTERED BY (If other than Item 5) CODE
Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition
400 Seventh St., S.W.
Washington, DC 20590

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)
Shepard-Patterson & Associates, Inc.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

CODE
FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☐ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR CODE
See Section F

12. PAYMENT WILL BE MADE BY CODE
See Section G

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
Subject to FAR 52.232-18 AVAILABILITY OF FUNDS (APR 1984) Cited on Delivery Orders

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | This is an indefinite delivery, indefinite quantity, Cost Plus Award Fee Contract. Contractual contents are as shown in number 16 below. Funds are obligated by delivery orders and work will be authorized by work orders issued against the delivery orders. Govt. Guarantee is 10% | | | | |

15G. TOTAL AMOUNT OF CONTRACT ▶ $ 21,124,289.17

## 16. TABLE OF CONTENTS


| (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I — THE SCHEDULE | |
| X | A | SOLICITATION/CONTRACT FORM | A1 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | B1-B6 |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | C1-C11 |
| X | D | PACKAGING AND MARKING | D1 |
| X | E | INSPECTION AND ACCEPTANCE | E1 |
| X | F | DELIVERIES OR PERFORMANCE | F1-F5 |
| X | G | CONTRACT ADMINISTRATION DATA | G1-G6 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | H1-H7 |
| | | PART II — CONTRACT CLAUSES | |
| X | I | CONTRACT CLAUSES | I1-I19 |
| | | PART III — LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | J | LIST OF ATTACHMENTS | J1 |
| | | PART IV — REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |


*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
Samuel J. Patterson, President

19B. NAME OF CONTRACTOR
BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED 3/14/95

20A. NAME OF CONTRACTING OFFICER
Delores Ellis
Contracting Officer

20B. UNITED STATES OF AMERICA
BY [signature] (Signature of Contracting Officer)

20C. DATE SIGNED 3/27/95

52.219-12 Special 8(a) Subcontract Conditions.

As prescribed in 19.811-3(b), insert the following clause:

SPECIAL 8(a) SUBCONTRACT CONDITIONS
(FEB 1990)

(a) The Small Business Administration (SBA) has entered into Contract No. DTMA91-95-C-00024 with the MARAD to furnish the supplies or services as described therein. A copy of the contract is attached hereto and made a part hereof.

(b) The Shepard-Patterson hereafter referred to as the subcontractor, agrees and acknowledges as follows:

(1) That it will, for and on behalf of the SBA, fulfill and perform all of the requirements of Contract No. ______ MARAD for the consideration stated therein and that it has read and is familiar with each and every part of the contract.

(2) That the SBA has delegated responsibility, except for novation agreements and advance payments, for the administration of this subcontract to the MARAD with complete authority to take any action on behalf of the Government under the terms and conditions of this contract.

(3) That it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approval of the SBA and the designated Contracting Officer of the MARAD.

(4) That is will notify the MARAD Contracting Officer in writing immediately upon entering an agreement (either oral or written) to transfer all or part of its stock or other ownership interest to any other party.

(c) Payments, including any progress payments under this subcontract, will be made directly to the subcontractor by the MARAD.

(End of clause)

**52.203-11 Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions.**

As prescribed in 3.808, insert the following provision:

CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

(a) The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989,—

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

Contract No. DTMA91-95-C-00024

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

B1. Brief Description Of Services

This is an Indefinite Delivery, Indefinite Quantity, Cost Plus Award Fee Contract. The total purpose of this contract is to provide for comprehensive logistic support services necessary to maintain and enhance, where necessary, MARAD's Logistics Programs in support of the Ready Reserve Force (RRF) and its overall mission. The contractor resources shall manage the Equipment Configuraton and Spare Parts Management Information System (ECSMIS) programs and be available to respond to the various logistics support requirements of the RRF. A complete description of the required services is contained in SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT.

B2. Compensation

A. Estimated Cost and Award Fee

To provide a brief understanding of this contracts compensation the following is provided which estimates cost and award fee for the base year.

The estimated cost (exclusive of any fees) for performance of the base period of this contract is $2,789,874.56.

The base fee for performance of the base period of this contract is $00.00. A provisional fee of 4%, in accordance with Section G6, shall be paid in direct ratio to the level of effort expended; that is, the percent of fee shall be paid equal to the percent of effort expended as determined by the Performance Evaluation Board. Payment shall be subject to the withholding provisions of the clause "Allowable Cost and Payment" incorporated herein.

The maximum amount of award fee that may be earned for the base period of this contract is $223,189.96. Award fee shall be paid in accordance with I.9 Payment of Award Fee and I.10 Determination of Award Fee Earned.

B. Limitation of Cost

Subject to the provisions of FAR Clause 52.232-20 of the General Provisions, the total cost to the Government, including all direct and indirect costs, for the performance of this contract, inclusive of award fee, shall not exceed the estimated cost of this contract. However, a ceiling of 20% has been placed upon indirect cost for this contract.

Contract No. DTMA91-95-C-00024

## PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost required during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

**BASIC YEAR PERIOD**

| CLIN | | | | |
|---|---|---|---|---|
| 01PH | **Phase-In/Phase-Out Period - Begins the date of contract award, Not to Exceed 90 days. In accordance with Section H.16 and proposals. NTE$19,000.** | | | |
| 0001 | **Base Year** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | **46,000 Hours** | 1 LOT | $ NSP* |
| 0001AA | **Total Estimated Cost For 46,000 Labor Hours** | | 1 LOT | $1,309,551.86 |
| 0001AB | **Other Direct Cost** (Includes G&A) | | | $1,480,322.70 |
| | **Total Estimated Cost** | | | $2,789,874.56 |
| 0001AC | **Total Award Fee Pool** | | | $ 223,189.96 |
| | **Total Base Year Amount** | | | $3,013,064.52 |
| ** | **Total Guarantee for Base Year** | | | **$ 301,306.45** |

**Note: The overhead rate will be in effect for a period of 3 months at which time MARAD will authorize a DCAA audit to obtain a current overhead rate. Upon receipt of the DCAA overhead rate the contract will be modified to incorporate prospectively and retrospectively, DCAA's recommended overhead rate. The contractor has agreed to accept the DCAA rate and has hereby waived any legal recourse to dispute.**

*Not Separately Priced

Contract No. DTMA91-95-C-00024

## PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost required during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

### OPTION YEAR ONE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0002 | **Option Year One** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | **58,880 Hours** | 1 LOT | $ NSP* |
| 0002AA | **Total Estimated Cost For 58,880 Labor Hours** | | 1 LOT | $1,697,486.20 |
| 0002AB | **Other Direct Cost** (Includes G&A) | | | $2,056,714.94 |
| | **Total Estimated Cost** | | | $3,754,201.14 |
| 0002AC | **Total Award Fee Pool** | | | $ 300,336.09 |
| | **Total Option Year One Amount** | | | $4,054,537.23 |
| ** | **Total Guarantee for Option Year One** | | | **$ 405,453.72** |

*Not Separately Priced

Contract No. DTMA91-95-C-00024

## PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost requied during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

### OPTION YEAR TWO PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0003 | **Option Year Two** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | 69,920 Hours | 1 LOT | $ NSP* |
| 0003AA | **Total Estimated Cost For 69,920 Labor Hours** | | 1 LOT | $1,979,102.92 |
| 0003AB | **Other Direct Cost** (Includes G&A) | | | $2,304,078.84 |
| | **Total Estimated Cost** | | | $4,283,181.76 |
| 0003AC | **Total Award Fee Pool** | | | $ 342,654.54 |
| | **Total Option Year Two Amount** | | | $4,625,836.30 |
| ** | **Total Guarantee for Option Year Two** | | | **$ 462,583.63** |

*Not Separately Priced

Contract No. DTMA91-95-C-00024

**PART I - THE SCHEDULE**
**SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS**

The total labor hours listed below are the maximum estimated hours/cost requireded during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

**OPTION YEAR THREE PERIOD**

| CLIN | | | | |
|---|---|---|---|---|
| 0004 | **Option Year Three** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | **69,920 Hours** | 1 LOT | $ NSP* |
| 0004AA | **Total Estimated Cost For 69,920 Labor Hours** | | 1 LOT | $1,992,220.04 |
| 0004AB | **Other Direct Cost** (Includes G&A) | | | $2,313,352.11 |
| | **Total Estimated Cost** | | | $4,305,572.15 |
| 0004AC | **Total Award Fee Pool** | | | $ 344,445.77 |
| | **Total Option Year Three Amount** | | | $4,650,017.92 |
| ** | **Total Guarantee for Option Year Three** | | | **$ 465,001.79** |

*Not Separately Priced

Contract No. DTMA91-95-C-00024

## PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost required during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

### OPTION YEAR FOUR PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0005 | **Option Year Four** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | **69,920 Hours** | 1 LOT | $ NSP* |
| 0005AA | **Total Estimated Cost For 69,920 Labor Hours** | | 1 LOT | $2,051,030.15 |
| 0005AB | **Other Direct Cost** (Includes G&A) | | | $2,375,667.24 |
| | **Total Estimated Cost** | | | $4,426,697.39 |
| 0005AC | **Total Award Fee Pool** | | | $ 354,135.79 |
| | **Total Option Year Four Amount** | | | $4,780,833.18 |
| ** | **Total Guarantee for Option Year Four** | | | **$ 478,083.32** |

*Not Separately Priced

## SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

### C.1 GENERAL.

C.1.1 The purpose of this contract is to provide for the logistics support services necessary to maintain and enhance, where necessary, MARAD'S Logistics Programs in support of the Ready Reserve Force (RRF) and its overall mission.

The data system of the RRF Logistics Support System is the Equipment Configuration and Spare Parts Management Information System (ECSMIS). This system is the focal point for the integration of all the logistics support actions associated with the maintenance and continued improvement to the logistics readiness posture of the RRF. ECSMIS encompasses all the databases and Wide Area Network (WAN) communications in support of MARAD's Logistics Support System.

ECSMIS tracks configurations, including equipment, maintenance history, spare parts, vessel drawings, controlled equipage and lashing gear. It also contains procurement related data and a transaction history file. The application runs under DOS and accesses over 400 megabytes of data residing on a Novell file server. Data indexing is enhanced through the DBFSix replaceable database driver and the Clipper Fast Text Search (CFTS) indexing engine. Variable length fields, referential arrays and classy objects are stored in files accessed through the Flexfile Application Programming Interface (API). The program is written in the Clipper 5.01 programming language using the Classy library to add fully object oriented support. The program can also be accessed, via modem, through the Gilmore Remote API. The program requires 600 kb free DOS memory to run, with at least 2 MB total random access memory on the host PC. There are several support programs, also written in Clipper, which use ProVision Windows and ObjectDB. The hardware and software for ECSMIS is government furnished, see F.9. A data dictionary of the master ECSMIS tables is included as an attachment, see Section J.

Contractor acquired resources will manage the ECSMIS programs, be readily available to aid in the analysis, planning and execution of supply related logistics support and respond to the various logistics support requirements of the Ready Reserve Force. This support is extremely important to MARAD's overall efforts to continue improving logistics support for the Ready Reserve Force and overall National Defense Reserve Fleet. The contractor will be required to assume full responsibility for performance of the system during a phase-in period, estimated to be between sixty and ninety days, following contract award.

## C.2 STATEMENT OF WORK

The Contractor shall provide the following non-personal support services as needed in accordance with authorized written work orders. The following descriptions briefly define specific duties which may be required under this contract.

### C.2.1 AUTOMATED PROGRAMS SUPPORT AND DATA MANAGEMENT

1. Performs all the duties associated with overall system management of MARAD's RRF Equipment Configuration and Spare Parts Management Information System (ECSMIS) and all other automated programs in support of MARAD's Logistics Support Program which interface with ECSMIS. This includes, but is not necessarily limited to: system maintenance and enhancement, including hardware, software and documentation; system analysis, management reporting, the preparation of procedural guidance, and training. The contractor will be expected to maintain the ECSMIS system on line, 24 hours a day, 7 days a week. Downtime allowed for backups, maintenance, etc. should not exceed 10 hours per week and should normally be accomplished on weekends.

2. Monitor and maintain the integrity of the logistics data input and output from the various program sources including but not limited to Ship Manager SAL updates, PC-SAL downloads, Provisioning updates, Procurement reviews and program receipts, Equipment validations and Spare Part inventories.

3. Provide special reports as requested utilizing ECSMIS and associated programs.

### C.2.2 EQUIPMENT VALIDATION AND SPARE PARTS INVENTORY

The contractor shall be capable of conducting wall to wall or partial equipment validations and spare part inventories, including technical documentation on NDRF vessels. Tasks may also require various levels of inventories at MARAD warehouses, contractor sites or other sites deemed necessary to fulfill MARAD's mission. All work will be conducted in accordance with MARAD's Validation and Inventory Guide, attachment J-7. Functions associated with shore-based inventories include:

(1) Item management reviews to identify excess and obsolescence

(2) Physical inventories and associated research to reconcile inventory discrepancies.

(3) Identification and resolutions of material management and inventory control problems.

(4) Item identification and cataloging

(5) Estimating unit costs of inventory items

C.2.3 **SPARE PARTS REPLENISHMENT PROGRAM**

The contractor shall be capable of conducting research associated with reutilizing spare parts stripped from scrap ships and developing information to facilitate procurement and FEDSTRIP requisitioning of spare parts and equipment.

C.2.4 **PROVISIONING PROGRAM**

The contractor shall be capable if tasked to conduct spare part provisioning reviews for specific RRF equipment. The following areas of provisioning and allowance support may be performed by the contractor.

(1) Review and recommendations concerning provisioning support programs.

(2) Review and evaluation of Provisioning Technical Documentation and Supplemental Provisioning Technical Documentation.

(3) Determination of shipboard allowance quantities and requirements for shore-based insurance issues.

C.2.5 **LOGISTICS SUPPORT OF SHIP OVERHAULS AND CONVERSIONS**

The contractor shall be capable if tasked to provide on site logistics support services for major ship overhauls and conversions.

C.2.6 **SYSTEM PLANNING, REVIEW, ANALYSIS AND DOCUMENTATION**

The contractor shall be capable of developing system planning documents; conduct cost/benefit/feasibility studies; develop and prepare for publication guidance relative to the supply logistics arena. Functions including:

(1) Review of System and Materials

(2) Develop system alternatives and planning documents in accordance with provided guidance by the logistics staff through authorized task orders.

(3) Cost, benefit and/or feasibility studies

(4) Writing and maintenance of procedural guidance in accordance with provided policies and procedures.

(5) Develop Supply Management Information Systems in accordance with provided functional requirement documents.

(6) Trend Analysis and Recommendations

C.2.7 **AUTOMATED DATA PROCESSING**

The contractor shall be capable of performing the following automated data processing support functions:

(1) Providing contract deliverables in machine readable format consistent with system requirements.

(2) Providing application program development support services.

(3) Providing application program maintenance support services.

(4) Periodically, there will be requirements for the contractor to procure ADP equipment, hardware and software, for the purpose of supporting MARAD's Shipboard Automated System (PC-SAL). The equipment hardware and software will be state of the art and capable of performing all logistics software related functions.

All hardware and software procured will be as prescribed by MARAD and become MARAD property.

C.2.8 **FACILITIES**

The contractor shall provide a support facility to perform receipt inspection and acceptance for all materials from the Federal Supply System to package, label and stage material by ship for subsequent delivery and process Ship Manager ordered material. The facility shall be located in Newport News, Virginia. The facility must have office and storage space and be a minimum of 11,900 square feet.

Include with information requested in Section L, a detailed description of the facility with location.

C.3 **REQUIRED LABOR CATEGORIES**

C.3.1 **PROJECT MANAGER**

The Project Manager will develop and implement management direction and over see multiple engineering and technical or software projects through completion, including administrative and technical tracking and quality.

The Project Manager shall be qualified to implement management guidance to perform all specific tasking within the scope of work of this solicitation. Specific qualifications are set forth in Section C.4.

C.3.2 **SENIOR ANALYST**

The Senior Analyst will provide management guidance to develop, design, and implement systems and systems enhancements. Document system specifications and definitizes user requirements. Provides solutions to problems encountered in the overall logistics support program.

C.3.3 **SYSTEM ANALYST II**

The System Analyst II will conduct system analysis, design, system enhancements, documentation and implementation functions. Analyzes problems to include relevant factors, gathering pertinent information and recognizing solutions relative to the logistics support program.

C.3.4 **SYSTEM ANALYST I**

The System Analyst I will assist in conducting system analysis, design, system enhancements, documentation and implementation functions. Analyzes problems to include relevant factors, gathering pertinent information and recognizing solutions relative to the logistics support program.

C.3.5 **MAINTENANCE DATA ANALYST II**

The Maintenance Data Analyst will manage the screening of deficiencies against Parts Master/Haystack to identify stock numbered items and identification data. Identify, locate and contact vendors, distributors and manufacturers to obtain prices, availability and

maximum technical characteristics information. Makes recommendations for purchase actions and problem items requiring research.

C.3.6 **MAINTENANCE DATA ANALYST I**

A Maintenance Data Analyst I is defined as an individual possessing knowledge and skills in (a) using technical references to identify items of support (spare parts, special tools, test equipment, etc.) needed to perform repair and overhaul of shipboard equipments and (b) using automated supply and maintenance systems to track transactions related to shipboard equipment, repair parts and other material.

C.3.7 **DATA OPERATOR**

Data OP will analyze problems and include relevant factors, gathering pertinent information and recognizing solutions, operating computer consoles and conducting thorough and accurate data entry work.

C.4 **KEY PERSONNEL**

A. The contractor shall submit resumes on all personnel identified as the functional expert(s). The contractor must verify that the individual fully meets the specified requirements. Each resume will reflect whether the individual is a full time, part time, contingent hire, or consultant. All resumes must be certified by the individual as to the correctness of the content.

B. Specific qualifications of the key personnel shall be as follows:

1. Project Manager. The contractor must designate one individual to be responsible for the overall management of the contract. That person must have at least an undergraduate degree from an accredited institution, with an advanced degree preferred; must have a minimum of ten years professional experience and at least five years as the program manager of programs of similar complexity and size; must have experience at the working level with direct involvement in tasks that include logistics support and automated programs development; must have been directly involved in providing similar program support.

2. Functional Experts. The offerers must designate one fully qualified individual meeting the requirements as outlined in the below areas. The individual may be in any labor category as defined in Section C.3. The contractors may offer additional individuals who fully meet the requirements. The degree to which individuals meet the requirements must be clearly defined.

a. Automated Programs. The individual(s) must have at least five years experience in the design development, and implementation of systems and systems enhancements and the proven ability to translate user requirements into responsive automated state of the art data systems; must have experience with the object oriented programming paradigm as implemented with Classy and Clipper 5.0; must have working experience with the third party libraries listed in the SOW; must have experience programming for a multi-user Novell LAN environment with knowledge of transaction processing with rollback capability. Accreditation as a Novell Certified Netware Engineer (CNE) is a plus.

b. Provisioning. The individual(s) must have at least five years hands on experience in the operation and maintenance of shipboard equipment and systems; must demonstrate a clear understanding of MARAD's provisioning philosophy. Expertise in boilers, diesel engines, and pumps is a plus.

c. Procurement. The individual(s) must have at least five years experience in the determination of operational requirements; must have working knowledge of the Federal Supply System and commercial procurement practices. Expertise in use of Haystack, PartsMaster, CD-FICHE, or equivalent is a plus.

d. Engineering/Maintenance. The individual(s) must have an engineering degree and at least five years of engineering experience maintaining shipboard equipment and systems; must have working knowledge of the shipboard interface with ECSMIS programs in the SOW. Licensed engineer is a plus.

e. Logistics. The individual(s) must have at least five years experience in planning and performing logistics support programs for shipboard systems; must have a working knowledge of logistics related data, including shipboard equipment characteristics, equipment technical documentation, and parts identification information and sources; must have a working knowledge of repair part research methods; must have hands-on experience in supply maintenance interface. Shipboard experience in a technical role is a plus.

## C.5 <u>TERMS AND DEFINITIONS</u>

**TERMS AND DEFINITIONS RELATIVE TO SPECIFIC TASKS ARE LOCATED WITHIN THE DOCUMENTS ATTACHED, SEE SECTION J FOR LISTING.**

C.6 **CONTRACT DELIVERABLES**

The contractor shall provide the deliverables described below upon completion of the specific tasking, to the address in F.9:

1. Load the following documentation into the Equipment Configuration and Spare Parts Management Information System (ECSMIS):
   - Equipment Records
   - Spare Parts Records
   - Controlled Equipment Data
   - Technical Manuals Data
   - Blue Prints and Vendor's Plans Data
   - Lashing Gear

2. Upon MAR-614 Quality Assurance (QA) approval of ECSMIS Database, the contractor will provide the following deliverables:
   - Insert spare part box lists
   - Attach Metal ID tags to bulkhead mounted spares
   - Apply MARAD Seals
   - Ship's Seal Log
   - One copy of printed SAL document to MAR-614

   Note: Contractor will perform a final clean-up of ECSMIS database prior to printing of the SAL document for QA by MAR-614.

3. The final SAL shall consist of the following:
   a. Introduction
   b. Indices
      - Equipment Name Sequence
      - Equipment Number Sequence
   c. SAL Equipment Pages
   d. Repair Parts Lists
      - Nomenclature Sequence
      - Part Number Sequence List
   e. Special Tools (Nomenclature Sequence)
   f. Controlled Material (Nomenclature Sequence)
   g. Technical Manuals (Equipment Name Sequence)
   h. Drawings
      -Drawing Title Sequence
      -MARAD Number Sequence

-Ship Drawing Number Sequence
-Manufacturer Drawing Number Sequence

4. Contractor will provide Spare Parts lists, sorted by equipment number, for each repair part box and each location within a storeroom. Once developed the contractor will place these listings in the appropriate spare part box/storeroom location. Spare parts list will be comprised of the following data:

(1) Nomenclature
(2) Manufacturer
(3) Part Number/National Stock Number (NSN)
(4) Unit of Issue
(5) Allowance Quantity
(6) On hand quantity
(7) Location/Box Number
(8) Equipment Name
(9) Equipment Number

<u>NOTE:</u> Spare Parts Lists are to contain extra lines for items that may be added to the contents of the box or storeroom in the future.

5. Contractor will provide Spare Part Box Locator lists for each storeroom that contains spare part boxes. Once developed, the contractor will attach these listings to

an appropriate, highly visible location within the storeroom. Spare Part Box Locator lists will be in box number sequence (e.g., EE-1, EE-2, EM-1, EM-2, etc.) and be comprised of the following data:

(1) Storeroom
(2) Spare part box number
(3) Shelf location

**NOTE:** Spare Part Box Locator list should contain extra lines for boxes that may be added to the contents of the storeroom in the future.

6. The contractor will provide a complete download of the ECSMIS database and required programs each month to the following: MAR-614, MARAD Central, South Atlantic, and Western regions.

7. Contractor will provide documentation (e.g., shipping invoice, signed receipt) to MAR-614 for the shipment and receipt of those items mentioned paragraph 6 above.

8. At the beginning of the sixth week after contract award and every month thereafter, the contractor shall submit to the MARAD Contracting Officer three copies of a progress report for the previous month which shall include:

a. An updated work order list which will concisely summarize the status of each order. The summary shall include but not be limited to: start date, estimated completion date, actual completion date, estimated man hours, estimated total cost, actual man hours by labor category, actual cumulative man hours by labor category, actual cumulative man hours expended and actual cumulative cost.

b. Summary of work accomplished.

c. Liaison Activities.

d. Visits or Trips made or scheduled.

e. Summary of problem areas.

f. Any other items that the Contractor shall bring to the attention of MARAD.

9. The Contractor shall submit to the MARAD Contracting Officer two copies of a Cost and Man-hour Accounting Report with the Progress Report which shall include:

a. The man hours and cost estimated and expended on each work order every month showing dates of expenditure per work order.

b. The cumulative up-to-date man hours for each labor category and cost expended on each work order.

c. The man hours and cost budgeted for each work order each month.

d. The estimated percentage of total completion for each work order.

e. Balance of man hours, Overhead and Direct Costs (ODC's) and Total Cost dollars remaining.

f. The number of tasks completed and the final man hours and cost data for each completed task.

g. Balance of total contract man hours, ODC's and Total Cost remaining for the current contract.

10. The information contained in the monthly man hour/costs reports shall be organized to permit MARAD to quickly and easily correlate the reported man hour and cost expenditure data with contractor invoices submitted. If the Contractor employs a sub-contractor(s) then the prime Contractor shall submit the above reports for that sub-contractor(s) every month in addition to the Prime Contractor monthly reports.

11. When the contracting officer deems necessary, periodic bi-monthly meeting will be held. These meeting will enable the contracting officer and/or contractor to discuss any current or foreseeable problems.

## SECTION D - PACKAGING AND MARKING

### D.1 M1252.210-04 PRESERVATION AND PACKAGING (MARAD) (AUG 1991)

The Contractor shall ensure that the material to be furnished under this contract is packaged in a manner to ensure prompt, intact delivery. As a minimum, this shall consist of the Contractor's standard commercial packaging.

### D.2 M1252.210-05 MARKING REQUIREMENTS (MARAD) (AUG 1991)

Each package shall be marked with the appropriate delivery address, contract number, and name and address of the contractor,. for return address purposes, on the outside of the packing container.

## SECTION E - INSPECTION AND ACCEPTANCE

### E.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE. (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

(a) Applies to the Contract:

52.246-3 Inspection of Supplies - Cost Reimbursement (APR 1984)

52.246-5 Inspection of Services - Cost Reimbursement (APR 1984)

### E.2 DELEGATION OF INSPECTION AND ACCEPTANCE. (MARAD) (AUG 1991)

The Contracting Officer's Technical Representative shall be delegated the responsibility and authority to conduct inspection and acceptance duties for this contract. (See COTR Clause in Section G).

### E.3 QUALITY ASSURANCE

Quality assurance will be performed in accordance with J-1 through J-7, unless otherwise specified on the work order. Errors in excess of the Acceptable Quality Level (AQL) will require the service to be re-performed by the contractor at no cost to the Government.

## SECTION F - DELIVERIES OR PERFORMANCE

### F.1 M1252.212-01 PERIOD OF PERFORMANCE (MARAD) (AUG 1991)

The incumbent contractor will work with the awardee of this procurement for a phase-in/phase-out period not to exceed 90 days after the date of contract execution. The period of performance for this contract is 12 months, inclusive of the phase-in period and may be extended by as many as four (4) of the 12-month options contained in the contract. The total period of performance of this contract if all options are exercised shall be sixty (60) months.

### F.2 WORK ORDER PERIOD OF PERFORMANCE

The performance period and time of delivery for individual tasks shall be specified in each work order issued under this contract.

### F.3 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2)(JUN 1988)

This contract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

I. Federal Acquisition Regulation (48 CFR Chapter 1) Clauses

| CLAUSE | Title |
|---|---|
| 52.212-13 | STOP-WORK ORDER (AUG 1989) -ALTERNATE I (APR 1984) |
| 52.247-34 | F.O.B. DESTINATION (NOV 1991) |
| 52.247-54 | DIVERSION OF SHIPMENT UNDER F.O.B. DESTINATION CONTRACTS (MAR 1989) |

II. Transportation Acquisition Regulation (48 CFR Chapter 12) Clauses

1252.212-71 NOTICE OF DELAY (APR 1984)

F.4 **M1252.212-05 MONTHLY PROGRESS REPORTS (MARAD)(AUG 1991)**

A monthly progress report is required and shall be prepared in 2 copies. As a minimum, the report will cover the following items:

(1) The work performed during the previous month.

(2) Significant findings, problems, delays, inclusions, events, and/or trends of the reporting period which result from or affect the performance of the contract.

(3) Detailed technical description of the work planned for the next reporting period.

(4) Specific action required by the Government to assist in the resolution of a problem or to effect the timely progression of the contract.

(5) An up-to-date schedule of the work performed and work to be performed on the contract. Two charts shall be presented; one reflecting planned expenditures of manhours; the other reflecting planned project accomplishments versus actual accomplishments in terms of time.

(6) The funds committed during the reporting period.

(7) A comparison of the actual and planned accumulated costs through the reporting period, and finally the actual costs versus the planned cost to date (from the beginning of the contract through the cost of the previous month). **See G.5**

F.5 **M1252.212-07 DELIVERABLE REPORTS (MARAD) (AUG 1991)**

Reports called for hereunder shall be delivered in accordance with the following schedule: Work shall be delivered as required by the specific work order. Monthly reports are to be submitted to the Contracting Officer (MAR-380) and the Contracting Officer's Technical Representative (MAR-614).

F.6 **M1252.212-08 DELIVERY LOCATION (MARAD) (AUG 1991) ALTERNATE I (AUG 1991)**

Unless otherwise stated in an individual work order, all deliverables are to be delivered to the COTR as stated in Section G.

## F.7 WORK ORDER PROCEDURES

(a) Authority to develop a statement of work is provided to the COTR in the Contracting officers Letter of Appointment. A draft Statement of Work (SOW) will be written as a technical directive, detailing the work to be accomplished, during a stated period of time, and deliverables desired and/or the results expected.

(b) The COTR may begin preliminary discussions with the contractor. These discussions should be informative in nature, pertaining to the technical aspects of the task and thereby providing the contractor with enough information in which to develop a cost estimate and finalize the SOW.

(c) The COTR will prepare a MA 949 in accordance with Maritime Administration Acquisition Procedures (MAAP), obtaining the required signatures of the Fund Control Officer; Requisitioner and Approving Officer prior to submission to the contracting officer. The contracting officer upon receipt of the signed finalized SOW with cost estimate and signed MA 949 will issue to the contractor a written work order.

(d) The Contractor shall perform work under this contract as specified in the written work orders issued by the Contracting Officer. A work order will be issued only after the COTR and the Program Manager, have agreed on the terms of the statement of work, and a written estimate is received by the Contracting Officer.

(e) The Contractor shall acknowledge receipt of each work order by returning to the Contracting Officer a signed copy of the task order within 7 calendar days after its receipt. The Contractor shall begin work immediately upon receipt of a work order.
Upon completion of a task the contracting officer shall be notified in writing within 30 days. If additional time is required notify the contracting officer in writing.

(f) If the Contractor considers the estimated labor hours or specified work completion date to be unreasonable, the Contractor shall promptly notify the Ordering Officer and Contracting Officer in writing within 10 calendar days, stating why the estimated labor hours or specified completion date is considered unreasonable.

(g) Each delivery order will have a ceiling price, which the Contractor may not exceed. When the Contractor has reason to believe that the labor payment and support costs for the order, which will accrue in the next thirty (30) days, will bring total cost to over 85 percent of the ceiling price specified in the order, the Contractor shall notify the Ordering Officer.

(h) This clause does not change the requirements of clause 52.212-70 "Level of Effort--Cost Reimbursement Term Contract", nor the notification requirements of either clause 52.232-20 "Limitation of Cost" or clause 52.232-22 "Limitation of Funds".

(i) Work orders shall not change any terms or conditions of the contract. Where any language in the work assignment may suggest a change to the terms or conditions, the Contractor shall immediately notify the Contracting Officer.

F.8 **ENGLISH LANGUAGE REQUIREMENT OF TEAM LEADER**

The Contractor's on-site team leader must be able to speak, read and write English for ease of communication with Government personnel.

F.9 **DELIVERIES**

All transportation charges will be paid by the contractor. The articles to be furnished hereunder shall be delivered as follows:

Express Mail or Hand Carry to:

(Unless otherwise specified in the Work Orders)

Director, Division of Reserve Fleet
DOT/Maritime Administration (MAR-614)
400 Seventh Street, S.W.
Washington, DC 20590

Regular Mail: DOT/Maritime Administration (MAR-614)
400 Seventh Street, S.W.
Washington, DC 20590

F.10 **GOVERNMENT FURNISHED INFORMATION/EQUIPMENT**

The Government will furnish the hardware and software for the resident ECSMIS program and the Novell network, see attachment J.7. A listing of Government furnished hardware and software is discussed below, however hardware and software required for day-to day operations are the responsibility of the contractor. The Government will provide required:

a. Shipboard Allowance List (SAL) and/or Builders Allowance List (BAL) for each vessel if available.

b. Identification of "Mission Essential" Equipment, See Section J.

c. Identification of "Non-Mission Essential" Equipment, See Section J.

d. Instructions for "Machine Readable" formats for Tapes, Reports, Listings and SAL.

e. Unit of Issue Abbreviations (See Section J).

f. List of vessels for Validation and Inventory.

g. MARAD Master Equipment Index (See Section J).

h. Commercial and Government Entity (CAGE)H4-1 and H4-2 microfiche.

i. QA Procedures for HM&E Equipment (See Section J).

j. QA Procedures for spare part inventory (See Section J).

k. Contractor Validation/Inventory Team Work area i.e. the vessels crew lounge, vessel officer's lounge, vessels engineering office etc...

l. Locks and seals

m. Determination of ADP equipment being leased or procured, See attachment J.7, or it will be available prior to award.

## SECTION G - CONTRACT ADMINISTRATION DATA

G.1 **M1252.242-01 CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR) (MARAD) (AUG 1991)**

a. The Contracting Officer's Technical Representative (COTR) is responsible for the technical aspects of the project and technical liaison with the Contractor. The COTR is also responsible for the final inspection and acceptance of all reports, and such other responsibilities as may be specified in the contract.

b. The COTR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the contract price, terms or conditions. Any Contractor request for changes shall be referred to the Contracting Officer directly or through the COTR. No such changes shall be made without the expressed prior authorization of the Contracting Officer. The COTR may designate assistant COTR(s) to act for him by naming such assistant in writing and transmitting a copy of such designation through the Contracting Officer to the Contractor.

c. The COTR for this contract will be:

Richard Williams
MAR-614
Maritime Administration
400 Seventh Street, S.W.
Washington, D.C. 20590

The COTR may be changed by the Government at any time, but notification of the change, including the name and address of the successor COTR, will be promptly provided to the Contractor by the Contracting Officer in writing.

G.2 **M1252.242-02 ADDRESS OF CORRESPONDENCE (MARAD) (AUG 1991)**

All correspondence except as otherwise specified shall be directed to the Contracting Officer at the following address:

Department of Transportation
Maritime Administration, MAR-380
Attn: Wayne A. Cutrell
400 Seventh Street, S.W., Room 7310
Washington, DC 20590

G.3 **M1252.245-01 GOVERNMENT-FURNISHED PROPERTY (MARAD) (AUG 1991)**

The Government will provide the following item(s) of Government property to the Contractor for use in the performance of this contract. This property shall be used and maintained by the Contractor in accordance with provisions of the "Government Property" clause. (See GFE, Attachment J.7)

G.4 **M1252.245-02 CONTROL OF GOVERNMENT FURNISHED PROPERTY (MARAD) (AUG 1991)**

Control of Government property shall be accomplished in accordance with the Government Property clause of this contract (See Section I) and Transportation Acquisition Regulations (TAR) 1245.5 "Management of Government Property in the Possession of Contractors". The designated Property Administrator for this contract is:

Patrick Carlton, MAR-614
DOT/Maritime Administration
(202) 366-5082

G.5 **M1252.232-01 INVOICE REQUIREMENTS (MARAD) (AUG 1991)**

(a) Invoices shall be submitted, semi-monthly, in an original and 3 copies to: U. S. Department of Transportation, Maritime Administration, Division of Accounting Operations MAR-333, Room 7322, 400 Seventh Street, S.W., Washington, DC 20590. To constitute a proper invoice, the invoice must include the following information and/or attached documentation:

(1) Name of the business concern and invoice date.

(2) Contract number, or other authorization for delivery of property or services.

(3) Description, price, and quantity of property and services actually delivered or rendered.

(4) Shipping and payment terms.

(5) Name (where practicable), title, phone number, and complete mailing address of responsible official to whom payment is to be sent.