IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR FOR LEAVE TO FILE CORRECTED BRIEF

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests leave to file a corrected brief in the above captioned matter. On March 23, 2007, defendant filed the "DEFENDANT/CROSS-CLAIMANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT" with the Court. In so doing, defendant inadvertently omitted the declaration of Kevin Durkin, its statement of proposed findings of fact and responses to plaintiff's proposed findings of fact from its filing. All three documents were prepared, signed, and otherwise available for filing on March 23, 2007, but defendant's counsel mistakenly failed to include them as part if the Government's electronic filing. We therefore respectfully request that the Court grant the defendant leave to file a corrected response and motion containing the missing documents.[1] Plaintiff's counsel has been contacted and does not oppose this request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

[1]We note that the corrected brief also contains a correction to the table of contents.

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

March 26, 2007

CERTIFICATE OF FILING

I hereby certify that on this 26th day of March 2007, a copy of the foregoing "Unopposed Motion for Leave to File Corrected Brief" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler