# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 7

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0023 | SEE Page 1a | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:
POC: R. JACKSON (202) 366-0284

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, Pennsylvania 19107

SHEPARD PATTERSON & ASSOCIATES, INC.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

CODE | FACILITY CODE

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; o © By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority)<br>Option to Extend the Terms of the Contract Services FAR 6.302-5 41 U.S.C. 253(c)(5) and 40 U.S.C. 253(c)(5). |

E. IMPORTANT: Contractor ___ is not, _X_ is required to sign this document and return_4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES (Page 1a, Signature Page, through Page 7)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| SAMUEL J. PATTERSON<br>President | | WAYNE A. CUTRELL<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Exh 2

TRIPARTITE AGREEMENT

MODIFICATION NO. 0023 TO
PRIME CONTRACT NO. DTMA91-95-C-00024
SUBCONTRACT SBA -0303-95-1-00055

SIGNATURE PAGE

SUBCONTRACTOR:

Shepard Patterson & Associates, Inc.

BY: [signature] 5/18/98
Date

Name & Title: Samuel J. Patterson
President/CEO

SMALL BUSINESS ADMINISTRATION
UNITED STATES OF AMERICA

BY: [signature] 5/20/98
Date

OLLIE ADAMS
Name & Title: CONTRACTING OFFICER

MARITIME ADMINISTRATION
UNITED STATES OF AMERICA

BY: [signature] 5/18/98
Date

Name & Title: Wayne A. Cutrell
Contracting Officer

1. This modification is issued to provide five additional (1) year option periods to this contract. The current contract has one option period remaining, Option Period Four, which begins March 27, 1998 through March 26, 2000. Upon the discretion of the Contracting Officer, a written notice will be provided to the contractor giving notification of the beginning of the first of five additional one year option periods. This first period is designated Option Year Five, beginning March 27, 2000 through March 26, 2001. The option periods will be exercised at the sole discretion of the Government.

2. Modification 0017, the rental for the contract facility located at 1005 48th Street, Newport News, VA., is also hereby extended for five additional one year option periods. The facility will simultaneously be included upon the execution of each option period extension. The facility terms and conditions are also unchanged. The rate/cost sheets "Schedule B" for the additional option periods are attached, Option Periods Five - Nine.

3. The scope of work and all terms and conditions of the contract are unchanged. Funds are obligated by Delivery Orders issued under this contract, therefore no funds are committed at this time.

Contract No. DTMA91-95-C-00024

## PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost requireded during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

### OPTION YEAR FIVE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0006 | **Option Year Five** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section **C**. | | | |
| | **Total Hours** | **32,000 Hours** | 1 LOT | $ NSP* |
| 0006AA | **Total Estimated Cost For 32,000 Labor Hours** | | **1 LOT** | $1,122,982.00 |
| 0006AB | **Other Direct Cost** (Includes G&A) | | | $ 80,000.00 |
| | **Total Estimated Cost** | | | $1,202,982.00 |
| 0006AC | **Total Award Fee Pool** | | | $ 87,783.00 |
| | **Total Option Year Five Amount** | | | **$1,290,765.00** |
| ** | **Total Guarantee for Option Year Five** | | | $ 129,076.50 |

*Not Separately Priced

Contract No. DTMA91-95-C-00024

## PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost requireded during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

### OPTION YEAR SIX PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0007 | **Option Year Six** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | **23,000 Hours** | 1 LOT | $ NSP* |
| 0007AA | **Total Estimated Cost For 23,000 Labor Hours** | | 1 LOT | $ 748,316.00 |
| 0007AB | **Other Direct Cost** (Includes G&A) | | | $ 60,000.00 |
| | **Total Estimated Cost** | | | $ 808,316.00 |
| 0007AC | **Total Award Fee Pool** | | | $ 57,718.00 |
| | **Total Option Year Six Amount** | | | **$ 866,034.00** |
| ** | **Total Guarantee for Option Year Six** | | | $ 86,603.40 |

*Not Separately Priced

Contract No. DTMA91-95-C-00024

## PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost requireded during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

### OPTION YEAR SEVEN PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0008 | **Option Year Seven** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | **17,000 Hours** | 1 LOT | $ NSP* |
| 0008AA | **Total Estimated Cost For 17,000 Labor Hours** | | 1 LOT | $ 334,669.00 |
| 0008AB | **Other Direct Cost** (Includes G&A) | | | $ 45,000.00 |
| | **Total Estimated Cost** | | | $ 379,669.00 |
| 0008AC | **Total Award Fee Pool** | | | $ 27,528.00 |
| | **Total Option Year Seven Amount** | | | **$ 407,197.00** |
| ** | **Total Guarantee for Option Year Seven** | | | $ 40,719.70 |

*Not Separately Priced

Contract No. DTMA91-95-C-00024

PART I - THE SCHEDULE
SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost requireded during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

OPTION YEAR EIGHT PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0009 | **Option Year Eight** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | **7,000 Hours** | 1 LOT | $ NSP* |
| 0009AA | **Total Estimated Cost For 7,000 Labor Hours** | | 1 LOT | $ 207,962.00 |
| 0009AB | **Other Direct Cost** (Includes G&A) | | | $ 23,000.00 |
| | **Total Estimated Cost** | | | $ 230,962.00 |
| 0009AC | **Total Award Fee Pool** | | | $ 18,400.00 |
| | **Total Option Year Eight Amount** | | | **$ 249,362.00** |
| ** | Total Guarantee for Option Year Eight | | | $ 24,936.20 |

*Not Separately Priced

Contract No. DTMA91-95-C-00024

PART I - THE SCHEDULE
SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

The total labor hours listed below are the maximum estimated hours/cost requireded during the 12 month contract period. The minimum for the CLINs estimated below is 10%, which is the Total Government Guaranteed Amount.(**) **There is NO base fee. There is a provisional fee of 4%, allocated from the total award fee pool, see Section G6.**

OPTION YEAR NINE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0010 | **Option Year Nine** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor categories, services as specified in Section C. | | | |
| | **Total Hours** | **4,000 Hours** | 1 LOT | $ NSP* |
| 0010AA | **Total Estimated Cost For 4,000 Labor Hours** | | 1 LOT | $ 162,769.00 |
| 0010AB | **Other Direct Cost** (Includes G&A) | | | $ 10,000.00 |
| | **Total Estimated Cost** | | | $ 172,769.00 |
| 0010AC | **Total Award Fee Pool** | | | $ 13,821.00 |
| | **Total Option Year Nine Amount** | | | **$ 186,590.00** |
| ** | **Total Guarantee for Option Year Nine** | | | $ 18,590.00 |

*Not Separately Priced