SHEPARD PATTERSON™
MANAGING PEOPLE, SYSTEMS & INFORMATION

October 18, 2000

U.S. Department of Transportation
Maritime Administration
400 7th Street, S.W., Room 7314
Washington, DC 20590

Attention: Mr. Benedict J. Burnowski, Contracting Officer

Subject: Funding, Contract DTMA91-95-C-00024, Option Years 5 - 9

Reference: 1. MARAD Letter Dated September 26, 20000, Invoice #150
2. MARAD Letter Dated September 26, 20000, Invoice #151

Dear Mr. Burnowski:

The reference letters disallow provisional fee amounts that were billed in excess of funding limitations. We did not realize that the May 1999 funding increases for the subject Option Years were only for Estimated Cost, with no commensurate increase for Award Fee. We understand these actions and we apologize for our oversight.

However, we believe that the May 1999 increases should have included increases in the Fee, because the scope of work associated with the increases had also grown substantially. Increased requirements for logistics services have been experienced in the full range of support provided. Examples of this increased scope of work are:

- Major logistics overhauls have been conducted or started on 5 RRF ships.
- Logistics overhauls are nearly completed on two school ships, and started on a third.
- Complete Logistics overhauls have been completed on the MCDS systems on all seven ships equipped with the system, bringing the system up to the support levels established by the US Navy.
- Support has been provided to the OPDS system and ships in both pre and post exercise logistics support activities.
- Logistics Local Area Networks (LANs) have been ordered and installed and supported in two of the Region Logistics Shore Based Spares warehouses.
- Modernization of the logistics information system applications has increased the number of program applications in design and development.

Now that Shepard - Patterson has been performing Option Year 5 for approximately 6 months, it appears that further upward revisions to Estimated Cost for Option Years 5 - 9 will also be required. For example, based upon actual costs (no fee) through September 15, 2000, total Option Year 5 Estimated Cost projects to approximately $7,000,000.

For these reasons, Shepard - Patterson & Associates hereby submits a proposal to re-fund the subject Option Years per the table attached. The fees proposed are based on the contract guidance of 8% of the revised Estimated Cost. The Estimated Costs for Option Years 7 through 9 assume an inflation factor of 4% per year applied to Estimated Cost from Option Year 6.

We request a new funding modification to the IDIQ that is formatted like Modification 23, which shows the breakouts of Estimated Cost and Fee per Option Year at a certain effective date. We will track and report

Exh 3



2001 JEFFERSON DAVIS HWY. • SUITE 610 • ARLINGTON, VA 22202 • (703) 412-5072 • (703) 412-5078

(in accordance with 52.232-22) our funding status in accordance with those Option Years funding, as though the current Option Year was fully funded. If we discover that the funding values are not accurate, we will propose and negotiate new Estimated Cost and Fee for a new IDIQ funding modification, as necessary. Each Work Order then may continue to carry a single NTE value, just as now. The latest Provisional Fee will be billed to each existing Work Order as is currently done, and the remaining fee will be billed as authorized during the MARAD quarterly PEB review.

Sincerely,

Glenn I. Downer
Vice President

Cc:
Erica Williams
Richard H. Williams
Patrick Carlton
Sam Patterson
Len Freiberg
Lou Vanderhorst

## Revised Contract Estimate

Contract DTMA91-95-C-00024
October 18, 2000

| | | Estimated Cost (excl fee) | Award Fee @ 8% | Total Funding |
|---|---|---|---|---|
| Option Year 5 | | | | |
| Cost Invoiced thru 9/30 | | $3,168,088 | | |
| Est FY01 1Q & 2Q Cost | | $2,962,963 | | |
| | Sub-Totals | $6,131,050 | $490,484 | |
| Est External Funding | | $138,889 | $11,111 | |
| FY 2000 carryover | | $740,741 | $59,259 | |
| | Totals | $7,010,680 | $560,854 | $7,571,535 |
| Option Year 6 | | | | |
| Est FY02 1Q & 2Q Cost | | $2,592,593 | | |
| Est FY02 3Q & 4Q Cost | | $3,081,481 | | |
| | Sub-Totals | $5,674,074 | $453,926 | |
| Est External Funding | | $462,963 | $37,037 | |
| | Sub-Totals | $6,137,037 | $490,963 | |
| FY 2000 Carryover | | $559,817 | $44,785 | |
| | Totals | $6,696,854 | $535,748 | $7,232,602 |
| Option Year 7 | | $6,382,519 | $510,601 | $6,893,120 |
| Option Year 8 | | $6,637,819 | $531,026 | $7,168,845 |
| Option Year 9 | | $6,903,332 | $552,267 | $7,455,599 |
| | Grand Totals | $33,631,204 | $2,690,496 | $36,321,700 |

SHEPARD PATTERSON™
MANAGING PEOPLE, SYSTEMS & INFORMATION

November 6, 2000

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm. 7310
400 - 7th Street, SW
Washington, DC 20590

Attention: Ms. Erica Williams, Contracting Officer

Subject: Funding Breakdown, Contract DTMA91-95-C-00024, Option Years 5 - 9

Reference: Your email dated November 1, 2000

Dear Ms. Williams:

The attached tables detail our proposed breakdown of funding for the subject option years by CLIN per your request in the reference email. Since our overall proposed funded cost for each option year is based on our actual billings in Option Year Five through 9/30/00 (baseline also shown in the tables), the labor hour and other direct costs estimates in the attached tables have also been calculated proportionately. The estimated labor hour and other direct costs shown in the tables for Option Year 5 are precisely in the same ratio to the overall cost as they are in actual billings to date. The same is true for Option Years 6 - 9, except that labor hours are adjusted to compensate for a 4% per year anticipated increase in labor rates.

If you have any questions or comments, please contact me at 703-412-5072.

Sincerely,

Glenn I. Downer
Vice President

Cc:
Benedict J. Burnowski
Richard H. Williams
Patrick Carlton
Sam Patterson
Len Freiberg
Lou Vanderhorst



2001 JEFFERSON DAVIS HWY. • SUITE 610 • ARLINGTON, VA 22202 • (703) 412-5072 • (703) 412-5076

Contract No. DTMA91-95-C-00024

**OPTION YEAR FIVE BILLED TO DATE**

**Six Month Period Through 9/30/00**

| | | | |
|---|---|---|---|
| **Total Hours** | **32,148.5 Hours** | 1 LOT | $ NSP* |
| **Total Estimated Cost** **For 32,148.5 Labor Hours** | | 1 LOT | $ 1,358,757.51 |
| **Other Direct Cost** (Incudes G&A) | | | $ 1,809,330.24 |
| **Total Estimated Cost** | | | $ 3,168,087.75 |
| **Total Provisional Fee Pool** | | | $ 126,723.51 |
| **Total Option Year Five Amount (6 month baseline)** | | | **$ 3,294,811.27** |

## OPTION YEAR FIVE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0006 | **Option Year Five** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **71,142 Hours** | 1 LOT | $ NSP* |
| 0006AA | **Total Estimated Cost For 71,142 Labor Hours** | | 1 LOT | $ 3,006,802.47 |
| 0006AB | **Other Direct Cost** (Incudes G&A) | | | $ 4,003,877.53 |
| | **Total Estimated Cost** | | | $ 7,010,680.00 |
| 0006AC | **Total Award Fee Pool** | | | $ 560,854.00 |
| | **Total Option Year Five Amount** | | | **$ 7,571,534.00** |
| | **Total Guarantee for Option Year Five** | | | $ 757,153.40 |

* Not Separately Priced

# OPTION YEAR SIX PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0007 | **Option Year Six** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | 65,343 Hours | 1 LOT | $ NSP* |
| 0007AA | **Total Estimated Cost For 65,343 Labor Hours** | | 1 LOT | $ 2,872,206.00 |
| 0007AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,824,648.00 |
| | **Total Estimated Cost** | | | $ 6,696,854.00 |
| 0007AC | **Total Award Fee Pool** | | | $ 535,748.00 |
| | **Total Option Year Six Amount** | | | $ 7,232,602.00 |
| | **Total Guarantee for Option Year Six** | | | $ 723,260.20 |

* Not Separately Priced

## OPTION YEAR SEVEN PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0008 | **Option Year Seven** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | **59,881 Hours** | 1 LOT | $ NSP* |
| 0008AA | **Total Estimated Cost For 59,881 Labor Hours** | | 1 LOT | $ 2,737,391.23 |
| 0008AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,645,127.77 |
| | **Total Estimated Cost** | | | $ 6,382,519.00 |
| 0008AC | **Total Award Fee Pool** | | | $ 510,601.00 |
| | **Total Option Year Seven Amount** | | | **$ 6,893,120.00** |
| | **Total Guarantee for Option Year Seven** | | | $ 689,312.00 |

* Not Separately Priced

## OPTION YEAR EIGHT PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0009 | **Option Year Eight** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | 59,881 Hours | 1 LOT | $ NSP* |
| 0009AA | **Total Estimated Cost For 59,881 Labor Hours** | | 1 LOT | $ 2,846,886.55 |
| 0009AB | **Other Direct Cost (Incudes G&A)** | | | $ 3,790,932.45 |
| | **Total Estimated Cost** | | | $ 6,637,819.00 |
| 0009AC | **Total Award Fee Pool** | | | $ 531,026.00 |
| | **Total Option Year Eight Amount** | | | $ 7,168,845.00 |
| | **Total Guarantee for Option Year Eight** | | | $ 716,884.50 |

* Not Separately Priced

## OPTION YEAR NINE PERIOD

| CLIN | | | | |
|---|---|---|---|---|
| 0010 | **Option Year Nine** - Non-personal Logistics Services in support of the Ready Reserve Force (RRF). Labor Categories, services as specified in Section C. | | | |
| | **Total Hours** | 59,881 Hours | 1 LOT | $ NSP* |
| 0010AA | **Total Estimated Cost For 59,881 Labor Hours** | | 1 LOT | $ 2,960,762.11 |
| 0010AB | **Other Direct Cost** (Incudes G&A) | | | $ 3,942,569.89 |
| | **Total Estimated Cost** | | | $ 6,903,332.00 |
| 0010AC | **Total Award Fee Pool** | | | $ 552,267.00 |
| | **Total Option Year Nine Amount** | | | $ 7,455,599.00 |
| | **Total Guarantee for Option Year Nine** | | | $ 745,559.90 |

* Not Separately Priced