U.S. Department of Transportation
**Maritime Administration**
Chief Counsel

400 Seventh Street, S.W.
Washington, D.C. 20590
(202) 366-5711
(202) 366-7485 (Fax)

Robert B. Ostrom

December 13, 2004

VIA FACSIMILE, MAIL AND EMAIL

R. Kenly Webster, P.C.
1201 Connecticut Avenue, N.W., Sixth Floor
Washington, DC 20036

Re: Logistics Support Services

Dear Mr. Webster:

You have requested my rationale for concluding that the Logistics Support Services contract, as extended in 1998, was void. My prior correspondence and communications with you and previous counsel to Veridyne explained that this finding resulted because of the fraud that occurred when the contract extension was awarded. While the rationale for this finding should be readily apparent, allow me to confirm.

Modification 0023 was awarded under the 8(a) program on a non-competitive basis because the contract extension was less that $3 million. See 15 USC § 637(a)(1)(D), 13 CFR § 124.506(a) and Federal Acquisition Regulation (FAR) at 48 CFR 19.805-1. Veridyne's cost proposal represented that the five option years in that contract extension would not exceed $3 million. The evidence indicates your client knew the scope of work under the extension, including all options, would far exceed $3 million and its proposal to perform five more years of logistics support services for $2,999,949 was not a good faith proposal; the government had been spending $3-4+ million a year under the original contract. Because of the fraudulent representation regarding the dollar value of the contract extension, Modification 0023 was awarded to Veridyne on a non-competitive basis. Since the true value of the award, including options, far exceeded $3 million, there was no authority to enter into a non-competitive contract extension under the 8(a) program. Under basic contract principals, a contract extension entered into on a fraudulent basis and without authority is void *ab initio*.

At our meeting Friday you agreed to discuss a resolution of this matter with your client. I look forward to receiving your offer.

Sincerely,

Robert B. Ostrom
Chief Counsel

Exh 4

Recycled Recyclable