**IN THE COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERIDYNE CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v** | ) | **No. 06-150C** |
| | ) | **(Judge Block)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff requests an enlargement of time of 14 days, to and including May 9, 2007, in which to reply to Defendant-Counterclaimant's Response To Plaintiff's Motion For Partial Summary Judgment and respond to Defendant-Counterclaimant's motion for summary judgment. Plaintiff's reply/response is presently due on April 25, 2007. This is Plaintiff's first request for an enlargement of time for this purpose. Defendant-Counterclaimant's counsel has been contacted, and does not oppose this request for an enlargement of time.

Plaintiff's counsel underwent minor surgery on April 18. While counsel has largely recovered, the surgery interrupted preparation of Plaintiff's reply/response. Plaintiff's counsel anticipates that an enlargement of two (2) weeks should be adequate to prepare for Plaintiff's reply/response.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

s/ Marc Lamer________
MARC LAMER
Attorney for Plaintiff

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: April 23, 2007