# IN THE COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **VERIDYNE CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v** | ) | **No. 06-150C** |
| | ) | **(Judge Block)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE IT'S SUPPLEMENTAL APPENDIX OUT OF TIME

Plaintiff, Veridyne Corporation ("Plaintiff"), respectfully moves the Court for an Order allowing it to file its Supplemental Appendix (which is attached hereto) out of time.

Plaintiff was due to file its Reply/Response to Defendant's-Counterclaimant's Response To Plaintiff's Motion For Partial Summary Judgment And Cross-Motion For Summary Judgment ("Defendant's Motion") on May 9. As part of its submission, Plaintiff's prepared a 258 page Supplemental Appendix. The Supplemental Appendix was scanned and converted into SIX (6) PDF files, each of which was under the 2 MB limit for the Court's electronic filing system. However, when Plaintiff's counsel attempted to attach the Supplemental Appendix files to its Reply/Response to Defendant's Motion, the electronic filing system would not accept the first file, which was 1.97 MB.

Plaintiff's counsel then filed Plaintiff's Reply/Response on May 9, together with Plaintiff's Response To Defendant's Proposed Findings Of Fact; he then had

the Supplemental Appendix re-scanned and converted to EIGHT (8) PDF files, each of which was well under 2 MB. Despite this, Plaintiff's counsel was unable to file its Supplemental Appendix, for the system refused to accept two (2) of the eight (8) files that were 1.71 MB. Plaintiff's counsel contacted the court's electronic filing help desk, and requested assistance. Suggestions from the help desk failed to cure the problem, and Plaintiff's counsel was promised help from the system's "tech support." In the interim, Plaintiff's counsel contacted Defendant's counsel and, on Friday, May 11 (i.e., 2 days out of time) provided him with a copy of the Supplemental Appendix scanned onto a CD.

Plaintiff's counsel has still not heard from the system's "tech support," he therefore had the Supplemental Appendix scanned for a third time, this time converting it into TEN (10) PDF files, no one of which is larger than 1.5 MB. Plaintiff's counsel is now attempting once again to file Plaintiff's Supplemental Appendix b attaching it to this motion, and seeking leave of Court to file its Supplemental Appendix SEVEN (7) DAYS out-of-time.

Wherefore Plaintiff respectfully requests that its Motion be granted and that it be given leave of Court to file its Supplemental Appendix SEVEN (7) DAYS out-of - time.

Respectfully submitted,

s/ Marc Lamer

Marc Lamer
Attorney for Plaintiff

Date: May 16, 2007