| Work Order No. | Total Cost Billed To MARAD | INS Portion of Billings | Other Direct Costs (including travel, materials, equipment, etc.) | Payment to Veridyne for Labor, Overhead and G&A |
|---|---|---|---|---|
| 1 | $10,732.61 | — | $7,401.42 | $3,331.19 |
| 2 | $336,821.16 | $231,363.69 | $15,609.77 | $89,847.70 |
| 3 | $624,206.83 | $10,381.98 | $93,596.10 | $520,228.75 |
| 4 | $677,872.48 | $330,911.37 | $35,465.51 | $311,495.60 |
| 5 | $465,572.55 | $223,425.48 | $31,441.27 | $210,705.80 |
| 6 | $237,648.24 | $145,690.27 | $15,601.64 | $76,356.33 |
| 7 | $123,120.17 | $95,075.72 | $338.78 | $27,705.67 |
| 8 | $4,227.48 | $3,045.97 | $102.67 | $1,078.79 |
| 112 | 1,338,915.71 | $944,575.80 | $59,419.54 | $334,920.37 |
| 113 | $844,273.75 | $1,248.37 | $71,283.86 | $771,741.52 |
| 114 | $2,780,007.02 | $1,372,550.22 | $258,794.52 | $1,148,662.28 |
| 115 | $1,409,624.06 | $546,465.19 | $198,557.10 | $664,601.77 |
| 116 | $371,368.48 | $225,084.99 | $30,269.90 | $116,013.59 |
| 117 | $529,372.08 | $181,555.49 | $25,765.27 | $322,051.32 |
| 118 | $509,258.67 | $228,308.00 | $54,385.74 | $226,564.93 |
| 19/120 | FFP orders for spare parts | — | — | — |
| 121 | $40,099.49 | $28,150.82 | $356.04 | $11,592.63 |
| 212 | $682,550.36 | $422,168.08 | $74,874.27 | $185,508.01 |
| 213 | $454,337.95 | — | $41,362.77 | $412,975.18 |
| 214 | $1,671,422.78 | $696,635.85 | $214,635.11 | $760,151.82 |
| 215 | $853,227.74 | $9,637.61 | $156,520.13 | $687,070.00 |
| 216 | $23,831.32 | $15,190.69 | $372.88 | $8,267.75 |
| 217 | $360,656.73 | $136,346.37 | $11,003.83 | $213,306.53 |
| 218 | $60,948.25 | $20,876.24 | $16,241.69 | $23,830.32 |
| 219 | $116,976.65 | $88,099.06 | $4,709.35 | $24,168.24 |
| 312 | $743,931.71 | $344,357.07 | $67,003.50 | $332,511.14 |
| 313 | $591,800.10 | — | $90,258.85 | $501,541.25 |
| 314 | $1,783,606.09 | $935,262.62 | $166,453.10 | $681,890.37 |
| 315 | $1,014,949.54 | $10,401.62 | $90,422.63 | $124.99 |
| 316 | $466,707.78 | $381,053.50 | $8,038.62 | $77,615.66 |
| 317 | $445,531.58 | $272,391.36 | $19,250.23 | $153,889.99 |
| 318 | $3,947.46 | $1,934.81 | $901.13 | $1,111.52 |
| 319 | $202,521.29 | $143,925.42 | $9,925.89 | $48,669.98 |
| **Total** | $19,780,068.11 | $8,046,113.66 | $1,870,363.11 | $8,949,530.99 |

PLAINTIFF'S EXHIBIT B

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 OF 4 |
| 2. AMENDMENT/MODIFICATION NO. 0001 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: POC: Rita Jackson (202) 366-0284 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

SHEPARD-PATTERSON & Associates, Inc.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

CODE | FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024 |
| | 10B. DATED (SEE ITEM 13) 27 MARCH 1995 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) CONTRACT CLAUSE G.6, AWARD FEE EVALUATION PROVISIONS |

E. IMPORTANT: Contractor X is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES.

PLAINTIFF'S EXHIBIT C

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, [...] unchanged and in full [force] and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CO[NTRACTING OFFICER (Type or p]rint) Rita C. Jackson Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 10 August 1995 |

The purpose of this modification is to authorize the award fee of six percent earned under the contract, for the evaluated period 27 March 1995 through 30 June 1995. The summary of tasks and their ratings are provided on page 3. Page 4, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of two percent totaling $6,096.37 has been earned.

2. Funds in the amount of $55,797.49 for the award fee pool for the first quarter are hereby obligated. The accounting data is set forth as below:

69X1710 1 95 65 70EQPO 160000 2596

3. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

DOT MARITIME CONTRACT
SUMMARY OF SIGNIFICANT EVENTS

| CONTRACT NO. DTMA91-95-C-00024 | CONTRACTOR: SHEPARD-PATTERSON |
|---|---|
| EVALUATION PERIOD: 3/27/95 - 6/30/95 | EVALUATION COORDINATOR: PATRICK CARLTON |

PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR

| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
|---|---|---|---|---|---|---|---|
| 001 | PHASE-IN | | | X | | | INVOICE AND REPORTS WERE NOT TIMELY OR CORRECT. |
| 004/2 | LOG. MGMT MANUAL | | | | X | | EVALUATOR EXTREMELY PLEASED WITH CONTRACTORS EFFORT TO DATE. |
| 005/3 | CORRUPTED DISC CAPE FLORIDA | | | X | | | RESPONSE BY CONTRACTOR WAS ON-TIME. |
| 005/4 | PC-SAL ASSIST VISIT | | | X | | | TRAINING WAS PROVIDED AND WELL RECEIVED BY VESSEL. |
| 005/6 | PC-SAL DIAMOND STATE | | | | | X | CONTRACTOR PROVIDED DELIVERABLE, 20 DAYS BEFORE DUE DATE. |
| 005/8 | PC-SAL CAPE F'S | | | X | | | TRAINING PROVIDED AND SHIP'S CREW PLEASED WITH THE CONTRACTORS PC-SAL UPDATE AND IMPROVEMENTS. |
| 005/9 | CAPE K'S REPORT | | | | | X | CONTRACTOR DELIVERED REPORT AHEAD OF SCHEDULE, AND PRODUCT WAS OF EXCELLENT QUALITY. |
| 005/13 | PC-SAL PETERSBURG | | | | X | | CONTRACTOR PERFORMED SATISFACTORY WITH A GREAT RESPONSE TIME ON DELIVERABLE. |
| 005/15 | PC-SAL/ECSMIS TROUBLE MAR-611 | | | | | X | CONTRACTOR IDENTIFIED PROBLEM AND CORRECTED WITHOUT DELAY. CUSTOMER WAS PLEASED WITH PERFORMANCE. |
| 005/16 | RRF-ECSMIS UPDATE | | | | X | | CONTRACTOR PROVIDED THE REQUESTED DBF FILES IN AN EXPEDITIOUS FASHION. |
| 006/2 | EQUIPMENT DATABASE FILES | | | | X | | OVERALL EFFORT BY THE CONTRACTOR WAS EXCELLENT. THIS WAS CONSIDERED A CRITICAL PROJECT. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL SCORE | | | | 12 | 16 | 15 | = 43 ÷ 11 = 3.9% = 6% AWARD FEE |

(REVERSE BLANK)
(REV. 3/95:MAR-614)

## FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

## Ratings

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

U.S. Department
of Transportation

**Maritime
Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

August 30, 1995

Shepard Patterson & Associates, Inc.
Attention: Samuel Patterson
2001 Jefferson Davis Hwy, Suite 209
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024 (SBA No. 0303-95-1-00055)
Award Fee

Dear Mr. Patterson:

This letter confirms conversations 24 August 1995 with Rita Jackson (MAR-380) and Michael Genna (S/P, CFO), and then with Cathy McGill (S/P) on 30 August 1995, referencing the above subject. We are all in agreement that the above subject contract award fee was in error on page two, number 1 of modification 0001. Cathy McGill and I reworked the invoicing data and the revised award fee amount is $6,096.37.

The attached, page 2, shall replace the current page you have for modification 0001. I have distributed the corrected page to our finance office and the COTR. I also want to take this opportunity to express my thanks to Cathy and Michael for making strides in correcting many of our earlier invoicing problems.

Any additional questions should be addressed to me at (202) 366-0284.

Sincerely,

Rita C. Jackson
Contracting Officer

enclosure

DISTRIBUTED TO: CONTRACTOR, FINANCE, FILE, COTR 11/3/95

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES: 1 OF 5

2. AMENDMENT/MODIFICATION NO.: 0002

3. EFFECTIVE DATE: SEE BLOCK 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (if applicable)

6. ISSUED BY CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:
POC: Rita Jackson (202) 366-0284

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
SHEPARD-PATTERSON & Associates, Inc.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: DTMA91-95-C-00024

10B. DATED (SEE ITEM 13): 27 MARCH 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) CONTRACT CLAUSE G.6, AWARD FEE EVALUATION PROVISIONS |

E. IMPORTANT: Contractor X is not, __ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Rita C. Jackson
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 11/03/95

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

The purpose of this modification is to authorize the award fee of seven percent earned under the contract, for the evaluated period 1 July 1995 through 30 September 1995. The summary of tasks and their ratings are provided on pages 4 and 5. Page 3, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of three percent totaling $26,759.60 has been earned.

2. Funding remaining in the award fee pool for the first quarter will be utilized for the second quarter. The accounting data is set forth as below:

69X1710 1 95 65 70EQPO 160000 2596

3. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

## FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

## Ratings

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE OF PAGES 1 OF 5 |
| 2. AMENDMENT/MODIFICATION NO. 0003 | 3. EFFECTIVE DATE SEE BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: POC: Rita Jackson (202) 366-0284 | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code) SHEPARD-PATTERSON & ASSOC., INC. 15 East Ridge Pike, Suite 220 Conshohocken, PA 19428 | | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024 |
| | | | 10B. DATED (SEE ITEM 13) 27 MARCH 1995 |
| CODE | FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO ARTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) CONTRACT CLAUSE G.6., AWARD FEE EVALUATION PROVISIONS |

E. IMPORTANT: Contractor X is not, __ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Rita Jackson, Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 3/26/96 |

7540-01-152-8070 PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53-243

The purpose of this modification is to authorize the award fee of seven and one quarter percent earned under the contract, for the evaluated period 1 October 1995 through 31 December 1995. The summary of tasks and their ratings are provided on pages 4 and 5. Page 3, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid for this period. The remaining award fee of three and one quarter percent, totaling $30,411.34 may therefore be requested.

2. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

## FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

## Ratings

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

## DOT MARITIME CONTRACT
## SUMMARY OF SIGNIFICANT EVENTS

CONTRACT NO.DTMA91-95-C-00024 — CONTRACTOR:SHEPARD-PATTERSON

EVALUATION PERIOD:10/1/95-12/31/95 — EVALUATION COORDINATOR:PATRICK CARLTON

PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR

| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
|---|---|---|---|---|---|---|---|
| | MONTHLY REPORTING | | | | X | | CONTRACTOR HAS BEEN MORE RESPONSIVE IN THEIR REPORTING REQUIREMENTS. |
| | MONTHLY INVOICING | | | | X | | |
| 002 | SPARE PARTS PROCUREMENT | | | | X | | INS PROCUREMENT MANAGER VERY GOOD. |
| 003 | SPARE PARTS PROVISIONING | | | | X | | THE CONTRACTOR HAS DONE AN EXCELLENT JOB TO THIS POINT. |
| 004 | LOGISTICS SUPPORT | | | | | X | |
| 005 | DATABASE MAINTENANCE AND SPECIAL REPORTS | | | | X | | SPECIAL REPORTS ARE PROCESSED ACCURATELY AND PROMPTLY. |
| 006 | ARMY APF LOGISTICS SUPPORT | | | | X | | CONTRACTOR HAS PROVIDED REPORTS ON REQUEST AND IN A VERY TIMELY MANNER. |
| 007 | MARAD MRM PROGRAM | | | | X | | PROGRAM RUNNING WELL. NEED MORE MAN POWER. |
| 008 | OPDS AND APF LOGISTICS SUPPORT | | | | X | | CONTRACTOR PERFORMED ON A HIGH LEVEL WHEN REQUIRED. |
| 009 | LOGISTICS OVERHAUL OF CAPE KENNEDY AND CAPE KNOX | | | | | X | THE CONTRACTOR HAS FACED MANY OBSTACLES IN THIS EFFORT, AND HAS REACTED IN A SUPERIOR MANNER. |
| 002/1 | SPARE PARTS/EQUIPMENT PURCHASED FOR AWR-3 VESSELS | | | | | X | THE CONTRACTOR PROVIDED THIS REPORT VERY QUICKLY AND WITH NO FRILLS. LISTING WAS PRECISE AND COMPLETE. |
| 004/6 | PARTS RELOCATION/VIDMAR CABINETS (TEXAS) | | | | X | | THIS WAS A VERY LONG & DETAILED EFFORT, BUT UNDER THE CIRCUMSTANCES, THE CONTRACTOR DID AN EXCELLENT JOB. |
| 004/8 | INVENTORY OF TECHNICAL DOC FOR OPDS 4&5 | | | X | | | EFFORT WAS COMPLETED PRIOR TO EXTENSION DATE. |
| 004/18 | DEFICIENCY LISTINGS | | | | | X | CONTRACTOR DID AN EXCELLENT JOB, REPORT WAS ACCURATE & COMPLETED WITHOUT DELAY. |
| 004/21 | CONTRACTOR WEEKLY HIGHLIGHTS REPORT | | | | | X | |
| | | | | | | | |
| TOTAL SCORE | | | | | | | |

**DOT MARITIME CONTRACT**
**SUMMARY OF SIGNIFICANT EVENTS**

CONTRACT NO.DTMA91-95-C-00024 | CONTRACTOR:SHEPARD-PATTERSON

EVALUATION PERIOD:10/1/95-12/31/95 | EVALUATION COORDINATOR:PATRICK CARLTON

PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR

| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
|---|---|---|---|---|---|---|---|
| 005/42 | PTS REPORTS | | | | | X | VERY SATISFIED WITH PROGRESS AND ASSISTANCE PROVIDED BY PROGRAMMERS. |
| 005/56 | CAPE TAYLOR/TEXAS DOWNLOAD DISCS | | | | X | | CONTRACTOR DID AN EXCELLENT JOB, ALL EFFORTS WERE COMPLETE AND VERY THOROUGH. |
| 005/66 | MRM TRANSACTION LOAD PROGRAM | | | | X | | INS MRM MANAGER NOT AWARE OF PROGRESS. |
| 005/90 | RRF-ECSMIS INFO SCREEN | | | | | X | THE CONTRACTOR HAS RESPONDED IN A SUPERIOR MANNER. |
| 005/99 | ADP TECHNICAL SUPPORT | | | X | | | MORE ORGANIZATION NEEDED, I.E., SCHEDULES, STATUS REPORTS. |
| 006/1 | CAPE W'S PROVISIONING EFFORT | | | | X | | CONTRACTOR HAS PROVIDED EXCELLENT SUPPORT WHEN REQUIRED. |
| VARIOUS | CONTROLLED MATERIAL | | | | X | | REPORTS PROVIDED IN A TIMELY MANNER AND WITHOUT ANY COMPLAINT BY THE END USER. |
| VARIOUS | MATERIAL INVENTORY LISTS | | | | | X | EXCELLENT JOB, ALL LISTS WERE PRECISE AND COMPLETE. |
| VARIOUS | PC-SAL INSTALLATION/TRAINING | | | | X | | CONTRACTOR DID AN EXCELLENT JOB IN COORDINATING THE PC-SAL "REFRESH" TASK, NO DELAYS OR PROBLEMS WERE ENCOUNTERED BY ONBOARD ROS CREWS. |
| VARIOUS | PURCHASE OF COMPUTER EQUIPMENT | | | | X | | WRONG ACCESSORIES PURCHASED OCCASIONALLY. |
| VARIOUS | STATISTICAL REPORTS FROM ECSMIS | | | | | X | REPORTS WERE PRECISE AND COMPLETE AND ACCOMPLISHED ON SHORT NOTICE. |
| VARIOUS | RRF-ECSMIS UPDATE, PC-SAL DOWNLOAD | | | | X | | ECSMIS UPDATES ARE RUNNING 100% MORE EFFICIENTLY. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | PEB'S RECOMMENDED AWARD FEE: 7.25% |
| TOTAL SCORE | | 0 | 0 | 6 | 64 | 45 | =115÷27=4.25%=7% AWARD FEE |

(REVERSE BLANK)
(REV. 3/95:MAR-614)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 5

2. AMENDMENT/MODIFICATION NO. 0005

3. Effective Date SEE BLK 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (if applicable)

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:
POC: R. JACKSON (202) 366-0284

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

SHEPARD PATTERSON & ASSOCIATES, INC.
15 East Ridge Pike, Suite 220
Conshocken, PA 19428
Attn: Samuel Patterson

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
69X4303 9 96 65 70EQP0 160000 966500M61 Increase of $50,000

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause G.6., AWARD FEE EVALUATION PROVISIONS |

E. IMPORTANT: Contractor X is not, __ is required to sign this document and return __ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
RITA C. JACKSON
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature] Rita C. Jackson
(Signature of Contracting Officer)

16C. DATE SIGNED 5-15-96

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

The purpose of this modification is to (i) add funding to the award fee pool and (ii) authorize the award fee of six and three quarters percent earned under the contract, for the evaluated period 1 January 1996 through 31 March 1996. The summary of tasks and their ratings are provided on pages 4 and 5. Page 3, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid for this period. The remaining award fee of two and three quarters percent (2 3/4), totaling $23,840.26 may therefore be requested.

2. Funds in the amount of $50,000.00 are hereby obligated to cover the cost for quarterly award fees under the terms of this contract. The funding appropriation is as follows: 69X4303 9 96 65 70EQP0 160000 966500M61.

3. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

## FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

## Ratings

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

Modification 0005

**DOT MARITIME CONTRACT**
**SUMMARY OF SIGNIFICANT EVENTS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONTRACT NO.DTMA91-95-C-00024 | | | | CONTRACTOR:SHEPARD-PATTERSON | | | |
| EVALUATION PERIOD:1/1/96-3/31/96 | | EVALUATION COORDINATOR:PATRICK CARLTON | | | | | |
| PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR | | | | | | | |
| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
| 115/79 | ECSMIS SBS GENERAL EQUIPMENT NUMBERS | | | X | | | PAST DUE. NOMENCLATURES NOT IN LINE WITH USER'S NEEDS. |
| 115/80 | ECSMIS SBS DATA DEFICIENCY REPORT | | | X | | | PAST DUE |
| 115/99 | ADP TECHNICAL SUPPORT | | | X | | | ACTIVITIES NEED TO BE DOCUMENTED "WRITTEN DESCRIPTIONS." |
| 115/105 | PROCUREMENT STATISTICAL REPORT | | | | X | | GREAT JOB |
| 115/111 | PC-SAL DOWNLOAD PROG. MODIFICATION | | | | X | | TRAINING WAS PROVIDED AFTER TD COMPLETION DATE. |
| 115/113 | ECSMIS PROG. CHANGE - ON ORDER QTY EDITING | | | | X | | |
| 115/119 | PC-SAL DATA REVIEW AND RECONCILIATION CAPE H'S | | | | X | | |
| 115/123 | CONTROLLED EQUIPAGE INVENTORY AIDS | | | | X | | |
| 115/133 | OPDS-5 MATERIAL LISTS | | | | | X | |
| 115/135 | CONTROLLED MAT'L LISTS | | | | | X | |
| 115/140 | CD-ROM CHANGER | | | | X | | |
| 115 | AIPP LINE ITEMS NOT ORDERED-CAPE T'S&V'S | | | | | X | |
| 115/1M | OPDS MATERIAL REPORT | | | | X | | |
| 116/018 | APPEND PROGRAM TO INCLUDE INSTALLATION INSTRUCTIONS | | | | | X | EXCELLENT JOB |
| VARIOUS | PC-SAL INSTALL/TRNG | | | | X | | |
| VARIOUS | RRF-ECSMIS PC-SAL UPDATES | | | | | X | DOWNLOADS COMPLETED IN A TIMELY MANNER. |
| | | | | | | | PEB'S RECOMMENDED AWARD FEE: 6.75% |
| TOTAL SCORE | | 0 | 0 | 18 | 68 | 55 | = 141 ÷ 34 = 4.15% = 6.75% AWARD FEE |

(REVERSE BLANK)
(REV. 3/95:MAR-614)

**DOT MARITIME CONTRACT**
**SUMMARY OF SIGNIFICANT EVENTS**

CONTRACT NO.DTMA91-95-C-00024 | CONTRACTOR:SHEPARD-PATTERSON

EVALUATION PERIOD:1/1/96-3/31/96 | EVALUATION COORDINATOR:PATRICK CARLTON

PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR

| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
|---|---|---|---|---|---|---|---|
| N/A | MONTHLY REPORTING | | | | | X | |
| N/A | MONTHLY INVOICING | | | | | X | |
| N/A | TECHNICAL ADVISE TO SAR | | | | | X | |
| 112 | SHIP SUPPORT MATERIAL PROCUREMENT | | | | X | | NEED TO BE ABLE TO RESPOND TO REQUIREMENTS FASTER. |
| 113 | SPARE PART PROVISIONING SUPPORT | | | | X | | |
| 114 | LOGISTICS SUPPORT | | | | X | | PROVIDED DELIVERABLES ALMOST ALWAYS ON TIME. |
| 115 | D/B MAINT-SPEC REPT | | | | X | | |
| 116 | AWR LOGISTICS SUPPORT | | | | | X | ALWAYS PROVIDE NECESSARY REPORTS WAY AHEAD OF DELIVERY REQUIREMENTS. |
| 117 | MRM PROGRAM | | | X | | | NEVER HAD FULL TEAM IN OPERATION, AND LOST THE ONE FULL-TIME INDIVIDUAL. |
| 118 | OPDS & APF LOGISTICS SUPPORT | | | | X | | CONTRACTOR PROVIDES EXCELLENT SUPPORT WHEN REQUIRED. |
| 119 | CAPE KENNEDY & CAPE KNOX | | | | | X | CONTRACTOR COMPLETED CAPE KNOX ON TIME, IN A SUPERIOR FASHION. |
| 112-2 | CUSTOMS FEES | | | X | | | |
| 114-7 | CAPE V'S INVENTORY & VALIDATION OVERHAUL | | | | X | | EXCELLENT JOB |
| 114/21 | CONTRACTOR WKLY REPT | | | | | X | EXTREMELY COMPLETE & ACCURATE |
| 115-70 | GOPHER STATE PC-SAL | | | | X | | |
| 115-72 | SBS RECOMMENDED LIST | | | | X | | |
| 115-73 | RRF-ECSMIS SBS INTERFACE ACTIONS | | | X | | | PAST DUE, BRYAN SMITH WAS UNAWARE OF ACTIVITIES BY JOE CONEYS. |
| 115/74 | RRF SHIP SUPPLY SUPPORT STATUS | | | | X | | |
| | | | | | | | |
| TOTAL SCORE | | | | | | | |

(REVERSE BLANK)
(REV. 3/95:MAR-614)

3

U.S. Department
of Transportation

**Maritime
Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

May 1, 1996

Shepard Patterson & Associates, Inc.
Attention: Samuel Patterson
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

Dear Mr. Patterson:

This letter constitutes "Notice of Award" earned for the performance of contract DTMA91-95-C-00024 for the period 1 January 1996 through 31 March 1996.

The Performance Evaluation Board (PEB) has completed its evaluation and submitted its findings to the logistics support contracts Fee Determining Official (FDO). The FDO, Michael Delpercio, Director, Office of Ship Operations has reviewed the report and concurred with the recommendation of the PEB. Under the terms of the contract a maximum award fee of eight percent may be earned during each performance period.

An award fee of six and three quarters (6 3/4) percent has been awarded for this period. In accordance with the provisional award fee clause (G.6) contained in the contract, a four percent fee has been included/paid within each invoice. Therefore, a separate invoice for the remaining two and three quarters percent should be submitted for payment. Please indicate on the invoice the amount requested is for "Award Fee" and also include the period of performance.

Your firm's overall performance was determined to be highly satisfactory for the period evaluated. A breakout of the evaluation per task and the modification will be issued soon after this notification.

Any questions and or comments, I can be reached at (202) 366-0284.

Sincerely,

Rita C. Jackson
Contracting Officer

Recycled
Recyclable