**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 5

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0006 | SEE BLK 16C | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:
POC: R. JACKSON (202) 366-0284

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

SHEPARD PATTERSON & ASSOCIATES, INC.
15 East Ridge Pike, Suite 220
Conshocken, PA 19428
Attn: Samuel Patterson

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause G.6., AWARD FEE EVALUATION PROVISIONS |

E. IMPORTANT: Contractor X is not, __ is required to sign this document and return __ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RITA C. JACKSON Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY Rita C. Jackson (Signature of Contracting Officer) | 16C. DATE SIGNED 7/31/96 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

**FEE SCALE**

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

**Ratings**

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

DOT MARITIME CONTRACT
SUMMARY OF SIGNIFICANT EVENTS

| CONTRACT NO.DTMA91-95-C-00024 | CONTRACTOR:SHEPARD-PATTERSON |
|---|---|
| EVALUATION PERIOD:4/1/96-6/30/96 | EVALUATION COORDINATOR:PATRICK CARLTON |

PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR

| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
|---|---|---|---|---|---|---|---|
| N/A | MONTHLY REPORTING | | | | X | | USUALLY SUPERIOR, HOWEVER, LATE ON A COUPLE OF OCCASIONS. |
| N/A | MONTHLY INVOICING | | | | X | | |
| 112 | SHIP SUPPORT MATERIAL PROCUREMENT | | | | | X | REPORTS, PROCUREMENTS ACTIONS, ETC., ALWAYS COORDINATED EXCEPTIONALLY & PROFESSIONALLY WELL. |
| 113 | SPARE PART PROVISIONING SUPPORT | | | | X | | CONTRACTOR WAS NOT RECEPTIVE TO SUGGESTIONS OF NEW REPORTING PROPOSAL. |
| 114 | LOGISTICS SUPPORT | | | | | X | PROGRAM MANAGER FULLY AWARE OF ALL ON-GOING PROJECTS. |
| 115 | D/B MAINT-SPEC REPT | | | | X | | |
| 116 | AWR LOGISTICS SUPPORT | | | | | X | CONTRACTOR'S PERFORMANCE WAS EXCEPTIONAL DURING THIS PERFORMANCE PERIOD. |
| 117 | MRM PROGRAM | | | | X | | |
| 118 | OPDS & APF LOGISTICS SUPPORT | | | | | X | ALL DELIVERABLES ON-TIME, ALMOST ALL CASES EARLY. |
| 114-02 | CONTRACTOR WKLY REPT | | | | | X | |
| 114-06 | PC-SAL INSTALLATIONS | | | | | X | REPORTS ALWAYS PROVIDED IN GREAT DETAIL; INSTALLATIONS ALWAYS COMPLETED BEFORE DUE DATE. |
| 114-10 | OPDS SUPPORT (MT WASHINGTON) | | | | X | | NEED TO DEVELOP PROGRAM MORE. |
| 114-11 | MGMT REPORTS & SUPPORT | | | | | X | CONTRACTOR HAS BEEN VERY RESPONSIVE TO ALL REQUIREMENTS. |
| 114-12 | ECSMIS REPORTS | | | | X | | |
| 115-03 | ADP TECHNICAL SUPPORT | | | X | | | STILL NOT GETTING "COMPLETE WRITTEN DESCRIPTIONS" OF ACTIONS ETC., PER TD. |
| 115-04 | UPDATES VIA CD-ROM | | | | X | | CONTRACTOR CONTINUES TO PROVIDE DELIVERABLES ON-TIME. |
| 115-06 | RO-ECSMIS CD DEVELOPMENT | | | X | | | |
| 115-08 | ADD MFR TO "LOOKUP" SCREEN | | | X | | | NOT GETTING PROGRESS REPORTS/FEEDBACK. |

| CONTRACT NO.DTMA91-95-C-00024 | CONTRACTOR:SHEPARD-PATTERSON |
|---|---|
| EVALUATION PERIOD:4/1/96-6/30/96 | EVALUATION COORDINATOR:PATRICK CARLTON |

PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR

| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
|---|---|---|---|---|---|---|---|
| 115-09 | OFFLINE ECSMIS MOD - SBS DATA | | | | X | | SIMPLE TASK, DONE RIGHT AND QUICKLY. |
| 115-11 | ORIG SBS SHIP APP FLAG | | | | X | | |
| VARIOUS | RRF-ECSMIS PC-SAL UPDATES | | | | X | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | PEB'S RECOMMENDED AWARD FEE: 7% |
| TOTAL SCORE | | | | 9 | 44 | 35 | = 88 ÷ 21 = 4.2% |

(REVERSE BLANK)
(REV. 3/95:MAR-614)

The purpose of this modification is to authorize the award fee of seven percent earned under the contract, for the evaluated period 1 April 1996 through 30 June 1996. The summary of tasks and their ratings are provided on pages 4 and 5. Page 3, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of three percent (3%) totaling $26,090.77 has been earned.

2. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

**FEE SCALE**

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

**Ratings**

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

# DOT MARITIME CONTRACT
## SUMMARY OF SIGNIFICANT EVENTS

CONTRACT NO.DTMA91-95-C-00024 | CONTRACTOR:SHEPARD-PATTERSON

EVALUATION PERIOD:4/1/96-6/30/96 | EVALUATION COORDINATOR:PATRICK CARLTON

PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR

| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
|---|---|---|---|---|---|---|---|
| N/A | MONTHLY REPORTING | | | | X | | USUALLY SUPERIOR, HOWEVER, LATE ON A COUPLE OF OCCASIONS. |
| N/A | MONTHLY INVOICING | | | | X | | |
| 112 | SHIP SUPPORT MATERIAL PROCUREMENT | | | | | X | REPORTS, PROCUREMENTS ACTIONS, ETC., ALWAYS COORDINATED EXCEPTIONALLY & PROFESSIONALLY WELL. |
| 113 | SPARE PART PROVISIONING SUPPORT | | | | X | | CONTRACTOR WAS NOT RECEPTIVE TO SUGGESTIONS OF NEW REPORTING PROPOSAL. |
| 114 | LOGISTICS SUPPORT | | | | | X | PROGRAM MANAGER FULLY AWARE OF ALL ON-GOING PROJECTS. |
| 115 | D/B MAINT-SPEC REPT | | | | X | | |
| 116 | AWR LOGISTICS SUPPORT | | | | | X | CONTRACTOR'S PERFORMANCE WAS EXCEPTIONAL DURING THIS PERFORMANCE PERIOD. |
| 117 | MRM PROGRAM | | | | X | | |
| 118 | OPDS & APF LOGISTICS SUPPORT | | | | | X | ALL DELIVERABLES ON-TIME, ALMOST ALL CASES EARLY. |
| 114-02 | CONTRACTOR WKLY REPT | | | | | X | |
| 114-06 | PC-SAL INSTALLATIONS | | | | | X | REPORTS ALWAYS PROVIDED IN GREAT DETAIL; INSTALLATIONS ALWAYS COMPLETED BEFORE DUE DATE. |
| 114-10 | OPDS SUPPORT (MT WASHINGTON) | | | | X | | NEED TO DEVELOP PROGRAM MORE. |
| 114-11 | MGMT REPORTS & SUPPORT | | | | | X | CONTRACTOR HAS BEEN VERY RESPONSIVE TO ALL REQUIREMENTS. |
| 114-12 | ECSMIS REPORTS | | | | X | | |
| 115-03 | ADP TECHNICAL SUPPORT | | | X | | | STILL NOT GETTING "COMPLETE WRITTEN DESCRIPTIONS" OF ACTIONS ETC., PER TD. |
| 115-04 | UPDATES VIA CD-ROM | | | | X | | CONTRACTOR CONTINUES TO PROVIDE DELIVERABLES ON-TIME. |
| 115-06 | RO-ECSMIS CD DEVELOPMENT | | | X | | | |
| 115-08 | ADD MFR TO "LOOKUP" SCREEN | | | X | | | NOT GETTING PROGRESS REPORTS/FEEDBACK. |

(REVERSE BLANK)
(REV. 3/95:MAR-614)

| CONTRACT NO.DTMA91-95-C-00024 | CONTRACTOR:SHEPARD-PATTERSON |
|---|---|
| EVALUATION PERIOD:4/1/96-6/30/96 | EVALUATION COORDINATOR:PATRICK CARLTON |

PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR

| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
|---|---|---|---|---|---|---|---|
| 115-09 | OFFLINE ECSMIS MOD - SBS DATA | | | | X | | SIMPLE TASK, DONE RIGHT AND QUICKLY. |
| 115-11 | ORIG SBS SHIP APP FLAG | | | | X | | |
| VARIOUS | RRF-ECSMIS PC-SAL UPDATES | | | | X | | |
| | | | | | | | PEB'S RECOMMENDED AWARD FEE: 7% |
| TOTAL SCORE | | | | 9 | 44 | 35 | = 88 ÷ 21 = 4.2% |

(REVERSE BLANK)
(REV. 3/95:MAR-614)

DOT MARITIME CONTRACT
SUMMARY OF SIGNIFICANT EVENTS

| CONTRACT NO.DTMA91-95-C-00024 | | | | | | | CONTRACTOR:SHEPARD-PATTERSON |
|---|---|---|---|---|---|---|---|
| EVALUATION PERIOD:6/30/95-9/30/95 | | | | | | | EVALUATION COORDINATOR:PATRICK CARLTON |
| PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR | | | | | | | |
| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
| | MONTHLY REPORTING | X | | | | | C-10A. OF THE CONTRACT (MONTHLY WORK ORDER STATUS) |
| | MONTHLY INVOICING | | | | X | | |
| | SCHAT LIFEBOATS MTG. | | | | | X | CONTRACTOR PROVED TO BE A SUBSTANTIAL ASSET TO MARAD. |
| 002 | SPARE PARTS PROCUREMENT | | | | X | | |
| 003 | SPARE PARTS PROVISIONING | | | | X | | |
| 004 | LOGISTICS SUPPORT | | | | | X | CONTRACTOR PERFORMED A NUMBER OF TASKS, WHICH REQUIRED QUICK TURN AROUND, IN AN OUTSTANDING MANNER. |
| 005 | DATABASE MAINTENANCE AND SPECIAL REPORTS | | | | X | | |
| 006 | ARMY APF LOGISTICS SUPPORT | | | | X | | OUTSTANDING CONTRACTOR SUPPORT. |
| 007 | MARAD MRM PROGRAM | | | | X | | MONTHLY REPORTS SPORADIC. REQUESTED SEPARATE REPORT MONTHLY BUT REPORTS CAME W/STATUS OF D.O. REPORT, WHICH HAS NOT BEEN TIMELY. |
| 008 | OPDS AND APF LOGISTICS SUPPORT | | | | | | NON-OBSERVED - NO PERFORMANCE BY CONTRACTOR. |
| 004/1 | LOG MGT INSP GUIDE | | | | X | | VERY ACCURATE AND COMPLETE. |
| 004/2 | LOGISTICS MANAGEMENT MANUAL REVISION | | | | X | | COMPLETED ALL REQUIREMENTS ON TIME; VERY PROFESSIONAL DOCUMENT. |
| 004/4 | SHIP RIDERS - CAPE K'S | | | | X | | |
| 004/5 | CAPE R TOOL & PARTS | | | | X | | DONE VERY PROFESSIONALLY. |
| 004/15 | CAPE DOMINGO EQUIP LIST | | | | X | | |
| 004/16 | VESSEL DRAWINGS | | | | X | | QUICK TURN-AROUND MET. |
| 005/1 | RRF VES EQUIP CONFIG | | | | X | | VERY PLEASED WITH THE TIMELY RESPONSE. |
| | | | | | | | |
| TOTAL SCORE | | | | | | | |

DOT MARITIME CONTRACT
SUMMARY OF SIGNIFICANT EVENTS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONTRACT NO.DTMA91-95-C-00024 | | | | CONTRACTOR:SHEPARD-PATTERSON | | | |
| EVALUATION PERIOD:6/30/95-9/30/95 | | EVALUATION COORDINATOR:PATRICK CARLTON | | | | | |
| PERFORMANCE RATINGS: (U) = UNSATISFACTORY; (M) = MARGINAL; (S) = SATISFACTORY; (HS) = HIGHLY SATISFACTORY; (SS) = SUPERIOR | | | | | | | |
| WORK ORDER | DESCRIPTION | U | M | S | HS | SS | COMMENTS |
| 005/21 | TECH MANUALS LISTS | | | | X | | |
| 005/28 | SUPPLY READINESS CODES | | | | | X | CONTRACTOR WAS OUTSTANDING IN PREPARATION AND PARTICIPATION. |
| 005/31 | RRF MILSTRIP REQUISITIONS | | | | X | | FIRST REPORT OF THIS TYPE AND INCLUDED EVERYTHING NEEDED. |
| 005/33 | RRF EQUIPMENT DATABASE FILES | | | | X | | |
| 005/42 | PTS REPORTS | | | | X | | FIRST REPORTS OF THIS TYPE NOW AVAILABLE FOR OUR MANAGEMENT PURPOSES. |
| 005/53 | RRF EQUIPMENT DATABASE FILES | | | X | | | CONTRACTOR'S DATES IN "ACTION COMPLETED" BLOCK ARE INCORRECT AND WAS NOT NOTIFIED OF THE REQUIREMENT FOR EXTRA TIME UNTIL ACTUAL DELIVERY DATE. |
| 005/59 | SAL EQUIP. INDEX (CAPE'S MAY & MOHICAN) | | | | X | | CONTRACTOR REACTED ON SHORT NOTICE. |
| 005/62 | AWR-3 NEW ROS-5 DEFICIENCY % | | | | X | | THE CONTRACTOR PROVIDED ALL REQUESTED INFORMATION AND ALSO PROVIDED HELPFUL INPUT. |
| VARIOUS | RRF-ECSMIS UPDATE, PC-SAL DOWNLOAD | | | | X | | EXCELLENT JOB |
| VARIOUS | PC-SAL INSTALLATION, TRAINING, SHIP ACTIVATION | | | | X | | CONTRACTOR PERFORMED AVERAGE IN ALL RELATED TASKINGS. IN ONE INSTANCE, THEY RESPONDED IMMEDIATELY TO PROVIDE ADDITIONAL DELIVERABLE. |
| VARIOUS | PURCHASE OF COMPUTER EQUIPMENT | | | | X | | |
| VARIOUS | CONTROLLED MATERIAL/EQUIPAGE REPORTS | | | | X | | PRODUCT RECEIVED ON TIME. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL SCORE | | 1 | 0 | 3 | 92 | 15 | = 111 ÷ 28 = 3.96% = 7% AWARD FEE |

U.S. Department
of Transportation

**Maritime
Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

July 31, 1996

Shepard Patterson & Associates, Inc.
Attention: Samuel Patterson
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

Dear Mr. Patterson:

This letter forwards modification 0006 authorizing the award fee earned for the performance period 1 April 1996 through 30 June 1996, under contract DTMA91-95-C-00024.

Your firm's overall performance was determined to be highly satisfactory for the period evaluated. A breakout of the evaluation per task is provided in the modification.

Also enclosed is a Memorandum of Appreciation for Wilbur Woods and Joyce Bonjour of your subcontractor, Information Network Systems (INS). Due to their exceptional support during a six month period, Patrick Carlton, the Assistant COTR wanted to recognize this effort. As the Contracting Officer, I want to convey my personal appreciation for the "Can Do" attitude shown by both these individuals. Please ensure that a copy of the memorandum is forwarded through the proper channels within INS to the recipients.

Sincerely,

Rita C. Jackson
Contracting Officer

Enclosures

Recycled
Recyclable

U.S. Department
of Transportation
**Maritime
Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

July 23, 1996

Shepard Patterson & Associates, Inc.
Attention: Samuel Patterson
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

Dear Mr. Patterson:

This letter constitutes "Notice of Award" earned for the performance period 1 April 1996 through 30 June 1996, under contract DTMA91-95-C-00024.

The Performance Evaluation Board (PEB) has completed its evaluations and submitted their findings to the logistics support contracts Fee Determining Official (FDO). The FDO, Michael Delpercio, Jr., Director, Office of Ship Operations has reviewed the report and concurred with the recommendation of the PEB. Under the terms of the contract a maximum award fee of eight percent may be earned during each performance period.

An award fee of seven percent has been awarded for this period. In accordance with the provisional award fee clause (G.6) contained in the contract, a four percent fee has been included/paid within each invoice. Therefore, a separate invoice for the remaining three percent should be submitted for payment. Please indicate on the invoice the amount requested is for "Award Fee" and also include the period of performance.

Your firm's overall performance was determined to be highly satisfactory for the period evaluated. A breakout of the evaluation per task and the modification will be issued soon after this notification.

Any questions and or comments, I can be reached at (202) 366-0284.

Sincerely,

Rita C. Jackson
Contracting Officer

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE OF PAGES 1 of 5 | |
| 2. AMENDMENT/MODIFICATION NO. 0009 | 3. Effective Date SEE BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:
POC: R. JACKSON (202) 366-0284

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
475 Allendale Road, Suite 201
King of Prussia, Pennsylvania 19406

SHEPARD PATTERSON & ASSOCIATES, INC.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
69X4303 9 97 65 RA:976500N61 160000 70PROO 2596 $50,000

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Mutual Agreement Between the Parties. |
| | D. OTHER (Specify type of modification an authority) |

E. IMPORTANT: Contractor X is not, ___ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
RITA C. JACKSON
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 12/3/96

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Shepard Patterson & Assoc., Inc. DTMA91-95-C-00024
Page 2 of 5 Modification 0009

The purpose of this modification is to (i) add funding to the award fee pool and (ii) authorize the award fee of six percent earned under the contract, for the evaluated period 1 July 1996 through 30 September 1996. The summary of tasks and their ratings are provided on pages 4 and 5. Page 3, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid for this period. The remaining award fee of two percent (2 %), totaling $20,191.01 may therefore be requested.

2. Funds in the amount of $50,000.00 are hereby obligated to be utilized in the performance award fee pool, under the terms of this contract. The award fee pool is thereby increased to $180,797.49 per this modification. The funding appropriation for this increase is as follows: 69X4303 9 97 65 RA:976500N61 160000 70PR00 2596.

3. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

**FEE SCALE**

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

**Ratings**

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

Ratings

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID | | | PAGE OF PAGES 1 of 4 |
| 2. AMENDMENT/MODIFICATION NO. 0012 | 3. Effective Date SEE BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:
POC: R. JACKSON (202) 366-0284

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
475 Allendale Road, Suite 201
King of Prussia, Pennsylvania 19406

SHEPARD PATTERSON & ASSOCIATES, INC.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024 (SBA 0303-95-1-00055)

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification an authority)
CONTRACT CLAUSE G.6, AWARD FEE EVALUATION PROVISIONS

E. IMPORTANT: Contractor _x_ is not, ___ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE THE ATTACHED PAGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RITA C. JACKSON Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 14 FEB 1997 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

Shepard Patterson & Assoc., Inc.
Page 2 of 4

DTMA91-95-C-00024
Modification 0012

The purpose of this modification is to authorize the award fee of six percent earned under the contract, for the evaluated period 01 October 1996 through 31 December 1996. The summary of tasks and their ratings are provided on page 3. Page 4, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of two percent totaling $16,729.85 has been earned.

2. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

DOT MARITIME CONTRACT
SUMMARY OF SIGNIFICANT EVENTS

Contract No. DTMA91-95-C-00024 | Contractor: Shepard-Patterson

Evaluation Period: 10/1 - 12/31/96 | Evaluation Coordinator: Patrick Carlton

Performance Ratings: (U) = Unsatisfactory; (M) = Marginal; (S) = Satisfactory; (HS) = Highly Satisfactory; (SS) = Superior

| Work Order | Description | U | M | S | HS | SS | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| N/A | Monthly Reporting | | | | | X | |
| N/A | Monthly Invoicing | | | X | | | |
| 112 | Ship Support Mat'l Procurement | | | | | X | |
| 113 | Spare Part Provisioning Support | | | | X | | |
| 114 | RRF Logistics Support | | | | | X | |
| 115 | D'Base Maint. & Spec Reports | | | | X | | |
| 116 | AWR Logistics Support | | | | | X | |
| 117 | MRM Program | | | | X | | |
| 118 | OPDS/APF Logistics Support | | | | X | | |
| 112-02 | Integration of Procurement Hist. | | | | | X | |
| 114-01 | Pilot Barcoding System | | | | X | | |
| 114-02 | Cont. Wkly Highlights Report | | | | | X | |
| 114-03 | SBS User Handbook | | | | X | | |
| 114-05 | Cornhusker Logistics Upgrade | | | | X | | |
| 114-06 | PC-SAL Installations | | | | X | | |
| 114-07 | Trans.-Tech Manuals/Drawings | | | | X | | |
| 114-11 | Mgmt Reports & Support | | | | X | | |
| 114-13 | SS CHESAPEAKE OPDS Supt | | | | X | | |
| 114-14 | METEOR/COMET Log Upgrade | | | | X | | |
| 115-03 | ADP Technical Support | | | | X | | |
| 115-05 | Development of PC-SAL Ver 3.1 | | | | X | | |
| 115-07 | PC-SAL/ECSMIS Handbooks | | | | X | | |
| 115-10 | Unsupportable Equip in ECSMIS | X | | | | | |
| 116-04 | SS GOPHER STATE | | | | X | | |
| Various | RRF-ECSMIS PC-SAL Updates | | | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | PEB's Recommended Award Fee 6% |
| TOTAL SCORE | | 1 | | 3 | 64 | 35 | = 103 25 = 4.12% |

(Reverse Blank)
(Rev. 9/96:MAR-614)

**FEE SCALE**

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

**Ratings**

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | |
|---|---|---|
| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 of 5 |

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0014 | 3. Effective Date SEE BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |

| | |
|---|---|
| 6. ISSUED BY MAR-380 CODE:<br>U.S. DOT / MARITIME ADMINISTRATION<br>MAR-380 ROOM 7310<br>400 SEVENTH STREET S. W.<br>WASHINGTON, DC 20590 | 7. ADMINISTERED BY (If other than Item 6) CODE:<br>POC: R. JACKSON (202) 366-0284 |

| | | |
|---|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)<br>U.S. SMALL BUSINESS ADMINISTRATION<br>Philadelphia Regional Office<br>475 Allendale Road, Suite 201<br>King of Prussia, Pennsylvania 19406<br><br>SHEPARD PATTERSON & ASSOCIATES, INC.<br>15 East Ridge Pike, Suite 220<br>Conshohocken, PA 19428 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DTMA91-95-C-00024 (SBA 0303-95-1-00055) |
| | | 10B. DATED (SEE ITEM 13)<br>March 27, 1995 |
| CODE / FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>I.10 Determination of Award Fee Earned and I.6 |
| | D. OTHER (Specify type of modification an authority)<br>Mutual Agreement Between the Parties |

E. IMPORTANT: Contractor X is not, ___ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>RITA C. JACKSON<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>1 May 19[illegible] |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

**Shepard Patterson & Assoc., Inc.** **DTMA91-95-C-00024**
**Page 2 of 5** **Modification 0014**

1. The purpose of this modification is to authorize the award fee of seven percent earned under the contract, for the evaluated period 01 January 1997 through 31 March 1997 and to implement the revised hourly rate for a Key Entry Operator II. The summary of tasks for this award period and their ratings are provided on pages 3 and 4. Page 5, provides the Ratings/Fee Scale.

2. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of three percent totaling $29,075.68 may be invoiced.

3. The contracting officer has also received your request for a wage adjustment for the labor category Key Entry Operator II, under Wage Determination No. 94-2103 revised 11/15/96. The new rate for that category of $11.23 is approved and in effect.

4. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

DOT MARITIME CONTRACT
SUMMARY OF SIGNIFICANT EVENTS

Contract No. DTMA91-95-C-00024 | Contractor: Shepard-Patterson

Evaluation Period: 1/1 - 3/31/97 | Evaluation Coordinator: Patrick Carlton

Performance Ratings: (U) = Unsatisfactory; (M) = Marginal; (S) = Satisfactory; (HS) = Highly Satisfactory; (SS) = Superior

| Work Order | Description | U | M | S | HS | SS | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| N/A | Monthly Reporting | | | | | X | |
| N/A | Monthly Invoicing | | | | X | | |
| 112 | Ship Support Mat'l Procurement | | | | | X | |
| 113 | Spare Part Provisioning Support | | | | X | | |
| 114 | RRF Logistics Support | | | | | X | |
| 115 | D'Base Maint. & Spec Reports | | | | X | | |
| 116 | AWR Logistics Support | | | | | X | |
| 117 | MRM Program | | | | X | | |
| 118 | OPDS/APF Logistics Support | | | X | | | |
| 112-02 | Integration of Procurement Hist. | | | | X | | |
| 114-01 | Pilot Barcoding System | | | | X | | |
| 114-02 | Cont. Wkly Highlights Report | | | | | X | |
| 114-06 | PC-SAL Installations | | | | | X | |
| 114-07 | Trans.-Tech Manuals/Drawings | | | X | | | |
| 114-11 | Mgmt Reports & Support | | | X | | | |
| 114-13 | SS CHESAPEAKE OPDS Supt | | | | X | | |
| 114-14 | METEOR/COMET Log Upgrade | | | X | | | |
| 114-15 | STATE OF MAINE | | | | | X | |
| 115-03 | ADP Technical Support | | | | X | | |
| 115-05 | Development of PC-SAL Ver 3.1 | | | | X | | |
| 115-10 | Unsupportable Equip in ECSMIS | X | | | | | |
| 116-04 | SS GOPHER STATE | | | | X | | |
| 121-01 | TEXAS CLIPPER II - Phase I | | | | | X | |
| Various | RRF-ECSMIS PC-SAL Updates | | | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | PEB's Recommended Award Fee 7% |
| TOTAL SCORE | | 1 | | 3 | 52 | 45 | = 101 - 24 = 4.2% = 6.5% Award Fee |

(Reverse Blank)
(Rev. 9/96:MAR-614)

| WO# | SUBJECT | SCORE | RATING | EVALUATOR |
|---|---|---|---|---|
| N/A | Monthly Reporting | 25/5.0 | SS | Carlton |
| N/A | Monthly Invoicing | 29/4.14 | HS | Perry |
| 112 | Ship Supt Mat'l Procurement | 54/4.91 | SS | Carlton |
| 112-02 | Integration of Procurement Support | 33/4.14 | HS | Wagner |
| 113 | Spare Part Provisioning Supt | 16/4.0 | HS | Whittington |
| 114 | Logistics Support | 68/4.86 | SS | Williams |
| 114-01 | Pilot Barcoding System | 14/3.5 | HS | Whittington |
| 114-02 | Cont. Wkly Highlights Rept. | 30/5.0 | SS | Williams |
| 114-06 | PC-SAL Installations | 20/5.0 | SS | Whittington |
| 114-07 | Trans.-Tech Manuals/Drawings | 12/3.0 | S | Whittington |
| 114-11 | Mgmt Reports & Support | 16/3.6 | HS | BW/PC |
| 114-13 | SS CHESAPEAKE OPDS Support | 40/4.0 | HS | Wagner |
| 114-14 | METEOR/COMET Log Upgrade | 24/3.57 | HS | Wagner |
| 114-15 | STATE OF MAINE - Phase I | 45/5.0 | SS | Carlton |
| 115 | D'Base Maint & Spec Reports | 16/4.0 | HS | Whittington |
| 115-03 | ADP Technical Support | 16/4.0 | HS | Whittington |
| 115-05 | Dev. of PC-SAL Ver. 3.2 | 14/3.5 | HS | Whittington |
| 115-10 | Unsupportable Equip in ECSMIS | 2/1.0 | U | Wagner |
| 116 | AWR Logistics Support | 29/4.83 | SS | Carlton |
| 116-04 | SS GOPHER STATE | 16/4.0 | HS | Whittington |
| 117 | MRM Program | 48/4.0 | HS | Wagner |
| 118 | OPDS & APF Logistics Support | 21/4.0 | HS | Wagner |
| 121-01 | TEXAS CLIPPER II - Phase I | 60/5.0 | SS | Carlton |
| Various | RRF-ECSMIS PC-SAL Update | 20/5.0 | SS | Perry |

## FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

## Ratings

| | |
|---|---|
| Superior | 5 |
| Highly Satisfactory | 4 |
| Satisfactory | 3 |
| Marginal | 2 |
| Unsatisfactory | 1 |