**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE OF PAGES 1 of 4 |
| 2. AMENDMENT/MODIFICATION NO. 0015 | 3. Effective Date SEE BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: POC: R. JACKSON (202) 366-0284 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
475 Allendale Road, Suite 201
King of Prussia, Pennsylvania 19406

SHEPARD PATTERSON & ASSOCIATES, INC.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024 (SBA 0303-95-1-00055)

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required) $30,000.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: I.10 Determination of Award Fee Earned and I.6 |
| | D. OTHER (Specify type of modification an authority) Mutual Agreement Between the Parties |

E. IMPORTANT: Contractor _X_ is not, ___ is required to sign this document and return _4_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**SEE ATTACHED PAGES**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RITA C. JACKSON Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 31 July 97 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

1. The purpose of this modification is to authorize the award fee of eight percent earned under the contract, for the evaluated period 01 April 1997 through 30 June 1997 and to add additional funds to the award fee pool. The summary of tasks for this award period and their ratings are provided on page 3. Page 4, provides the Ratings/Fee Scale.

2. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of four percent totaling $48,552.47 may be invoiced.

3. The award fee pool is also increased by $30,000, utilizing the following accounting data: 69X4303 9 97 RA 976500N61 65 160000 70 EQP0 2596 .

4. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

DTMA91-95-C-00024
Modification 0015

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 3 | Reporting | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 4 | Invoicing | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 5 | 112-01 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 6 | 112-02 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 7 | 113-01 | 1 | 5 | 4.201680672 | 3 | 0.12605042 |
| 8 | WO-114 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 9 | 114-01 | 1 | 5 | 4.201680672 | 3 | 0.12605042 |
| 10 | 114-02 | 3 | 1 | 0.840336134 | 4 | 0.033613445 |
| 11 | 114-06 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 12 | 114-07 | 2 | 3 | 2.521008403 | 3 | 0.075630252 |
| 13 | 114-11 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 14 | 114-12 | 2 | 3 | 2.521008403 | 3 | 0.075630252 |
| 15 | 114-14 | 1 | 5 | 4.201680672 | 3 | 0.12605042 |
| 16 | 114-16 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 17 | 115-01 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 18 | 115-02 | 2 | 3 | 2.521008403 | 4 | 0.100840336 |
| 19 | 115-03 | 3 | 1 | 0.840336134 | 4 | 0.033613445 |
| 20 | 115-05 | 2 | 3 | 2.521008403 | 4 | 0.100840336 |
| 21 | 115-10 | 3 | 1 | 0.840336134 | 3 | 0.025210084 |
| 22 | WO-116 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 23 | 116-01 | 3 | 1 | 0.840336134 | 4 | 0.033613445 |
| 24 | 116-02 | 2 | 3 | 2.521008403 | 4 | 0.100840336 |
| 25 | 116-04 | 1 | 5 | 4.201680672 | 3 | 0.12605042 |
| 26 | 117-01 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 27 | 117-02 | 2 | 3 | 2.521008403 | 3 | 0.075630252 |
| 28 | 118-01 | 3 | 1 | 0.840336134 | 4 | 0.033613445 |
| 29 | 118-02 | 3 | 1 | 0.840336134 | 3 | 0.025210084 |
| 30 | WO-119 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 31 | WO-120 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 32 | 121-01 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 33 | 121-02 | 1 | 5 | 4.201680672 | 4 | 0.168067227 |
| 34 | | | | | | |
| 35 | | | | | | **Overall Rating** |
| 36 | | | 119 | 100 | | **3.739495798** |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | 1 = Most Important | | | 0 = Unsat | |
| 40 | | 2 = Second Most | | | 1 = Marginal | |
| 41 | | 3 = Least Important | | | 2 = Satisfactory | |
| 42 | | | | | 3 = Highly Satisfactory | |
| 43 | | | 1 = 5 points | | 4 = Superior | |
| 44 | | | 2 = 3 points | | | |
| 45 | | | 3 = 1 points | | | |

## FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

## Ratings

| | |
|---|---|
| Superior | 4 |
| Highly Satisfactory | 3 |
| Satisfactory | 2 |
| Marginal | 1 |
| Unsatisfactory | 0 |

## Weighted Scale of Importance

| | | |
|---|---|---|
| Most Important | 1 | equals 5pts. |
| Second/Reasonably Important | 2 | equals 3 pts. |
| Least Important | 3 | equals 1 pt. |

TOTAL P.05

14

U.S. Department
of Transportation
**Maritime
Administration**

400 Seventh Street, S.W.
Washington, D.C. 20590

May 1, 1997

Shepard Patterson & Associates, Inc.
Attention: Samuel Patterson
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

Dear Mr. Patterson:

This letter constitutes "Notice of Award" earned for the performance period 1 January 1997 through 31 March 1997, under contract DTMA91-95-C-00024.

The Performance Evaluation Board (PEB) has completed its evaluations and submitted their findings to the logistics support contracts, Fee Determining Official (FDO). The FDO, Michael Delpercio, Jr., Director, Office of Ship Operations has reviewed the report and concurred with the recommendation of the PEB. Under the terms of the contract a maximum award fee of eight percent may be earned during each performance period.

An award fee of six and one half percent was computed for your performance during this period. However, during this period the PEB noted your extraordinary superior work performance involving the MARAD School Ship Program in procuring repair part shortages and providing technical work in completing Phase I of the logistics improvement program for STATE OF MAINE. Therefore, the PEB recommended an additional one half percent, for a total award of seven percent(7%).

In accordance with the provisional award fee clause (G.6) contained in the contract, a four percent fee has been included/paid within each invoice. Therefore, a separate invoice for the remaining three percent should be submitted for payment. Please indicate on the invoice the amount requested is for "Award Fee" and also include the period of performance.

Your firm's overall performance was determined to be highly satisfactory for the period evaluated. The modification will be issued soon after this notification. Any questions and or comments, I can be reached at (202) 366-0284.

Sincerely,

Rita C. Jackson
Contracting Officer

18

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 4

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0018 | 30 Oct 1997 | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:
POC: R. JACKSON (202) 366-0284

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
475 Allendale Road, Suite 201
~~King of Prussia, Pennsylvania 19406~~

SHEPARD PATTERSON & ASSOCIATES, INC.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024 (SBA 0303-95-1-00055)

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED A THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: I.10 Determination of Award Fee Earned and I.6 |
| | D. OTHER (Specify type of modification an authority) Mutual Agreement Between the Parties |

E. IMPORTANT: Contractor _X_ is not, __ is required to sign this document and return _4_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and eff

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RITA C. JACKSON Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA [signature] | 16C. DATE SIGNED 3 Nov 97 |

Shepard Patterson & Assoc., Inc. DTMA91-95-C-00024
Page 2 of 4 Modification 0018

The purpose of this modification is to authorize the award fee of seven and three quarters percent earned under the contract, for the evaluated period 1 July 1997 through 30 September 1997. The summary of tasks and their ratings are provided on page 3. Page 4, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of three and three quarters percent totaling $44,091.36 has been earned.

2. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

20



| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 of 4 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0020 | 3. Effective Date 23 January 1998 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: POC: R. JACKSON (202) 366-0284 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code) | | |
|---|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION Philadelphia Regional Office 475 Allendale Road, Suite 201 King of Prussia, Pennsylvania 19406 SHEPARD PATTERSON & ASSOCIATES, INC. 15 East Ridge Pike, Suite 220 Conshohocken, PA 19428 | | 9A. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024 (SBA 0303-95-1-00055) |
| | | 10B. DATED (SEE ITEM 13) March 27, 1995 |
| CODE | FACILITY CODE | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: I.10 Determination of Award Fee Earned and I.6 |
| | D. OTHER (Specify type of modification and authority) Mutual Agreement Between the Parties |

E. IMPORTANT: Contractor X is not, ___ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RITA C. JACKSON Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 1-27-1998 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

The purpose of this modification is to authorize the award fee of seven and three quarters percent earned under the contract, for the evaluated period 1 October 1997 through 31 December 1997. The summary of tasks and their ratings are provided on page 3. Page 4, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of three and three quarters percent totaling $40,228.31 has been earned.

2. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 3 | Reporting | 1 | 5 | 4.854368932 | 3 | 0.145631068 |
| 4 | Invoicing | 1 | 5 | 4.854368932 | 3 | 0.145631068 |
| 5 | 112-01 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 6 | 112-02 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 7 | 113-01 | 1 | 5 | 4.854368932 | 3 | 0.145631068 |
| 8 | WO-114 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 9 | 114-02 | 3 | 1 | 0.970873786 | 4 | 0.038834951 |
| 10 | 114-06 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 11 | 114-11 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 12 | 114-12 | 2 | 3 | 2.912621359 | 4 | 0.116504854 |
| 13 | 114-14 | 1 | 5 | 4.854368932 | 3 | 0.145631068 |
| 14 | 114-16 | 2 | 3 | 2.912621359 | 4 | 0.116504854 |
| 15 | 114-17 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 16 | 115-01 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 17 | 115-02 | 2 | 3 | 2.912621359 | 4 | 0.116504854 |
| 18 | 115-03 | 3 | 1 | 0.970873786 | 4 | 0.038834951 |
| 19 | 115-05 | 2 | 3 | 2.912621359 | 4 | 0.116504854 |
| 20 | 115-10 | 3 | 1 | 0.970873786 | 0 | 0 |
| 21 | 116-01 | 3 | 1 | 0.970873786 | 4 | 0.038834951 |
| 22 | 116-02 | 2 | 3 | 2.912621359 | 4 | 0.116504854 |
| 23 | 117-01 | 1 | 5 | 4.854368932 | 3 | 0.145631068 |
| 24 | 117-02 | 2 | 3 | 2.912621359 | 3 | 0.087378641 |
| 25 | 118-01 | 3 | 1 | 0.970873786 | 4 | 0.038834951 |
| 26 | 118-04 | 1 | 5 | 4.854368932 | 3 | 0.145631068 |
| 27 | WO-119 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 28 | WO-120 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 29 | 121-02 | 1 | 5 | 4.854368932 | 4 | 0.194174757 |
| 30 | | | | | | |
| 31 | | | | | | Overall Rating |
| 32 | | | 103 | 100 | | 3.640776699 |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | 1 = Most Important | | | 0 = Unsatisfactory | |
| 36 | | 2 = Second Most | | | 1 = Marginal | |
| 37 | | 3 = Least Important | | | 2 = Satisfactory | |
| 38 | | | | | 3 = Highly Satisfactory | |
| 39 | | | 1 = 5 points | | 4 = Superior | |
| 40 | | | 2 = 3 points | | | |
| 41 | | | 3 = 1 points | | | |

**FEE SCALE**

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

**Ratings**

| | |
|---|---|
| Superior | 4 |
| Highly Satisfactory | 3 |
| Satisfactory | 2 |
| Marginal | 1 |
| Unsatisfactory | 0 |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 4

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0022 | SEE BLOCK 16C | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380, ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:
POC: R. JACKSON (202) 366-0284

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, Pennsylvania 19107

SHEPARD PATTERSON & ASSOCIATES, INC.
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

he above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; o (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required) 69X4303 9 98 65 70EQPO 160000 2696 986500P61 $100,000

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) CONTRACT CLAUSE G.6, AWARD FEE EVALUATION PROVISIONS (Payment) |

E. IMPORTANT: Contractor _X_ is not, __ is required to sign this document and return _4_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED PAGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Michael Genna, EVP/CFO<br>Shepard Patterson & Assoc. | | RITA C. JACKSON<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>Michael Genna EVP/CFO<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>5-2-98 | 16B. UNITED STATES OF AMERICA<br>BY Rita C. Jackson<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>27 Apr 98 |

The purpose of this modification is to authorize the award fee of eight percent earned under the contract, for the evaluated period 1 January 1998 through 31 March 1998. The summary of tasks and their ratings are provided on page 3. Page 4, provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid, therefore a total remaining award fee of four percent totaling $45,252.78 has been earned.

2. Funding in the amount of $100,000 is hereby added to the award fee pool changing thc total amount from $360,797.49 to $460,797.49.

3. All other terms and conditions of the contract, as modified herein, remain unchanged and in full force and effect.

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Evaluation Summary | | | | | |
| 2 | TD's | Weighted Scale | Evaluation Points | Relative % | Rating | Rel. % X Rating |
| 3 | Reporting | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 4 | Invoicing | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 5 | 112-01 | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 6 | 112-02 | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 7 | 113-01 | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 8 | WO-114 | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 9 | 114-02 | 3 | 1 | 1.282051282 | 4 | 0.051282051 |
| 10 | 114-06 | 1 | 5 | 6.41025641 | 3 | 0.192307692 |
| 11 | 114-11 | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 12 | 114-12 | 2 | 3 | 3.846153846 | 4 | 0.153846154 |
| 13 | 114-16 | 2 | 3 | 3.846153846 | 4 | 0.153846154 |
| 14 | 114-17 | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 15 | 115-01 | 1 | 5 | 6.41025641 | 4 | 0.256410256 |
| 16 | 115-02 | 2 | 3 | 3.846153846 | 4 | 0.153846154 |
| 17 | 115-03 | 3 | 1 | 1.282051282 | 4 | 0.051282051 |
| 18 | 115-05 | 2 | 3 | 3.846153846 | 4 | 0.153846154 |
| 19 | 115-10 | 3 | 1 | 1.282051282 | 3 | 0.038461538 |
| 20 | 116-01 | 3 | 1 | 1.282051282 | 4 | 0.051282051 |
| 21 | 117-01 | 1 | 5 | 6.41025641 | 3 | 0.192307692 |
| 22 | 118-01 | 3 | 1 | 1.282051282 | 4 | 0.051282051 |
| 23 | 118-02 | 3 | 1 | 1.282051282 | 4 | 0.051282051 |
| 24 | 118-04 | 1 | 5 | 6.41025641 | 3 | 0.192307692 |
| 25 | | | | | | |
| 26 | | | | | | Overall Rating |
| 27 | | | 78 | 100 | | 3.794871795 |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | 1 = Most Important | | | 0 = Unsatisfactory | |
| 31 | | 2 = Second Most | | | 1 = Marginal | |
| 32 | | 3 = Least Important | | | 2 = Satisfactory | |
| 33 | | | | | 3 = Highly Satisfactory | |
| 34 | | | 1 = 5 points | | 4 = Superior | |
| 35 | | | 2 = 3 points | | | |
| 36 | | | 3 = 1 points | | | |

FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

Ratings

| | |
|---|---|
| Superior | 4 |
| Highly Satisfactory | 3 |
| Satisfactory | 2 |
| Marginal | 1 |
| Unsatisfactory | 0 |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 3

2. AMENDMENT/MODIFICATION NO. 0023

3. Effective Date: See block 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (if applicable)

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification an authority)
Contract Clause G.6, Award Fee Evaluation (Payment)

E. IMPORTANT: Contractor _X_ is not, __ is required to sign this document and return __ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the award fee of eight percent earned under the contract for the evaluation period April 1, 1998 through June 30, 1998. The summary of tasks and their ratings are provided on page 2. Page 3 provides the Ratings/Fee Scale.

1. Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid; therefore, a total remaining award fee of four percent totaling $48,200.32 has been earned.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Erica L. Williams
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED 8/10/98

16B. UNITED STATES OF AMERICA
BY (Signature of Contracting Officer)

16C. DATE SIGNED 08/07/98

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE OF PAGES 1 of 3 | |
| 2. AMENDMENT/MODIFICATION NO. 0024 | 3. Effective Date See block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY MAR-380 CODE: U.S. DOT / MARITIME ADMINISTRATION MAR-380 ROOM 7310 400 SEVENTH STREET S. W. WASHINGTON, DC 20590 | | 7. ADMINISTERED BY (if other than Item 6) CODE: | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | c. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause G.6, Award Fee Evaluation (Payment) |

E. IMPORTANT: Contractor _X_is not, __ is required to sign this document and return __ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the award fee of **eight percent** earned under the contract for the evaluation period July 1, 1998 through September 30, 1998. The summary of tasks and their ratings are provided on page 2. Page 3 provides the Ratings/Fee Scale.

In addition to the award fee amount, an additional $9,000.00 of previously undistributed award funds is authorized for Superior Performance for this review period.

Upon receipt of this modification, an invoice for the remaining award fee earned, plus the additional funds, may be submitted. A provisional fee of four percent has been paid; therefore, the remaining award fee of four percent totaling $46,150.67 plus $9,000.00 for a grand total of $55,150.67 is authorized for invoicing.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) Glenn I. Downer, Program Manager | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erica L. Williams Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 11/3/98 | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 10/30/98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE OF PAGES 1 of 3 |
| 2. AMENDMENT/MODIFICATION NO. 0025 | 3. Effective Date See block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | c. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority)<br>Contract Clause G.6, Award Fee Evaluation (Payment) |

E. IMPORTANT: Contractor _X_is not, __ is required to sign this document and return _ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the award fee of **eight percent** earned under the contract for the evaluation period October 1, 1998 through December 30, 1998. The summary of tasks and their ratings are provided on page 2. Page 3 provides the Ratings/Fee Scale.

A provisional fee of four percent has been paid; therefore, a remaining award fee of four percent totaling $42,676.55 has been earned

Upon receipt of this modification, an invoice for the remaining award fee earned can be submitted.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>G. I. Downer, Vice President | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Erica L. Williams<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>1/29/99 | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>1/28/99 |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0027 | See block 16C | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
15 East Ridge Pike, Suite 220
Conshohocken, PA 19428

CODE | FACILITY CODE

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_ is not, __ is required to sign this document and return_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the award fee of eight percent earned under the contract for the evaluation period January 1, 1999 through March 30, 1999. The summary of tasks and their ratings are provided on page 2. Page 3 provides the Ratings/Fee Scale.

In addition to the award fee amount, an additional $5,000.00 of previously undistributed award funds is authorized for Superior Performance for this review period and throughout Option Year Three.

Upon receipt of this modification, an invoice for the remaining award fee earned, plus the additional funds, may be submitted. A provisional fee of four percent has been paid; therefore, the remaining award fee of four percent totaling $40,707.57 plus $5,000.00 for a grand total of $45,707.57 is authorized for invoicing.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Glenn I Downer, Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Erica L. Williams
Contracting Officer

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| [signature] (Signature of person authorized to sign) | 5/6/99 | BY [signature] (Signature of Contracting Officer) | 5/04/99 |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0029 | See block 16C | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (If other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15; and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14; PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, __ is required to sign this document and return _ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the award fee of **eight percent** earned under the contract for the evaluation period April 1, 1999 through June 30, 1999. The summary of tasks and their ratings are provided on page 2. Page 3 provides the Ratings/Fee Scale.

A provisional fee of four percent has been paid; therefore, the remaining award fee of four percent totaling $38,735.94 is authorized for invoicing.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Glenn I Downer, Vice President | | Erica L. Williams<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 8/24/99 | BY [signature]<br>(Signature of Contracting Officer) | 8/24/99 |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 (REV. 10-83)
PREVIOUS EDITION UNUSABLE Prescribed by GSA
FAR (48 CFR) 53-243

**AMENDMENT OF SOLICITATION/M( ·ICATION OF CONTRACT**

1. CONTRACT I )DE

PAGE OF PAGES 1 of 3

2. AMENDMENT/MODIFICATION NO. 0030

3. Effective Date: See block 16C

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (if applicable)

6. ··SUED BY MAR-380 CODE:

( S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA91-95-C-00024

10B. DATED (SEE ITEM 13) March 27, 1995

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers___is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each ·am or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

(CCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | c. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, _ is required to sign this document and return_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the award fee of **eight percent** earned under the contract for the evaluation period July 1, 1999 through September 30, 1999. The summary of tasks and their ratings are provided on page 2. Page 3 provides the Ratings/Fee Scale.

In addition to the award fee amount, an additional $10,000.00 of previously undistributed award funds is authorized for Superior Performance during this review period.

Upon receipt of this modification, an invoice for the remaining award fee earned, plus the additional funds, may be submitted. A provisional fee of four percent has been paid; therefore, the remaining award fee of four percent totaling $37,697.46 plus $10,000.00 for a grand total of $47,697.46 is authorized for invoicing.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Glenn I Downer, Vice President

16A. NAME AND TITLE OF CONTRACTINGOFFICER (Type or print): Erica L. Williams, Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 11/18/99

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 11/12/99

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

| | A | | C | D | | F |
|---|---|---|---|---|---|---|
| 1 | **Evaluation Summary** | | | | | |
| 2 | *TD's* | *Weighted Scale* | *Evaluation Points* | *Relative %* | *Rating* | *Rel. % X Rating* |
| 3 | Reporting | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 4 | Invoicing | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 5 | 312-01 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 6 | 312-02 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 7 | 313-01 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 8 | WO-314 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 9 | 314-02 | 3 | 1 | 0.917431193 | 4 | 0.036697248 |
| 10 | 314-06 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 11 | 314-11 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 12 | 314-12 | 2 | 3 | 2.752293578 | 4 | 0.110091743 |
| 13 | 314-17 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 14 | 314-19 | 3 | 1 | 0.917431193 | 4 | 0.036697248 |
| 15 | 314-20 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 16 | 314-21 | 2 | 3 | 2.752293578 | 4 | 0.110091743 |
| 17 | 314-24 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 18 | 314-25 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 19 | 314-26 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 20 | 315-01 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 21 | 315-02 | 2 | 3 | 2.752293578 | 4 | 0.110091743 |
| 22 | 315-03 | 3 | 1 | 0.917431193 | 4 | 0.036697248 |
| 23 | 315-05 | 2 | 3 | 2.752293578 | 4 | 0.110091743 |
| 24 | 315-13 | 2 | 3 | 2.752293578 | 4 | 0.110091743 |
| 25 | 317-01 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 26 | 318-02 | 3 | 1 | 0.917431193 | 4 | 0.036697248 |
| 27 | 318-03 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 28 | 319-01 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 29 | 319-02 | 1 | 5 | 4.587155963 | 4 | 0.183486239 |
| 30 | | | | | | |
| 31 | | | | | | **Overall Rating** |
| 32 | | | 109 | 100 | | 4 |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | 1 = Most Important | | | 0 = Unsatisfactory | |
| 36 | | 2 = Second Most | | | 1 = Marginal | |
| 37 | | 3 = Least Important | | | 2 = Satisfactory | |
| 38 | | | | | 3 = Highly Satisfactory | |
| 39 | | | 1 = 5 points | | 4 = Superior | |
| 40 | | | 2 = 3 points | | | |
| 41 | | | 3 = 1 points | | | |

# FEE SCALE

| | |
|---|---|
| Superior | 8% |
| Highly Satisfactory | 6% - 7% |
| Satisfactory | 4% - 5% |
| Marginal | 1% - 3% |
| Unsatisfactory | 0% |

# RATINGS

| | |
|---|---|
| Superior | 4 |
| Highly Satisfactory | 3 |
| Satisfactory | 2 |
| Marginal | 1 |
| Unsatisfactory | 0 |

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

November 12, 1999

SHEPARD-PATTERSON & ASSOC, INC.
Attn: Mr. Glenn I Downer, Vice President
2001 Jefferson Davis Highway, Suite 209
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Downer:

Enclosed is your signed, executed copy of modification 0030 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

Downer
Name

Vice President
Title

11/18/99
Date

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0031 | See block 16C | | |

6. ISSUED BY MAR-380 CODE:
U.S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
2002 Sproul Road, Suite 206
Broomall, PA 19428

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers__ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning__ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.9, Payment of Award Fee |

E. IMPORTANT: Contractor _X_is not, _ is required to sign this document and return_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to authorize the award fee of **eight percent** earned under the contract for the evaluation period October 1, 1999 through December 31, 1999. The summary of tasks and their ratings are provided on page 2. Page 3 provides the Ratings/Fee Scale.

Upon receipt of this modification, an invoice for the remaining award fee earned may be submitted. A provisional fee of four percent has been paid; therefore, the remaining award fee of four percent totaling $36,803.11is authorized for invoicing.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Glenn I Downer, Vice President | | Erica L. Williams<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 2/11/00 | BY [signature]<br>(Signature of Contracting Officer) | 02/09/2000 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

February 9, 2000

SHEPARD-PATTERSON & ASSOC, INC.
Attn: Mr. Glenn I Downer, Vice President
2001 Jefferson Davis Highway, Suite 209
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Downer:

Enclosed is your signed, executed copy of modification 0031 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams
Contracting Officer

Enclosure

Acknowledgement of receipt:

Glenn I Downer
Name

Vice President
Title

2/11/00
Date

**AMENDMENT OF SOLICITATION/M.. .IFICATION OF CONTRACT**

| 1. CONTRACT . 'ODE | PAGE OF PAGES 1 of 1 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. Effective Date | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0032 | See block 16C | | |

6. ..SUED BY MAR-380 CODE:
..S. DOT / MARITIME ADMINISTRATION
MAR-380 ROOM 7310
400 SEVENTH STREET S. W.
WASHINGTON, DC 20590

7. ADMINISTERED BY (if other than Item 6) CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
U.S. SMALL BUSINESS ADMINISTRATION
Philadelphia Regional Office
900 Market Street, 5th Floor
Philadelphia, PA 19107

SHEPARD PATTERSON & ASSOC INC
2002 Sproul Rd, Suite 206
Broomall, PA 19008

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DTMA91-95-C-00024

10B. DATED (SEE ITEM 13)
March 27, 1995

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers__ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning__ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF Y.. .R OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each ..am or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED TO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification an authority) Contract Clause I.4, Option to Extend the Terms of the Contract Services |

E. IMPORTANT: Contractor _X_is not, _ is required to sign this document and return_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the term of the contract for the 12 month period identified in the contract as "Option Year Five." The period of performance is extended from March 27, 2000through March 26, 2001.

Funds are obligated by individual Delivery Orders issued under this contract, therefore, no funds are committed for this option year period extension.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME ANDTITLE OF CONTRACTINGOFFICER (Type or print) Erica L. Williams Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 03/22/2000 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53-243

U.S. Department
of Transportation
**MARITIME
ADMINISTRATION**

400 Seventh Street, S.W.
Washington, D.C. 20590

March 22, 2000

SHEPARD-PATTERSON & ASSOC, INC.
Attn: Mr. Glenn I Downer, Vice President
2001 Jefferson Davis Highway, Suite 209
Arlington, VA 22202

Subject: Contract DTMA91-95-C-00024
Logistics Support

Dear Mr. Downer:

Enclosed is your signed, executed copy of modification 0032 to the subject contract.

Please acknowledge receipt below and return one signed copy of this letter to:

U.S. Department of Transportation
Maritime Administration, MAR-380
Office of Acquisition, Rm 7310
Attn: Erica L. Williams
400 – 7th Street, S.W.
Washington, D.C. 20590

Sincerely,

Erica L. Williams
Contracting Officer

Enclosures

Acknowledgement of receipt:

Glenn I Downer
Name

Vice President
Title

3/27/00
Date