**No. 06-150C**
**Judge Block**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**VERIDYNE CORPORATION**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA**

**Defendant.**

---

# PLAINTIFF'S SUPPLEMENTAL APPENDIX

---

**VOLUME II**
**Pages 124 – 258**

---

**Marc Lamer**
**Attorney for Plaintiff**

**Kostos and Lamer, P.C.**
**1608 Walnut Street**
**Suite 1300**
**Philadelphia, PA 19103**
**(215) 545-0570**

# TABLE OF CONTENTS TO PLAINTIFF'S SUPPLEMENTAL APPENDIX (Volume II)

**Document** **Page**

1. Work Order 412, dated March 27, 2000 and modifications thereto (Exhibit "D" to Patterson Supplemental Declaration)....124

2. Work Order 413, dated March 27, 2000 and modifications thereto (Exhibit "E" to Patterson Supplemental Declaration)....144

3. Work Order 414, dated March 27, 2000 and modifications thereto (Exhibit "F" to Patterson Supplemental Declaration)....162

4. Work Order 415, dated March 27, 2000 and modifications thereto (Exhibit "G" to Patterson Supplemental Declaration)....183

5. Work Order 416, dated March 27, 2000 and modifications thereto (Exhibit "H" to Patterson Supplemental Declaration)....204

6. Work Order 417, dated March 27, 2000 and modifications thereto (Exhibit "I" to Patterson Supplemental Declaration)....221

7. Work Order 418, dated March 27, 2000 and modifications thereto (Exhibit "J" to Patterson Supplemental Declaration)....239

8. Work Order 419, dated March 27, 2000 and modifications thereto (Exhibit "K" to Patterson Supplemental Declaration)....246

9. Billing Breakdown, Work Orders 412 through 823 (Exhibit "L" to Patterson Supplemental Declaration)....258

Contract DTMA91-95-C-00024
Work Order: WO-0412
March 27, 2000

# STATEMENT OF WORK
# SHIP SUPPORT MATERIAL PROCUREMENT

## 1.0 GENERAL

This work order requires the contractor to provide purchasing support services for the procurement of deficient Ship Support material. The contractor will prepare documentation for government procurement from commercial sources; prepare requisitions for National Stock Number (NSN) items for procurement from the Federal Supply System (FSS); receive, inspect, stage and stow material; ship material to designated locations; update specified records; and maintain a database to support the procurement of Ship Support material as described herein. "Ship Support material" includes expendable and non-expendable items i.e. consumable material, tools, complete components, end items and equipment.

## 2.0 DESCRIPTION OF WORK

The contractor shall perform the work associated with the procurement of Ship Support material.

### 2.1 Procurement Requirements Development

**2.1.1** The contractor shall identify deficiencies based on the most current information available either through ECSMIS, provisioning efforts, approved Allowance Change Requests, etc.

**2.1.2** The contractor shall develop and maintain a procurement database for the deficiencies that have been identified. The database will be used to track all information relating to the procurement of Ship Support material deficiencies.

**2.1.3** Upon request, a procurement report containing the deficiency information for the database will be provided to MAR-614.

PLAINTIFF'S EXHIBIT
tabbies
D

2.1.4 MAR-614 will authorize procurement of Ship Support material by the contractor.

2.2 Pre-procurement Technical Research

2.2.1 The contractor will conduct technical research on deficient Ship Support material for MARAD vessels using required data sources, such as, but not limited to, CD FICHE cross reference database, Thomas Register of American Manufacturers, Master Cross Reference List (MCRL), Management List-Navy (ML-N), technical manuals, and vendor catalogs. The contractor will also use the MARAD Equipment Configuration and Spare Parts Management Information System (ECSMIS).

2.2.1.1 During technical research, the contractor will make all efforts to fill material deficiencies in the following order:

(1) Shore-based Spares
(2) Federal Supply System
(3) Commercial Sources

2.2.1.2 Research will include cross-referencing part numbers to NSNs, obtaining maximum technical characteristic information on each part, estimated pricing, and source of supply.

2.2.2 The contractor will use ECSMIS to fill-in data voids when good, believable information exists for the same parts on other vessels.

2.2.3 Each deficient item will be coded with one of the procurement action codes (PAC) listed in attachment A.

**2.2.4** The contractor will identify a source for items to be commercially procured.

**2.2.5** The contractor will provide MAR-614 with estimates of funds required for procurement of PAC B (commercial procurement) items, and PAC F (Federal Supply System) items.

**2.3 Material Procurement:** The contractor will prepare requisitions for NSN and commercial items approved by MAR-614.

**2.3.1** Commercial (PAC B) material

**2.3.1.1** When directed, the contractor will prepare funding obligation documentation (Form MA-949) for items approved by MAR-614. A requisition will consist of requirements for one line item by ship or multiple ships requiring the same item. The contractor will process commercial procurement data into an automated MARAD procurement system (MPS).

**2.3.1.2** The contractor will purchase or arrange for the purchase of the material. The contractor will process status reports and resolve any technical problems encountered.

**2.3.2** Federal Supply System (FSS) (PAC F) material

**2.3.2.1** The contractor will electronically process approved NSN material into the MARAD procurement system (MPS).

**2.3.2.2** The contractor will prepare a milstrip requisition database for NSN items for

EDI transmission by MAR-614 to the Defense Automatic Addressing System Office (DAASO) using the DAASO Automated Message Exchange System (DAMES). Requisitions will be prepared in accordance with the Federal Supply System Requisitioning Program as specified by MAR-614.

**2.3.2.3** The contractor will electronically process status as received from MAR-614 into the MARAD procurement system and prepare transfer of funds vouchers for MAR-614.

## 2.4 Material Receipt and Staging

### 2.4.1 Commercially procured (PAC B) material

**2.4.1.1** The contractor will receive material purchased from commercial sources and conduct a 100% receipt inspection for quality, quantity, type and condition at the contractor's material receiving and staging facility.

**2.4.1.2** The contractor will notify the designated MARAD representative of material receipt and availability for MARAD inspection and acceptance.

**2.4.1.3** Upon acceptance of the material by MARAD, the contractor will accept custody of the government material.

**2.4.1.4** The contractor will enter receipt data into the MARAD procurement system, resolve any discrepancies and reconcile

invoices to reflect quantities actually received.

2.4.2 FSS (PAC F) material

2.4.2.1 The contractor will receive material requisitioned from the FSS at the contractor's material receiving and staging facility. The contractor will sign the DD Form 1348-1 for each NSN requisition and will forward each original DD 1348-1 to MAR-614.

2.4.2.2 The contractor will conduct receipt inspection on each NSN item for type, quality, quantity, and condition and enter receipt data into the MARAD procurement system.

2.4.2.3 The contractor will prepare Reports of Discrepancies (SF 164) as necessary, reporting any discrepancies to MAR-614 for further direction.

2.5 Material Staging

Staged material includes material received from the shore-based spares, FSS, and commercial sources.

2.5.1 The contractor will maintain management control over the government material in its possession.

2.5.2 After material is received, inspected, and accepted, the contractor will segregate and stage material for individual vessels or for MARAD's shore-based stock.

2.5.3 The contractor will prepare periodic receiving and staging reports for items received and staged in the warehouse as directed.

2.6 Material Stowage

2.6.1 The contractor will coordinate with MAR-614 and the appropriate Region Inventory Specialist to deliver and stow material aboard a particular vessel when one of the following situations occur:

2.6.1.1 A convenient and cost effective opportunity arises;

2.6.1.2 When sufficient material has accumulated at the contractor's staging facility to make it a worthwhile and cost effective effort;

2.6.1.3 When directed by MAR-614 to make emergency deliveries in order to meet operational missions.

2.6.2 The contractor will prepare spare parts labels and material inventory lists for the material to be stowed. Additionally, the contractor shall perform a final QA to ensure the material is still applicable to the ship.

2.6.3 The contractor will stow shipping containers, prepare container manifest lists, and ship material to vessels, MARAD warehouses, or ship managers as applicable or as directed by MAR-614.

2.6.4 The contractor will stow the material aboard ship in the proper shipboard locations as directed.

2.6.5 The contractor will update PC-SAL or ECSMIS as applicable, and prepare stowage reports and submit to MAR-614.

2.7 The contractor will acquire computer software or hardware, attend meetings, and perform travel as required for the performance of this task and as directed by MAR-614.

2.8 The contractor will respond to MAR-614 requirements for efforts involving Ship Support material deficiency procurement that do not fall under any other single element listed in this work order.

**3.0 COMPUTER INTERFACE PROGRAMS**

The contractor will maintain a database to support the procurement of deficient Ship Support material. This database will be referred to as the MARAD Procurement System (MPS).

3.1 The MPS will:

3.1.1 Contain equipment information, piece part identification data, and procurement data required to maintain procurement records.

3.1.2 Track deficient items throughout the entire procurement process: from the purchase, receipt, staging, and the stowage of procured material onboard MARAD vessels, and the material receipt/financial reconciliation process.

3.1.3 Record and retain the results of pre-procurement research to include assigning deficient items one of the approved procurement action codes.

3.1.4 Automatically assign requisition numbers for NSN items and for items to be purchased by the contractor.

3.2 The MPS will provide the automated capability within MAR-614 to receive, pass, record, recall, and report on all data pertaining to FEDSTRIP requisitions.

3.3 The MPS will provide the automated capability within MAR-614 to review all procurement records.

3.4 The contractor will maintain a Procurement History File based on MPS data.

3.5 Spare parts procurement history will be integrated with ECSMIS to provide the automated capability to view the procurement history of a specific part through ECSMIS.

3.6 The hardware, software, and material acquired or leased using contract funds will be the property of the government and returned to the government at the conclusion of the contract unless the contractor is directed to do so at an earlier date.

**4.0 CONTRACTOR DELIVERABLES**

4.1 Upon request, the contractor will provide a report of deficiency information to MAR-614 in accordance with paragraph 2.1.3.

4.2 As applicable per paragraph 2.2.5, the contractor will provide MAR-614 with an estimate of funds required for specified deficiencies for commercial and FSS procurement.

4.3 When applicable per paragraph 2.3.1.1, the contractor will deliver a computer generated MARAD Form 949 incorporating commercial procurement items for specified vessels or equipment previously approved by MAR-614.

4.4 The contractor will deliver a computer file of FEDSTRIP formatted requisitions covering items for a specified vessels or equipment and previously approved by MAR-614 for requisitioning through the Federal Supply System in accordance with paragraph 2.3.2.2.

4.5 On the occasion of stowing previously staged items aboard RRF vessels, the contractor will deliver a stowage report reflecting the number of items stowed.

4.6 On the occasion of shipping previously staged items directly to a ship or Region, the contractor will provide a shipping report to MAR-614 identifying the material shipped.

4.7 The contractor will produce analysis and provide special reports as directed by MAR-614.

**5.0 START DATE** **March 27, 2000**

**6.0 COMPLETE DATE** **March 27, 2001**

**7.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

MARAD COTR APPROVAL: ______________________
Richard H. Williams
Chief, Division of Logistics Support

CONTRACTOR ACCEPTANCE: ______________________
Glenn Downer
Program Manager, Shepard-Patterson

MARAD SPARE PARTS
PROCUREMENT ACTION CODES (PACs)
As of 1 September 1999

| PAC | DESCRIPTION |
|---|---|
| B | Purchase from commercial sources |
| D | Not procured see COMMENTS |
| E | Inventory level sufficient |
| F | Available through the Federal Supply System |
| G | Cannot procure source of supply no longer in business |
| H | Not procured vendor price considered excessive |
| I | Do not procure per provisioning review |
| K | Not procured sufficient assets onboard |
| L | Local purchase by Ship Manager |
| M | Cannot procure no mfr and/or part number |
| N | Do procure, MARAD decision |
| O | Cannot procure obsolete part number; no replacement found |
| P | Not procured provisioning review required |
| Q | Further research required (MARAD) |
| R | Further research required (CONTRACTOR) |
| S | Purchase through special MARAD programs |
| T | Not procured material is hazardous |
| U | Fill deficiency from Western WHSE-SBS |
| V | Fill deficiency from Nederland-SBS |
| X | Fill deficiency from Chesapeake WHSE-SBS |
| W | Fill deficiency from New Orleans WHSE-SBS |
| Z | Purchased by Ship Manager |

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 412

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Effective Date: April 1, 2000

Completion Date: March 30, 2001 Not To Exceed: $ - 0 -

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

Description of Supplies/Services:

Statement of Work: Enclosure (1).

**SHIP SUPPORT MATERIALPROCUREMENT**

| SHEPARD-PATTERSON & Assoc., Inc. | | United States of America | |
|---|---|---|---|
| [signature] | 5/31/00 | [signature] | 6/6/2000 |
| Signature | Date | Signature | Date |
| Glenn I. Downer | Project Manager | Erica L. Williams | |
| Name | Title | Contracting Officer | |

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 412 MOD 01

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $ - 0 -" and substitute with "Not To Exceed: $190,000.00."

2. Funds in the amount of $150,000.00 are transferred to W.O. 412 from W.O. 312. This work order is also increased by P.O. 00-0039 in the amount of $40,000.00. The total work order amount has increased from $ - 0 - by $190,000.00 to $190,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 5/10/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/6/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0039

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. W.O. 412 Mod I, 413 Mod I, 414 Mod I, 415 Mod I, 416 Mod I, 417 Mod I, 418 Mod I, 419 Mod I

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS Richard H. Williams
202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $607,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner: | 001 | LO | $607,000.00 | | $607,000.00 |
| | WO-412: Increase by $40,000, new value: $190,000. | | | | | |
| | WO-413: Increase by $100,000, new value: $100,000. | | | | | |
| | WO-414: Increase by $493,000, new value: $753,000. | | | | | |
| | WO-415: Increase by $262,000, new value: $262,000. | | | | | |
| | WO-416: Increase by $130,000, new value: $130,000. | | | | | |
| | WO-417: Increase by $50,000, new value: $50,000. | | | | | |
| | WO-418: Increase by $25,000, new value: $50,000. | | | | | |

'00 APR 19 P3 20

OFFICE OF ACQUISITION MAR-380 RECEIVED

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 6/6/2000

21. REQUISITIONER SIGNATURE Richard H. Williams [signature] DATE 4/19/00
TITLE Chief, Division of Logistics Support, MAR-614

22. APPROVING OFFICER SIGNATURE James E. Caponiti [signature] DATE 4/19/00
TITLE Associate Administrator for National Security

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer DATE 4/19/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

25. ACCOUNTABLE ☐ PROPERTY

26. FIXED ☐ ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 412 MOD 02

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $190,000.00" and substitute with "Not To Exceed: $266,318.00."

2. Funds in the amount of $76,318.00 transferred to W.O. 412 from W.O. 312 increasing the total work order amount from $190,000.00 by $76,318.00 to $266,318.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

Signature 8/15/06 Date

Glenn I. Downer Project Manager
Name Title

United States of America

Signature 8/16/06 Date

for
Erica L. Williams
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 412 MOD 03

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $266,318.00" and substitute with "Not To Exceed: $466,318.00."

2. The work order is increased by P.O. 00-0060 in the amount of $200,000.00 increasing the total work order amount from $266,318.00 by $200,000.00 to $466,318.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 8/23/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 8/30/00
Signature Date

Benedict J. Burnowski
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 412 MOD 04

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $466,318.00" and substitute with "Not To Exceed: $634,318.00."

2. The work order is increased by P.O. 00-0077 in the amount of $168,000.00 increasing the total work order amount from $466,318.00 by $168,000.00 to $634,318.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 9/14/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 9/15/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PR6 000000084 PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0077

5. QUOTATION REF/OTHER AGENCY CONTRACT NO.

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE March 2001

12. COTR NAME ADDRESS Richard H. Williams
202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $626,596.80 are provided to cover logistics support services to the RRF in the 4th quarter FY 2000. These funds are to be distributed in the following manner:<br><br>WO-412: Increase by $168,000, new value: $<br><br>WO-413: Increase by $ 50,000, new value: $<br><br>WO-414: Increase by $150,000, new value: $<br><br>WO-415: Increase by $200,000, new value: $<br><br>WO-416: Increase by $ 30,000, new value: $<br><br>WO-417: Increase by $ 28,596.80 new value: $ | 001 | LO | $626,596.80 | | $626,596.80 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 9/15/00

21. REQUISITIONER SIGNATURE [signature] DATE 9/5/00
TITLE Chief, Division of Logistics Support, MAR-614

22. APPROVING OFFICER SIGNATURE [signature] DATE 9/7/00
TITLE Associate Administrator for National Security

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer DATE 9/7/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2596
REIMB. AGMT. NO. – 006500S61

25. ACCOUNTABLE PROPERTY ☐

26. FIXED ASSET ☐

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 412 MOD 05

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $634,318.00" and substitute with "Not To Exceed: $814,318.00."

2. The work order is increased by P.O. 01-0002 in the amount of $180,000.00 increasing the total work order amount from $634,318.00 by $180,000.00 to $814,318.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 11/21/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 12/28/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PAGE 1 OF

U.S.Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 01-0002

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. PR6000100008

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO: Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE 12 Months ARO

12. COTR NAME ADDRESS Richard H. Williams
PHONE NO. 202-366-6558

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $1,390,000.00 are provided to cover logistics support services to the RRF in the 1st quarter FY 2001. These funds are to be distributed in the following manner: | 001 | LO | $1,390,000.00 | | $1,390,000 |
| | WO-412: Increase by $180,000, new value: $814,318.00 T09500000412/0005 | | | | | |
| | WO-413: Increase by $ 170,000, new value: $593,533.00 T09500000413/0006 | | | | | |
| | WO-414: Increase by $520,000, new value: $1,981,126.00 T09500000414/0006 | | | | | |
| | WO-415: Increase by $340,000, new value: $1,316,050.50 T09500000415/0007 | | | | | |
| | WO-416: Increase by $ 20,000, new value: $530,756.00 T09500000416/0006 | | | | | |
| | WO-417: Increase by $ 160,000.00 new value: $497,243.80 T09500000417/0005 | | | | | |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
Benedict J. Burnowski
DATE 12/26/00 11/2/00

21. REQUISITIONER SIGNATURE [signature] DATE 11/2/00
TITLE Chief, Division of Logistics Support, MAR-614

22. APPROVING OFFICER SIGNATURE [signature] DATE 11/3/00
TITLE Associate Administrator for National Security

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer DATE 11/3/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 01
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500T61

25. ACCOUNTABLE PROPERTY ☐

26. FIXED ASSET ☐

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

142

FORM MA-949 (8-92)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | Page 1 of 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0006 | 03/15/2001 | | 01-0002 |

6. ISSUED BY CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Shepard-Patterson & Assoc.,Inc

2002 Sproul Rd, Ste 206

Broomall, PA 19008

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA1C95024 / TO950000412

(X) 10B. DATED *(SEE ITEM 13)* 06/06/2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
69 - 4303 - 9 01 - 160000 - 65 - 2696 - - 70EQP0 - - - 16500T61 - - - - - - -     Increase $100,000.00

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☑ | D. OTHER *(Specify type of modification and authority)* H.13 Incremental Funding of Task Orders |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this task order modification is to increase W.O. 412 from $814,318.00 by $100,000.00 to $914,318.00 for the 2nd Qtr of FY 2001.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Benedict J. Burnowski | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America<br>BY [signature]<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>03/15/2001 |

143

NSN 7540-01-152-8070 STANDARD FORM 30 (REV. 10-83)

Contract DTMA91-95-C-00024
Work Order: WO-0413
March 27, 2000

# STATEMENT OF WORK
# SPARE PART PROVISIONING SUPPORT

## 1.0 GENERAL

This work order requires the contractor to recommend the range and depth of spare part support allowances for select equipment onboard MARAD Ready Reserve Force (RRF) vessels. Following provisioning efforts for each equipment, MAR-614 will review the recommendations and notify the contractor of all corresponding decisions. Work accomplished shall be in accordance with the following direction and guidance.

## 2.0 TASK DESCRIPTION

The contractor shall perform the work associated with this task as described below:

2.1 Develop, implement, and maintain a MARAD-approved provisioning process.

2.2 Develop provisioning candidate lists of critical equipment for MAR-614 review prior to commencing provisioning action. Considerations include:

2.2.1 Ship Readiness Status as reflected in the Supply Readiness Code for the ship

2.2.2 Equipment Criticality as reflected in the Equipment Criticality Code

2.2.3 Level of existing support for the equipment

2.2.4 Other factors as directed by MAR-614

2.3 Obtain all technical data necessary to provision the equipment.

PLAINTIFF'S EXHIBIT E

2.3.1 Use the ship's technical documentation, when available

2.3.2 Obtain technical documentation from other ships, manufacturers, or suppliers as necessary

2.3.3 Purchase technical documentation if not otherwise available

2.4 Develop and recommend spare parts support allowance data for equipment approved by MAR-614 with or without established MARAD or commercial (i.e. Builders Allowance List (BAL)) allowances for equipment onboard MARAD vessels. Recommendations will as a minimum take into consideration the following:

2.4.1 The experience of the provisioner, ship's crew, port engineer, Ship Manager, and MARAD Surveyor with the equipment being provisioned or similar equipment

2.4.2 Manufacturer recommendations

2.4.3 American Bureau of Shipping (ABS) and United States Coast Guard (USCG) requirements and recommendations

2.5 Obtain approval of spare parts provisioning recommendations:

2.5.1 Prepare and submit a listing of recommended spare parts allowances and supporting data to the Chief Engineer, Port Engineer, MARAD Region Surveyor, and MAR-614

2.5.2 Track the status of the recommendations until final approval is received from MAR-614, expediting progress as necessary and

providing assistance to reviewing parties as requested

2.6 Update PC-SAL and/or ECSMIS, as applicable, to reflect all changes.

2.6.1 Change allowance figures in the appropriate PC-SAL and/or ECSMIS spare parts databases

2.6.2 Match existing on-hand spare parts with the new allowance figures in the databases

2.6.3 Reconcile other problems encountered in the ship's databases, such as parts that are assigned to the wrong equipment, etc.

2.6.4 Track the implementation status of approved provisioning packages

2.6.5 Update ship records with new technical documentation obtained

2.7 Provide management and tracking of approved Allowance Change Requests (ACR):

2.7.1 Review each approved ACR provided by MAR-614 and update ECSMIS with new, approved allowances.

2.7.2 Prepare a response memo, to be returned to the region by MAR-614, providing a report of action taken or reporting any difficulties in implementing the recommendation.

2.7.3 Update each ship's PC-SAL with new allowances when the PC-SAL is refreshed.

2.7.4 Maintain tracking system to provide a record of actions taken and pending PC-SAL updates.

2.8 Prepare regular reports in accordance with paragraph 4.0, and other special reports as tasked by the COTR.

2.9 Update the Master Equipment Index (MEI) to reflect provisioning results when necessary.

2.10 Miscellaneous: respond to MAR-614 requirements for efforts involving provisioning that do not fall under any other single element listed in this work order.

**3.0 PROVISIONING GUIDANCE**

3.1 Review and utilize the ECSMIS database for like equipment as a source of spare parts allowance information.

3.2 Locate and research the applicable Manufacturer's technical manuals and drawings for recommended spare parts lists. The first source of technical manuals shall be MARAD, followed by requests to the appropriate equipment manufacturer. The contractor is authorized to purchase technical documentation without prior approval up to limit of $200.00 per equipment.

3.3 When no technical manual is found to exist, an attempt should then be made to obtain the recommended spare parts list direct from the appropriate manufacturer.

3.4 If the above efforts fail to produce sufficient information to make a spare part allowance recommendation, report such findings to MAR-614, per paragraph 4.2 of this SOW.

3.5 If further research is requested, MAR-614 will dictate the type and extent of research that is required (i.e.,

acquisition and use of technical manuals costing more than $200 and engineering drawings).

3.6 In all cases, spare part allowance quantities will be based upon equipment manufacturer recommendations; best engineering estimates, documented history, and the RRF spare part stowage philosophy (i.e., decentralized stowage of parts and the use of equipment oriented support), based on 180 days of continuous operation.

## 4.0 DELIVERABLES

4.1 Upon MAR-614 approval of provisioned equipment, the PC-SAL database will be updated to reflect any changes resulting from the review. MAR-614 will coordinate ship visits as necessary to enter provisioning data in onboard PC-SAL.

4.2 When necessary, the contractor will submit to MAR-614 a report, by equipment and applicable vessel, which indicates that extensive engineering research, beyond that currently authorized, is required to make spare part allowance recommendations.

4.3 At least monthly, the contractor will submit electronically to MAR-614, a status report by vessel, or group of vessels, for which provisioning has been accomplished reflecting the following:

4.3.1 The number of provisioning packages produced

4.3.2 The number of ship/equipment applications covered by the packages

4.3.3 The number of packages for which PC-SAL updates and QA are complete

4.3.4 The number of packages which turned over for procurement

**5.0 START DATE March 27, 2000**

**6.0 COMPLETE DATE March 27, 2001**

**7.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:**

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:**

Glenn Downer
Program Manager, Shepard-Patterson

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 413

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Effective Date: April 1, 2000

Completion Date: March 30, 2001

Not To Exceed: $ - 0 -

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

Description of Supplies/Services:

Statement of Work: Enclosure (1).

**SPARE PART PROVISIONING SUPPORT**

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 5/10/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/6/2000
Signature Date

Erica L. Williams
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 413 MOD 01

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $ - 0 -" and substitute with "Not To Exceed: $100,000.00."

2. The total work order amount is increased by P.O. 00-0039 from $ - 0 - by $100,000.00 to $100,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 5/10/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/6/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024
3. REQUISITION NO. 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
4. PROCURING OFFICE CONTROL NO. 00-0039
5. QUOTATION REF/OTHER AGENCY CONTRACT NO. W.O. 412 Mod 1, 413 Mod 1, 414 Mod 1, 415 Mod 1, 416 Mod 1, 417 Mod 1, 418 Mod, 419 Mod 1

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS
9. DELIVERY F.O.B.
10. GOVT B/L NO.
11. DELIVERY DATE
12. COTR NAME ADDRESS Richard H. Williams 202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $607,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner: | 001 | LO | $607,000.00 | | $607,000.00 |
| | WO-412: Increase by $40,000, new value: $190,000. | | | | | |
| | WO-413: Increase by $100,000, new value: $100,000. | | | | | |
| | WO-414: Increase by $493,000, new value: $753,000. | | | | | |
| | WO-415: Increase by $262,000, new value: $262,000. | | | | | |
| | WO-416: Increase by $130,000, new value: $130,000. | | | | | |
| | WO-417: Increase by $50,000, new value: $50,000. | | | | | |
| | WO-418: Increase by $25,000, new value: $50,000. | | | | | |

RECEIVED OFFICE OF ACQUISITION MAR-380 '00 APR 19 P3:20

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 6/6/2000

21. REQUISITIONER SIGNATURE Richard H. Williams [signature] DATE 4/19/00
TITLE Chief, Division of Logistics Support, MAR-614

22. APPROVING OFFICER SIGNATURE James E. Caponiti [signature] DATE 4/19/00
TITLE Associate Administrator for National Security

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer DATE 4/19/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

25. ACCOUNTABLE PROPERTY ☐
26. FIXED ☐ ASSET
27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 413 MOD 02

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $100,000.00" and substitute with "Not To Exceed: $130,000.00."

2. The total work order amount is increased by P.O. 00-0054 in the amount of $30,00.00 from $100,000.00 by $30,000.00 to $130,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 6/13/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/20/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PR 6000000 48 PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0054

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. W.O. 413 Mod 2, W.O. 414 Mod 2, W.O. 415 Mod 2, W.O. 416 Mod 2

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS Richard H. Williams
PHONE NO. 202-366-6558

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $310,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner:<br>WO-413: Increase by $ 30,000, new value: $130,000.00<br>WO-414: Increase by $ 55,000, new value: $808,000.00<br>WO-415: Increase by $135,000, new value: $397,000.00<br>WO-416: Increase by $ 90,000, new value: $220,000.00 | 001 | LO | | | $310,000.00 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER
Benedict J. Bender
DATE 6/26/00

21. REQUISITIONER SIGNATURE — for
TITLE Chief, Division of Logistics Support, MAR-614
DATE 6/5/00

22. APPROVING OFFICER SIGNATURE
TITLE Associate Administrator for National Security
DATE 6/5/00

23. FUNDS AVAILABLE — COMMITMENT NO.
FUND CONTROL OFFICER
Mark Truffer
DATE 6/8/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

VM 6-6-00

25. ACCOUNTABLE PROPERTY ☐

26. FIXED ASSET ☐

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)