Contract DTMA91-95-C-00024
Work Order: WO-0415
March 27, 2000

# STATEMENT OF WORK
# DATA MANAGAEMENT AND SYSTEM SUPPORT

## 1.0 GENERAL

This Statement of Work encompasses those tasks associated with maintaining the overall Equipment Configuration and Spare Parts Management Information System (ECSMIS) database, downloading ECSMIS data for PC-SAL installations, updating ECSMIS from PC-SAL transactions, providing special ECSMIS data reports, and providing general and specific hardware and software support in conjunction with the ECSMIS system as tasked by receipt of Contract Technical Directives (CTD) issued by MAR-614. Also included are the time, material and travel associated with installation, training and maintenance of the overall ECSMIS system, e.g. PC-SAL program, Provisioning Program, MARAD Procurement System (MPS), MARAD Reutilization Material (MRM) Program, Shore Based Spares (SBS) program, and Purchase and Requisitioning Programs.

## 2.0 TASK DESCRIPTION

The contractor shall perform the work associated with:

**2.1** PC-SAL development and software maintenance, including:

**2.1.1** Development of new PC-SAL versions incorporating enhancements specified by MAR-614 (i.e., versions 4.0, etc.)

**2.1.2** Write and maintain a PC-SAL Manual/User Handbook

**2.1.3** Perform PC-SAL programming, enhancements, troubleshooting, and "bug fixes" in response to MAR-614 requests

**2.1.4** Provide shipboard installation and training for PC-SAL

PLAINTIFF'S EXHIBIT G

2.1.5 Provide user support to PC-SAL users

2.2 RRF-ECSMIS development and database maintenance

2.2.1 Produce and distribute an ECSMIS CD-ROM to MARAD Regions and Ship Managers quarterly, or as requested by MAR-614

2.2.2 Write and/or revise and maintain an ECSMIS user manual

2.2.3 Develop and enhance the Shore-based Spares (SBS) automated interface as directed by MAR-614

2.2.4 Process and perform necessary system maintenance of ECSMIS data

2.2.5 Maintain a Remote ECSMIS (RECSMIS) access program

2.2.6 Produce special reports from ECSMIS as required by MAR-614

2.2.7 Conduct ECSMIS training as required

2.2.8 Process data uploads from PC-SAL

2.2.9 Program ECSMIS enhancements and troubleshoot problems encountered by users

2.2.10 Perform data maintenance, including updates of ship screen information and the user database as directed by MAR-614

2.2.11 Provide help desk and user support to MAR-614, Region offices, and Ship Managers as directed by MAR-614

2.3 Acquire and maintain Off-the-Shelf (OTS) software, hardware, and equipment as necessary or as requested by MAR-614

2.4 Perform bar code system development and implementation

2.4.1 Develop requirements, develop interfaces with existing MARAD systems

2.4.2 Acquire bar-coding hardware, software, fonts, etc. as required

2.4.3 Modify existing systems to accommodate bar coding technology

2.4.4 Develop and implement barcode scanner programs as required

2.5 Automated forms development

2.5.1 Acquire software to develop and use automated (electronic) forms

2.5.2 Develop or modify and maintain automated forms as requested by MAR-614

2.5.3 Provide installation, training, documentation and user support for automated forms software and forms developed by the contractor

2.6 Provide development and maintenance support for the RRF automated parts procurement program, including

2.6.1 Systems to manage the procurement process

2.6.2 Prepare an automated stowage plan to interface between PTS/MPS and PC-SAL

2.6.3 Maintain procurement history files

2.7 Master Equipment Index (MEI) Provide programming support for maintenance of the MEI program as necessary

2.8 Maintain networks to support MARAD logistics functions

2.8.1 Perform GFE LAN/WAN administration and maintenance

2.8.2 Maintain E-mail and file transfer systems including gateways to facilitate Electronic Data Interchange (EDI).

2.8.3 Develop and maintain capability for imaging and document maintenance in support of MARAD logistics functions

2.9 Provide support for MARTS and other maintenance management systems

2.10 Provide miscellaneous automated systems support, including design, development, enhancements, maintenance, documentation, training, troubleshooting, and user support, including (but not limited to):

2.10.1 MARAD Reutilization Material (MRM) program

2.10.2 Provisioning program

2.10.3 The Technical Directive tracking System (TDS)

2.10.4 MARAD Procurement System (MPS) programs

2.10.5 Data entry programs for ship inventories and validations

**2.10.6** Utilities (e.g. for loading, extracting, or scrubbing data)

**2.10.7** Support the electronic transfer of information to/from MARAD and other government agencies, the public, and MARAD employees using Intranet and Xtranet technologies

**2.10.8** Provide and manage the infrastructure required to collect, maintain, and distribute logistics data over the Internet

**2.10.9** Maintain inventory records of GFE equipment held by the contractor

**2.10.10** Provide on-site support to MAR-614, ship manager, regions and ships for automated systems at the request of MAR-614

## 3.0 DELIVERABLES.

**3.1** Maintain and distribute PC-SAL User Manual

**3.2** Maintain and distribute RRF-ECSMIS User Manual

**3.3** Produce and distribute an ECSMIS data CD-ROM to all MARAD Regions and Ship Managers as requested by MAR-614.

**3.4** Special reports requested by MAR-614 are to be compiled and delivered in the time frames mutually agreed upon in writing.

**3.5** Completed tasking to install software and hardware or solve field related system and hardware problems will be reported to MAR-614 within 5 working days of completion.

Contract DTMA91-95-C-00024
Work Order: WO-0415
March 27, 2000

3.6 Written reports addressing the installation of PC-SAL and associated training will be delivered to MAR-614 within 5 working days of completion.

3.7 Provide a monthly backup of all GFE programs and data to MAR-614

**4.0 ADDITIONAL GUIDANCE**

Except for cases where a specific delivery date for an action or report is identified, the contractor will be expected to perform the following actions in the time frames indicated below

**4.1** ECSMIS Update via PC-SAL:

- For data received by the 15th of month: 15th of following month
- For data received by the 30th of month: 30th of following month

**4.2** 24 to 48 hour initial response time for field related system and hardware problems

**5.0 START DATE March 27, 2000**

**6.0 COMPLETE DATE March 27, 2001**

**7.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

MARAD COTR APPROVAL: ______________________________

Richard H. Williams
Chief, Division of Logistics
Support

CONTRACTOR ACCEPTANCE: ______________________________

Glenn Downer
Program Manager, Shepard-Patterson

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 415

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Effective Date: April 1, 2000

Completion Date: March 30, 2001

Not To Exceed: $ - 0 -

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

Description of Supplies/Services:

Statement of Work: Enclosure (1).

**DATA MANAGEMENT AND SPECIAL REPORTS**

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 5/10/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/6/2000
Signature Date

Erica L. Williams
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 415 MOD 01

Awarded to:

| Sub-Contractor | and Prime Contractor |
|---|---|
| Shepard-Patterson & Assoc., Inc. | U.S. Small Business Admin. |
| 2002 Sproul Road, Suite 206 | Philadelphia Regional Office |
| Broomall, PA 19008 | King of Prussia, PA 19406 |

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $ - 0 -" and substitute with "Not To Exceed: $262,000.00."

2. The work order is increased by P.O. 00-0039 in the amount of $262,000.00 increasing the total work order amount from $ - 0 - by $262,000.00 to $262,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

| SHEPARD-PATTERSON & Assoc., Inc. | | United States of America | |
|---|---|---|---|
| Signature | 5/10/00 Date | Signature | 6/6/00 Date |
| Glenn I. Downer | Project Manager | Benedict J. Burnowski | |
| Name | Title | Contracting Officer | |

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO.: DTMA91-95-C-00024

3. REQUISITION NO.: 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

4. PROCURING OFFICE CONTROL NO.: 00-0039

5. QUOTATION REF/OTHER AGENCY CONTRACT NO.: W.O. 412 Mod, 413 Mod, 414 Mod, 415 Mod, 416 Mod, 417 Mod, 418 Mod, 419 Mod

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS: Richard H. Williams
202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $607,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner:<br>WO-412: Increase by $40,000, new value: $190,000.<br>WO-413: Increase by $100,000, new value:$100,000.<br>WO-414: Increase by $493,000, new value:$753,000.<br>WO-415: Increase by $262,000, new value:$262,000.<br>WO-416: Increase by $130,000, new value:$130,000.<br>WO-417: Increase by $50,000, new value: $50,000.<br>WO-418: Increase by $25,000, new value: $50,000. | 001 | LO | $607,000.00 | | $607,000.00 |

OFFICE OF ACQUISITION MAR 380 RECEIVED
'00 APR 19 P3 20

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER
[signature]
DATE: 6/6/2000

21. REQUISITIONER SIGNATURE: Richard H. Williams [signature]
TITLE: Chief, Division of Logistics Support, MAR-614
DATE: 4/19/00

22. APPROVING OFFICER SIGNATURE: James E. Caponiti [signature]
TITLE: Associate Administrator for National Security
DATE: 4/19/00

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature]
Mark Truffer
DATE: 4/19/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

25. ACCOUNTABLE ☐ PROPERTY

26. FIXED ☐ ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER
DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 415 MOD 02

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $262,000.00" and substitute with "Not To Exceed: $397,000.00."

2. The work order is increased by P.O. 00-0054 in the amount of $135,000.00 increasing the total work order amount from $262,000.00 by $135,000.00 to $397,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 6/13/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/20/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PR6000000 48 PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0054

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. W.O. 413 Mod 2, W.O. 414 Mod 2, W.O. 415 Mod 2, W.O. 41[6] Mod 2

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS Richard H. Williams
202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $310,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner: | 001 | LO | | | $310,000.00 |
| | WO-413: Increase by $ 30,000, new value: $130,000.00 | | | | | |
| | WO-414: Increase by $ 55,000, new value: $808,000.00 | | | | | |
| | WO-415: Increase by $135,000, new value: $397,000.00 | | | | | |
| | WO-416: Increase by $ 90,000, new value: $220,000.00 | | | | | |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER
Benedict J. Bender
DATE 6/20/00

21. REQUISITIONER SIGNATURE
TITLE Chief, Division of Logistics Support, MAR-614
DATE 6/5/00

22. APPROVING OFFICER SIGNATURE
TITLE Associate Administrator for National Security
DATE 6/5/00

23. FUNDS AVAILABLE – COMMITMENT NO.
FUND CONTROL OFFICER
Mark Triffer
DATE 6/8/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61
6-6-00

25. ACCOUNTABLE PROPERTY ☐

26. FIXED ☐ ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 415 MOD 03

Awarded to:

| Sub-Contractor | and Prime Contractor |
|---|---|
| Shepard-Patterson & Assoc., Inc. | U.S. Small Business Admin. |
| 2002 Sproul Road, Suite 206 | Philadelphia Regional Office |
| Broomall, PA 19008 | King of Prussia, PA 19406 |

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $397,000.00" and substitute with "Not To Exceed: $469,801.00."

2. Funds in the amount of $72,801.00 are transferred to W.O. 415 increasing the total work order amount from $397,000.00 by $72,801.00 to $469,801.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

| SHEPARD-PATTERSON & Assoc., Inc. | United States of America |
|---|---|
| [signature] 8/15/00 | [signature] 8/16/00 |
| Signature Date | Signature Date |
| | for |
| Glenn I. Downer Project Manager | Erica L. Williams |
| Name Title | Contracting Officer |

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 415 MOD 04

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $469,801.00" and substitute with "Not To Exceed: $771,801.00."

2. The total work amount is increased by P.O. 00-0060 in the amount of $302,000.00 increasing the total work order amount from $469,801.00 by $302,000.00 to $771,801.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

8/15/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

8/16/00
Signature Date

Benedict J. Burnowski
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 415 MOD 05

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $771,801.00" and substitute with "Not To Exceed: $971,801.00."

2. The total work amount is increased by P.O. 00-0077 in the amount of $200,000.00 increasing the total work order amount from $771,801.00 by $200,000.00 to $971,801.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 9/14/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 9/15/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PR600000084

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0077

5. QUOTATION REF/OTHER AGENCY CONTRACT NO.

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE March 2001

12. COTR NAME ADDRESS Richard H. Williams
202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $626,596.80 are provided to cover logistics support services to the RRF in the 4th quarter FY 2000. These funds are to be distributed in the following manner:<br><br>WO-412: Increase by $168,000, new value: $<br><br>WO-413: Increase by $ 50,000, new value: $<br><br>WO-414: Increase by $150,000, new value: $<br><br>WO-415: Increase by $200,000, new value: $<br><br>WO-416: Increase by $ 30,000, new value: $<br><br>WO-417: Increase by $ 28,596.80 new value: $ | 001 | LO | $626,596.80 | | $626,596.8 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 9/15/00

21. REQUISITIONER SIGNATURE [signature]
TITLE Chief, Division of Logistics Support, MAR-614
DATE 9/5/00

22. APPROVING OFFICER SIGNATURE [signature]
TITLE Associate Administrator for National Security
DATE 9/7/00

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer
DATE 9/7/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

25. ACCOUNTABLE ☐ PROPERTY

26. FIXED ☐ ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER
DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 415 MOD 06

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $971,801.00" and substitute with "Not To Exceed: $976,050.50."

2. The total work amount is increased by P.O. 00-0061 in the amount of $4,249.50 increasing the total work order amount from $971,801.00 by $4,249.50 to $976,050.50.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

Signature 9/15/00 Date

Glenn I. Downer Project Manager
Name Title

United States of America

Signature 9/18/2000 Date

Erica L. Williams
Contracting Officer

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0081

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. W.O. 415 Mod 6

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE March 2001

12. COTR NAME ADDRESS Richard H. Williams
202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $4,249.50 are provided to cover logistics support services to the RRF in the 4th quarter FY 2000. These funds are to be distributed in the following manner:<br><br>WO-415: Increase by $4,249.50, new value: $976,050.50. | 001 | LO | $4,249.50 | | $4,249.50 |

'00 SEP 14 P5:26

RECEIVED
OFFICE OF ACQUISITION
MAR 380

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 9-18-2000

21. REQUISITIONER SIGNATURE [signature] DATE 9/14/00
TITLE Chief, Division of Logistics Support, MAR-614

22. APPROVING OFFICER SIGNATURE [signature] DATE 9/14/00
TITLE Chief, Division of Logistics Support, MAR-614

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer DATE 9/14/00

24. ACCOUNTING DATA

| | |
|---|---|
| APPROPRIATION | – 69X4303 |
| DIRECT (1)/ REIMB. (9) | – 9 |
| FISCAL YEAR | – 00 |
| ALLOTMENT CODE | – 65 |
| COST CENTER | – 70EQP0 |
| PROGRAM ELEMENT | – 160000 |
| OBJECT CLASS | – 2696 |
| REIMB. AGMT. NO. | – 006500S61 |

25. ☐ ACCOUNTABLE PROPERTY

26. ☐ FIXED ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 415 MOD 07

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $976,050.50" and substitute with "Not To Exceed: $1,316,050.50."

2. The total work amount is increased by P.O. 01-0002 in the amount of $340,000.00 increasing the total work order amount from $976,050.50 by $340,000.00 to $1,316,050.50.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 11/21/06
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 12/20/06
Signature Date

Benedict J. Burnowski
Contracting Officer

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 01-0002

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. PR6 0001 00008

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE 12 Months ARO

12. COTR NAME ADDRESS Richard H. Williams
PHONE NO. 202-366-6558

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $1,390,000.00 are provided to cover logistics support services to the RRF in the 1st quarter FY 2001. These funds are to be distributed in the following manner:<br><br>WO-412: Increase by $180,000, new value: $814,318.00 T09500042/0005<br><br>WO-413: Increase by $ 170,000, new value: $593,533.00 T09500413/0006<br><br>WO-414: Increase by $520,000, new value: $1,981,126.00 T09500414/0006<br><br>WO-415: Increase by $340,000, new value: $1,316,050.50 T0 950000415/0007<br><br>WO-416: Increase by $ 20,000, new value: $530,756.00 T0950000416/0006<br><br>WO-417: Increase by $ 160,000.00 new value: $497,243.80 T0 9500000417/0005 | 001 | LO | $1,390,000.00 | | $1,390,00 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER
Benedict J. Burnowski
DATE 12/26/00 11/2/00

21. REQUISITIONER SIGNATURE
TITLE Chief, Division of Logistics Support, MAR-614
DATE 11/2/00

22. APPROVING OFFICER SIGNATURE
TITLE Associate Administrator for National Security
DATE 11/3/00

23. FUNDS AVAILABLE – COMMITMENT NO.: FUND CONTROL OFFICER
Mark Truffer
DATE 11/3/02

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 01
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500T61

25. ACCOUNTABLE PROPERTY ☐

26. FIXED ASSET ☐

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | Page 1 of 1 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0007 | 03/15/2001 | | |

| 6. ISSUED BY CODE 00091 | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|
| DOT/Maritime Administration, MAR-380<br>400 Seventh Street, SW., Room 7310<br>Washington, DC 20590 | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)* | | |
|---|---|---|
| Shepard-Patterson & Assoc.,Inc<br>2002 Sproul Rd, Ste 206<br>Broomall, PA 19008 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED *(SEE ITEM 11)* |
| | (X) | 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA1C95024 / TO950000415 |
| CODE * FACILITY CODE | (X) | 10B. DATED *(SEE ITEM 13)* 06/06/2000 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
69 - 901 - 4303 - 65 - - 2696 - - 70EQP0 - 160000 - - 16500T61 - - - - - - - Increase $275,000.00

**13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☑ | D. OTHER *(Specify type of modification and authority)*<br>H.13 Incremental Funding of Task Orders |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this task order modification is to increase W.O. 415 from 1,316,050.50 by $275,000.00 to $1,591,050.50.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Benedict J. Burnowski | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>________________<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America<br>BY ________________<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>03/15/2001 |

Contract DTMA91-95-C-00024
Work Order: WO-0416
March 27, 2000

# STATEMENT OF WORK
## ARMY Pre-Positioning Stock (APS) Logistics Support

### 1.0 GENERAL

This Statement of Work encompasses all tasks associated with contracted activities in support of the APS vessels.

### 2.0 TASK DESCRIPTION

The contractor shall perform the work associated with, but not limited to the following:

**2.1 Ship Support Material Procurement.** Provide purchasing support services for the procurement of APS-deficient Ship Support material. Deficiencies shall be determined and procurement accomplished in accordance with Work Order #412, **Ship Support Material Procurement**, except when specifically directed otherwise by the COTR.

**2.2 Provisioning.** Provide contracted personnel to recommend the range and depth of APS spare part support and allowances for equipment deemed critical by MARAD and establish deficiency requirements. Provisioning shall be accomplished in accordance with Work Order #413, **Spare Part Provisioning Support** except when specifically directed otherwise by the COTR.

**2.3 Logistics Support.** Provide support for APS logistics support initiatives and ongoing programs. Support tasks shall include, but not be limited to the following:

- **2.3.1** Logistics pre-surveys
- **2.3.2** Shipboard inventories, validations, and logistics upgrades
- **2.3.3** Translation of technical manual and drawing titles
- **2.3.4** PC-SAL preparation, installation, and maintenance support
- **2.3.5** Logistics Management Review (LMR) support

PLAINTIFF'S EXHIBIT H

**2.3.6** Support for special and for turnover inventories

**2.3.7** Support for ship activations and deactivations

**2.3.8** Support for supply assist visits

**2.3.9** Printing and distribution of Shipboard Allowance Lists (SALs)

**2.3.10** Preparation of special reports when requested by MAR-614

Logistics support shall be provided in accordance with Work Order #414, **Ready Reserve Force Logistics Support** except when specifically directed by the COTR.

**2.4 Data Management and System Support.** The contractor will provide support for automated systems including, but not limited to, the following:

**2.4.1** PC-SAL support

**2.4.2** RRF-ECSMIS support

**2.4.3** Acquisition and maintenance of third-party OTS software and hardware as necessary and requested by MAR-614

**2.4.4** Bar code system implementation

**2.4.5** Automated forms development

These tasks shall be accomplished in accordance with Work Order #415, **Data Management and System Support** except when specifically directed otherwise by the COTR.

**2.5 MARAD Reutilization Material (MRM) Support.** The contractor shall provide support in the segregation and identification of parts and equipment removed from APS ships and other sources. This task shall be accomplished in accordance with Work Order #417, **MARAD**

**Reutilization Material (MRM) Support,** except when specifically directed otherwise by the COTR.

**2.6 Miscellaneous:** The contractor shall respond to MAR-614 requirements in support of APS logistics support that do not fall under any other single element listed in this Work Order.

**3.0 CONTRACTOR DELIVERABLES.**

**3.1** Provide special reports when requested by MAR-614. Reports are to be compiled and delivered in the time frames mutually agreed upon in writing.

**3.2** Other deliverables shall be a part of the applicable work order (#412, #413, #414, #415, or #417).

**4.0 START DATE** **March 27, 2000**

**5.0 COMPLETE DATE** **March 27, 2001**

**6.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:**

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:**

Glenn Downer
Program Manager, Shepard-Patterson