Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 416

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Effective Date: April 1, 2000

Completion Date: March 30, 2001

Not To Exceed: $ - 0 -

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

Description of Supplies/Services:

Statement of Work: Enclosure (1).

**ARMY PRE-POSITIONING STOCK (APS)**
**LOGISTICS SUPPORT**

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 5/10/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/6/2000
Signature Date

Erica L. Williams
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 416 MOD 01

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $ - 0 -" and substitute with "Not To Exceed: $130,000.00."

2. The work order is increased by P.O. 00-0039 in the amount of $130,000.00. The total work order amount has increased from $ - 0 - by $130,000.00 to $130,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 5/10/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/6/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO.: DTMA91-95-C-00024

3. REQUISITION NO.: 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

4. PROCURING OFFICE CONTROL NO.: 00-0039

5. QUOTATION REF/OTHER AGENCY CONTRACT NO.: W.O. 412 Mod, 413 Mod, 414 Mod, 415 Mod, 416 Mod, 417 Mod, 418 Mod, 419 Mod

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS: Richard H. Williams
PHONE NO.: 202-366-6558

OFFICE OF ACQUISITION MAR 380 RECEIVED '00 APR 19 P3:20

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $607,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner:<br>WO-412: Increase by $40,000, new value: $190,000.<br>WO-413: Increase by $100,000, new value: $100,000.<br>WO-414: Increase by $493,000, new value: $753,000.<br>WO-415: Increase by $262,000, new value: $262,000.<br>WO-416: Increase by $130,000, new value: $130,000.<br>WO-417: Increase by $50,000, new value: $50,000.<br>WO-418: Increase by $25,000, new value: $50,000. | 001 | LO | $607,000.00 | | $607,000.00 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER: [signature]
DATE: 6/6/2000

21. REQUISITIONER SIGNATURE: Richard H. Williams [signature]
TITLE: Chief, Division of Logistics Support, MAR-614
DATE: 4/19/00

22. APPROVING OFFICER SIGNATURE: James E. Caponiti [signature]
TITLE: Associate Administrator for National Security
DATE: 4/19/00

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER: [signature] Mark Truffer
DATE: 4/19/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

25. ☐ ACCOUNTABLE PROPERTY

26. ☐ FIXED ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER
DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 416 MOD 02

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $130,000.00" and substitute with "Not To Exceed: $220,000.00."

2. The total work order amount is increased by P.O. 00-0054 in the amount of $90,000.00 from $130,000.00 by $90,000.00 to $220,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

Signature 6/13/00 Date

Glenn I. Downer Project Manager
Name Title

United States of America

Signature 6/20/00 Date

Benedict J. Burnowski
Contracting Officer

PR6000000 48 PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0054

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. W.O. 413 Mod 2, W.O. 414 Mod 2, W.O. 415 Mod 2, W.O. 416 Mod 2

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS Richard H. Williams
PHONE NO. 202-366-6558

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $310,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner:<br>WO-413: Increase by $ 30,000, new value: $130,000.00<br>WO-414: Increase by $ 55,000, new value: $808,000.00<br>WO-415: Increase by $135,000, new value: $397,000.00<br>WO-416: Increase by $ 90,000, new value: $220,000.00 | 001 | LO | | | $310,000.00 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER
[signature]
DATE 6/21/00

21. REQUISITIONER SIGNATURE [signature] DATE 6/5/00
TITLE Chief, Division of Logistics Support, MAR-614

22. APPROVING OFFICER SIGNATURE [signature] DATE 6/5/00
TITLE Associate Administrator for National Security

23. FUNDS AVAILABLE – COMMITMENT NO.
FUND CONTROL OFFICER [signature] Mark Trifer DATE 6/8/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

VM 6-6-00

25. ACCOUNTABLE ☐ PROPERTY

26. FIXED ☐ ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 416 MOD 03

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $220,000.00" and substitute with "Not To Exceed: $334,756.00."

2. Funds in the amount of $114,756.00 are transferred to W.O. 416 from W.O. 316 increasing the total work order amount from ~~$334,756.00~~ $220,000.00 by $114,756.00 to $334,756.00. BP

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

8/15/00

Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

8/16/00

Signature Date

for

Erica L. Williams
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 416 MOD 04

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $334,756.00" and substitute with "Not To Exceed: $480,756.00."

2. The total work order amount is increased by P.O. 00-0060 in the amount of $146,000.00 increasing the total work order amount from ~~$480,756.00~~ by $146,000.00 to $480,756.00. BB # 334,756.00

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 8/15/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 8/16/00
Signature Date

Benedict J. Burnowski
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 416 MOD 05

Awarded to:

| Sub-Contractor | and Prime Contractor |
|---|---|
| Shepard-Patterson & Assoc., Inc. | U.S. Small Business Admin. |
| 2002 Sproul Road, Suite 206 | Philadelphia Regional Office |
| Broomall, PA 19008 | King of Prussia, PA 19406 |

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $480,756.00" and substitute with "Not To Exceed: $510,756.00."

2. The total work order amount is increased by P.O. 00-0077 in the amount of $30,000.00 increasing the total work order amount from $480,756.00 by $30,000.00 to $510,756.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

| SHEPARD-PATTERSON & Assoc., Inc. | | United States of America | |
|---|---|---|---|
| [signature] | 9/14/00 | [signature] | 9/15/00 |
| Signature | Date | Signature | Date |
| Glenn I. Downer | Project Manager | Benedict J. Burnowski | |
| Name | Title | Contracting Officer | |

PR6 00000084 PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024
3. REQUISITION NO. 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
4. PROCURING OFFICE CONTROL NO. 00-0077
5. QUOTATION REF/OTHER AGENCY CONTRACT NO.

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO: Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE March 2001

12. COTR NAME ADDRESS Richard H. Williams
PHONE NO. 202-366-6558

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $626,596.80 are provided to cover logistics support services to the RRF in the 4th quarter FY 2000. These funds are to be distributed in the following manner:<br><br>WO-412: Increase by $168,000, new value: $<br><br>WO-413: Increase by $ 50,000, new value: $<br><br>WO-414: Increase by $150,000, new value: $<br><br>WO-415: Increase by $200,000, new value: $<br><br>WO-416: Increase by $ 30,000, new value: $<br><br>WO-417: Increase by $ 28,596.80 new value: $ | 001 | LO | $626,596.80 | | $626,596.80 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 9/13/00

21. REQUISITIONER SIGNATURE [signature] for BT 9/6
TITLE Chief, Division of Logistics Support, MAR-614
DATE 9/5/00

22. APPROVING OFFICER SIGNATURE [signature]
TITLE Associate Administrator for National Security
DATE 9/7/00

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer
DATE 9/7/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

25. ACCOUNTABLE ☐ PROPERTY
26. FIXED ☐ ASSET
27. NOT AVAILABLE ☐ BUREAU STOCK ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 416 MOD 06

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $510,756.00" and substitute with "Not To Exceed: $530,756.00."

2. The total work order amount is increased by P.O. 01-0002 in the amount of $20,000.00 increasing the total work order amount from $510,756.00 by $20,000.00 to $530,756.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 11/21/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 12/20/00
Signature Date

Erica L. Williams
Contracting Officer

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

## SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 01-0002

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. PR60001 00008

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE 12 Months ARO

12. COTR NAME ADDRESS Richard H. Williams
202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $1,390,000.00 are provided to cover logistics support services to the RRF in the 1st quarter FY 2001. These funds are to be distributed in the following manner:<br><br>WO-412: Increase by $180,000, new value: $814,318.00 T0950000412/0005<br><br>WO-413: Increase by $ 170,000, new value: $593,533.00 T0950000413/0006<br><br>WO-414: Increase by $520,000, new value: $1,981,126.00 T0950000414/0006<br><br>WO-415: Increase by $340,000, new value: $1,316,050.50 T0950000415/0007<br><br>WO-416: Increase by $ 20,000, new value: $530,756.00 T0950000416/0006<br><br>WO-417: Increase by $ 160,000.00 new value: $497,243.80 T0950000417/0005 | 001 | LO | $1,390,000.00 | | $1,390,000 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER
Benedict J. Burnowski
DATE 12/20/00 11/2/00

21. REQUISITIONER SIGNATURE
TITLE Chief, Division of Logistics Support, MAR-614
DATE 11/2/00

22. APPROVING OFFICER SIGNATURE
TITLE Associate Administrator for National Security
DATE 11/3/00

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER Mark Truffer
DATE 11/3/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 01
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500T61

25. ACCOUNTABLE PROPERTY ☐

26. FIXED ASSET ☐

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 416 MOD 07

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $530,756.00" and substitute with "Not To Exceed: $610,756.00."

2. The total work order amount is increased by P.O. 01-0004 in the amount of $80,000.00 increasing the total work order amount from $530,756.00 by $80,000.00 to $610,756.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 11/21/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 12/20/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 01-0004

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. PR0000010010

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE 3/01

12. COTR NAME ADDRESS Richard H. Williams
PHONE NO. 202-366-6558

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $80,000.00 are provided to cover logistics support services to the RRF in the 1st quarter FY 2001. These funds are to be distributed in the following manner:<br><br>WO-416: Increase by $ 80,000, new value: $610,756.00 | 001 | LO | $80,000.00 | | $80,000.00 |

RECEIVED
OFFICE OF ACQUISITION
MAR-380
'00 NOV 17 A10:16

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 1/9/01

21. REQUISITIONER SIGNATURE [signature]
TITLE Chief, Division of Logistics Support, MAR-614
DATE 11/14/00

22. APPROVING OFFICER SIGNATURE [signature]
TITLE Director, Office of Ship Operations
DATE 11/16/00

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer
DATE 11/17/00

24. ACCOUNTING DATA

| | |
|---|---|
| APPROPRIATION | – 69X4303 |
| DIRECT (1)/ REIMB. (9) | – 9 |
| FISCAL YEAR | – 01 |
| ALLOTMENT CODE | – 65 |
| COST CENTER | – 70EQP0 |
| PROGRAM ELEMENT | – 160000 |
| OBJECT CLASS | – 2696 |
| REIMB. AGMT. NO. | – 016500T61 |

25. ☐ ACCOUNTABLE PROPERTY

26. ☐ FIXED ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: 
Page 1 of 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0008 | 01/25/2001 | | |

6. ISSUED BY CODE 00091
DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Shepard-Patterson & Assoc.,Inc
2002 Sproul Rd, Ste 206
Broomall, PA 19008

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA1C95024 / TO950000416

(X) 10B. DATED *(SEE ITEM 13)* 06/06/2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
01 - 965 - 4303 - 160000 - - - - 70EQP0 - 2696 - - 16500T61 - - - - - - -    Increase $40,000.00

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☑ | D. OTHER *(Specify type of modification and authority)* H.13 Incremental Funding of Task Orders |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this task order modification is to increase W.O. 416 from $610,756.00 by $40,000.00 to $650,756.00 for the overhauls of CAPE HORN and CAPE HUDSON. (01-0008)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| Glenn I Downer, Vice President | | Benedict J. Burnowski | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. United States of America | 16C. DATE SIGNED |
| [signature] *(Signature of person authorized to sign)* | 2/12/01 | BY [signature] *(Signature of Contracting Officer)* | 2/9/01 |

NSN 7540-01-152-8070
PREVIOUS EDITION

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

Contract DTMA91-95-C-00024
Work Order: WO-0417
March 27, 2000

**STATEMENT OF WORK**

**MARAD REUTILIZATION MATERIAL (MRM) PROGRAM**

**1.0 GENERAL**

The Maritime Administration intends to fully reutilize spare parts whenever practical to fill deficiencies on RRF ships. To this end, the contractor is to provide logistics support related to the segregation and identification of parts and equipment removed from RRF and NDRF ships and other sources. Work will be accomplished in either contractor or government facilities (work areas). However, it may be occasionally necessary to provide support assistance aboard designated ships or other sites at various locations. Work accomplished on board shall be in conformance with the Logistics Support Work Order (WO-414), where relevant.

**2.0 TASK DESCRIPTION**

The contractor shall perform the work associated with an inventory of spare part box contents, large spares and other loose material, and technical manuals and drawings delivered to designated work areas. The contractor may be required to go aboard vessels to perform related logistical activities. Specific instructions for performance are as follows:

2.1 Inventory and Physical Distribution

2.1.1 When directed by MAR-614, provide support assistance in the identification, collection, and the preparation for shipment of designated material from various MARAD sources to be specified by MAR-614 (primarily NDRF ships). This will be required prior to delivery of material to work areas.

**NOTE:** MARAD will be responsible for the transportation of all designated material from ships or other sources to work areas.

2.1.2 Process the material as follows

PLAINTIFF'S EXHIBIT I

**2.1.2.1** Separate the designated material by sorting out all material to be "condemned," based on serviceability and utility factors. Material classified as "condemned" will be that which is unusable due to damage, deterioration, or other causes and impractical to repair/recondition. "Condemned" material will be turned over to MARAD.

**2.1.2.2** Separate all consumable material. Consumable material shall include general purpose, readily available through commercial sources, and relatively low cost items. Consumable material will be turned over to MARAD.

**2.1.2.3** Divide the remaining salvageable material into two groups:

(1) "Inventory Material" for which adequate identifying data is available.

(2) "Research material" for which adequate identifying data is not available or readily determinable. Specify the source of "research material" by recording corresponding ship and parent equipment system and other pertinent information if known. Research material will be identified to MARAD for review and decision regarding the need to conduct deeper research.

2.1.3 The following action will be taken for all "Inventory Material" identified according to paragraph 2.1.2.3:

2.1.3.1 Identify material that can be reasonably matched to existing RRF inventory using RRF-ECSMIS and other tools as required. A "reasonable match" will generally be considered an identical or substitutable item and shall be determined by an expedient analysis of all pertinent corresponding data such as part number, description, manufacturer, and other specifications.

2.1.3.2 All material not satisfying a "reasonable match" of an RRF spare part allowance in the ECSMIS database will be turned over to MARAD as "dispose" material.

2.1.3.3 Inventory all "matched" material and develop a database for identification as Shore Based Spares (SBS). Standardize item descriptive data by reflecting the corresponding matched ECSMIS record part descriptive data.

2.1.3.4 Provide an applicable equipment group and number (consisting of the first nine digits of an applicable equipment number followed by three zeros) for each matched part. This will allow parts to be grouped in ECSMIS under a generic equipment type designation (e.g., Pumps, Rotary; Blowers, Forced Draft; etc.) and specific manufacturer. Generic groupings can be used when specific groupings are not identifiable or relevant.

2.1.3.5 Label and stow all SBS in the spare part boxes provided and record corresponding box numbers and warehouse location as designated by MARAD. Generally, maintain parent system application integrity when feasible and make most efficient use of box capacity as a rule. Palletize items too large for boxes and record warehouse locations designated by MARAD. Return SBS to MARAD.

2.1.3.6 Review and QA database to ensure correctness and accuracy; convert data to ECSMIS Shore-based Spares (SBS) load format and load the data to the SBS module in the respective warehouse.

2.1.4 Research to determine sufficient identification and/or descriptive data on that portion of the "research material" designated by MARAD as worthy of further research.

2.1.4.1 MARAD shall determine the extent and type of research to be conducted.

2.1.4.2 Material for which adequate identifying data can be obtained as a result of the additional research will be considered "Inventory Material" and processed according to paragraph 2.1.3.

2.1.4.3 Refer to MARAD when further research as directed does not yield sufficient identification.

2.1.4.4 The balance of the research material not identified for further research will be

designated "dispose" and turned over to MARAD.

2.1.5 Process technical manuals and drawings as follows:

2.1.5.1 Conduct an inventory of all technical manuals and drawings, sort, and file in accordance with MAR-614 instructions.

2.1.5.2 Number the technical manuals.

2.1.5.3 Build a database of the technical manuals and drawings inventories, and load SBS/ECSMIS with the data.

2.1.5.4 Store technical manuals and drawings.

2.1.6 Prepare and submit reports as specified in paragraph 5.0 and as specifically requested by MAR-614.

2.2 Material Maintenance. The contractor will repackage and label all SBS MRM when appropriate, to meet acceptable MARAD standards.

2.3 Miscellaneous. Respond to MAR-614 requirements for efforts involving MRM that do not fall under any other single element listed in this work order.

**3.0 MANPOWER.**

The contractor will:

3.1 Ensure proper level of expertise to identify material and process in accordance with this task, to include computer related screening and data entry.

3.2 Identify one individual as team leader/supervisor at each work area.

3.3 Ensure that personnel are trained in forklift operations. The contractor must provide proof or certification of qualifications of personnel to operate government forklifts.

**4.0 GOVERNMENT FURNISHED MATERIAL**

4.1 The Region will provide technical aids (manuals, drawings, etc.) when necessary to assist the contractor in item research and identification.

4.2 The Region will provide spare parts boxes to the contractor to be used for the stowage of inventoried items.

4.3 The Region will provide file cabinets or other means to file technical manuals and drawings.

4.4 The Region will provide pallets, crates, and various material handling equipment to facilitate necessary segregation of material.

**5.0 DELIVERABLES.**

The contractor will:

5.1 Load the matched spare part inventories into the SBS/ECSMIS database under the appropriate warehouse and locations. Equipment group designations shall be loaded into the equipment database to serve as dummy parent equipments to corresponding spare parts.

5.2 Load the technical manual and drawing inventories into the SBS/ECSMIS database under appropriate warehouses and locations.

5.3 Provide a monthly status report to MAR-614. The report will include, as a minimum, monthly and cumulative figures on:

5.3.1 Number of parts inventoried

5.3.2 Number of parts screened against ECSMIS

5.3.3 Number of parts returned to SBS Inventory

5.3.4 Number of "research" parts returned

5.3.5 Number of "dispose" parts returned

5.3.6 Number of "consumable" parts returned

5.3.7 Number of "condemned" parts returned

5.3.8 Number of Technical Manuals and Drawings inventoried

**6.0 START DATE** **March 27, 2000**

**7.0 COMPLETE DATE** **March 27, 2001**

**8.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

MARAD COTR APPROVAL: ______________________
Richard H. Williams
Chief, Division of Logistics Support

CONTRACTOR ACCEPTANCE: ______________________
Glenn Downer
Program Manager, Shepard-Patterson

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 417

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Effective Date: April 1, 2000

Completion Date: March 30, 2001    Not To Exceed: $ - 0 -

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

Description of Supplies/Services:

Statement of Work: Enclosure (1).

**MARAD RE-UTILIZATION MATERIAL (MRM) PROGRAM**

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 5/10/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/6/2000
Signature Date

Erica L. Williams
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 417 MOD 01

Awarded to:

| Sub-Contractor | and Prime Contractor |
|---|---|
| Shepard-Patterson & Assoc., Inc. | U.S. Small Business Admin. |
| 2002 Sproul Road, Suite 206 | Philadelphia Regional Office |
| Broomall, PA 19008 | King of Prussia, PA 19406 |

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $ - 0 -" and substitute with "Not To Exceed: $50,000.00."

2. This work order is increased by P.O. 00-0039 in the amount of $50,000.00. The total work order amount has increased from $ - 0 - by $50,000.00 to $50,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

| SHEPARD-PATTERSON & Assoc., Inc. | | United States of America | |
|---|---|---|---|
| [signature] 5/10/00 | | [signature] 6/6/00 | |
| Signature | Date | Signature | Date |
| Glenn I. Downer | Project Manager | Benedict J. Burnowski | |
| Name | Title | Contracting Officer | |

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0039

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. W.O. 412 Mod, 413 Mod, 414 Mod, 415 Mod, 416 Mod, 417 Mod, 418 Mod, 419 Mod

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS PHONE NO. Richard H. Williams 202-366-6558

RECEIVED OFFICE OF ACQUISITION MAR-380
'00 APR 19 P3 20

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $607,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner: | 001 | LO | $607,000.00 | | $607,000.00 |
| | WO-412: Increase by $40,000, new value: $190,000. | | | | | |
| | WO-413: Increase by $100,000, new value: $100,000. | | | | | |
| | WO-414: Increase by $493,000, new value: $753,000. | | | | | |
| | WO-415: Increase by $262,000, new value: $262,000. | | | | | |
| | WO-416: Increase by $130,000, new value: $130,000. | | | | | |
| | WO-417: Increase by $50,000, new value: $50,000. | | | | | |
| | WO-418: Increase by $25,000, new value: $50,000. | | | | | |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 6/6/2000

21. REQUISITIONER SIGNATURE Richard H. Williams [signature] DATE 4/19/00
TITLE Chief, Division of Logistics Support, MAR-614

22. APPROVING OFFICER SIGNATURE James E. Caponiti [signature] DATE 4/19/00
TITLE Associate Administrator for National Security

23. FUNDS AVAILABLE — COMMITMENT NO.: FUND CONTROL OFFICER [signature] Mark Truffer DATE 4/19/00

24. ACCOUNTING DATA

| | |
|---|---|
| APPROPRIATION | – 69X4303 |
| DIRECT (1)/ REIMB. (9) | – 9 |
| FISCAL YEAR | – 00 |
| ALLOTMENT CODE | – 65 |
| COST CENTER | – 70EQP0 |
| PROGRAM ELEMENT | – 160000 |
| OBJECT CLASS | – 2696 |
| REIMB. AGMT. NO. | – 006500S61 |

25. ☐ ACCOUNTABLE PROPERTY

26. FIXED ☐ ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 417 MOD 02

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $50,000.00" and substitute with "Not To Exceed: $133,647.00."

2. Funds in the amount of $83,647.00 are transferred to W.O. 417 from W.O. 317 increasing the total work order amount from $50,000.00 by $83,647.00 to $133,6470.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

6/13/00

Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

6/19/2000

Signature Date

Erica L. Williams
Contracting Officer