Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 417 MOD 03

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $133,647.00" and substitute with "Not To Exceed: $308,647.00."

2. The total work order amount is increased by P.O. 00-0060 in the amount of $175,000.00 increasing the total work order amount from $133,647.00 by $175,000.00 to $308,647.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 8/15/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 8/16/00
Signature Date

Benedict J. Burnowski
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 417 MOD 04

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $308,647.00" and substitute with "Not To Exceed: $337,243.80."

2. The total work order amount is increased by P.O. 00-0077 in the amount of $28,596.80 increasing the total work order amount from $308,647.00 by $28,596.80 to $337,243.80.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 9/14/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 9/15/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PR600000084 PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0077

5. QUOTATION REF/OTHER AGENCY CONTRACT NO.

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE March 2001

12. COTR NAME ADDRESS Richard H. Williams
202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $626,596.80 are provided to cover logistics support services to the RRF in the 4th quarter FY 2000. These funds are to be distributed in the following manner:<br><br>WO-412: Increase by $168,000, new value: $<br><br>WO-413: Increase by $ 50,000, new value: $<br><br>WO-414: Increase by $150,000, new value: $<br><br>WO-415: Increase by $200,000, new value: $<br><br>WO-416: Increase by $ 30,000, new value: $<br><br>WO-417: Increase by $ 28,596.80 new value: $ | 001 | LO | $626,596.80 | | $626,596.8 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER [signature]
DATE 9/15/00

21. REQUISITIONER SIGNATURE [signature] for BDi 9/6
TITLE Chief, Division of Logistics Support, MAR-614
DATE 9/5/00

22. APPROVING OFFICER SIGNATURE [signature]
TITLE Associate Administrator for National Security
DATE 9/7/00

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer
DATE 9/7/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 00
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500S61

25. ACCOUNTABLE ☐ PROPERTY

26. FIXED ☐ ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER
DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 417 MOD 05

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $337,243.80" and substitute with "Not To Exceed: $497,243.80."

2. The total work order amount is increased by P.O. 01-0002 in the amount of $160,000.00 increasing the total work order amount from $337,243.80 by $160,000.00 to $497,243.80.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 11/21/06
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 12/20/06
Signature Date

Benedict J. Burnowski
Contracting Officer

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 01-0002

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. PR6 0001 00008

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE 12 Months ARO

12. COTR NAME ADDRESS Richard H. Williams
PHONE NO. 202-366-6558

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $1,390,000.00 are provided to cover logistics support services to the RRF in the 1st quarter FY 2001. These funds are to be distributed in the following manner:<br><br>WO-412: Increase by $180,000, new value: $814,318.00 TO950000412/0005<br><br>WO-413: Increase by $ 170,000, new value: $593,533.00 TO950000413/0006<br><br>WO-414: Increase by $520,000, new value: $1,981,126.00 TO950000414/0006<br><br>WO-415: Increase by $340,000, new value: $1,316,050.50 TO 950000415/0007<br><br>WO-416: Increase by $ 20,000, new value: $530,756.00 TO95 0000416/0006<br><br>WO-417: Increase by $ 160,000.00 new value: $497,243.80 TO 950000417/0005 | 001 | LO | $1,390,000.00 | | $1,390,000 |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER
[signature]
Benedict J. Burnowski
DATE 12/26/00

11/2/00

21. REQUISITIONER SIGNATURE [signature] For P.A. ...
TITLE Chief, Division of Logistics Support, MAR-614
DATE 11/2/00

22. APPROVING OFFICER SIGNATURE [signature]
TITLE Associate Administrator for National Security
DATE 11/3/00

23. FUNDS AVAILABLE – COMMITMENT NO.:
FUND CONTROL OFFICER [signature] Mark Truffer
DATE 11/3/00

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 01
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 006500T61

25. ☐ ACCOUNTABLE PROPERTY

26. ☐ FIXED ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | Page 1 of 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0006 | 03/15/2001 | | |

| 6. ISSUED BY CODE 00091 | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|
| DOT/Maritime Administration, MAR-380<br>400 Seventh Street, SW., Room 7310<br>Washington, DC 20590 | |

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Shepard-Patterson & Assoc.,Inc

2002 Sproul Rd, Ste 206

Broomall, PA 19008

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA1C95024 / TO950000417

(X) 10B. DATED *(SEE ITEM 13)* 06/06/2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
69 - 901 - 4303 - 65 - - 2696 - - 70EQP0 - 160000 - - 16500T61 - - - - - - Increase $25,000.00

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☑ | D. OTHER *(Specify type of modification and authority)*<br>H.13 Incremental Funding of Task Orders |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this task order modification is to increase W.O. 417 from $497,243.80 by $25,000.00 to $522,243.80.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Erica L. Williams | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America<br>BY [signature]<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>03/15/2001 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

Contract DTMA91-95-C-00024
Work Order: WO-0418
March 27, 2000

**STATEMENT OF WORK**

**OFF-SHORE PETROLEUM DISCHARGE SYSTEM (OPDS)**

**ARMY PREPOSITION FORCE (APF) LOGISTICS SUPPORT**

**1.0 GENERAL**

This Statement of Work encompasses all tasks associated with contracted activities in support of the APF vessels.

**2.0 TASK DESCRIPTION**

The contractor shall perform the work associated with, but not limited to the following:

2.1 **Ship Support Material Procurement.** Provide purchasing support services for the procurement of APF deficient Ship Support material. Deficiencies shall be determined and procurement accomplished in accordance with Work Order #412, **Ship Support Material Procurement**, except when specifically directed otherwise by the COTR.

2.2 **Provisioning.** Provide contracted personnel to recommend the range and depth of APF spare part support and allowances for equipment deemed critical by MARAD and establish deficiency requirements. Provisioning shall be accomplished in accordance with Work Order #413, **Spare Part Provisioning Support** except when otherwise directed by the COTR.

2.3 **Logistics Support.** Provide support for APF logistics support initiatives and ongoing programs. Support tasks shall include, but not be limited to the following:

2.3.1 Logistics pre-surveys

2.3.2 Shipboard inventories, validations, and logistics upgrades

2.3.3 Translation of technical manual and drawing titles

PLAINTIFF'S EXHIBIT J

**2.3.4** PC-SAL preparation, installation, and maintenance support
**2.3.5** Logistics Management Review (LMR) support
**2.3.6** Support for special and for turnover inventories
**2.3.7** Support for ship activations and deactivations
**2.3.8** Support for supply assist visits
**2.3.9** Printing and distribution of Shipboard Allowance Lists (SALs)
**2.3.10** Preparation of special reports when requested by MAR-614

Logistics support shall be provided in accordance with Work Order #414, **Ready Reserve Force Logistics Support** except when specifically directed by the COTR.

**2.4 Data Management and System Support.** The contractor will provide support for automated systems including (but not limited to) the following:

**2.4.1** PC-SAL support
**2.4.2** RRF-ECSMIS support
**2.4.3** Acquisition and maintenance of third-party OTS software and hardware as necessary and requested by MAR-614
**2.4.4** Bar code system implementation
**2.4.5** Automated forms development

These tasks shall be accomplished in accordance with Work Order #415, **Data Management and System Support,** except when specifically directed otherwise by the COTR.

**2.5 MARAD Reutilization Material (MRM) Support.** The contractor shall provide support in the segregation and identification of parts and equipment removed from APF

ships and other sources. This task shall be accomplished in accordance with Work Order #417, **MARAD Reutilization Material (MRM) Support,** except when otherwise directed by the COTR.

2.6 **Miscellaneous**: The contractor shall respond to MAR-614 requirements in support of APF logistics support that do not fall under any other single element listed in this Work Order.

3.0 **CONTRACTOR DELIVERABLES.**

3.1 Provide special reports when requested by MAR-614. Reports are to be compiled and delivered in the time frames mutually agreed upon in writing.

3.2 Other deliverables shall be a part of the applicable work order (#412, #413, #414, #415, or #417).

4.0 **START DATE** **March 27, 2000**

5.0 **COMPLETE DATE** **March 27, 2001**

6.0 **COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

**MARAD COTR APPROVAL:**

Richard H. Williams
Chief, Division of Logistics Support

**CONTRACTOR ACCEPTANCE:**

Glenn Downer
Program Manager, Shepard-Patterson

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 418

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Effective Date: April 1, 2000

Completion Date: March 30, 2001

Not To Exceed: $ - 0 -

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

Description of Supplies/Services:

Statement of Work: Enclosure (1).

**OFF-SHORE PETROLEUM DISCHARGE SYSTEM (OPDS)**
**ARMY PRE-POSITION FORCE (APF) LOGISTICS SUPPORT**

SHEPARD-PATTERSON & Assoc., Inc.

5/10/00

Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

6/8/2000

Signature Date

Erica L. Williams
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 418 MOD 01

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $ - 0 -" and substitute with "Not To Exceed: $50,000.00."

2. Funds in the amount of $25,000.00 are transferred to W.O. 418 from W.O. 318. This work order is also increased by P.O. 00-0039 in the amount of $25,000.00. The total work order amount has increased from $ - 0 - by $50,000.00 to $50,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 5/10/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 6/6/00
Signature Date

Benedict J. Burnowski
Contracting Officer

PR6 00002002

PAGE 1 OF

U.S. Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO. DTMA91-95-C-00024

3. REQUISITION NO. 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

4. PROCURING OFFICE CONTROL NO. 00-0039

5. QUOTATION REF/OTHER AGENCY CONTRACT NO. W.O. 412 Mod, 413 Mod, 414 Mod, 415 Mod, 416 Mod, 417 Mod, 418 Mod, 419 Mod

1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS Richard H. Williams 202-366-6558
PHONE NO.

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $607,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2000. These funds are to be distributed in the following manner:<br>WO-412: Increase by $40,000, new value: $190,000.<br>WO-413: Increase by $100,000, new value:$100,000.<br>WO-414: Increase by $493,000, new value:$753,000.<br>WO-415: Increase by $262,000, new value:$262,000.<br>WO-416: Increase by $130,000, new value:$130,000.<br>WO-417: Increase by $50,000, new value: $50,000.<br>WO-418: Increase by $25,000, new value: $50,000. | 001 | LO | $607,000.00 | | $607,000.00 |

RECEIVED
'00 APR 19 P3 20
OFFICE OF ACQUISITION MAR-380

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER
[signature]
DATE 6/6/2000

21. REQUISITIONER SIGNATURE
Richard H. Williams [signature]
TITLE Chief, Division of Logistics Support, MAR-614
DATE 4/19/00

22. APPROVING OFFICER SIGNATURE
James E. Caponiti [signature]
TITLE Associate Administrator for National Security
DATE 4/19/00

23. FUNDS AVAILABLE — COMMITMENT NO.:
FUND CONTROL OFFICER [signature]
Mark Truffer
DATE 4/19/00

24. ACCOUNTING DATA

| | |
|---|---|
| APPROPRIATION | – 69X4303 |
| DIRECT (1)/ REIMB. (9) | – 9 |
| FISCAL YEAR | – 00 |
| ALLOTMENT CODE | – 65 |
| COST CENTER | – 70EQP0 |
| PROGRAM ELEMENT | – 160000 |
| OBJECT CLASS | – 2696 |
| REIMB. AGMT. NO. | – 006500S61 |

25. ACCOUNTABLE ☐ PROPERTY

26. FIXED ☐ ASSET

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 418 MOD 02

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $50,000.00" and substitute with "Not To Exceed: $80,894.00."

2. Funds in the amount of $30,894.00 are transferred to W.O. 418 from W.O. 318 increasing the total work order amount from $50,000.00 by $30,894.00 to $80,894.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 8/15/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 8/16/00
Signature Date

for
Erica L. Williams
Contracting Officer

Contract DTMA91-95-C-00024
Work Order: WO-0419
March 27, 2000

**STATEMENT OF WORK**

**SCHOOL SHIP LOGISTICS SUPPORT**

## 1.0 GENERAL

This work order requires the contractor to perform various defined logistic tasks in support of School Ships. All work shall be carried out as required by MAR-614 Contract Technical Directives (CTD) issued by the Contracting Officer's Technical Representatives (COTR).

## 2.0 TASK DESCRIPTION

The contractor shall perform or assist MARAD in performing a broad range of logistic support services supporting the RRF; which may include, but is not limited to the following:

2.1 Logistic pre-surveys, to include ship surveys, prior to inventories, validations, or logistics upgrades

2.1.1 Physically inspect the vessel, locate and inspect storeroom(s)

2.1.2 Survey quantities of bulkhead-mounted spares

2.1.3 Identify any special inventory requirements and procedures, including recommendations for VIDMAR cabinets

2.1.4 Plan special inventory and validation aid requirements

2.1.5 Prepare resource estimates

2.2 Conduct shipboard inventories, validations, and logistics upgrades for specific ships

2.2.1 Preparation

tabbies
PLAINTIFF'S
EXHIBIT
K

**2.2.1.1** Prepare data for inventory and validation, editing nomenclature, location, and other data to conform with standard data practices and requirements

**2.2.1.2** Prepare validation and inventory aids for parts and equipment

**2.2.1.3** Prepare a spare parts "add" program

**2.2.2** Conduct the physical inventory and equipment validation. During the inventory, if specifically tasked by MAR-614, bring storage spaces up to standards, including, but not limited to, renumbering and repair of spare parts boxes, repair of broken hinges and hasps, paint spare parts boxes as necessary, and labeling of storage locations e.g. cabinets and boxes.

**2.2.3** Perform post-inventory actions

**2.2.3.1** Enter equipment additions, assign equipment numbers, QA data entry and equipment data for uniformity and accuracy

**2.2.3.2** Affix specified bar-coded labels to parts and equipment

**2.2.3.3** Prepare metal tags for bulkhead-mounted spares and suitable durable barcode tags for special purpose outfitting material (OPDS, MCDS, etc.) and installed ship equipment.

**2.2.3.4** Enter technical manuals, drawings, and controlled material data, QA and review data, assign Equipment Group Codes to

technical manuals, and prepare all databases for ECSMIS load or PC-SAL installation

2.2.3.5 Load ECSMIS with inventory data

2.3 Maintain and update the Master Equipment Index (MEI) in response to data obtained from equipment additions.

2.4 Translate or arrange for translation of technical manual and/or drawings titles as required

2.4.1 Identify translation requirements

2.4.2 Solicit translation services vendors as necessary to perform translation

2.4.3 Perform QA of translated materials and integrate with existing data in ECSMIS and/or PC-SAL databases

2.5 Perform PC-SAL preparation, installation, and maintenance support to include the following:

2.5.1 Download databases from RRF-ECSMIS to prepare PC-SAL, review data for anomalies, and convert databases to PC-SAL format. Build indexes and index arrays for key word searches.

2.5.2 Refresh existing PC-SALs to purify and purge transactions, update MARAD equipment numbers, review criticality codes and system application codes, add provisioning data, and incorporate ECSMIS data.

2.5.3 Prepare the installation package, including disks, user handbook, mailers, and other materials as required

Contract DTMA91-95-C-00024
Work Order: WO-0419
March 27, 2000

2.5.4 Install PC-SAL software and associated support materials (disks, user handbook, mailers) aboard ship

2.5.5 Provide PC-SAL and ECSMIS training to Ship Managers, MARAD Region personnel, and others in support of installation, and as requested by MAR-614

2.5.6 Provide additional disks, mailers, user handbooks and other materials to ships as required during PC-SAL operations

2.5.7 Provide PC-SAL technical support to MAR-614, Region personnel, and shipboard personnel by telephone or other means when requested

2.6 Provide support for Logistic Management Reviews (LMRs) to include preparation of aids and reports, and performance of sampling inventories of parts, controlled material, and technical documentation.

2.7 Provide support for turnover inventories to include preparation of aids and reports as specified in paragraph 3.2, and inventory assistance as requested by MAR-614.

2.8 Provide support for ship activations, deactivations, and new acquisitions to include:

2.8.1 For activations:

2.8.1.1 Installation support for PC-SAL when required

2.8.1.2 Controlled material breakout assistance

2.8.1.3 Provide inventory acceptance aids for MSC inspectors

2.8.1.4 Assist with locating parts and documentation, maintaining inventory control, and preparing reports

2.8.1.5 Provide a ship rider to assist with supply management functions when requested by MAR-614

2.8.2 For deactivations:

2.8.2.1 Inventory and stow controlled material

2.8.2.2 Upload PC-SAL data for incorporation into RRF-ECSMIS

2.8.2.3 Secure storage boxes and storerooms

2.8.3 Provide support for new vessel acquisitions as directed by MAR-614.

2.9 Provide support for Special Inventories to include inventory and stowage of parts or other material, and inventories for a special purpose, such as to re-establish inventory validity.

2.10 Provide general logistics training and assist visits for storeroom organization, software and hardware installations, training, policy and procedure review and other logistic functions. This support may be provided to MAR-614, Ship Manager offices, Region offices, warehouses and facilities, ships, and other contractors as requested by MAR-614.

2.11 Print and distribute Shipboard Allowance Lists (SALs) to RRF ships as required. Prepare a SAL Introduction for each SAL.

2.12 Prepare and maintain logistics documentation as required. Documents include (but are not limited to) the following:

2.12.1 Revisions to the RRF Logistics Management Manual and Reserve Fleet Operating Manual

2.12.2 A Handbook for management of Shore-based Spares

2.13 Prepare special reports when requested by MAR-614.

2.14 Miscellaneous: respond to MAR-614 requirements for efforts involving RRF Logistics Support that do not fall under any other single element listed in this work order.

## 3.0 DELIVERABLES

3.1 Upon Completion of work defined in a Contract Technical Directive, the Action Completed section of the form shall be completed and returned to the COTR.

3.2 For turnover inventories (paragraph 2.7), prepare controlled material listing, technical manual listing, drawing listing, and spare parts inventory sampling listings for shipboard critical equipment.

3.3 Provide inventory acceptance aids for MSC inspectors during activation

3.4 Prepare weekly reports of actions accomplished during the period and submit to MAR-614.

3.5 Prepare and provide support for periodic Military Sealift Command (MSC) briefings, RRF/TRANSCOM briefings, and other briefings, meetings, and conferences based on information to be provided by MAR-614.

3.6 Prepare a monthly and quarterly performance review summary for quarterly reviews of the Contractor's performance.

3.7 Other deliverables shall be as specified in the contract Technical Directive.

**4.0 START DATE** **March 27, 2000**

**5.0 COMPLETE DATE** **March 27, 2001**

**6.0 COTR DESIGNATION**

Mr. Richard H. Williams is the Contracting Officer's Technical Representative for this work order.

MARAD COTR APPROVAL: [signature]

Richard H. Williams
Chief, Division of Logistics Support

CONTRACTOR ACCEPTANCE: [signature]

Glenn Downer
Program Manager, Shepard-Patterson

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 419

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Effective Date: April 1, 2000

Completion Date: March 30, 2001 Not To Exceed: $ - 0 -

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

Description of Supplies/Services:

Statement of Work: Enclosure (1).

**SCHOOLSHIP LOGISTICS SUPPORT**

SHEPARD-PATTERSON & Assoc., Inc.

5/10/00

Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

6/6/2000

Signature Date

Erica L. Williams
Contracting Officer

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 419 MOD 01

Awarded to:

| Sub-Contractor | and Prime Contractor |
|---|---|
| Shepard-Patterson & Assoc., Inc. | U.S. Small Business Admin. |
| 2002 Sproul Road, Suite 206 | Philadelphia Regional Office |
| Broomall, PA 19008 | King of Prussia, PA 19406 |

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $ - 0 -" and substitute with "Not To Exceed: $163,000.00."

2. Funds in the amount of $163,000.00 are transferred to W.O. 419 from W.O. 319 increasing the total work order amount from $ - 0 - by $163,000.00 to $163,000.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

| SHEPARD-PATTERSON & Assoc., Inc. | | United States of America | |
|---|---|---|---|
| [signature] | 5/10/00 | [signature] | 6/6/00 |
| Signature | Date | Signature | Date |
| Glenn I. Downer | Project Manager | Benedict J. Burnowski | |
| Name | Title | Contracting Officer | |

Prime Contract SBA No. 0303-95-1-00055
Contract No. DTMA91-95-C-00024
Work Order No. 419 MOD 02

Awarded to:

Sub-Contractor
Shepard-Patterson & Assoc., Inc.
2002 Sproul Road, Suite 206
Broomall, PA 19008

and Prime Contractor
U.S. Small Business Admin.
Philadelphia Regional Office
King of Prussia, PA 19406

Ship to: U.S. Department of Transportation
Maritime Administration, MAR-614
Attn: Richard Williams
400 – 7TH Street, S.W., Rm 2116
Washington, D.C. 20590

This Work Order is modified as follows:

1. Delete "Not To Exceed: $163,000.00" and substitute with "Not To Exceed: $263,493.00."

2. Funds in the amount of $100,493.00 are transferred to W.O. 419 from W.O. 319 increasing the total work order amount from $163,000.00 by $100,493.00 to $263,493.00.

3. Except as provided herein, all terms and conditions of this above referenced work order remain unchanged and in full force and effect.

SHEPARD-PATTERSON & Assoc., Inc.

[signature] 8/15/00
Signature Date

Glenn I. Downer Project Manager
Name Title

United States of America

[signature] 8/16/00
Signature Date

for Erica L. Williams
Contracting Officer

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

Page 1 of 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0003 | 04/20/2001 | See Lines | |

6. ISSUED BY CODE 00091

DOT/Maritime Administration, MAR-380
400 Seventh Street, SW., Room 7310
Washington, DC 20590

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Shepard-Patterson & Assoc.,Inc
2002 Sproul Rd, Ste 206
Broomall, PA 19008

CODE * FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. DTMA1C95024 / TO950000419

(X) 10B. DATED *(SEE ITEM 13)* 06/06/2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

69 - 4303 - 901 - 65 - - - - 70EQP0 - 160000 - - 16500T61 - - - - - - $50,000.00

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☑ | D. OTHER *(Specify type of modification and authority)*<br>H.13 Incremental Funding of Task Orders |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this task order modification is to increase W.O. 419 from $263,493.00 by $50,000.00 to $313,493.00 for the 3rd Quarter of FY 2001.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Benedict J. Burnowski | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America<br>BY [signature]<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>04/20/2001 |

NSN 7540-01-152-8070
PREVIOUS EDITION

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR)
53.243

PAGE 1 OF

U.S.Department of Transportation
Maritime Administration

**SUPPLY, EQUIPMENT OR SERVICE ORDER/CONTRACT**

2. ORDER/CONTRACT NO.: DTMA91-95-C-00024

3. REQUISITION NO.: 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

4. PROCURING OFFICE CONTROL NO.: 01-0014

5. QUOTATION REF/OTHER AGENCY CONTRACT NO.:

**1. THE NUMBER SHOWN IN BLOCK 2 MUST APPEAR ON ALL SHIPMENTS AND/OR DOCUMENTS RELATING TO THIS ORDER/CONTRACT**

6. ISSUED TO:
Shepard-Patterson & Associates
Marple Commons
2002 Sproul Road, Suite 206
Broomall, PA 19008

7. DESTINATION: SHIP TO
Department of Transportation
Maritime Administration
400 7th Street, S.W.
Washington, D.C. 20590

8. DISCOUNT TERMS

9. DELIVERY F.O.B.

10. GOVT B/L NO.

11. DELIVERY DATE

12. COTR NAME ADDRESS PHONE NO.: Richard H. Williams, 202-366-6558

| 13. ITEM NO. | 14. DESCRIPTION OF ITEMS OR SERVICES | 15. QUANTITY | 16. UNIT | 17. ESTIMATED TOTAL COST | 18. ACTUAL UNIT PRICE | ACTUAL TOTAL COST |
|---|---|---|---|---|---|---|
| 0001 | Funds in the amount of $50,000.00 are provided to cover logistics support services to the RRF in the 3rd quarter FY 2001. These funds are to be distributed in the following manner:<br><br>WO-420: Place $50,000 in work order, new value: $313,493.00. | 001 | LO | $50,000.00 | | |

19. SEND INVOICES IN DUPLICATE TO:
DOT/Maritime Administration
Office of Accounting, Room 7325
Division of Accounting Operations, MAR-333
400 7th Street, S.W.
Washington, D.C. 20590

20. CONTRACTING OFFICER

DATE

21. REQUISITIONER SIGNATURE — DATE 3/29/01
TITLE Chief, Division of Logistics Support, MAR-614

22. APPROVING OFFICER SIGNATURE — DATE 3/29/01
TITLE Acting Director, Office of Ship Operations

23. FUNDS AVAILABLE — COMMITMENT NO.:
FUND CONTROL OFFICER Mark Truffer — DATE 3/29/01

24. ACCOUNTING DATA
APPROPRIATION – 69X4303
DIRECT (1)/ REIMB. (9) – 9
FISCAL YEAR – 01
ALLOTMENT CODE – 65
COST CENTER – 70EQP0
PROGRAM ELEMENT – 160000
OBJECT CLASS – 2696
REIMB. AGMT. NO. – 016500T61

25. ACCOUNTABLE PROPERTY ☐

26. FIXED ASSET ☐

27. NOT AVAILABLE ☐ BUREAU STOCK/ ☐ EXCESS

28. ☐ QUANTITIES SHOWN IN COLUMN 15 ABOVE HAVE BEEN RECEIVED AND ACCEPTED
☐ DISCREPANCIES NOTED ON ATTACHED DOCUMENT
SIGNATURE OF RECEIVING OFFICER — DATE

29. PROPERTY CONTROL NO.
ASSET CLASS

FORM MA-949 (8-92)

| Work Order No. | Total Cost Billed To MARAD | INS Portion of Billings | Other Direct Costs (including travel, materials, equipment, etc.) | Payment to Veridyne for Labor, Overhead and G&A |
|---|---|---|---|---|
| 412 | $757,889.10 | $318,570.75 | $97,820.01 | $341,498.34 |
| 413 | $678,195.21 | $19,803.00 | $67,317.87 | $591,074.34 |
| 414 | $2,725,381.63 | $1,891,595.48 | $113,366.28 | $720,419.87 |
| 415 | $1,372,896.43 | $1,446.48 | $86,461.81 | $1,284,988.14 |
| 416 | $618,301.11 | $512,593.05 | $13,603.57 | $92,104.49 |
| 417 | $442,276.35 | $365,714.01 | $5,697.17 | $70,865.17 |
| 418 | $45,242.82 | — | $20,199.32 | $25,043.50 |
| 419 | $306,655.94 | $251,720.38 | $5,744.10 | $49,191.46 |
| 420 | $11,909.62 | $3,959.71 | $2,739.41 | $5,210.50 |
| 512 | $519,254.99 | $185,674.69 | $73,264.40 | $260,315.90 |
| 513 | $610,292.16 | $32,667.87 | $85,719.27 | $491,905.02 |
| 514 | $4,085,524.48 | $2,962,050.66 | $136,198.63 | $987,275.19 |
| 515 | $1,025,985.78 | — | $56,740.47 | $969,245.31 |
| 517 | $247,956.64 | $211,885.03 | $1,439.48 | $34,632.03 |
| 518 | $94,208.52 | — | $40,059.52 | $54,149.00 |
| 519 | $86,016.12 | $73,680.37 | $1,195.23 | $11,140.52 |
| 612 | $381,514.45 | $120,628.48 | $47,670.24 | $213,215.73 |
| 613 | $528,071.17 | — | $39,557.68 | $488,513.49 |
| 614 | $3,127,930.97 | $2,057,258.40 | $172,904.61 | $897,767.96 |
| 615 | $1,382,367.74 | $63,329.76 | $78,920.17 | $1,240,117.81 |
| 617 | $378,873.30 | $305,932.09 | $4,173.36 | $68,767.85 |
| 618 | $7,731.92 | — | $2,791.50 | $4,940.42 |
| 619 | $448,675.95 | $378,819.90 | $14,366.26 | $55,489.79 |
| 712 | $425,251.38 | $124,114.83 | $66,031.03 | $235,105.52 |
| 713 | $483,280.38 | — | $66,726.26 | $416,554.12 |
| 714 | $3,618,035.12 | $2,523,352.92 | $163,131.21 | $931,550.39 |
| 715 | $1,508,072.51 | $56,638.78 | $44,567.01 | $1,406,866.72 |
| 717 | $206,102.16 | $180,525.28 | $1,062.53 | $24,514.35 |
| 719 | $47,858.54 | $40,033.84 | $1,445.70 | $6,379.00 |
| 722 | $193,431.19 | $90,168.46 | $32,692.69 | $70,570.04 |
| 812 | $298,101.72 | $110,725.28 | $45,060.55 | $142,315.89 |
| 813 | $184,817.15 | — | $12,327.02 | $172,490.13 |
| 814 | $2,642,002.28 | $1,881,145.99 | $89,587.22 | $671,269.07 |
| 815 | $1,244,708.99 | $3,569.25 | $63,743.51 | $1,177,396.23 |
| 817 | $55,873.26 | $48,338.86 | $845.35 | $9,689.05 |
| 819 | $35,912.42 | $29,918.42 | $524.94 | $5,469.06 |
| 822 | $196,625.20 | $36,820.44 | $15,706.29 | $144,098.47 |
| 823 | $79,908.08 | — | $1,929.66 | $77,978.42 |
| **Total** | $31,103,132.78 | $14,882,682.46 | $1,773,331.33 | $14,450,118.29 |

PLAINTIFF'S EXHIBIT 2