IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 14 days, to and including August 10, 2007, within which to submit its reply to plaintiff's response to the Government's cross-motion for summary judgment. Our response is presently due on July 27, 2007. This is our second request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

We previously requested, and the Court granted, an enlargement of time to submit our reply brief on July 27, 2007. Defendant's counsel requested the enlargement, in part, due to the fact that he had depositions scheduled on July 18-19, 2007. Since that time, it has become necessary for defendant's counsel to add one day of depositions and to extend his trip two more days than previously planned. In addition, in order to accommodate witness and opposing counsel's schedules and to satisfy an approaching discovery deadline, defendant's counsel was required to schedule depositions on July 24, 2007, and will need at least one day in advance to prepare witnesses. Thus, within the last several weeks, it has become necessary for defendant's counsel to turn his attention to other matters for the substantial majority of the two weeks leading

up to the due date of the Government's reply brief.

Defendant's counsel anticipates that an additional 14 days will be sufficient to permit the Government to complete its brief and to obtain the necessary internal and agency review and approval. For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

February 20, 2007

CERTIFICATE OF FILING

I hereby certify that on this 20th day of February 2007, a copy of the foregoing "Unopposed Motion for Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler