**IN THE COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERIDYNE CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v** | ) | **No. 06-150C** |
| | ) | **(Judge Block)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff requests an enlargement of time of 7 days, to and including August 31, 2007, in which to reply to Defendant-Counterclaimant's Response To Plaintiff's Motion To Strike Portion Of Two Declarations Submitted By Defendant. Plaintiff's reply/response is presently due on August 24, 2007. This is Plaintiff's first request for an enlargement of time for this purpose. Defendant-Counterclaimant's counsel has been contacted, and does not oppose this request for an enlargement of time.

Plaintiff's counsel has recently been involved in filing TWO (2) protests with the Government Accountability Office, which has interrupted preparation of Plaintiff's reply.. Plaintiff's counsel anticipates that an enlargement of one (1) week should be adequate to prepare for Plaintiff's reply/response.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

s/ Marc Lamer________
MARC LAMER
Attorney for Plaintiff

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: August 23, 2007