IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S CONSENT MOTION FOR STAY

Pursuant to RCFC 1, defendant respectfully requests that the Court stay proceedings in this case to provide the parties with the opportunity to engage in settlement discussions. Defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff consents to this motion.

Counsel for the parties have discussed the possibility of settlement, and they agree that settlement discussions would be in the best interest of both parties. To that end, the parties propose to stay proceedings in this case, and have agreed to meet on [October 17 or 18], 2007 in Washington D.C. for the purpose of discussing settlement. The parties further propose to submit a joint status report on November 21, 2007, informing the Court of the status of settlement discussions, and indicating their view as to whether oral argument on the pending motions for summary judgment is necessary.

The parties note that they are each available to conduct oral argument on the pending motions for summary judgment any time the week of December 3, 2007, should argument be

necessary.[1] The parties are amenable to having the Court either: (i) set a date for argument the week of December 3, 2007, and then cancelling the argument if it would be prudent to do so in light of the parties' settlement discussions in the interim; or (ii) wait until the parties submit their November 21, 2007 status report to determine whether argument is necessary, and setting a date for argument at that time.

Accordingly, defendant respectfully requests that the Court grant this motion for a stay.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

November 19, 2007

[1] Defendant's counsel is on bid protest duty the weeks of December 10, 2007 and December 17, 2007 and, therefore would not be available for argument either of those two weeks.

CERTIFICATE OF FILING

I hereby certify that on this 19th day of September 2007, a copy of the foregoing "Defendant's Consent Motion for Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler