# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**VERIDYNE CORPORATION,** *

Plaintiff, *

v. * No. 06-150C

**THE UNITED STATES,** * (Filed Sept. 20, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to Defendant's Consent Motion for Stay filed on September 19, 2007,

**IT IS ORDERED**, as follows:

1. This case is stayed pending further order of the court.

2. The order entered on September 7, 2007, is vacated.

3. Defendant shall file a Joint Status Report on behalf of the parties by November 21, 2007, reporting with particularity the status of settlement. The court stands ready to assist in this endeavor should the parties be interested in such an approach.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge