**IN THE COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERIDYNE CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-150C** |
| | ) | **(Judge Christine O. C. Miller)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of September 20, 2007, Defendant hereby submits this Joint Status Report on behalf of both parties.

The parties engaged in a face-to-face settlement meeting in Washington D.C. on October 24, 2007. Those discussions were helpful in that they began a serious dialog about the case and increased each party's understanding of its opponent's perspective, but ultimately the discussions were not successful in bringing about a settlement of this case. Although the parties have not foreclosed the possibility of settlement of this case in the future, they agreed after the October 24, 2007 meeting that further settlement discussions would not be productive at this time.

The parties therefore respectfully request that the Court reschedule oral argument on the parties' cross-motions for Summary Judgment. Both parties are available any time during the week of January 7, 2007, should the Court wish to conduct argument during that time.

Respectfully submitted,

s/ Marc Lamer
MARC LAMER
Kostos & Lamer
1608 Walnut Street
Suite 1300
Philadelphia, PA 19103

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

November 21, 2007

CERTIFICATE OF FILING

I hereby certify that on this 21st day of November 2007, a copy of the foregoing "Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler