# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**VERIDYNE CORPORATION,** *

Plaintiff, *

v. * No. 06-150C

**THE UNITED STATES,** * (Filed Nov. 29, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the parties' Joint Status Report filed on November 21, 2007, reporting that settlement efforts had not proved successful,

**IT IS ORDERED**, as follows:

1. The stay order entered on September 20, 2007, at the parties' request to negotiate a settlement is vacated.

2. At the parties' request, argument on the parties' cross-motions for partial summary judgment and plaintiff's motion to strike shall be held at 3:00 p.m. on Tuesday, January 8, 2008, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiff shall notify the court at 202/357-6620 by January 4, 2008, if he wishes to participate by telephone conference call to be placed by the court. The court accepted transfer of this case on September 5, 2007, with fully briefed cross-motions and expected that the case would proceed as of September 25, 2007, the date first scheduled for argument. No further postponements.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge