IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 06-150C (Judge Christine O.C. Miller) |

JOINT STATUS REPORT

Pursuant to the Court's order of January 24, 2008, the parties submit the following status report.

Each of the parties has propounded interrogatories and document requests. Plaintiff has agreed to extend the due date for defendant's responses to April 11, 2008. Plaintiff's responses to defendant's discovery requests are due on April 28, 2008. The parties have agreed to commence the taking of depositions after the completion of paper discovery.

Respectfully submitted,

s/ Marc Lamer
MARC LAMER
Kostos & Lamer, P.C.
1608 Walnut Street
Suite 1300
Philadelphia, PA 19103

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

March 28, 2008

CERTIFICATE OF FILING

I hereby certify that on this 28th day of March 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler