# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | * | |
| **VERIDYNE CORPORATION,** | * | |
| Plaintiff, | * | |
| v. | * | Nos. 06-150C & 07-647C |
| **THE UNITED STATES,** | * | (Filed Apr. 29, 2008) |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

**ORDER**

Pursuant to counsel for plaintiff's telephonic request this date,

**IT IS ORDERED**, as follows:

A status conference shall be held at 2:00 p.m. on Friday, May 2, 2008, in the Howard T. Markey National Courts Building. Counsel for both parties shall appear by telephone conference call to be placed by the court. Defense counsel shall be prepared to discuss the timing of its responses to plaintiff's discovery requests.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge