# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **VERIDYNE CORPORATION,** | * |
| Plaintiff, | * |
| v. | * Nos. 06-150C & 07-647C |
| **THE UNITED STATES,** | * (Filed May 2, 2008) |
| Defendant. | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. Defendant shall file a Status Report by May 9, 2008, reporting on documents to be produced to plaintiff and listing a document production schedule agreed upon by the parties. Counsel for plaintiff shall advise the court's law clerk when document review is completed and plaintiff is prepared to commence taking of depositions.

2. Paragraph 4 of the order entered on January 24, 2008, is vacated. At the June 10, 2008 status conference, the court will set a final deadline for discovery.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge