IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-150C |
| v. | ) | (Judge Christine O.C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME**

On May 2, 2008, this Court issued an order requiring the defendant to submit a status report on or before May 9, 2008. Defendant's counsel prepared a status report on the morning of May 9, 2008, which he submitted for review prior to traveling to Denver, Colorado. Defendant's counsel intended to file the status report from Denver that evening, after receiving word that the filing had been approved. Due to a mis-communication between defendant's counsel and his supervisor, however, defendant's counsel did not receive approval to file the status report on May 9, 2008.

We apologize to the Court for any confusion or inconvenience caused by the Government's failure to file its status report on May 9, 2008, and respectfully request leave to file the attached status report out of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

Attorneys for Defendant

May 12, 2008

CERTIFICATE OF FILING

I hereby certify that on this 12th day of May 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler