# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **VERIDYNE CORPORATION,** | * | |
| Plaintiff, | * | |
| v. | * | Nos. 06-150C & 07-647C |
| **THE UNITED STATES,** | * | (Filed June 10, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. All discovery shall be completed by September 26, 2008.

2. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by October 10, 2008.

3. Plaintiff's filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by October 17, 2008. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by October 30, 2008.

4. The pretrial conference shall be held at 11:00 a.m. on Friday, November 7, 2008, in the Howard T. Markey National Courts Building.

5. Trial, not to exceed five days, shall commence at 10:00 a.m. on Monday, November 17, 2008, in the U.S. District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge