# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **VERIDYNE CORPORATION,** | * | |
| Plaintiff, | * | |
| v. | * | Nos. 06-150C & 07-647C |
| **THE UNITED STATES,** | * | (Filed Aug. 6, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to several telephone conversations between counsel and the court's Judicial Assistant regarding the difficulty in obtaining a courtroom during November 17-21, 2008, in Philadelphia, PA, and given counsel for plaintiff's cooperation in agreeing to change the venue for trial,

**IT IS ORDERED**, as follows:

Paragraph 5 of the order entered on June 10, 2008, is modified insofar as trial, not to exceed five days, shall commence at 1:00 p.m. on Monday, November 17, 2008, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge