IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERIDYNE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-150 |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF ROBERT E. CHANDLER**

I, Robert E. Chandler, hereby declare under penalty of perjury, pursuant to 28 U.S.C.§ 1746, that the following is true and correct to the best of my knowledge and belief:

1. I am the attorney primarily responsible for representing the Government in the above-captioned matter.

2. In the above-captioned matter, the Government intends to depose, among others, the following persons: Samuel Patterson (Veridyne's Chief Executive Officer), Michael Genna (Veridyne's former Chief Financial Officer), Glenn Downer (Veridyne's then Program Manager) and Leornard Freiberg (Veridyne's Vice President of Finance and Administration).

3. I believe it is likely that the persons identified in paragraph 2, and other current and former employees of Veridyne, were involved in the preparation of Veridyne's proposal for Modification 23 and/or were involved in the execution of Modification 23.

4. I believe it is likely that the persons identified in paragraph 2, and other current and former employees of Veridyne, possess information critical to supporting the Government's defenses and counterclaims in the above-captioned matter.

5. In particular, the persons identified in paragraph 2 may possess information that demonstrates the falsity of statements made by Veridyne and that Veridyne made those statement with the intent to deceive.

6. We do not believe that the Government must demonstrate reliance or damages in order to prevail on any of its defenses or counterclaims. Should the Court conclude otherwise, however, we believe that the persons identified in paragraph 2 may possess information related to the extent to which the Government relied

upon Veridyne's misrepresentations and the damages suffered by the Government as a result.

Executed on: August 11, 2008

Robert E. Chandler