**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERIDYNE CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-150C** |
| | ) | **(Judge Christine O.C. Miller)** |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO SUPPLEMENT ITS REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Veridyne Corporation respectfully moves the Court for an Order allowing the filing of a deposition transcript as part of its Reply to Defendant's Response To Plaintiff's Renewed Motion For Partial Summary Judgment ("Plaintiff's Reply"). The basis for the motion is that when Plaintiff's reply was filed with the Court on August 25, Plaintiff had not yet received the transcript of the deposition of MARAD Contracting officer Rita Jackson. Thus, in footnote 1 on page two of Plaintiff's Reply, counsel for Plaintiff represented to the Court that Ms Jackson testified in her deposition that when she used the term "scope of work" in her March 10, 1998 letter to Plaintiff, inviting the submission of a proposal to add five additional option years to Plaintiff's logistics support contract with MARAD (Appendix To Plaintiff's Motion For Partial Summary Judgment, page 92), she meant the type of services to be provided, not the amount. Plaintiff has now received the transcript of Ms Jackson's deposition, and would ask that the court accept it as part of Defendant's reply, for the limited purpose of substituting Ms

Jackson's testimony for counsel's representation in footnote 1. A copy of the transcript is attached, and the specific passage may be found starting on page 25, line 4, through page 26, line 10.

Wherefore, Plaintiff requests that its motion be granted and the Court allow the filing of Rita Jackson's deposition transcript as an attachment to Plaintiff's reply.

Respectfully submitted,

/s/ Marc Lamer________
Marc Lamer
Attorney for Plaintiff

Dated: August 29, 2008