# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **VERIDYNE CORPORATION,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-150C & 07-647C |
| **THE UNITED STATES,** | * | (Filed Aug. 29, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 7.2(a), Plaintiff's Motion To Supplement its Reply to Defendant's Response to Plaintiff's Renewed Motion for Partial Summary Judgment filed this date is granted, and plaintiff's supplemental rely is filed this date.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge